# Exhibit 1



US009262934B2

(12) **United States Patent**
Mohn et al.

(10) **Patent No.:** **US 9,262,934 B2**
(45) **Date of Patent:** **Feb. 16, 2016**

(54) **COMMERCIAL TRANSPORTATION INFORMATION PRESENTATION TECHNIQUES**

(71) Applicant: **XRS Corporation**, Eden Prairie, MN (US)

(72) Inventors: **Charles Mohn**, Edina, MN (US); **Christopher A. Sekula**, Mississauga (CA); **Sarat Kakumanu**, Eden Prairie, MN (US); **Odell R. Tuttle**, Minnetonka, MN (US); **Daniel P. Fuglewicz**, Getzville, NY (US); **Peter S. Anderson**, Minneapolis, MN (US); **Thomas J. Martin, Jr.**, Ovledo, FL (US)

(73) Assignee: **XRS Corporation**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 110 days.

(21) Appl. No.: **13/730,165**

(22) Filed: **Dec. 28, 2012**

(65) **Prior Publication Data**

US 2014/0045429 A1     Feb. 13, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/682,004, filed on Aug. 10, 2012.

(51) **Int. Cl.**
G09B 5/00 (2006.01)
H04W 4/00 (2009.01)
(Continued)

(52) **U.S. Cl.**
CPC ................. *G09B 5/00* (2013.01); *G06F 3/0484* (2013.01); *G06F 17/00* (2013.01); *G06Q 30/018* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .............. H04B 1/00; H04B 5/03; H04B 7/00; H04B 17/00; H04W 4/008

USPC ........... 455/422.1, 523, 424, 425, 456.1, 457, 455/67.11, 550.1, 575.1, 41.2, 41.3; 340/905
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,359,528 A    10/1994 Haendel et al.
5,612,875 A     3/1997 Haendel et al.
(Continued)

FOREIGN PATENT DOCUMENTS

KR    1020050038862    4/2005
KR    1020110011450    2/2011
WO    2007/022154 A2    2/2007

OTHER PUBLICATIONS

On Board Communications, SafetyTraks™ Web Application Guide, 2008, 17 pp. http://info.safetytraks.com/safetytraksusersmanual.pdf.
(Continued)

*Primary Examiner* — Thanh Le
(74) *Attorney, Agent, or Firm* — Arent Fox LLP

(57) **ABSTRACT**

A portable wireless data transfer and display device includes a user interface, a display, a processor, and a short-range wireless communication module configured to wirelessly receive vehicle data, in real-time, from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device. The device is configured to receive an input of driver information and driver communications from a user via the user interface. The short-range wireless communication module is configured to communicate two ways, in real-time, the driver communications via a long-range wireless network. The device is configured to process into a trip schedule at least one of: the vehicle data, the driver information, and the driver communications via the processor. The device is further configured to present the trip schedule and the driver communications to the user via the display.

**23 Claims, 18 Drawing Sheets**



Exhibit 1
Page 001

US 9,262,934 B2

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 17/00* | (2006.01) |
| *G06Q 30/00* | (2012.01) |
| *H04L 29/08* | (2006.01) |
| *G06F 3/0484* | (2013.01) |
| *G08G 1/00* | (2006.01) |
| *G07C 5/00* | (2006.01) |
| *G09B 19/16* | (2006.01) |
| *G07C 5/08* | (2006.01) |
| *G07C 7/00* | (2006.01) |

(52) **U.S. Cl.**

CPC ................ *G07C 5/00* (2013.01); *G07C 5/0858* (2013.01); *G07C 7/00* (2013.01); *G08G 1/00* (2013.01); *G08G 1/20* (2013.01); *G09B 19/167* (2013.01); *H04L 67/12* (2013.01); *H04W 4/008* (2013.01)

(56)                    **References Cited**

              U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,694,322 | A | 12/1997 | Westerlage et al. |
| 5,953,319 | A | 9/1999 | Dutta et al. |
| 5,970,481 | A | 10/1999 | Westerlage et al. |
| 6,317,668 | B1 | 11/2001 | Thibault |
| 6,421,590 | B2 | 7/2002 | Thibault |
| 6,639,898 | B1 | 10/2003 | Dutta et al. |
| 6,714,857 | B2 | 3/2004 | Kapolka et al. |
| 6,904,363 | B2 | 6/2005 | Inbar et al. |
| 6,938,099 | B2 | 8/2005 | Morton et al. |
| 6,947,737 | B2 | 9/2005 | Massie et al. |
| 7,024,199 | B1 | 4/2006 | Massie et al. |
| 7,043,365 | B2 | 5/2006 | Inbar et al. |
| 7,068,992 | B1 | 6/2006 | Massie et al. |
| 7,089,322 | B1 | 8/2006 | Stallmann |
| 7,117,075 | B1 | 10/2006 | Larschan et al. |
| 7,136,642 | B1 | 11/2006 | Massie et al. |
| 7,162,238 | B1 | 1/2007 | Massie et al. |
| 7,230,944 | B1 | 6/2007 | Massie et al. |
| 7,401,741 | B2 | 7/2008 | Thayer |
| 7,784,707 | B2 | 8/2010 | Witty et al. |
| 7,802,729 | B2 | 9/2010 | Thayer |
| 8,248,223 | B2 * | 8/2012 | Periwal ........................ 340/905 |
| 8,442,508 | B2 | 5/2013 | Harter et al. |
| 8,626,568 | B2 | 1/2014 | Warkentin et al. |
| 8,682,356 | B2 * | 3/2014 | Poe et al. ...................... 455/457 |
| 2002/0032018 | A1 | 3/2002 | Morton et al. |
| 2002/0035421 | A1 | 3/2002 | Warkentin |
| 2002/0160771 | A1 | 10/2002 | Massie et al. |
| 2004/0039526 | A1 | 2/2004 | Inbar et al. |
| 2004/0162844 | A1 | 8/2004 | Thome et al. |
| 2005/0209778 | A1 | 9/2005 | Inbar et al. |
| 2006/0040239 | A1 | 2/2006 | Cummins et al. |
| 2006/0184613 | A1 | 8/2006 | Stienessen et al. |
| 2007/0038338 | A1 * | 2/2007 | Larschan et al. .................. 701/2 |
| 2007/0038343 | A1 | 2/2007 | Larschan et al. |
| 2007/0038347 | A1 | 2/2007 | Larschan et al. |
| 2007/0038348 | A1 | 2/2007 | Larschan et al. |
| 2007/0038349 | A1 | 2/2007 | Larschan et al. |
| 2007/0038350 | A1 | 2/2007 | Larschan et al. |
| 2007/0038351 | A1 | 2/2007 | Larschan et al. |
| 2007/0038352 | A1 | 2/2007 | Larschan et al. |
| 2007/0038353 | A1 | 2/2007 | Larschan et al. |
| 2007/0050108 | A1 | 3/2007 | Larschan et al. |
| 2007/0267473 | A1 | 11/2007 | Thayer |
| 2007/0267509 | A1 | 11/2007 | Witty et al. |
| 2008/0269978 | A1 | 10/2008 | Shirole et al. |
| 2009/0051510 | A1 | 2/2009 | Follmer et al. |
| 2010/0088163 | A1 | 4/2010 | Davidson et al. |
| 2010/0176919 | A1 | 7/2010 | Myers et al. |
| 2010/0210212 | A1 | 8/2010 | Sato |
| 2011/0125663 | A1 | 5/2011 | Kraft |
| 2012/0065815 | A1 | 3/2012 | Hess |
| 2012/0253888 | A1 | 10/2012 | Davidson |
| 2012/0295230 | A1 | 11/2012 | Esposito |
| 2013/0006715 | A1 | 1/2013 | Warkentin et al. |
| 2013/0304276 | A1 | 11/2013 | Flies |
| 2014/0045147 | A1 | 2/2014 | Mohn et al. |
| 2014/0045427 | A1 | 2/2014 | Mohn et al. |
| 2014/0045428 | A1 | 2/2014 | Mohn et al. |
| 2014/0046531 | A1 | 2/2014 | Mohn et al. |
| 2014/0046569 | A1 | 2/2014 | Mohn et al. |
| 2014/0046570 | A1 | 2/2014 | Mohn et al. |
| 2014/0046710 | A1 | 2/2014 | Mohn et al. |
| 2014/0047343 | A1 | 2/2014 | Mohn et al. |
| 2014/0047347 | A1 | 2/2014 | Mohn et al. |
| 2014/0058802 | A1 | 2/2014 | Warkentin et al. |

                    OTHER PUBLICATIONS

On Board Communications, FleetTraks™ Web Application Guide, 2007, 36 pp. http://www.onboardcommunications.com/2007%20Web%20Application%20User%20Guide.pdf.

On Board Communications, Web Application Guide, 2008, 38 pp. http://www.dtegps.com/2008_Web_Application_User_Guide.pdf.

Department of Transportation, Rules and Regulations, Federal Register Part II, vol. 75, No. 64, Apr. 5, 2010, 46 pp.

'On-Board Technology—Performance Management' [online]. J.J. Keller's Encompass, J.J. Keller & Associates, Inc., 2010 [retrieved on Jul. 22, 2011], 2 pp. http://www.kellerencompass.com/online/onboard_rec/index.aspx.

Turnpike Global Technologies, Driver's Manual 3.5—for Motorola Phone, cited by examiner in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 9 pp. http://xrscorp.com/media/docs/drivers-manual-motorola.pdf.

EOBR testimonial from Intermodal C&K Trucking, for Xata Turnpike, Uploaded by XataNation on Jun. 29, 2011, 2 pp. http://www.youtube.com/watch?v=Xg4y5KauJiO.

tpMobile -Android Apps on Google Play, Google Play Webpages, Apr. 2011, 1 p. https://play.google.com/store/apps/details?id=com.TPG.tpMobile&h1=en.

EOBR Compliance on Android, Windows Mobile & Blackberry devices, by Xata Road, Youtube, uploaded by XataNation on May, 27 2011, 5 pp. http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEE0D5DF5454180.

Fleet Management and EOBR- XATA Turnpike on Verizon, Youtube, uploaded by XataNation on Jun. 29, 2011, 1 p. http://www.youtube.com/watch?v=t-_zsdixC20&feature=BFia&list=PL6CEEOD5DF5454180.

EOBR Rules made easy with Xata Road Science, Youtube, uploaded by XataNation on May 5, 2011, 1 p. .http://www.youtube.com/watch?v=HIN61H9MABs&feature=bf_next&list=PL6CEEOD5DF5454180.

EOBR Install, Xata Turnpike Routetracker, Youtube, uploaded by XataNation on Jul. 21, 2011,1 p. http://www.youtube.com/watch?v=67mGY_5CYTE&feature=bf_next&list=PL6CEE0D5DF5454180.

XATA—XRS Nation Fleet Management, Overview of posted videos, Youtube, Apr. 2011-2012, 1 p.

Xata tp mobile driver handbook for windows mobile, cited by examiner in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 16 pp. http://xrscorp.com/media/docs/drivers-manual-windows-mobile.pdf.

Xata tp mobile driver handbook for android, cited by examiner in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 17 pp. http://xrscorp.com/media/docs/drivers-manual-android.pdf.

Pritchett Trucking Inc. Renews Contract for Mobile Max by Xata, Xata Webpages Mar. 16, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/16-march/.

Predestination Transportation Chooses XATA for Fleet Management, Xata Webpages Mar. 12, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/12-march/.

XATA and SpeedGauge Partner to Provide Enhanced Speed Data for Increased Saftey, Xata webpages, Mar. 4, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investir-news/2010/4-march/.

Exhibit 1
Page 002

US 9,262,934 B2

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

TREQ-M4, Mobile Data Terminal Manual, Beijer Electronics, M01-003-00 Rev 02, Mar. 23, 2011, 98 pp. http://www.beijerelectronicsinc.com/pdf/qsi_treq-m4_user_manual.pdf.
OnBoard Communications, OBC9000™ Installation Manual, cited by examiner in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 11 pp. http://www.onboardcommunications.com/instaii/OBC9000_Install.pdf.
Winn-Dixie Enhances 450-Truck Fleet with XATANET, Xata webpages, Apr. 21 2011, 1 p. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-inventor-news/2010/21-April/.
Turnpike Global Technologies, PowerPoint presentation: Introduction, publicly available before Jun. 30, 2010, 13 pp.
Turnpike Global Technologies, Route Tracker Installation Guide Version 1.0, publicly available before Jun. 30, 2010, 7 pp.
Turnpike Global Technologies, Automating the Transportation Industry, publicly available before Jun. 30, 2010, 4 pp.

Turnpike Global Technologies, PowerPoint presentation: Trucking and Technology, publicly available before Jun. 30, 2010, 10 pp.
Turnpike Global Technologies, PowerPoint presentation: Turnpike Global Technologies, Corporate overview, publicly available before Jun. 30, 2010, 23 pp.
Turnpike Global Technologies, PowerPoint presentation: Turnpike Global Technologies, RouteTracker, publicly available before Jun. 30, 2010, 25 pp.
Turnpike Global Technologies, PowerPoint presentation: Turnpike Direct Sprint Sales Intro Jan. 2008, 18 pp.
International Search Report and Written Opinion of international application No. PCT/US2012/044772, dated Jan. 21, 2013, 10 pp.
J.J. Keller's Encompass, "Phone & Hardware Requirements," May 5, 2011, 1 pp.
"OBD II to USB cable pinout," elmelectronics.com, retrieved from http://pinoutsguide.com/CarElectronics/obd_ii_usb_cable_pinout.shtml on Feb. 26, 2014, 2 pp.
Canadian Office Action dated Feb. 17, 2015 issued in Patent Application No. 2,822,990.

* cited by examiner

**Exhibit 1**
**Page 003**



**FIG. 1**

Exhibit 1
Page 004



FIG. 2

Exhibit 1
Page 005



FIG. 3

Exhibit 1
Page 006



**FIG. 4A**

Exhibit 1
Page 007



**FIG. 4B**

Exhibit 1
Page 008



500
510
STORE DRIVER SUMMARY ELECTRONIC REPORT IN MEMORY MODULE OF WIRELESS DATA TRANSFER AND DISPLAY DEVICE
520
RECEIVE WIRELESS COMMUNICATION FROM WIRELESS DATA TRANSFER AND DISPLAY DEVICE TO INDICATE THAT THE DRIVER SUMMARY ELECTRONIC REPORT IS READY FOR EXPORT FROM THE DATA ACQUISITION DEVICE
530
STORE DRIVER SUMMARY ELECTRONIC REPORT IN MEMORY MODULE OF ELECTRONIC ONBOARD RECORDER UNIT
540
REMOVABLY RECEIVE A USB CONNECTION DEVICE AT A USB PORT OF THE ELECTRONIC ONBOARD RECORDER UNIT
550
AUTOMATICALLY TRANSFER THE DRIVER SUMMARY ELECTRONIC REPORT VIA THE USB PORT OF THE ELECTRONIC ONBOARD RECORDER UNIT TO A PORTABLE EXTERNAL UNIT
560
RECEIVE SIGNAL THAT THE USB CONNECTION TO THE PORTABLE EXTERNAL UNIT IS REMOVED

FIG. 5



600
610
WIRELESSLY RECEIVE, AT A WIRELESS DATA TRANSFER AND DISPLAY DEVICE, VEHICLE USAGE INFORMATION FROM AN ELECTRONIC ONBOARD RECORDER UNIT MOUNTED IN A VEHICLE
620
STORE A DRIVER SUMMARY ELECTRONIC REPORT IN A MEMORY MODULE OF THE WIRELESS DATA TRANSFER AND DISPLAY DEVICE
630
ESTABLISH CELLULAR CONNECTION TO A NETWORK FOR COMMUNICATION WITH A CONTROL CENTER
640
TRANSMIT THE DRIVER SUMMARY ELECTRONIC REPORT FROM THE WIRELESS DATA TRANSFER AND DISPLAY DEVICE TO THE CONTROL CENTER

FIG. 6



FIG. 7

Exhibit 1
Page 011



810

812

SEND LOCATION INFORMATION AT PREDETERMINED TIMES TO A NETWORK DEVICE VIA THE LONG RANGE WIRELESS NETWORK WITH THE COMMUNICATION MODULE

814

RECEIVE ONE OR MORE WORK REQUESTS FROM THE NETWORK DEVICE VIA THE LONG RANGE WIRELESS NETWORK WITH COMMUNICATION MODULE

816

PRESENT THE WORK REQUEST TO A DRIVER VIA THE DISPLAY

818

RECEIVE AN INPUT FROM THE DRIVER RESPONDING TO THE WORK REQUEST VIA THE USER INTERFACE.

820

FORWARD THE DRIVER INPUT IN RESPONSE TO THE NETWORK DEVICE VIA THE LONG RANGE WIRELESS NETWORK WITH THE COMMUNICATION MODULE

FIG. 8

Exhibit 1
Page 012

830
832
WIRELESSLY RECEIVE, AT A WIRELESS DATA TRANSFER AND DISPLAY DEVICE, VEHICLE USAGE INFORMATION FROM AN ELECTRONIC ONBOARD RECORDER UNIT MOUNTED IN A VEHICLE
834
RETRIEVE DRIVER IDENTIFICATION STORED IN MEMORY OF WIRELESS DATA TRANSFER AND DISPLAY DEVICE
836
ASSOCIATE DRIVER IDENTIFICATION WITH VEHICLE USEAGE INFORMATION
838
FORWARD VEHICLE USAGE INFORMATION AND ASSOCIATED DRIVER IDENTIFICATION TO A NETWORK DEVICE VIA THE LONG RANGE WIRELESS NETWORK WITH THE COMMUNICATION MODULE

FIG. 9



FIG. 10

Exhibit 1
Page 014

850
Welcome John!
My Account | Contact Us | Logout
Go
860
865
HOME
FLEET VIEW
HOS
DVIR
PERFORMANCE
MESSAGING
IFTA
ADMIN
HELP
Home > Fleet View
Filter
864
Search
VIEW VEHICLES
Organization | Resource Group | Quick Filter
Driver or address
Go
View
Layout
History
Vehicle ID Motion DriverName DriverID HOS
99999999 Schwartz Alexander 1391911
381819 Frank Smith 19494
|◄ ◄ ► ►| Page 1 of 4 1 to 15 of 50 vehicles
862
W 22ND St
S Fremont
S Dupont
S Girard Ave
Irving Ave
Lake of the Isles Pkwy
Lake Pl
W 25TH St
Euclid Pl
W 26TH St
S Humbolt Ave
W 25 1/2 St
20
W 26TH
Vehicle: 381819
Frank Smith (19494)
Vehicle: 381819 Frank Smith
Info
Activity Detail
Actions
Sites
Add as Site
Edit Site
HOS
View Logs
Edit Logs
Messaging
Send Message
Send Form
Performance
Daily Detail Report
Monthly Report
863

FIG. 11

850
Welcome John!
4
5
3
8
My Account | Contact Us | Logout
Go
870
HOME
FLEET VIEW
HOS
DVIR
PERFORMANCE
MESSAGING
IFTA
ADMIN
HELP
873
Driver Scorecard
96.4%
For 10.20.11 – 10.27.11
View Details
872
MPG
5.6% (82)
View Chart
STOP IDLE%
5.6% (82)
View Chart
SPEEDING
5.6% (82)
View Chart
HARD BRAKES
5.6% (82)
View Chart
HIGH SPPED BRAKES
5.6% (82)
View Chart
VIOLATIONS
5.6% (82)
View Chart
Clock In
06/13/2-111 5:55 AM
DRIVER DETAILS
John Monsanto (1949)
Status: Off Duty
Time In Current Status: 3:13
Available Drive Time 5:30
Available Duty Time: 0:00
16 Hr Exception Available: Yes
Current Rule Set: US 8 Day
879
View Logs
878
News Feed
Title – First Article
Article Summary
Read More >
Title – Second Article
Article Summary
Read More >
See all news articles >
874
Announcements
Date
First Announcement
Read More >
Date
Second Announcement
Read More >
876

FIG. 12

850
Welcome John!
4
5
3
8
My Account | Contact Us | Logout
Go
870
880
HOME
FLEET VIEW
HOS
DVIR
PERFORMANCE
MESSAGING
IFTA
ADMIN
HELP
Driver's Daily Log
(24 hours) | 2011-12-06 ▼
Total Miles Driving Today
365 Mi
Total Mileage Today
365 Mi
Driver's Name / Driver ID :Frank Bith / 1234
Co-Driver's Name / Co-Driver ID :Sheldon W / 5678
Vehicle Name (Plate) :Vehicle Test 1
Trailer Name (Plate) :Trailer Test 1
Name on Carrier or Carriers :Turnpike
Default Role :US 8/70 hrs.
Main Offices Address :1209 Richmond St E Oakville, AB
882
Midnight 1 2 3 4 5 6 7 8 9 10 11 Noon 1 2 3 4 5 6 7 8 9 10 11
OFF DUTY
SLEEPER BIRTH
DRIVING
ON DUTY
884
ID ▼ Time ▼ Remarks Type ▼ Location ▼ Odometer ▼ Duty State ▼
A 07:00 AM Duty States Change 4.7 mi W of Toronto, ON 0.0 SLEEPER BERTH
B 11:00 AM Failed Pre-Vehicle 4.7 mi W of Toronto, ON 0.0 SLEEPER BERTH
C 11:30 AM Duty States Change 4.7 mi W of Toronto, ON 0.0 DRIVING
D 12:30 PM Failed Pre-Vehicle 8.6 mi S of Vaughan, ON 45.0 DRIVING
E 06:35 PM Duty States Change 10.1 mi NE of Oakville, ON 365.0 ON-DUTY
More ▼
886
Back

FIG. 13



FIG. 14

**Exhibit 1**
**Page 018**

**U.S. Patent**     Feb. 16, 2016     Sheet 16 of 18     **US 9,262,934 B2**



900

902
RECEIVE, AT A NETWORK DEVICE, SELECTIONS OF AT
LEAST ONE DRIVER OR VEHICLE

904
RECEIVE, AT A NETWORK DEVICE, NETWORK
COMMUNICATIONS FROM THE USER VIA THE USER
INTERFACE

906
SEND THE NETWORK COMMUNICATIONS TO SELECTED
DRIVERS VIA A LONG-RANGE WIRELESS NETWORK

908
PRESENT, VIA THE ASSOCIATED PORTABLE WIRELESS
DATA TRANSFER AND DISPLAY DEVICES, THE NETWORK
COMMUNICATIONS TO THE SELECTED DRIVERS

FIG. 15

Exhibit 1
Page 019



**FIG. 16**

Exhibit 1
Page 020

U.S. Patent          Feb. 16, 2016          Sheet 18 of 18          US 9,262,934 B2



920

922

PRESENT, WITH A PORTABLE WIRELESS DATA TRANSFER
AND DISPLAY DEVICE, A WORK REQUEST

924

RECEIVE A RESPONSE TO THE WORK REQUEST FROM A
DRIVER VIA THE PORTABLE WIRELESS DATA TRANSFER
AND DISPLAY DEVICE

926

SEND THE DRIVER'S RESPONSE TO A REMOTE NETWORK
DEVICE VIA A LONG-RANGE WIRELESS NETWORK

928

RECEIVE A MODIFIED ROUTE FROM THE REMOTE
NETWORK DEVICE ACCORDING TO THE ACCEPTED WORK
REQUEST

929

PRESENT, VIA THE ASSOCIATED PORTABLE WIRELESS
DATA TRANSFER AND DISPLAY DEVICE, THE MODIFIED
ROUTE TO THE DRIVER

FIG. 17

Exhibit 1
Page 021

US 9,262,934 B2

1

COMMERCIAL TRANSPORTATION
INFORMATION PRESENTATION
TECHNIQUES

This application claims the benefit of U.S. Provisional Application No. 61/682,004, filed Aug. 10, 2012, the entire contents of which is incorporated herein by reference.

TECHNICAL FIELD

This disclosure relates to techniques for transportation management, and in particular, but without limitation, techniques for shipping and fleet management.

BACKGROUND

Fleet vehicle operators have an interest in keeping track of the vehicles and shipments, for compliance with governmental regulations as well as monitor the performance and well-being of their drivers. Fleet vehicles may be equipped with devices that are configured to track the vehicles' geographic locations, speeds, headings, cargo, cargo temperature, engine performance parameters, and other data. Such information is used, for example, to maintain the vehicles, estimate delivery times, provide warning of possible damage to cargo, and to evaluate driver performance.

Collection of fleet vehicle information may also be useful to produce records for compliance with governmental regulations or company requirements. As examples, such records may include the number of miles a delivery vehicle has traveled since its last safety inspection and the number of hours a driver has been on duty since he or she last rested. This information was traditionally recorded on paper, e.g., driver log books, or in proprietary electronic formats. In either case, ensuring compliance with governmental regulations or company requirements may be time consuming and such information may be inconvenient to access or share with regulatory inspectors or other third parties.

SUMMARY

This disclosure describes a number of techniques for communicating fleet vehicle information. Such techniques may utilize equipment for use inside a fleet vehicle to facilitate prompt and efficient transfer of vehicle data and driver information. Such techniques may further include generating electronic reports that provide one or more of: driver information, hours of service information, and vehicle data. The electronic reports may be readily communicated to a remote network device in a number of different manners. For example, a system may include a data acquisition device mountable in a vehicle and a portable wireless data transfer and display device, e.g., a cellular phone, that is configured to provide short-range, two-way wireless communication, e.g., Blue-tooth communication, with the data acquisition device. In some examples, the portable wireless data transfer and display device may export the electronic information to the remote device via a long-range wireless connection, such as cellular link to facilitate real-time or approximately real-time tracking of driver and vehicle information by the remote device.

In one example, this disclosure is directed to a system comprising a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display, a portable wireless data transfer and display

2

device, and a remote network device. The data acquisition device includes a first short-range wireless communication module configured to wirelessly transmit, at predetermined times, the vehicle data to the portable wireless data transfer and display device. The portable wireless data transfer and display device includes a second short-range wireless communication module configured to wirelessly receive the vehicle data from the data acquisition device, in real-time or at intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle, a communication module configured to provide a communication link with the remote network device via a long-range wireless network, a user interface configured to receive driver information from a first user and to present at least one of the vehicle data, the driver information, the communication information, an summary electronic reports to the first user via a first display. The remote network device is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report at predetermined times from the portable wireless data transfer and display device, and present at least one of the vehicle data, the driver information, the communication information, and the summary electronic report to a second user via second display.

In another example, this disclosure is directed to a system comprising a means for gathering vehicle data from a vehicle during operation of the vehicle, a means for wirelessly receiving the vehicle data from the means gathering vehicle data in real-time or at intervals that approximate real-time, and a remote network device configured to receive the vehicle data from the means for wirelessly receiving the vehicle data and present the vehicle data to a user.

In another example, this disclosure is directed to a data acquisition device comprising a wired module configured to provide a wired connection to a vehicle for gathering vehicle data from the vehicle during operation of the vehicle. The data acquisition device is configured to be mounted inside the vehicle, and a short-range wireless communication module configured to wirelessly send the vehicle data in real-time to a portable wireless data transfer and display device in close proximity to the data acquisition device during operation of the vehicle.

In another example, this disclosure is directed to a device comprising a means for gathering vehicle data from the vehicle during operation of the vehicle, and a means for wirelessly sending the vehicle data in real-time to a portable wireless data transfer and display device during operation of the vehicle.

In another example, this disclosure is directed to a portable wireless data transfer and display device comprising a user interface, a communication module, a display, a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device. The portable wireless data transfer and display device is configured to accept inputs of driver information from a user via the user interface, and a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network. The portable wireless data transfer and display device is further configured to present at least one of the vehicle data, the driver information, processed data, and driver communications to the user via the display.

Exhibit 1
Page 022

US 9,262,934 B2

3

In another example, this disclosure is directed to a device comprising a means for wirelessly receiving vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, a means for accepting inputs of driver information from a user, a means for sending the vehicle data and the driver information through the communication module in real-time or at intervals that approximate real-time to a remote network device via a long-range wireless network, and a means for presenting at least one of the vehicle data, the driver information, processed data, driver communications to the user.

In another example, this disclosure is directed to a network device comprising a memory, a processor, a display, and a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device via a long-range wireless network. The memory configured to store the vehicle data, the driver information, and the driver communications. The processor is configured to process at least one of the vehicle data, the driver information, and the driver communication into summary electronic reports. The network device is configured to send the vehicle data, the driver information, the driver communication, and the summary electronic reports via the network communication module to at least one portable wireless data transfer and display device via the long-range wireless network. The network device is configured to present the vehicle data, driver information, driver communication, driver summary electronic report to a user via the display. The network device is configured to remotely update of at least one portable wireless data transfer and display device or at least one data acquisition devices associated with a portable wireless data transfer and display device via the network communication module.

In another example, this disclosure is directed to a network device comprising a means for receiving vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device via a long-range wireless network, a means for processing at least one of the vehicle data, the driver information, and the driver communication into summary electronic reports, a means for sending the vehicle data, the driver information, the driver communication, and the summary electronic reports to at least one portable wireless data transfer and display device via the long-range wireless network, a means for presenting the vehicle data, driver information, driver communication, driver summary electronic report to a user, and a means for remotely updating of at least one portable wireless data transfer and display device or at least one data acquisition devices associated with a portable wireless data transfer and display device.

In another example, this disclosure is directed to a method comprising receiving vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device via a long-range wireless network, processing at least one of the vehicle data, the driver information, and the driver communication into summary electronic reports, sending the vehicle data, the driver information, the driver communication, and the summary electronic reports to at least one portable wireless data transfer and display device via the long-range wireless network, presenting the vehicle data, driver information, driver communication, driver summary electronic report to a user, and remotely updating of at least one portable wireless data transfer and display device or at least one data acquisition devices associated with a portable wireless data transfer and display device.

4

In another example, this disclosure is directed to a portable wireless data transfer and display device comprising a user interface, a communication module, a display, a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device. The portable wireless data transfer and display device is configured to accept inputs of driver information from a user via the user interface. The portable wireless data transfer and display device is configured to associate the inputs of driver information with the vehicle data, and a long-range wireless communication module configured to send the vehicle data and the driver information, and the association of the vehicle data and the driver information through the communication module to a remote network device via a long-range wireless network. The portable wireless data transfer and display device is further configured to present at least one of the vehicle data, the driver information, processed data, and driver communications to a user via the display.

In another example, this disclosure is directed to a system comprising a data acquisition device configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering vehicle data from the vehicle during operation of the vehicle, the data acquisition device being free of a user interface display, a portable wireless data transfer and display device, and a remote network device. The data acquisition device includes a first short-range wireless communication module configured to wirelessly transmit the vehicle data to the portable wireless data transfer and display device. The portable wireless data transfer and display device includes a second short-range wireless communication module configured to wirelessly receive the vehicle data from the data acquisition device when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle. The portable wireless data transfer and display device is configured to accept inputs of driver information from a first user via a user interface. The portable wireless data transfer and display device is configured to associate the inputs of driver information with the vehicle data. The portable wireless data transfer and display device further includes a long-range wireless communication module. The portable wireless data transfer and display device is configured to send the vehicle data and the driver information, and the association of the vehicle data and the driver information through the communication module to a remote network device via a long-range wireless network. The remote network device is configured to receive the vehicle data and the driver information, and the association of the vehicle data and the driver information from the portable wireless data transfer and display device, and present at least one of the vehicle data, and the association of the vehicle data and the driver information to a second user via second display.

In another example, this disclosure is directed to a portable wireless data transfer and display device comprising a user interface, a communication module, a display, a short-range wireless communication module configured to wirelessly receive vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device. The portable wireless data transfer and display device is configured to accept inputs of driver information from a user via the user interface, and a long-range wireless communication module configured to send the vehicle data and the driver information through the communication module at predetermined times to a network device via a long-range wireless network, and to receive one or more work

Exhibit 1
Page 023

US 9,262,934 B2

**5**

requests from the network device via the long-range wireless network. The portable wireless data transfer and display device is configured to present the work request via the display and to accept an input from a driver responding to the work request via the user interface. The portable wireless data transfer and display device is configured to forward the input from the driver responding to the work request to the network device via the long-range wireless communication module and the long-range wireless network.

In another example, this disclosure is directed to a device comprising a means for wirelessly receiving vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, a means for accepting inputs of driver information from a user, a means for sending the vehicle data and the driver information through the communication module to a remote network device via a long-range wireless network, a means for receiving one or more work requests from the network device via the long-range wireless network, a means for receiving an input from a driver responding to the work request, and a means for forwarding the input from the driver responding to the work request to the network device via the long-range wireless network

In another example, this disclosure is directed to a portable wireless data transfer and display device comprising a user interface, a display, a processor, and a short-range wireless communication module configured to wirelessly receive vehicle data, in real-time, from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device. The portable wireless data transfer and display device is configured to receive an input of driver information and driver communications from a user via the user interface. The short-range wireless communication module is configured to communicate two ways, in real-time, the driver communications via a long-range wireless network. The portable wireless data transfer and display device is configured to process into a trip schedule at least one of the vehicle data, the driver information, and the driver communications via the processor. The portable wireless data transfer and display device is further configured to present the trip schedule and the driver communications to the user via the display.

In another example, this disclosure is directed to a device comprising a means for wirelessly receiving vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, a means for accepting inputs of driver information from a user, a means for sending the vehicle data and the driver information through the communication module to a remote network device via a long-range wireless network, a means for receiving an input of driver information and driver communications from a user, a means for processing, into a trip schedule, at least one of the vehicle data, the driver information, and the driver communications, and a means for presenting, in real-time, the trip schedule and the driver communications to the user.

In another example, this disclosure is directed to a network device comprising a memory, a display, a processor, and a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display device via a long-range wireless network, each portable wireless data transfer and display device being associated with a corresponding one of a plurality of vehicles. The memory configured to store the vehicle data, the driver information, and the driver communications.

**6**

The processor is configured to process at least one of the vehicle data, the driver information, and the driver communication into summary electronic reports. The network device is configured to present the vehicle data, the driver information, the driver communication, and the summary electronic report of the plurality of vehicles in real-time by location via the display. The network device is configured to allow for selection of the drivers presented and is configured to send work requests to wireless devices in use by the selection of the drivers presented.

In another example, this disclosure is directed to a network device comprising a means for receiving vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display devices, each portable wireless data transfer and display device being associated with a corresponding one of a plurality of vehicles, via a long-range wireless network, a means for storing the vehicle data, the driver information, and the driver communications, a means for processing at least one of the vehicle data, the driver information, and the driver communication into summary electronic reports, a means for presenting the vehicle data, the driver information, the driver communication, and the summary electronic report of the plurality of vehicles in real-time by location, a means for receiving a selection of the drivers presented, and a means for sending work requests to wireless devices in use by the selection of the drivers presented.

In another example, this disclosure is directed to a network device comprising a memory, a display, a user interface, a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display devices via a long-range wireless network. The network communication module is further configured to receive a network communication from one or more of the portable wireless data transfer and display devices via the long-range wireless network. The network device is configured to store the vehicle data, the driver information, the driver communication, and the network communication in the memory. The network device is configured to present the vehicle data, the driver information, the driver communication, and the network communications from the plurality of portable wireless data transfer and display devices via the display. The user interface is configured to allow for selection of the drivers presented and is configured to accept user inputs of network communications via the user interface. The network communication module is further configured to send the network communications to the plurality of portable wireless data transfer and display devices via the long-range wireless network.

In another example, this disclosure is directed to a network device comprising a means for receiving vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display devices via a long-range wireless network, a means for receiving a network communication from one or more of the portable wireless data transfer and display devices via the long-range wireless network, a means for storing the vehicle data, the driver information, the driver communication, and the network communication, a means for presenting the vehicle data, the driver information, the driver communication, and the network communications from the plurality of portable wireless data transfer and display devices, a means for accepting user inputs of network communications, and a means for sending the network communications to the plurality of portable wireless data transfer and display devices via the long-range wireless network.

Exhibit 1
Page 024

US 9,262,934 B2

7

In another example, this disclosure is directed to a method comprising receiving vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display devices via a long-range wireless network, receiving a network communication from one or more of the portable wireless data transfer and display devices via the long-range wireless network, storing the vehicle data, the driver information, the driver communication, and the network communication, presenting the vehicle data, the driver information, the driver communication, and the network communications from the plurality of portable wireless data transfer and display devices, accepting user inputs of network communications, and sending the network communications to the plurality of portable wireless data transfer and display devices via the long-range wireless network.

In another example, this disclosure is directed to a computing device comprising a user interface, a network interface configured to receive vehicle data, driver information, and driver communications, a memory configured to store the vehicle data, the driver information, and the driver communications, and a processor configured to process the vehicle data, the driver information, and the driver communications into an electronic driver scorecard according to specified safety and efficiency criteria. The electronic driver scorecard comprises one or more alphanumerical ratings according to a selection of drivers as input by a user into the user interface.

In another example, this disclosure is directed to a computing device comprising a means for receiving vehicle data, driver information, and driver communications, a means for storing the vehicle data, the driver information, and the driver communications via memory, and a means for processing the vehicle data, the driver information, and the driver communications into an electronic driver scorecard according to specified safety and efficiency criteria via the processor. The electronic driver scorecard comprises one or more alphanumerical ratings according to a selection of drivers as selected by a user.

In another example, this disclosure is directed to a method comprising receiving vehicle data and driver information with a network interface of a computing device, storing the vehicle data and the driver information with a memory of the computing device, and processing the vehicle data and the driver information into an electronic driver scorecard according to specified safety and efficiency with a processor of the computing device. The electronic driver scorecard comprises one or more alphanumerical ratings according to a selection of drivers as input by a user into a user interface of the computing device.

The details of one or more implementations are set forth in the accompanying drawings and the description below. Other features and advantages may be apparent from the description and drawings, and from the claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a conceptual illustration of an example fleet management system.

FIG. **2** is a conceptual illustration of driver and vehicle information communications for a single vehicle in the fleet management system of FIG. **1** in further detail.

FIG. **3** is a conceptual illustration of the system of FIG. **2** in combination with an external storage device.

FIGS. **4A**-**4**B illustrate an example user interfaces on a portable wireless data transfer and display device of the fleet management system of FIG. **1**.

8

FIG. **5** is a flowchart illustrating techniques for communicating an electronic report or other data from a data acquisition device via an external storage device.

FIG. **6** is flowchart illustrating example techniques for using a portable wireless data transfer and display device to transmit data to a network device.

FIG. **7** is illustrates example computing devices suitable for implementing the techniques for managing driver and vehicle information as described herein.

FIG. **8** is a flowchart illustrating example techniques for using a portable wireless data transfer and display device for communicating on work requests.

FIG. **9** is a flowchart illustrating example techniques for associating vehicle usage information with a driver using a portable wireless data transfer and display device.

FIG. **10** is a flowchart illustrating example techniques for associating inputs of driver information with vehicle data using a portable wireless data transfer and display device.

FIG. **11** illustrates a user interface of a network device presenting vehicle data, driver information, driver communication, and summary electronic report of the plurality of vehicles in a real-time by location display.

FIG. **12** illustrates a user interface of a network device presenting an electronic driver scorecard according to specified safety and efficiency criteria.

FIG. **13** illustrates a user interface of a network device presenting a detailed driving log for a selected driver.

FIG. **14** is a flowchart illustrating example techniques for generating electronic driver scorecards.

FIG. **15** is a flowchart illustrating example techniques for sending network communications to selected drivers via the plurality of portable wireless data transfer and display devices associated with those drivers via the long-range wireless network.

FIG. **16** illustrates a portable wireless data transfer and display device including a user interface presenting a variety of driver and vehicle information for a commercial driver.

FIG. **17** is a flowchart illustrating example techniques for presenting work requests to a commercial driver via a portable wireless data transfer and display device.

DETAILED DESCRIPTION

FIG. **1** illustrates example fleet management system **100**. Fleet management system **100** includes a collection of vehicles **102**a-**102**c equipped with data acquisition devices **106**a-**106**c and accompanying portable wireless data transfer and display devices **112**a-**112**c. In particular, examples, portable wireless data transfer and display devices **112**a-**112**c may be cellular phones or other commercially available long-range wireless communication devices. Fleet management system **100** further includes control center **104**, which facilitates remote monitoring of vehicles **102**a-**102**c.

Data acquisition devices **106**a-**106**c are configured to mount inside vehicles **102**a-**102**c and provide a connection to the vehicles for gathering vehicle data from the vehicle during operation of the vehicle. This vehicle data may then be forwarded to the corresponding data transfer and display devices **112**a-**112**c. Portable wireless data transfer and display devices **112**a-**112**c each include a user interface, which may be used to receive information from the driver and/or present vehicle information to the driver. The user interfaces of the portable wireless data transfer and display devices may be configured to present at least one of: the vehicle data, the driver information, the driver communications, or a driver summary electronic report.

Exhibit 1
Page 025

US 9,262,934 B2

9

Portable wireless data transfer and display devices 112a-112c communicate with a remote network device of control center 104. Control center 104 represents a physical or conceptual location in which vehicle information about vehicles 102a-102c, along with the vehicle's driver information, their driver communications, and driver summary electronic reports of their work history, is collected and used.

Remote control center 104 is configured to receive the vehicle data, the driver information, the communication information, and the driver summary electronic report, at predetermined times, such as at real-time or at intervals that approximate real-time, from portable wireless data transfer and display devices 112a-112c through long-range wireless network 120a-120c. The network device then presents at least one of the vehicle data, the driver information, the communication information and the summary electronic report to a user via a display.

As mentioned previously, data acquisition devices 106a-106c are electronic devices that collect vehicle data about vehicles' 102a-102c, such as location, speed, operational parameters, acceleration, operating hours, and/or other vehicle-related information. For example, data acquisition devices 106a-106c may receive location information such as global positioning system (GPS) signals 108 from GPS satellites 109 to determine the locations of their respective vehicles 102a-102c. Also, data acquisition device 106a-106c may be configured to electrically connect with an engine control module (refer to FIG. 2) so as to receive vehicle operation information, e.g., speed, operational parameters, acceleration/braking data, fuel usage, and the like, for storage within a memory module and through usage of devices such as accelerometers.

In some examples, the connection to the vehicle may be a wired connection; in other examples, the connection to the vehicle may be a wireless connection. Periods of operation of the vehicle may include periods when the vehicle is in motion, idle or while any electronic component of the vehicle is active. In some examples, data acquisition devices 106a-106c may be free of a user interface display altogether. Instead, data acquisition devices 106a-106c may interact with a user, such as a driver, via one of portable wireless data transfer and display devices 112a-112c.

In some examples, each data acquisition device 106 includes a short-range wireless communication module configured to wirelessly transmit vehicle data to a corresponding portable wireless data transfer and display device 112. The vehicle data may be transmitted at predetermined times, such as at real-time or at intervals that approximate real-time, e.g., intervals of less than 5 minutes, less than 3 minutes, less than 2 minutes, less than 1 minute or even less than 30 seconds. Likewise, the portable wireless data transfer and display devices 112a-112c may include a short-range wireless communication modules configured to wirelessly receive the vehicle data from a corresponding data acquisition device 106. This may occur at predetermined times, such as at real-time or at intervals that approximate real-time, when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle. In other examples, communications between a data acquisition device and a portable wireless data transfer and display device may occur over a wired connection, such as a connection conforming to a universal serial bus (USB) standard, such as USB 1.1, USB 2.0, USB 3.0 or other wired connection. The portable wireless data transfer and display devices also include a communication module configured to provide a communication link with the remote network device via long-range wireless network 120a-120c.

10

Still referring to FIG. 1, each of data acquisition device 106a-106c may communicate with a corresponding portable wireless data transfer and display device 112a-112c, at predetermined times, such as at real-time or at intervals that approximate real-time, using a short-range wireless communication module, which may also be positioned inside or in close proximity to vehicle 102a-102c. These signals are received by the portable wireless data transfer and display devices through the devices own short-range wireless network communication modules. In particular, each of portable wireless data transfer and display devices 112a-112c may be carried by the driver of the corresponding vehicle 102a-102c.

Each portable wireless data transfer and display device 112a-112c is configured to wirelessly communicate with a corresponding data acquisition device 106a-106c, respectively, mounted in the vehicle while the driver is operating the vehicle. For example, during use of fleet vehicle 102a, data acquisition device 106a and portable wireless data transfer and display device 112a may wirelessly communicate while both data acquisition device 106a and portable wireless data transfer and display device 112a are positioned inside vehicle 102a. In such circumstances, data acquisition device 106a and the corresponding portable wireless data transfer and display device 112a may operate as system 110a (FIGS. 2-3) for communicating information about vehicle 102a and its driver.

Still referring to FIG. 1, in this example, data acquisition device 106a communicates with portable wireless data transfer and display device 112a over short-range wireless link 114a. Portable wireless data transfer and display device 106a provides a user interface for data acquisition device 106a. Similarly, data acquisition devices 106b and 106c communicate with portable wireless data transfer and display devices 112b and 112c, respectively, over a short-range wireless links 114b and 114c. In those examples in which portable wireless data transfer and display device 112a-112c provides the user interface for the respective data acquisition device 106a-106c, each data acquisition device 106a-106c may be constructed as a displayless unit that is free of any user interface display mounted thereto, thereby reducing the size of data acquisition device 106a, e.g., providing for simplified installation and, optionally, concealed installation inside the vehicle, and reducing the manufacturing complexities for data acquisition device 106a. In some implementations, portable wireless data transfer and display devices 112a-112c may be cellular telephones, satellite telephones, portable computers, tablet computers, personal digital assistants (PDAs), or other mobile computing devices that are programmed to wirelessly communicate with one or more of data acquisition device 106a-106c. As such, each portable wireless data transfer and display device 112a-112c may be separately housed from its corresponding data acquisition device 106a-106c so that portable wireless data transfer and display device 112a-112c may be carried by the vehicle driver or other user outside of vehicle 102a-102c while data acquisition device 106a-106c remains mounted inside vehicle 102a-102c.

In some implementations, wireless links 114a-114c may be short-range wireless communications links, such as Bluetooth, wireless Ethernet (WiFi) including WiFi 802.11, Zig-Bee, near-field communications (NFC), infrared (IrDA), block linear turbo equalization (BLTE) or any other suitable short-range wireless communication link utilized by the short-range wireless communication modules utilized by the data acquisition devices and portable wireless data transfer and display devices.

Exhibit 1
Page 026

US 9,262,934 B2

11

In some examples, each portable wireless data transfer and display device 112a-112c may communicate two ways with an associated data acquisition devices 106a-106c. In such examples, the data acquisition device may receive the driver information from the portable wireless data transfer and display device, while the portable wireless data transfer and display device receives vehicle information from the data acquisition device. This may be done at predetermined times when both items are positioned inside vehicle 102a-102c, e.g., while data acquisition device 106a is mounted inside vehicle 102a and portable wireless data transfer and display device 112a is carried by the driver in the vehicle or otherwise temporarily placed inside the vehicle cabin. Moreover, because each portable wireless data transfer and display device 112a-112c is portable relative to its respective data acquisition device 106a-106c, the driver or other human user may view or input driver information on the user interface of portable wireless data transfer and display device 112a-112c both when the driver is seated inside the vehicle and when the driver is positioned outside the vehicle in proximity thereto, e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building. Furthermore, even when the portable wireless data transfer and display device is outside the proximity thereto, the portable wireless data transfer and display device may still communicate wirelessly with remote control center 104 using a long-range wireless network 120a-120c and with other mobile communications devices using long-range wireless network 800a-800b.

In use, each wireless link 114a-114c transmits information between the respective data acquisition device 106a-106c and its corresponding portable wireless data transfer and display device 112a-112c. In some implementations, data acquisition devices 106a-106c do not provide their own user interfaces, e.g., displays, input buttons, but instead wirelessly communicate bi-directionally with portable wireless data transfer and display device 112a-112c to provide user interface functions for the overall mobile system 110a (refer, for example, to FIG. 2). For example, data acquisition device 106a may wirelessly communicate vehicle data through short range wireless link 114a so that portable wireless data transfer and display device 112a may update and display hours of service information on the display screen carried by the driver. In another example, data acquisition device 106a may determine the location of vehicle 102a and wirelessly communicate the location information to portable wireless data transfer and display device 112a so that portable wireless data transfer and display device 112a may display the location on a map. Example uses of portable wireless data transfer and display device 112a-112c as user interfaces for data acquisition device 106a-106c are discussed further in the descriptions of FIGS. 2-5.

In use, portable wireless data transfer and display devices 112a-112c may communicate with at least one control center 104 over a collection of wireless links 120a-120c with one or more transceivers 122. They may also communicate with one or more other portable wireless data transfer and display devices 112a-112c through long-range networks 800a-800b. Information that may be communicated among portable wireless data transfer and display devices and remote networks includes the vehicle data, the driver information, driver communications, and driver summary electronic reports. The driver summary electronic reports may include identification information for the driver, and hours of service information for the driver. This information may be viewed on the displays of the portable wireless data transfer and display devices. In some implementations, wireless links 120a-120c and 800a-800b may be short-range links, such as WiFi etc., or long-

12

range wireless links, such as cellular communication links, satellite communication links, WiMAX links, long term evolution (LTE) links, or any other suitable form of long-range wireless link that may communicate data among portable wireless data transfer and display devices 112a-112c and control center 104.

In an example, transceiver 122 may be a cellular antenna tower that is configured to provide cellular data links to a variety of cellular telephones within a particular geographic range. Transceiver 122 may be communicatively connected to base station 124. In some implementations, base station 124 may be a cellular data communications provider, satellite communications provider, or any other appropriate wireless communications provider.

Still referring to FIG. 1, a network 130 communicatively connects base station 124 with control center 104. In some examples, network 130 may include the Internet or other public or private data networks. In alternative examples in which one or more of portable wireless data transfer and display device 112a-112c include a satellite phone, at least one of long-range wireless links 120a-120c may be a satellite communication link and transceiver 122 may be a satellite communication apparatus.

A mentioned previously, control center 104 exchanges information with data acquisition devices 106a-106c (via portable wireless data transfer and display devices 112a-112c) and the portable wireless data transfer and display devices monitor the status of vehicles 102a-102c and the drivers within. For example, control center 104 may track the locations of vehicles 102a-102c in order to estimate delivery or pickup times, or to coordinate the dispatch of vehicles 102a-102c to pick up a delivery, e.g., by dispatching vehicle 102a-102c closest to the pickup location. In another example, control center 104 may monitor vehicles' 102a-102c operating parameters to coordinate repairs or maintenance, e.g., monitor temperatures of refrigerated cargo, or monitor engine warning signals. Control center 104 may also receive or send information to portable wireless data transfer and display devices 114a-114c, including, but not limited to, vehicle data, driver information, communication information, and driver summary electronic reports, at predetermined times.

A remote network user may furthermore view this collection of information on a display screen of a remote device on network 130. The remote network user or control center 104 may find that certain portable wireless data transfer and display devices are out of date and may be configured to send electronic updates to portable wireless data transfer and display devices 112a-112c. Correspondingly, the portable wireless data transfer and display device may be configured to receive these updates and self-install them.

Another form of information generated by the system for communication to the network device is driver information, which may include data indicative of the hours of service when the driver is on duty on a particular day. In some implementations, the driver information may be automatically converted into driver summary electronic reports (including hours of service records, driver identification information, etc.) that are readily exportable via the USB port of data acquisition device 106a-106c (FIG. 3) or via wireless link 120a-120c of portable wireless data transfer and display device 112a-112c. In this example, these portable wireless data transfer and display devices may further relay information to each other through long-range networks 800a-800c or to control center 104 through long-range networks 120a-120c.

For example, data acquisition device 106a may collect the vehicle data over a period of time when a particular driver is

Exhibit 1
Page 027

US 9,262,934 B2

**13**

using vehicle **102***a*, and data acquisition device **106***a* can, at predetermined times, such as at real-time or at intervals that approximate real-time, transfer this vehicle information to corresponding portable wireless data transfer and display device **112***a* linked thereto via Bluetooth connection **114***a*. Portable wireless data transfer and display device **112***a* may also access the driver information, either by input by the driver into the portable wireless data transfer and display device or by receiving driver information from another portable wireless data transfer and display device or control center **104**. From there, the driver information may be wirelessly communicated via cellular link **120***a* to control center **104**, wirelessly communicated via Bluetooth link **114***a* to data acquisition device **106***a* for subsequent exporting via the USB port to a remote device (refer to FIG. **3**), wirelessly communicated via a cellular link to portable wireless data transfer and display device **112***b*-**112***c*, wirelessly communicated to remote computer **150**, or some combination of the aforementioned. Regarding the process for exporting vehicle data or driver information via the USB port, data acquisition device **106***a* may be configured to output the driver summary electronic report directly to a temporarily connected external computer device **150**, e.g., a notebook computer, or a portable storage device **152**, e.g., a USB thumb drive, a portable hard drive, provided by a vehicle inspector **154**, e.g., a law enforcement official, a regulatory inspector, or the like. In such circumstances, the vehicle inspector **154** may conveniently plug the external computer device **150** or portable storage device **152** into the USB port provided by data acquisition device **106***a* to facilitate a transfer of the requested data from data acquisition device **106***a*. Thus, data acquisition device **106***a* and portable wireless data transfer and display device **112** are two separately housed instruments that act together as a system to generate and communicate the vehicle data and driver information associated with the driver. Additionally, external computer device **150** may acquire the requested data directly from portable wireless data transfer and display device **112***a* through network **801**, or may receive the information from control center **104** through wireless network connection **802**.

Communication among network devices, the data acquisition devices, the portable wireless display and transfer units, and other communication devices and computers may be configured to occur at predetermined times. In different examples, predetermined times may include consistent periodic intervals, real-time communication, and times corresponding to particular events such as: driver events, communication events, vehicle events, safety events, remote network device events, data acquisition device events, and portable wireless display and transfer unit events. Additionally, predetermined times may include times such as when the portable wireless data transfer and display device is connected to the long-range wireless network, and periodical intervals when the portable wireless data transfer and display device is connected to the long-range wireless network. This facilitates real-time or approximately real-time updates of driver and vehicle data at a remote computing device via control center **104**. This may improve transportation management by improving the reliability and accuracy of driver and vehicle information available via control center **104**.

FIG. **2** is a conceptual illustration of driver and vehicle information communications for a single vehicle in system **110***a* for communicating fleet vehicle information of FIG. **1** in further detail. Specifically, FIG. **2** illustrates data acquisition device **106***a* as mounted in vehicle **102***a* and portable wireless data transfer and display device **112***a* in further detail. Data acquisition device **106***a* is mounted in vehicle **102***a* and is electrically connected to engine control module

**14**

(ECM) **202** of vehicle **102***a* vehicle **102***a*. In particular, data acquisition device **106***a* may include an input cable, e.g., data bus **204**, which electrically connects to a mating connector of ECM **202** within vehicle **102***a*.

In some implementations, ECM **202** is an electronic device that monitors and/or controls various functions of vehicle **102***a*. For example, ECM **202** may monitor vehicle speed, engine speed, coolant temperature, vehicle mileage, cargo environmental parameters, and any other appropriate vehicle parameters. In this example, data acquisition device **106***a* is configured to mount directly to a dash component inside the cabin of vehicle **102***a*. As previously described, data acquisition device **106***a* may be a displayless unit that is without any user interface display screen, thereby reducing the size of the unit **106***a* and facilitating a simplified installation process. User interface **208** of portable wireless data transfer and display device **112***a* may be used as a portable user interface for data acquisition device **106***a* when the unit **106***a* communicates with portable wireless data transfer and display device **112***a* over Bluetooth connection **114***a*.

In some examples, data acquisition device **106***a* may include a single printed circuit board upon which all of its electronic circuitry is mounted, thereby limiting the size and manufacturing complexities of the unit **106***a*. It should be understood from the description herein, that data acquisition device **106***a* is depicted as an enlarged size in FIGS. **2**-**3** for purposes of illustration only, and that the actual size of data acquisition device **106***a* may be significantly smaller. For example, in some examples, data acquisition device **106***a* has a maximum length of about 8 inches, a maximum width of about 6.5 inches, and a maximum height of about 1.5 inches. As mentioned previously, the data acquisition device may include a short-range communication module for sending the vehicle data in real-time to a portable wireless data transfer and display device. This occurs when the data acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is within close proximity to the data acquisition device.

As referred to herein, real-time communications represent data pushed over a communication channel that is active once the data is collected. For example, data acquisition device **106***a* pushes vehicle data gathered to portable wireless data transfer and display device **112***a* over a preexisting connection. Of course, the actual time period for this "real-time" communication is a time period greater than zero. In some examples, the real-time communication is less than 1 second, and may also be less than 0.1 seconds, less than 50 milliseconds, less than 20 milliseconds, or even less than 20 milliseconds.

In some implementations, data acquisition device **106***a* may detect the particular type of communications protocol employed by ECM **202**, and automatically adapt to the detected protocol in order to communicate with ECM **202**. In these circumstances, data acquisition device **106***a* may be installed in any one of a number of different types of vehicles, e.g., a class 8 large truck, a class 1 car, or the like, and the installer's act of connecting cable **204** to the vehicle's ECM **202** may prompt the control circuitry of data acquisition device **106***a* to automatically recognize the type of vehicle in which it is installed. As such, some examples of data acquisition device **106***a* need not be manufactured or preprogrammed in a vehicle-specific manner. For example, in some implementations, ECM **202** may implement a controller area network (CAN), a local interconnect network (LIN), a vehicle area network (VAN), FlexRay, J1939, ISO-11783, domestic digital bus (D2B), IDB-1394, SmartWireX, MOST, J1850, ISO-9141, J1708, J1587, SPI, IIC, or any other communica-

Exhibit 1
Page 028

US 9,262,934 B2

15

16

tions protocol for communicating with data acquisition device **106a** through data bus **204**. These communications may be further passed on to portable wireless data transfer and display device **112a** which may further communicate as shown in FIG. **1**. In such circumstances, data acquisition device **106a** may detect the combination and/or signal levels implemented over data bus **204**, may analyze incoming data traffic, and/or may query ECM **202** using various protocols and corresponding responses in order to determine the protocol in use by ECM **202**.

In some implementations, the connector on the end of the data bus cable **204**, e.g., the end that connects to ECM **202**, may include a connection jack having more data lines than are provided by ECM **202**. Multiple converters may be provided to adapt a subset of the port's data lines to a variety of configurations of data bus **204**. For example, passenger cars and other "class 1" vehicles may provide a connector that is compliant with the on-board diagnostic (OBD) II specification, while large trucks and other "class 8" vehicles may provide a connector that is compliant with the heavy-duty OBD (HDOBD) specification. In such examples, one converter may be provided to adapt the port to connect to OBDII data buses, and another may be provided to adapt the port to connect to HDOBD data buses. Data acquisition device **106a** may sense the configuration of an attached converter to determine the appropriate protocol to use for communication with ECM **202**.

In some examples, data acquisition device **106a** may be configured to simultaneously communicate via multiple protocols at once of one or more engine control modules. For instance, data acquisition device **106a** may be configured to communicate via the J1939 and J1708 protocols at the same time. This feature may be useful, for example, for a vehicle in which ECM **202** communicates in two different protocols, e.g., communicates some information (braking information) on one engine bus and other information, e.g., fuel information, on another engine bus. Also, this feature may be useful when a single vehicle includes multiple ECMs **202** that employed different protocols. Thus, data acquisition device **106a** may to gather some vehicle information appears on one engine bus, and to gather other vehicle information on another engine bus. In one implementation, cable **204** may have a first set of wires that are configured to connect with a first ECM (or a first engine bus of an individual ECM) while a second set of wires are configured to mate with a second ECM (or a second engine bus of the individual ECM. Any such vehicle data attained through the ECM could be stored within memory of the data acquisition device.

Furthermore, in particular examples in which ECM **202** or engine bus **204** may not provide a direct odometer reading, data acquisition device **106a** may be configured to interpret other engine parameters to create an "effective odometer reading" of vehicle **102a** starting at the point when data acquisition device **106a** was installed in vehicle **102a**. For example, data acquisition device **106a** may receive data indicative of vehicle speed, e.g., used in combination with an internal clock or timer of data acquisition device **106a**, or data indicative of distance increments, e.g., distance pulses every 0.1 miles, so as to generate an "effective odometer reading" for vehicle **102a**. Accordingly, system **110a** may be used to comply with distance and odometer reporting requirements (via an electronic report) even if ECM **202** or engine bus **204** of vehicle **102a** does not directly provide odometer readings. In addition, system **110a** may prompt an installer or other user to manually input the vehicle odometer reading (as shown on the dash of the vehicle) when data acquisition device **106a** is initially installed so that the "effective odometer reading"

calculated by the system **110** is a substantially accurate estimation of the actual total mileage of vehicle **102a**.

As described previously, data acquisition device **106a** receives location information, such as global positioning system (GPS) signals **108** from GPS satellites **109** to determine the location of vehicle **102a**. For example, data acquisition device **106a** may be equipped with a GPS receiver device that receives signals from GPS satellite **109** so that data acquisition device **106a** may receive coordinate information, e.g., longitude and latitude coordinates, and time information, e.g., current time. In addition, in some examples, data acquisition device **106a** may be equipped with one or more accelerometers **203** to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement may be recorded by data acquisition device **106a** may communicated to control center **104** via portable wireless data transfer and display device **112a** for purposes of safety monitoring by a fleet manager or other system user. Thus, during operation of the vehicle, some examples of data acquisition device **106a** may receive input information from a combination of ECM **202** of vehicle **102a**, the GPS system, and the one or more internal accelerometers **203**.

Still referring to FIG. **2**, data acquisition device **106a** collects information from the various inputs, e.g., ECM **202**, the GPS system, and the one or more accelerometers **203**, and stores the vehicle information as data in a computer-readable memory module **206**. As previously described, in this example, data acquisition device **106a** may be displayless and thus has no user interface of its own with which to let a user view or interact with the vehicle information. Rather, in this example, data acquisition device **106a** communicates the vehicle information from memory module **206** to portable wireless data transfer and display device **112a** over Bluetooth connection **114a**, and the vehicle data may be stored in a non-transitory computer-readable memory **116** of portable wireless data transfer and display device **112a**. Portable wireless data transfer and display device **112a** provides user interface **208** with which the user may access some or all the vehicle information. Examples of user interfaces are discussed in further detail in the descriptions of FIGS. **4A** and **4B**.

In addition to displaying some or all of the vehicle data on portable wireless data transfer and display device **112a**, the vehicle data may also be transmitted two ways with another electronic device or control center **104** for review and archiving or other purposes. For example, in some examples, portable wireless data transfer and display device **112a** may communicate with transceiver **122** over cellular link **120a** to wirelessly communicate the vehicle data to remote network **130**. As such, data acquisition device **106a** and portable wireless data transfer and display device **112a** operate as a system **110a** that is positionable inside vehicle **102a** and that communicates information related to the vehicle and its driver. Moreover, at least the display portion, e.g., portable wireless data transfer and display device **112a**, of system **110a** may be portable relative to data acquisition device **106a** and vehicle **102a**, thereby permitting the user to view and input vehicle data or driver information even when the user is positioned outside the vehicle. Further, because each portable wireless data transfer and display device **112a-112c** is portable relative to vehicles **102a-102c** (FIG. **1**) and data acquisition device **106a-106c** (FIG. **1**), each portable wireless data transfer and display device **112a-112c** may be configured to wirelessly communicate with any one of the nearby data acquisition device **106a-106c**. For example, if the driver carrying portable wireless data transfer and display device **112a**

Exhibit 1
Page 029

US 9,262,934 B2

17

switches to vehicle 102b (FIG. 1) for a new workday, the driver's portable wireless data transfer and display device 112a may be configured to wirelessly communicate with data acquisition device 106b (FIG. 1) mounted inside that vehicle 102b for the workday.

Data acquisition device 106a, including the example depicted in FIG. 2 may include a number of additional safety and efficiency features. For one, the device may include a "black box" application for real-time recording of safety events data similar to what is seen in airplanes through flight data recorders. Just as in aviation, the accident data recorder may record vehicle parameters related to safety and may record information related to automobile accidents (for example, sudden changes in speed), material degradation, and automobile performance. The data acquisition device may further include a feature for the computation of International Fuel Tax Agreement (IFTA) data using tax algorithms dependent on the state and nation the vehicle is within. The location of the vehicle may be determined, for example, by using one or more GPA satellites 109. The data acquisition device may also be configured to receive an input of safety settings by a party. For example, a company employing the driver and vehicle may wish to ensure that their drivers do not exceed a particular speed. In some examples, a data acquisition device may track of when a safety violation, such as speeding, hard stop, or otherwise has occurred. Many more nuanced or complicated configuration for safety system integration could be implemented, with the driver, the driver's permanent employer, or the cargo owner all implementing their own safety features into the data acquisition device.

Additionally, data acquisition device 106a may also include additionally be capable of wirelessly receiving and downloading updates from a portable wireless data transfer and display device unit 112a via wireless link 114a. Updates could be related to memory storage, the GPS receiver, the accident data recorder, or any other configurable features of data acquisition device 106a.

Referring now to FIG. 3, each data acquisition device 106a-106c may optionally be equipped with an external data port, e.g., a USB port, for exporting driver summary electronic reports or other data, such as vehicle information or driver data, to a temporarily connected external storage device, such as a computer device 150, portable storage device 152, or the like. As described previously, data acquisition device 106a includes memory module 206 for storage of the vehicle information and other data, and portable wireless data transfer and display device 112a may receive the vehicle information and generate driver summary electronic reports, such as an electronic duty of file report. In some implementations, the driver summary electronic report stored in the memory 116 of portable wireless data transfer and display device 112a may be copied to data acquisition device 106a, e.g., via wireless link 114a, for subsequent access by a third party such as vehicle inspector 154. Similarly, portable wireless data transfer and display device 112a may be configured to utilize a processor to process vehicle data and driver information into a driver summary electronic report. Portable wireless data transfer and display device 112a may then wirelessly transmit the electronic report to a remote computer via a wireless network. As an example of such data, under some jurisdictions, law enforcement or regulatory inspectors may be authorized to request a copy of the data 206 in order to inspect the driver's record of duty to determine whether the driver is in compliance with laws that regulate the number of consecutive or cumulative hours the driver is permitted to be on duty in a given period. Thus, in some circumstances, the driver summary electronic report

18

may be generated by and stored in portable wireless data transfer and display device 112a, and this driver summary electronic report may be wirelessly communicated to data acquisition device 106a prior to exporting the driver summary electronic report via the output data port 302 of data acquisition device 106a.

As mentioned previously, the portable wireless data transfer and display device may also transmit the driver summary electronic report directly to the remote device 150 via wireless network connection 802. In some examples in which a copy of the driver summary electronic report is stored in both portable wireless data transfer and display device 112a and data acquisition device 106a, and the copies of these files may be updated or sync prior to exporting the driver summary electronic report via the output data port 302 of data acquisition device 106a or via wireless network connection 802 from portable wireless data transfer and display device 112a.

In the illustrated example, the vehicle inspector 154 may request that a copy of the data 206 be copied to the inspector's computer device 150 or the inspector's portable storage device 152. To facilitate communication between data acquisition device 106a and computer device 150 of portable storage device 152, computer device 150 or portable storage device 152 may be plugged into data output port 302 of data acquisition device 106a. As previously described, data output port 302 may be a USB port adapted to accept a USB connector 304 provided by any of computer device 150 and portable storage device 152.

Still referring to FIG. 3, in some examples, portable wireless data transfer and display device 112a may control the transfer of the driver summary electronic report to the inspector's computer device 150 or the inspector's portable storage device 152. For example, the driver summary electronic report or other data stored on data acquisition device 106a may be protected from exporting via data output port 302 until the user provides approval for the data transfer via user interface 208 of portable wireless data transfer and display device 112a. In such circumstances, data stored on data acquisition device 106a may be protected from unauthorized users, and furthermore, data files stored on data acquisition device 106a may be updated or synced with the data files stored on portable wireless data transfer and display device 112a prior to any file exporting operation via data output port 302. In this example, portable wireless data transfer and display device 112a may prompt the user, such as the driver or inspector 154, to initiate the file transfer process wirelessly or via direct connection from data acquisition device 106a to the inspector's computer device 150 or directly to the inspector's portable storage device 152 via user interface 208. User interface 208 of portable wireless data transfer and display device 112a may provide, for example, at least one control button 306 that receives the user input indicative of a command to initiate the file transfer process.

In some implementations, the user control button 306 may be a physical button, a touchscreen button, a selectable menu item, or any other user control mechanism on portable wireless data transfer and display device 112a. In other implementations, the control button 306 may be replaced or implemented with an input to detect a user gesture, a spoken command, e.g., speech recognition, or any other appropriate user action that portable wireless data transfer and display device 112a may detect as a user command. Additionally, portable wireless data transfer and display device 112a may wirelessly transmit the data or electronic report directly to computer device 150 via a short range wireless connection, wireless network connection 802 or using an interface similar

Exhibit 1
Page 030

US 9,262,934 B2

19
20

to that required for transferring the data from data acquisition device **106***a* to USB connector **304** or data output port **302**.

In response to activation of the user control button **306**, system **110***a* initiates a process in which the driver summary electronic report or other data file is at least partially transferred to data acquisition device **106***a* for purposes of storing a copy of the file at data acquisition device **106***a* or otherwise updating an older version of the file stored at data acquisition device **106***a*. After the current version of the driver summary electronic report or other data file is stored at both portable wireless data transfer and display device **112***a* and data acquisition device **106***a*, the driver summary electronic report or other data file may be exported via data output port **302** of the driver summary electronic report or other data file. The operation for transferring the driver summary electronic report or other data file to computer device **150** or to portable storage device **152** may be an automatic process that requires no further user input on portable wireless data transfer and display device **112***a* and data acquisition device **106***a*. For example, after the initial user input on the control button **306** of user interface **208**, the driver summary electronic report or other data file may be automatically transferred via data output port **302** upon a proper connection with computer device **150** or to portable storage device **152**. As such, the driver or the inspector **154** may plug the inspector's device **150** or **152** into the communication port **302** either before or after the driver activates the user control button **306**, in which case a copy of the driver summary electronic report from data acquisition device **106***a* is transferred via data output port **302** to the inspector's device **150** or **152**. When finished, the inspector's device **150** or **152**, with the driver summary electronic report or other data file stored in the memory thereof, may then be disconnected from the communications port **302** and used by vehicle inspector **154**.

Referring now to FIGS. **4**A-**4**B, portable wireless data transfer and display device **112**, which may represent one of portable wireless data transfer and display devices **112***a*-**112***c*, may provide the user interface for a corresponding one of data acquisition devices **106***a*-**106***c* as described with respect to FIGS. **1**-**3**. Portable wireless data transfer and display device **112** may also be configured to display information gathered from the devices shown in FIG. **1** such as data acquisition device **106***a*-**106***c* or control center **104**. This includes vehicle data, driver information, processed data, and driver communications. For example, the short-ranged communication module utilized by the portable wireless data transfer and display device may be configured to wirelessly receive data from a data acquisition device when the data is mounted within the vehicle and the portable wireless data transfer and display device is in close proximity to the data acquisition device. Driver information may be input by the user via the user interface.

Furthermore, portable wireless data transfer and display device **112** may function to send data, using a communication module to send vehicle data and driver information to a remote network device at predetermined times. Portable wireless data transfer and display device **112** may also be configured to wirelessly communicate vehicle data, driver information, and electronic reports with at least one remote network device or other portable wireless data transfer and display device at predetermined times via the communication module. Additionally, portable wireless data transfer and display device **112** may use the communication module to: receive processed data from the remote network device using the long-range wireless network, send driver communications using the communication module to one or more other portable wireless data transfer and display devices, send

driver communications to one or more remote computers, receive driver communication from another portable wireless data transfer and display device or a remote computer, and to download configuration updates from the remote network device and independently install them using an installation module. Portable wireless data transfer and display device **112** may also be configured to store information, such as the vehicle data, driver information, driver communications, processed data, electronic reports, and remote network device updates via memory.

In different examples, portable wireless data transfer and display device **112** may receive configuration updates representing relatively simple updates; e.g., an update to conform to a change in government regulation. In other examples, portable wireless data transfer and display device **112** may receive more complex updates, such as software updates that provide additional functionality or provide improved service in another manner.

Portable wireless data transfer and display device **112** may also receive configuration updates for data acquisition devices **106**. For example, portable wireless data transfer and display device **112***a* may receive a configuration updates for data acquisition devices **106** and then forward the update to its associated data acquisition device **106***a*. Such an update may represent a firmware update for the data acquisition devices **106**. In different examples, such a firmware update result in the data acquisition device **106** receiving different and/or additional information from the vehicle's ECM. Firmware updates for data acquisition devices **106** may otherwise changing the manner in which the data acquisition device **106** interacts with either the ECM or portable wireless data transfer and display devices or otherwise alter the manner in which data acquisition devices **106** process data.

As shown in FIG. **4**A, portable wireless data transfer and display device **112** includes user interface screen **402** configured to present driver duty information for display during operation of the vehicle. In some implementations, portable wireless data transfer and display device **112** may be any one of the portable wireless data transfer and display devices **112***a*-**112***c* depicted in FIG. **1**, and user interface **402** screen may be accessed from a menu selection on user interface **208** (FIG. **2**).

In this example, user interface **402** includes driver name display area **404**, which displays the name of the driver or other driver information associated with driver. Such driver information may be input into portable wireless data transfer and display device **112** or selected from a list displayed by portable wireless data transfer and display device **112**, and the driver information may be used in generating the aforementioned driver summary electronic report.

Still referring to FIG. **4**A, a collection of status indicators **406***a*-**406***d* provides visual indications of several operational parameters of portable wireless data transfer and display device **112** and/or an associated data acquisition device, e.g., data acquisition device **106***a*-**106***c*. For example, status indicator **406***a* may display a visual indication of whether portable wireless data transfer and display device **112** is connected to transceiver **122** of FIG. **1** by one of communication links **120***a*-**120***c*. Status indicator **406***b* may display a visual indication of whether portable wireless data transfer and display device **112** is connected to its associated data acquisition device **106***a*-**106***c* by one of Bluetooth connections **114***a*-**114***c*. Status indicator **406***c* may display a visual indication of whether portable wireless data transfer and display device **112** is receiving GPS signals **108** from GPS satellites **110**. Status indicator **406***d* may display a visual indication of whether portable wireless data transfer and display device

Exhibit 1
Page 031

US 9,262,934 B2

21

112 is connected to an associated ECM, such when data acquisition device **106***a* is connected to the ECM **206** of FIG. 2 by data bus **204**.

In some examples, download button **408** is provided by user interface **402** to accept user input indicative of a command to initiate a transfer of data from the associated data acquisition device **106** (FIG. **3**) unit to an external storage device, such as computer device **150** or portable storage device **152** as described previously discussed in the description of FIG. **3**. Accordingly, the download button **408** may initiate a set of operations in which particular data files stored on portable wireless data transfer and display device **112** are copied to data acquisition device **106** or otherwise used to update with similar files previously stored on data acquisition device **106**. From there, one or more data files may be exported via data output port **302** as previously described in connection with FIG. **3**. As such, the download button **408** may operate similarly to the previously described control button **306** (FIG. **3**).

In addition, user interface **402** provides a number of inputs for the driver to alter his or her driver information, thereby affecting the driver's hours of service and the aforementioned driver summary electronic report. For example, the driver may interact with user control **410***a* to indicate that he or she is in an "off duty" status. The driver may interact with user control **410***b* to indicate that he or she is in a "sleeper berth" status, e.g., the driver is resting in a sleeper unit associated with his vehicle. The driver may interact with user control **410***c* to indicate that he or she is operating his vehicle. The driver may interact with user control **410***d* to indicate that he or she is in an "on duty" status even when he or she is not driving the vehicle, e.g., inspecting the vehicle or performing other on-duty tasks. In some implementations, user controls **410***a*-**410***d* may change their visual appearance to indicate the status currently selected by the driver. For example, user control **410***a* may be displayed with a brighter color than user controls **410***b*-**410***d* when the driver is in an "off duty" status.

Still referring to FIG. **4**A, interface **402** of portable wireless data transfer and display device **112** may also display indicators related to the driver's hours of service. For example, indicator **412** displays the amount of time the driver has left before he or she is in violation of a predetermined drive time limit. Indicator **414** displays the amount of time the driver has left before he or she is in violation of a predetermined on duty time limit. Indicator **416** displays the consecutive amount of time the driver has been off duty.

Additionally, indicator **420** displays the amount of drive time the driver has accrued in a given day, which has an upper limit of "11 hours" of total drive time before he or she is in violation of a predetermined drive time limit. Thus, the time values in indicators **412** and **420** may add up to the maximum drive time limit ("11 hours"). When the driver's total drive time in indicator **420** exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Optionally, an indicator **422** displays the amount of on-duty time the driver has accrued in a given day, which has an upper limit of "14 hours" of total on-duty time before he or she is in violation of a predetermined on-duty time limit. Thus, the time values in indicators **422** and **414** may add up to the maximum on-duty time limit, e.g., "14 hours." When the driver's total drive time in indicator **422** exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Further, an indicator **424** displays the amount of total on-duty time the driver has accrued in a period of consecutive days, such as "8 days" for example. In this example, the total on-duty time the driver has accrued in an eight-day period

22

may have an upper limit of "70 hours" in this example. When the driver's total drive time in indicator **424** exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation.

As shown in FIG. **4**B, portable wireless data transfer and display device **112** may provide another user interface screen **450** that depicts a summary of the driver's duty log. In some examples, the summary information provided in this user interface screen **450** may be employed in the driver summary electronic report that is generated by portable wireless data transfer and display device **112** for purposes of sharing with the aforementioned inspector **154** (FIG. **3**). In some implementations, the user interface screen **450** may be accessed from a menu selection on user interface **208** (FIG. **2**).

User interface **450** in this example includes an electronic duty log represented by time chart **452**. Time chart **452** provides a convenient visualization of the driver's status, e.g., on duty, off duty, driving, sleeper berth, over a selected period of time. Date indicator area **454** displays the date associated with the information presented by time chart **452**. A time indicator area **456** displays the times associated with the information presented by time chart **452**. A time interval area **458** displays the elapsed time durations associated with the various statuses presented by time chart **452**.

A status area **460** displays the driver's current status or the status presented by time chart **452**. In some implementations, the status area **460** may include time information, status information, location information, a remark, and (optionally) the driver's name or other identification information. In some implementations, the remark may be selected from a collection of predefined remarks, e.g., "fueling," "breakdown," "loading," "unloading." In some implementations, the remark may be entered by the driver. For example, the driver may need to enter a remark that is not described by a predefined remark, e.g., "helping a motorist."

The driver may interact with a user control **470** to cause time chart **452** to display the duty status over a period of one day or other predetermined time interval of data on time chart **452**. The driver may interact with user control **472** to cause time chart **452** to display a one hour or other predetermined time interval of data on time chart **452**. The driver may interact with a user control **474** to cause user interface **450** to present additional user controls that the driver may use to enter remark information that may be associated with one or more of the driver's statuses.

In some examples, all or a portion of driver interaction with portable wireless data transfer and display device **112** may be locked out if the vehicle is in motion. For example, one or more features of user interfaces **402**, **450** may be unavailable to the driver if portable wireless data transfer and display device **112** determines the vehicle is in motion. In some cases, portable wireless data transfer and display device **112** may interact with the driver only via audible communications such as warning signals or voice communications while the vehicle is in motion. Portable wireless data transfer and display device **112** may determine the vehicle is in motion via vehicle data from the corresponding data acquisition device **106**, or by other means, such as a GPS module within portable wireless data transfer and display device **112** or from control center **104** (FIG. **1**).

FIG. **5** is a flowchart illustrating a process **500** for communicating an electronic report or other data from a data acquisition device via an external storage device. In one example, the techniques of FIG. **5** may be performed to transfer an electronic report from a data acquisition device, such as unit **106***a* depicted in FIG. **3**, to an external computer or storage device, such as the inspector's device **150** or **152** depicted in

Exhibit 1
Page 032

US 9,262,934 B2

23

FIG. **3**. Process **500** may include an operation **510** in which a driver summary electronic report, e.g., a summary of duty report, is held in the memory module of a portable wireless data transfer and display device, e.g., portable wireless data transfer and display device **112***a*-**112***c* depicted in FIG. **1**. For example, data acquisition device **106***a* may collect the vehicle data over a period of time when a particular driver is using vehicle **102***a*, and data acquisition device **106***a* may periodically transfer this vehicle data to the corresponding portable wireless data transfer and display device **112***a* linked thereto via Bluetooth connection **114***a*. Portable wireless data transfer and display device **112***a* may access the vehicle data along with other driver information, e.g., driver identification information and the like, so as to generate the driver summary electronic report for storing on the memory of portable wireless data transfer and display device **112***a*.

Process **500** may also include an operation **520** in which a wireless communication from the portable wireless data transfer and display device, e.g., portable wireless data transfer and display device **112***a*, is received to indicate that the electronic report, e.g., the driver summary electronic report, is approved for exporting from the data acquisition device. For example, the driver may activate the user control button **306** as depicted in FIG. **3** so that portable wireless data transfer and display device **112***a* may prepare data acquisition device **106***a* for exporting the electronic report, e.g., the driver summary electronic report.

At operation **530** in process **500**, the electronic report is also stored in a memory module of a data acquisition device, which is wirelessly linked to the portable wireless data transfer and display device. For example, the electronic report, e.g., the driver summary electronic report, may be wirelessly communicated via the Bluetooth link **114***a* from portable wireless data transfer and display device **112***a* to data acquisition device **106***a*. This operation **530** may be performed in response to operation **520**. It should be understood from the description herein that process **500** might be achieved by performing operation **530** either before or after the operation **520**. If operation **530** is performed before operation **520**, then operation **520** may cause portable wireless data transfer and display device **112***a* to update the electronic report, e.g., the driver summary electronic report, stored on data acquisition device **106***a* with a more recent version of the file.

At operation **540**, the data acquisition device removably receives a USB connection device at a USB port arranged along the housing of the data acquisition device. For example, as previously described in connection with FIG. **3**, data acquisition device **106***a* may be equipped with a USB port **302** that is configured to removably receive the USB connector **304** from an inspector's portable computer **150** or portable storage device **152**. In such circumstances, the vehicle inspector **154** may conveniently plug the external computer device **150** or portable storage device **152** into the USB port **302** provided by data acquisition device **106***a* to facilitate a transfer of the requested data from data acquisition device **106***a*.

Process **500** may also include operation **550** in which the electronic report, e.g., the driver summary electronic report, is automatically transferred via the USB port of the data acquisition device to a portable external unit. For example, in response to the user input at operation **520** and the receipt of the USB connection device at operation **540**, the driver summary electronic report may automatically transferred via the USB port **302** the inspectors device **150** or device **152** without any further user input at data acquisition device **106***a* or its corresponding portable wireless data transfer and display device **112***a*. As such, data acquisition device **106***a* may be configured to output the driver summary electronic report

24

directly to a temporarily connected external computer device **150**, e.g., a notebook computer, or a portable storage device **152**, e.g., a USB thumb drive, a portable hard drive, provided by a vehicle inspector **154**, e.g., a law enforcement official, a regulatory inspector, or the like.

Process **500** may include operation **560** in which a signal is automatically received by the data acquisition device indicating that the USB connection to the portable external unit is removed. For example, USB connection device **304** (FIG. **3**) may be removed from data acquisition device **106***a*. When a USB device (sometimes referred to as a slave) is connected to or disconnected from a USB host, e.g., data acquisition device **106***a*, there is a change on these USB data lines. It is this change that the USB host may use to automatically detect that a device has been connected or removed.

FIG. **6** is flowchart illustrating process **600** for using a portable wireless data transfer and display device to transmit data to a network device. In some examples, process **600** may be performed to communicate a driver summary electronic report via a cellular link established by a portable wireless data transfer and display device, e.g., portable wireless data transfer and display device **112***a* depicted in FIG. **3**. Process **600** may include an operation **610** in which vehicle data is wirelessly received at the portable wireless data transfer and display device from a data acquisition device mounted in a vehicle. For example, data acquisition device **106***a* may collect the vehicle data over a period of time when a particular driver is using vehicle **102***a*, and data acquisition device **106***a* may transfer this vehicle data to the corresponding portable wireless data transfer and display device **112***a* linked thereto via Bluetooth connection **114***a*.

In operation **620**, an electronic report, e.g., the driver summary electronic report, is stored in a memory module of a handheld portable wireless data transfer and display device, which is in wireless communication with the data acquisition device, with other portable wireless data transfer and display devices, and with other remote computer systems. For example, portable wireless data transfer and display device **112***a* may access the vehicle information along with other driver information, e.g., driver identification information and the like, so as to generate the driver summary electronic report for storing on the memory of portable wireless data transfer and display device **112***a*.

The process may also include operation **630** in which a cellular connection is established to a network for communication between the portable wireless data transfer and display device, in this example, a control center. For example, portable wireless data transfer and display device **112***a* may establish the wireless connection **120***a* with transceiver **122**, which is in communication with control center **104** through the base station **124** and the network **130**.

In operation step **640**, the electronic report, e.g., the driver summary electronic report, is transmitted from a portable wireless data transfer and display device to the control center. For example, the electronic report and other data related to the driver or vehicle.

FIG. **7** is a block diagram of computing devices **700**, **750** that may be used to implement the systems and methods described in this document, either as a client or as a server or plurality of servers. Computing device **700** is intended to represent various forms of network devices, such as laptops, desktops, workstations, personal digital assistants, servers, blade servers, mainframes, and other appropriate computers. Computing device **750** is intended to represent various forms of portable wireless data transfer and display device, such as personal digital assistants, cellular telephones, smartphones, tablets, laptops and other similar computing devices. The

Exhibit 1

Page 033

US 9,262,934 B2

25

components shown here, their connections and relationships, and their functions, are merely exemplary only, and changes may be made to these examples within the spirit of this disclosure.

Computing device **700** includes a processor **702**, memory **704**, a storage device **706**, a high-speed interface **708** connecting to memory **704** and high-speed expansion ports **710**, and a low speed interface **712** connecting to low speed bus **714** and storage device **706**. Each of the components **702**, **704**, **706**, **708**, **710**, and **712**, are interconnected using various busses, and may be mounted on a common motherboard or in other manners as appropriate. The processor **702** may process instructions for execution within the computing device **700**, including instructions stored in memory **704** or on storage device **706** to display graphical information for a GUI on an external input/output device, such as display **716** coupled to high speed interface **708**. In other implementations, multiple processors and/or multiple buses may be used, as appropriate, along with multiple memories and types of memory. Also, multiple computing devices **700** may be connected, with each device providing portions of the necessary operations, e.g., as a server bank, a group of blade servers, or a multi-processor system.

Memory **704** stores information within the computing device **700**. In one implementation, memory **704** is a computer-readable medium. In an implementation, memory **704** is a volatile memory unit or units. In another implementation, memory **704** is a non-volatile memory unit or units.

Storage device **706** is capable of providing mass storage for the computing device **700**. In one implementation, storage device **706** is a computer-readable medium. In various different implementations, storage device **706** may be a floppy disk device, a hard disk device, an optical disk device, or a tape device, a flash memory or other similar solid state memory device, or an array of devices, including devices in a storage area network or other configurations. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as memory **704**, storage device **706**, or memory on processor **702**.

High-speed controller **708** manages bandwidth-intensive operations for the computing device **700**, while low-speed controller **712** manages lower bandwidth-intensive operations. Such allocation of duties is exemplary and could be changed in other examples. In one implementation, high-speed controller **708** is coupled to memory **704**, display **716**, e.g., through a graphics processor or accelerator, and to high-speed expansion ports **710**, which may accept various expansion cards (not shown). In the implementation, low-speed controller **712** is coupled to storage device **706** and low-speed expansion port **714**. The low-speed expansion port, which may include various communication ports, e.g., USB, Bluetooth, Ethernet, wireless Ethernet, may be coupled to one or more input/output devices, such as a keyboard, a pointing device, a scanner, or a networking device such as a switch or router, e.g., through a network adapter.

The computing device **700** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a standard server **720**, or multiple times in a group of such servers. It may also be implemented as part of a rack server system **724**. In addition, it may be implemented in a personal computer such as a laptop computer **722**. Alternatively, components from computing device **700** may be combined with other components in a portable wireless data transfer and display device (not shown), such as device **750**. Each of such devices may contain one or more of

26

computing device **700**, **750**, and an entire system may be made up of multiple computing devices **700**, **750** communicating with each other.

A network device exemplified in FIG. **7** may also be configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from at least one portable wireless data transfer and display device. This includes those portable wireless data transfer and display devices **750**, which may transmit the data through a long-range wireless network. The network device may then store the vehicle data, the driver information, and the driver communications in memory **706**. The network device may be configured to process any of the vehicle data, the driver information, and the driver communications within the memory **706** into summary electronic reports via the processor **702**. The network device may then use the network communication module to send the vehicle data, the driver information, the driver communication, and the summary electronic reports at least one portable wireless data transfer and display device via the long-range wireless network. In part to assist the user, the network device may also present the vehicle data, driver information, driver communication, electronic report to the user using the display **716**.

Furthermore, the network device may also upload any of the vehicle data, the driver information, the driver communications, or the summary electronic reports to a website (not shown) using a website communication module. This website may be used to conveniently present information to the any interested parties, such as the drivers, the cargo owners, the companies the drivers are working for, or for the network device operators themselves. The user may also find it helpful to use a configuration of the network device that presents vehicle data, driver information, driver communications, and electronic reports on the display **716**. Such a display may allow programmable categories and subgroups including of particular drivers, vehicles, and companies to allow for customization of the display **716** presented to the user.

The network device may also be used to update the configurations of various portable wireless data transfer and display devices units such as **750**, **780**, and **782**. This may also be done using the network communication module. Examples of updates include communication or interface updates of the portable wireless data transfer and display device. In different examples, configuration updates may represent relatively simple updates; e.g., an update to conform to a change in government regulation. In other examples, configuration updates may be more complex, such as software updates that provide additional functionality or provide improved service in another manner. In further examples, configuration updates may represent firmware updates for data acquisition devices. In different examples, such firmware update result in a data acquisition device receiving different and/or additional information from a vehicle's ECM. Firmware updates for data acquisition devices may otherwise changing the manner in which a data acquisition device interacts with either the ECM or portable wireless data transfer and display devices or otherwise alter the manner in which data acquisition devices process data.

The various networks used by the network device, including the long-range wireless networks, may be configured to utilize the Internet for convenience or otherwise. The network device may further send stored vehicle data, driver information, driver communications, and driver electronic reports to other remote computers using a management communication module (not shown in FIG. **7**). This may be done because among other reasons for reasons including allowing third parties to view the information.

Exhibit 1
Page 034

US 9,262,934 B2

27

28

For instances where the network device is desired to serve as a database for information it may be further configured to expand upon the above storing and sharing of information. The network device may utilize the communication module to receive vehicle data and driver information, at predetermined times, such as at real-time or at intervals that approximate real-time, from a plurality of portable wireless data transfer and display devices via a long-range wireless network. The network device may then store the vehicle data and driver information in memory 706. To give the network device access to data throughout periods of time, it may then successively store any updates of the vehicle data and the driver information in memory 706 for each of the plurality of portable wireless data transfer and display devices, such as device 782, 780 and 750. This data may be stored, at predetermined times, such as at real-time or at intervals that approximate real-time, when the communication module receives the vehicle data and the driver information from the plurality of portable wireless data transfer and display devices providing the information. The network device may than receive data requests for vehicle data and driver information from one of more remote computer devices, such as from the owners of cargo, driving companies, etc. This data may be received by using a communication module and further sent using the communication module through any network used by the network device and the remote computer devices (not shown). In the same fashion as with the vehicle data and driver information above, the network device may be configured to receive driver communications from the plurality of portable wireless data transfer and display devices, store in memory, and send the driver communications to remote computer devices. Similarly, the network device may be configured to receive driver electronic reports from a computer device using the communication module and communicating using a network. The network device may then store the summary electronic reports in the memory 706 and successively store of updates of the summary electronic reports in the memory 706. These driver electronic reports may then be sent using the communication module, with the driver electronic reports corresponding to the data request sent from the remote computer device through the network.

The computing device 750 is an example of a portable wireless data transfer and display device. The computing device 750 may include a processor 752, memory 764, an input/output device such as a display 754, a communication interface 766, and a transceiver 768, among other components. The portable wireless data transfer and display device 750 may also be provided with a storage device, such as a microdrive or other device, to provide additional storage. Each of the components 750, 752, 764, 754, 766, and 768, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor 752 may process instructions for execution within the computing device 750, including instructions stored in the memory 764. The processor may also include separate analog and digital processors. The processor may provide, for example, for coordination of the other components of the device 750, such as control of user interfaces, applications run by device 750, and wireless communication by device 750.

Processor 752 may communicate with a user through control interface 758 and display interface 756 coupled to a display 754. The display 754 may be, for example, a TFT LCD display or an OLED display, or other appropriate display technology. The display interface 756 may comprise appropriate circuitry for driving the display 754 to present graphical and other information to a user. The control interface 758 may receive commands from a user and convert them for submission to the processor 752. In addition, an external interface 762 may be provide in communication with processor 752, so as to enable near area communication of device 750 with other devices. External interface 762 may provide, for example, for wired communication, e.g., via a docking procedure, or for wireless communication, e.g., via Bluetooth or other such technologies.

The memory 764 stores information within the portable wireless data transfer and display devices 750. In one implementation, the memory 764 is a computer-readable medium. In one implementation, the memory 764 is a volatile memory unit or units. In another implementation, the memory 764 is a non-volatile memory unit or units. Expansion memory 774 may also be provided and connected to device 750 through expansion interface 772, which may include, for example, a SIMM card interface. Such expansion memory 774 may provide extra storage space for device 750, or may also store applications or other information for device 750. Specifically, expansion memory 774 may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, expansion memory 774 maybe provide as a security module for device 750, and may be programmed with instructions that permit secure use of device 750.

The memory 764 may include for example, flash memory and/or MRAM memory, or other tangible mediums. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. In one or more examples, the functions described may be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions may be stored on or transmitted over a computer-readable medium and executed by a hardware-based processing unit. Computer-readable media may include computer-readable storage media, which corresponds to a tangible medium such as data storage media, or communication media including any medium that facilitates transfer of a computer program from one place to another. In this manner, computer-readable media generally may correspond to (1) tangible computer-readable storage media which is non-transitory or (2) a communication medium such as a signal or carrier wave. Data storage media may be any available media that can be accessed by one or more computers or one or more processors to retrieve instructions, code and/or data structures for implementation of the techniques described in this disclosure.

By way of example, and not limitation, such computer-readable storage media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage, or other magnetic storage devices, flash memory, or any other medium that can be used to store desired program code in the form of instructions or data structures and that can be accessed by a computer.

Instructions may be executed by one or more processors, such as one or more digital signal processors (DSPs), general purpose microprocessors, application specific integrated circuits (ASICs), field programmable logic arrays (FPGAs), or other equivalent integrated or discrete logic circuitry. Accordingly, the term "processor," as used herein may refer to any of the foregoing structure or any other structure suitable for implementation of the techniques described herein. In addition, in some aspects, the functionality described herein may be provided within dedicated hardware and/or software modules. Also, the techniques could be fully implemented in one or more circuits or logic elements.

Exhibit 1
Page 035

US 9,262,934 B2

29                                                              30

The techniques of this disclosure may be implemented in a wide variety of devices or apparatuses, including a wireless handset, an integrated circuit (IC) or a set of ICs (e.g., a chip set). Various components, modules, or units are described in this disclosure to emphasize functional aspects of devices configured to perform the disclosed techniques, but do not necessarily require realization by different hardware units. Rather, various units may be combined in a hardware unit or provided by a collection of interoperative hardware units, including one or more processors as described above, in conjunction with suitable software and/or firmware.

Device **750** may communicate wirelessly through communication interface **766**, which may include digital signal processing circuitry where necessary. Communication interface **766** may provide for communications under various modes or protocols, such as GSM voice calls, SMS, EMS, or MMS messaging, CDMA, TDMA, PDC, WCDMA, CDMA2000, or GPRS, among others. Such communication may occur, for example, through radio-frequency transceiver **768**. In addition, short-range communication may occur, such as using a Bluetooth, WiFi, or other such transceiver (not shown). In addition, GPS receiver module **770** may provide additional wireless data to device **750**, which may be used as appropriate by applications running on device **750**.

Portable wireless data transfer and display device **750** may also communication audibly using audio codec **760**, which may receive spoken information from a user and convert it to usable digital information. Audio codex **760** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of device **750**. Such sound may include sound from voice telephone calls, may include recorded sound, e.g., voice messages, music files, etc., and may also include sound generated by applications operating on device **750**.

The computing device **750** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a cellular telephone **780**. It may also be implemented as part of a smartphone **782**, personal digital assistant, or other similar mobile device.

Various implementations of the systems and techniques described here may be realized in digital electronic circuitry, integrated circuitry, specially designed ASICs (application specific integrated circuits), computer hardware, firmware, software, and/or combinations thereof. These various implementations may include implementation in one or more computer programs that are executable and/or interpretable on a programmable system including at least one programmable processor, which may be special or general purpose, coupled to receive data and instructions from, and to transmit data and instructions to, a storage system, at least one input device, and at least one output device.

These computer programs (also known as programs, software, software applications or code) include machine instructions for a programmable processor, and may be implemented in a high-level procedural and/or object-oriented programming language, and/or in assembly/machine language. As used herein, the terms "machine-readable medium" "computer-readable medium" refers to any computer program product, apparatus and/or device, e.g., magnetic discs, optical disks, memory, Programmable Logic Devices (PLDs), used to provide machine instructions and/or data to a programmable processor, including a machine-readable medium that receives machine instructions as a machine-readable signal. The term "machine-readable signal" refers to any signal used to provide machine instructions and/or data to a programmable processor.

To provide for interaction with a user, the systems and techniques described here may be implemented on a computer having a display, e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor, for displaying information to the user and a keyboard and a pointing device, e.g., a mouse or a trackball, by which the user may provide input to the computer. Other kinds of devices may be used to provide for interaction with a user as well; for example, feedback provided to the user may be any form of sensory feedback, e.g., visual feedback, auditory feedback, or tactile feedback, and input from the user may be received in any form, including acoustic, speech, or tactile input.

The systems and techniques described here may be implemented in a computing system that includes a back end component, e.g., as a data server, or that includes a middleware component, e.g., an application server, or that includes a front end component, e.g., a client computer having a graphical user interface or a Web browser through which a user may interact with an implementation of the systems and techniques described here, or any combination of such back end, middleware, or front end components. The components of the system may be interconnected by any form or medium of digital data communication, e.g., a communication network. Examples of communication networks include a local area network ("LAN"), a wide area network ("WAN"), and the Internet.

The computing system may include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

FIG. **8** illustrates process **810** for a potential example of the portable wireless data transfer and display device, such as device **112***a* from FIG. **1**. In this example, such a device may utilize a communication module that is configured to send location information to a network device, such as a network device of control center **104**, through a long-range wireless network, such as wireless network including wireless connection **120***a* (**812**). The portable wireless data transfer and display device may also receive one or more work requests from the network device through the long-range wireless network (**814**). The communication module may send or receive these communications at predetermined times. The portable wireless data transfer and display device may then present the work request on its display (**816**). In response, a driver may enter an input on the user interface and the portable wireless data transfer and display device may accept the input from a driver responding to the work request on the user interface (**818**).

The portable wireless data transfer and display device may also be configured to automatically forward the driver's response to the network device using the long-range wireless network (**820**). In this manner, driver may respond to a network device, for example, in order to inform the operator that he/she is able or unable to abide by the work request. In particular instances, the communication module may be further configured to receive a modified route corresponding to the work request from the network device through the long-range wireless network. Therefore, upon acceptance of the work request by the driver on the input, the portable wireless data transfer and display device may present the modified route through the display. This way a driver may accept a work request, and automatically have the schedule in his/her portable wireless data transfer and display device update to accommodate the new schedule.

Exhibit 1
Page 036

US 9,262,934 B2

31

FIG. **9** illustrates a process **830** for associating vehicle usage information with a driver using a portable wireless data transfer and display device, such as device **112***a* from FIG. **1**. First vehicle data is wirelessly received at the portable wireless data transfer and display device from a data acquisition device mounted in a vehicle (**832**). For example, data acquisition device **106***a* may collect the vehicle data over a period of time when a particular driver is using vehicle **102***a*, and data acquisition device **106***a* may transfer this vehicle data to the corresponding portable wireless data transfer and display device **112***a* linked thereto via Bluetooth connection **114***a*.

Portable wireless data transfer and display device **112***a* retrieves a driver identification, which may optionally be stored in memory of portable wireless data transfer and display device **112***a* (**834**). In other examples, the driver may be identified by portable wireless data transfer and display device **112***a* in another manner, including but not limited to driver input, e.g., password, and/or an electronic tag, such as an RF readable tag associated with the driver.

In any event, portable wireless data transfer and display device **112***a* associates the driver identification with the vehicle data (**836**). For example, portable wireless data transfer and display device **112***a* may access the vehicle information along with other driver information, e.g., driver identification information and the like, so as to generate the driver summary electronic report for storing on the memory of portable wireless data transfer and display device **112***a*.

Association of the driver identification with the vehicle data by portable wireless data transfer and display device **112***a* prior to sending the vehicle data to control center **104** allows control center **104** to populate its database without needing to first associate the vehicle data with a driver. Further, because the presence of portable wireless data transfer and display device **112***a* or a driver input is used to identify the driver, the association between the driver and the vehicle data may be more accurate than with a system in which control center **104** relies on driver assignments or other records to associate vehicle data with a driver.

Then in real-time, at a predetermined time, periodically or otherwise, portable wireless data transfer and display device **112***a* forwards the vehicle data along with the associated driver identification to a remote network device, such as a device of control center **104** (**838**). The vehicle data along with the associated driver identification may optionally be packaged as a driver summary electronic report. The process may include establishing a cellular connection to a network for communication between the portable wireless data transfer and display device and the remote network device. For example, portable wireless data transfer and display device **112***a* may establish the wireless connection **120***a* with transceiver **122**, which is in communication with control center **104** through the base station **124** and the network **130**.

FIG. **10** illustrates a process **840** for associating inputs of driver information with vehicle data using a portable wireless data transfer and display device, such as device **112***a* from FIG. **1**. First, vehicle data is wirelessly received at the portable wireless data transfer and display device from a data acquisition device mounted in a vehicle (**842**). For example, data acquisition device **106***a* may collect the vehicle data over a period of time when a particular driver is using vehicle **102***a*, and data acquisition device **106***a* may transfer this vehicle data to the corresponding portable wireless data transfer and display device **112***a* linked thereto via Bluetooth connection **114***a*.

Portable wireless data transfer and display device **112***a* receives an indication of the vehicle identification as part of the vehicle data. The indication of the vehicle identification

32

may optionally be stored in memory of portable wireless data transfer and display device **112***a* (**844**). In some examples, the indication of the vehicle identification may represent a unique identifier of ECM **202** and/or a unique identifier of data acquisition device **106***a* (FIG. **2**).

Portable wireless data transfer and display device **112***a* may then receive an input from the driver and associates the driver input with the vehicle identification (**846**). For example, portable wireless data transfer and display device **112***a* may access the vehicle information along with other driver information, e.g., driver identification information and the like, so as to generate the driver summary electronic report for storing on the memory of portable wireless data transfer and display device **112***a*.

Association of the driver input with the vehicle identification by portable wireless data transfer and display device **112***a* prior to sending the driver input to control center **104** allows control center **104** to populate its database without needing to first associate the driver input with a vehicle. Further, because a unique identifier of the vehicle is used by portable wireless data transfer and display device **112***a*, the association between the driver input and the vehicle may be more accurate than with a system in which control center **104** relies on driver assignments or other records to associate driver inputs and the vehicle.

Then in real-time, at a predetermined time, periodically or otherwise, portable wireless data transfer and display device **112***a* forwards the driver input along with the associated vehicle identification to a remote network device, such as a device of control center **104** (**848**). The driver input along with the associated vehicle identification may optionally be packaged as a driver summary electronic report. The process may include establishing a cellular connection to a network for communication between the portable wireless data transfer and display device and the remote network device. For example, portable wireless data transfer and display device **112***a* may establish the wireless connection **120***a* with transceiver **122**, which is in communication with control center **104** through the base station **124** and the network **130**.

FIGS. **11-13** illustrates user interface **850** of a network device, such as computing device **700** (FIG. **7**). User interface **850** is shown in various states within FIGS. **11-13**. A user of a network device may also be configured to manage customers or subscribers by way of user interface **850**. In one example, a network communication module is configured to receive vehicle data and driver information. This data may be received at predetermined times, such as at real-time or at intervals that approximate real-time, from a plurality of portable wireless data transfer and display devices connected to the network device by one or more long-range wireless network. The network communication module may be further configured to receive subscriber information from one or more remote computing devices in a network. This subscriber information associates one or more subscribers with the vehicle data and the driver information from a plurality of the portable wireless data transfer and display devices. The remote computers may be, for example, corporate computers used by individuals managing a fleet. The network communication module may then be configured to receive a request for vehicle data and driver information from a remote subscriber device (example, a company computer). The network device sends the vehicle data and driver information associated with a subscriber according to the subscriber information received earlier by the remote computer. In this manner, for example, a company may monitor their operations.

The network device may include a processor configured to process the subscriber information, one or more of the vehicle

**Exhibit 1**

**Page 037**

US 9,262,934 B2

33

data, and one or more of the driver data into a subscription report. This subscription report may compare the subscriber's vehicles data and driver's information with the number of on-board-computer (OCB) subscriptions, driver subscriptions, or dual driver and OCB subscriptions.

The communication module may also be configured to receive a request for the subscription report from a remote subscriber device. The device may then provide the remote subscriber device with the processed subscription report associated with the subscriber according the subscriber information. Furthermore, the network communication module may be configured to receive vehicle data and driver information, at predetermined times, such as at real-time or at intervals that approximate real-time, from a plurality of portable wireless data transfer and display devices via a long-range wireless network. In this way, an up-to-date subscription report may be created as the subscriber's vehicle data and driver information may be updating frequently.

A network device may also be configured to allow for messaging. In some such examples, the network communication module is configured to receive vehicle data, driver information, and driver communications from a plurality of portable wireless data transfer and display devices. These communications may be received at predetermined times through a long-range wireless network. The network communication module can also be configured to receive a network communication from one or more of the portable wireless data transfer and display devices through the long-range wireless network. The network device may be configured to store the vehicle data, driver information, driver communication, and the network communication in memory. In part to give the user a display of the information, the network device may be configured to present the vehicle data, driver information, driver communication, and the network communications from the plurality of portable wireless data transfer and display devices to the user through a display. The network device can also be configured to accept user inputs of network communications using the user interface, possibility in response to network communication received from the plurality of portable wireless data transfer and display devices. The device then may send network communications using the network communication module to the plurality of portable wireless data transfer and display devices through the long-range wireless network. These network communications may include route, information, forms (business or governmental, for example, destination pictures, landmark pictures, signatures, and safety warnings.

FIG. **11** illustrates a user interface **850** of a network device, such as computing device **700** (FIG. **7**), presenting vehicle data, driver information, driver communication, and summary electronic report of the plurality of vehicles in a real-time by location display. As shown in FIG. **11**, a plurality of vehicles are indicated on street-view map **862** of fleet view tab **860**. Although map **862** is depicted as a street view map, in other examples, an aerial view map, a conceptual view, or another type of map view, may be used instead of or in addition to a street view map. Fleet view tab **860** further lists vehicle IDs and corresponding driver IDs in a location adjacent to map **862**.

Fleet view tab **860** allows for selection of the vehicle. Selection of a vehicle on map **862** induced pop-up window **863**. A user to may send a work requests to wireless devices corresponding the vehicles shown in by either selecting one of the vehicles directly on map **862** or by accessing messaging tab **865**. A user may also retrieve route information for the vehicles shown by selection of the vehicle and clicking the appropriate link on pop-up window **863**.

34

Search box **864** allows a user to search for a vehicle, driver or address, which may or may not be depicted on map **862**. After a user enters a search term, map **862** may reposition to a new location in order to display the results of the search. In this way, a user can utilize search box **864** in one or more of a plurality of types of searches (e.g., vehicle, driver and/or address), all of which are pertinent to fleet management. In some cases, departure address, current address and destination address may all be searchable parameters of the system.

In the example shown in FIG. **11**, user interface **850** allows for comparison and management of an interested party, for example, a company owning a fleet of vehicles. Such a network device may utilize a network communication module configured to receive vehicle data, driver information, and driver communications, at pre-determined times, from a plurality of portable wireless data transfer and display device within a long-range wireless network. The network device may also be configured to store in memory the vehicle data, driver information, and driver communications. The network device may use a processor to process any of the vehicle data, the driver information, or the driver communication into summary electronic reports. The vehicle data, the driver information, the driver communication, and the summary electronic report may then be presented by the display to the user.

One or more of the vehicle locations may also be tracked for a period of time, which may be input by a user into the interface, so that the vehicle(s) past, present, or future locations may be viewed on the display. In this manner, routes may be viewed and assessed, among other functions. The user interface may also be configured to allow for selection of the drivers presented, in order to send work requests to wireless devices in use by the selection of the drivers presented. Such work requests may include shipments that need to be made or altered, and the user of the network device may use the display and interface to assess which drivers might be able to assist with delivery. The user may then contact the driver(s) on their portable wireless data transfer and display device unit(s) to see if they can accept some or the entire work request using the network communication module. The network device may also use the network communication module configured to send any of the vehicle data, the driver information, the driver communication, and the summary electronic report one or more portable wireless data transfer and display devices in the long-range wireless network.

FIG. **12** illustrates a user interface **850** of a network device, such as computing device **700** (FIG. **7**), presenting electronic driver scorecard **872** within of performance tab **870**. In other examples, user interface **850** may be presented on a portable wireless data transfer and display device, such as computing device **750** (FIG. **7**).

A network device may be configured to produce user interface **850** as shown on the example of FIG. **12** for the purposes of providing an electronic driver scorecard. This scorecard may be used, for example, by companies and individuals to analyze or compare safety and efficiency information of drivers and vehicles. In particular examples, the network device may be configured to receive vehicle data, driver information, and driver communications through long-range communication network at predetermined times. These could be delivered to the network device from portable wireless display and transfer units, from remote computers, or from some other source. The vehicle data, driver information, and the driver communications may then be stored in memory. The device may utilize a processor to process vehicle data, driver information, and driver communications into an electronic driver scorecard according to various safety and efficiency criteria.

Exhibit 1
Page 038

US 9,262,934 B2

35

The electronic scorecard may include one or more alphanumerical ratings according to a user's selection of driver(s). In the example shown on page 26, a single driver has been selected by the driver. The driver's overall fuel usage, number of stop idles and other criteria are given numerical ratings. Similarly, the driver as a whole is given a total rating for a selected period of time.

Electronic driver scorecard **872** displayed in FIG. **12** is produced by the network device by processing vehicle data, driver information, and driver communications. Electronic driver scorecard **872** includes an overall numeric rating **873**, which represent a composite rating of multiple factors. In other examples, an alphanumerical rating may be used. In different examples, the specified safety and efficiency criteria may include any number of factors selected from a group consisting of: a fuel analysis; a speed analysis; a speeding analysis; an accident analysis; a violations analysis, a hard brake analysis, a high-speed brake analysis, an idle analysis, a regulatory compliance analysis, an hours of driving analysis, a vehicle maintenance analysis, a cargo maintenance analysis, a corporate rule compliance analysis, a delivery history analysis, and a delivery time analysis. Any variety of these factors could define a set or sub-set of factors used and displayed by the system.

In some examples, the factors may be selectable by the user so as to allow the driver scorecard to be adaptive and modifiable by different users. In such examples, the alphanumeric score may be based on a sub-set of selected factors that are selected by the user. Moreover, in still other examples, weights may be assignable to each selected factor. If weights are used, each factor may affect the overall alphanumeric score of the driver, based at least in part on the weight assigned to the given factor. For example, the entire sub-set of selected factors may have a combined weighting equal to 1.0, and each factor may be assigned a default weight. The weights may be adjustable, and each adjustment to one of the weights may result in a corresponding change to the other weights in the subset so that the combined weighting always equals 1.0. For example, six factors are selected, each factor may be assigned a default weight of 0.167. If the weight of one of the factors is considered by a user to be more important, then that weight may be adjusted by the user, say to 0.2. In this case, in response to adjusting the weight of one of the six factors from 0.167 to 0.25, the system may automatically adjust the weights of the other factors to 0.15 so that the weights of all of the selected factors combine to a total weight of 1.0. In this way, both the factors used and the importance of each factor may be a customizable parameter in the system.

In some examples, the computing device may compute electronic driver scorecards for different group of drivers, and an electronic driver scorecard may categorize the drivers according to a specified organizational grouping. In different examples, the specified organizational grouping may include one or more of a group consisting of: home office, a type of driver, a type of vehicle, a type of cargo, a corporate entity, a government entity, a nonprofit entity, a cooperative entity, a geographic location, a date of driver service, and a time of driver service. These groupings may also be selectable and configurable so as to allow the user to customize the scorecard.

In some examples, the computing device may evaluate drivers within a fleet relative to one another according to the specified safety and efficiency criteria, and, based on the evaluation, present a representation of the relative performances of the drivers within the fleet to a user. For example,

36

a plurality of drivers may be listed according to their respective safety and efficiency ratings, or based on their overall alphanumeric score.

As shown in FIG. **12**, performance tab **870** illustrates news feed **874**, which may present articles that are not intended only for the user, such as industry-relevant information, weather reports or other information. In contrast, announcements **876**, which is also shown in performance tab **870**, may include information specifically intended for the user, such as internal company notifications or even messages uniquely addressed to the user. In addition, performance tab **870** also includes driver detail block **878**. Driver detail block **878** includes identification and status information for the driver evaluated by scorecard **872**. Driver detail block **878** also includes a selectable "View Log" tab, which allows a user to view the driver's detailed logs, e.g., as shown in FIG. **13**.

FIG. **13** illustrates a user interface of a network device, such as computing device **700** (FIG. **7**), presenting a detailed driving log **880** for a selected driver. In other examples, user interface **850** with detailed driving log **880** may be presented on a portable wireless data transfer and display device, such as computing device **750** (FIG. **7**).

Driving log **880** includes a listing of the date, miles driven and total miles traveled (as with tandem driving). Driving log **880** also includes a listing of driver and vehicle information **882** corresponding to driving log **880**. Further, driving log **880** includes a timeline **884** that graphically represents the time the driver spent for different driver statuses. As examples, driver statuses may include "off duty," "sleeper birth," "driving," and "on duty." More detailed information about the driver's activities for the day are included in events listing **886**. Events listing **886** lists specified events, such as driver status changes and other events in reverse chronological order.

FIG. **14** illustrates a process **890** for generating an electronic driver scorecard, such as electronic driver scorecard **872** (FIG. **12**). First, a network device, such as computing device **700** (FIG. **7**), receiving vehicle data and driver information via its network interface (**892**). For example, the network device may receive vehicle data and driver information from one or more portable wireless data transfer and display device, such as computing device **750** (FIG. **7**). Then the network device stores the vehicle data and the driver information in memory (**894**).

The network device processes the vehicle data and the driver information into an electronic driver scorecard according to specified safety and efficiency as described with respect to FIG. **12** (**896**). The network device may then present the electronic driver scorecard to a user (**898**). For example, the network device may then present the electronic driver scorecard to a user via a display of the network device or via a web module.

FIG. **15** illustrates a process **900** for sending network communications to selected drivers via the plurality of portable wireless data transfer and display devices associated with those drivers via the long-range wireless network.

A user interface of a network device, such as computing device **700** (FIG. **7**), is configured to allow for selection of the drivers presented and is configured to accept user inputs of network communications via the user interface. For example, user interface **850** may accept user inputs of network communications via messaging tab **865** as described with respect to FIG. **11**.

A user of the network device selects one or more drivers or vehicles (**902**). The user also inputs a network communication via the user interface of the network device (**904**). In different examples, such network communications may

Exhibit 1
Page 039

US 9,262,934 B2

37                                                                          38

include one or more of: route information, destination information such as pictures, signatures, forms, landmark pictures, safety warnings, work requests, route changes or other information.

The network device then sends the network communications to portable wireless data transfer and display devices associated with the selected drivers or vehicles via a long-range wireless network, such as a cellular network (906). The portable wireless data transfer and display devices then present the network communications (908).

FIG. 16 illustrates portable wireless data transfer and display device 910, which displays user interface 912 presenting a detailed driving log 880 for a selected driver. Portable wireless data transfer and display device 910 is a network device, such as computing device 750 (FIG. 7).

User interface 912 presents a variety of driver and vehicle information for a commercial driver with a number of display boxes. In particular, user interface 912 includes driver information box 914, which displays driver identification for the driver associated with portable wireless data transfer and display device 910. User interface 912 also includes driver hours of service box 916, which displays drive time, drive time left and on duty time left for the driver associated with portable wireless data transfer and display device 910.

User interface 912 further includes message box 918, which presents a variety of messages to the driver associated with portable wireless data transfer and display device 910. For example, such messages may include network communications from a user of a remote networking device, such as computing device 700 (FIG. 7). The messages may also include information useful for the driver, such as information relating to potential points of interest along the driver's route, e.g., gas stations and fuel prices, as well as informational warnings related to performance of the vehicle, e.g., scheduled or unscheduled maintenance issues, and informational notices related to compliance with governmental or company regulations, such as information related to hours of service and/or International Fuel Tax Association (IFTA) compliance. Such messages may be ordered according to their likely importance, presented in reverse chronological order or ordered according to a driver's selection. The delivery and presentation of messages to the driver may be completely automated and may be delivered only during times when the vehicle is stopped. In other examples, the user at the network device may configure the automated messages, e.g., by selecting the information type and/or the delivery times that messages are delivered to the driver. In some examples, message delivery may be limited to times when the vehicle is stationary, e.g., to promote safety.

In some examples, portable wireless data transfer and display device 910 may configured to generate a trip schedule using at least one of vehicle data, driver information, and the driver communications. Portable wireless data transfer and display device 910 may present in real-time, the trip schedule and the driver communications to the user via the display. Such a trip schedule may optionally include one or more of the following details: the driver's current location, destinations for the trip, times when they are expected to reach their destination, a time remaining to complete route, a trip route, a trip map, a time for which the driver may remain on duty, and/or one or more safety graphics, such as warnings for road construction or other hazards. In some examples, the trip schedule may be configurable by the user, e.g., allowing the user to select a sub-set of the factors listed above (or possibly other factors). The set of selectable factors may include some or all of the factors listed above. In other cases, some factors may be mandatory for any trip schedule, and other factors

may be selectable. In these ways, the trip schedule that is delivered to the driver can be made configurable to the user of the system.

The trip schedule shown by the display may include, for example, the driver's current location, destinations for the trip, the times when they are expected to reach their destination, a time remaining to complete route, a trip route, a trip map, a time for which the driver may remain on duty, and one or more safety graphics. In some examples, the portable wireless data transfer and display device trip schedule may then be displayed on one or more areas separate from the list of the driver communications or in replacement of message box 918, for example. Again, the actual factors used in the trip schedule that is delivered to the driver can be made configurable to the user of the system. A system administrator key or password may be required in order to make changes to the configuration of the system (e.g., to re-configure the score-card, to reconfigure the messages, to reconfigure the trip schedule, or to reconfigure other selectable and adaptable parameters of the system.

In still other cases, however, some or the entire scorecard, messages and schedule can all be fixed and non-adaptable by users. For example it may be desirable to present a homogenous system to multiple users. In particular, it may be desirable to fix the factors and weights associated with the alphanumeric score, in which case, a driver's relative score may be determined across multiple drivers associated with multiple users. If the alphanumeric score were standardized across multiple users, a raw score may be accompanied or replaced by a relative score that identifies the driver's relative performance, as compared to other drivers. The relative score may be relative to other drivers associated with a given user, or if the factors (and weights if weights are used) are standardized across multiple users, the relative score could be presented relative to drivers associated with multiple users, which may present a larger sample of drivers for comparison.

FIG. 17 illustrates a process 920 for presenting work requests to a commercial driver via a portable wireless data transfer and display device, such as portable wireless data transfer and display device 910 (FIG. 16).

The portable wireless data transfer and display device presents a network communication including the work request, e.g., via message box 918 (922). The portable wireless data transfer and display device may then accept an input from a driver responding to the work request via the user interface (924). In some examples, the portable wireless data transfer and display device may facilitate a driver's response to the work request with a single input, such as a button or touchscreen input.

The portable wireless data transfer and display device may forward the driver's response to the network device via the long-range wireless network (926). In the event that the driver accepted the work request, the network device forwards an indication a modified route for the driver (928). In some examples, the network device may send the modified route itself to the portable wireless data transfer and display device; in other examples, the portable wireless data transfer and display device may calculate the modified route according to updated route parameters and/or input from the driver or another user. The portable wireless data transfer and display device may then present the modified route via its display (929).

In some examples, a portable wireless data transfer and display device may provide limited functionality when it determines a vehicle is in operation or when it more specifically determines that its associated driver is operating a vehicle. A portable wireless data transfer and display device

Exhibit 1
Page 040

US 9,262,934 B2

<table>
<tr><td>39</td><td>40</td></tr>
</table>

may determine the operational status of the vehicle and its associated driver via GPS signals, vehicle information, driver input, network communications or using any other information source provided to the portable wireless data transfer and display device as discussed herein or otherwise.

In some examples, portable wireless data transfer and display device may communicate only via sound, e.g., it may interact with the driver using voice communications. In other examples, the portable wireless data transfer and display device may not accept and driver input, but may nonetheless continue to display information, such as route information, driver information and/or vehicle information automatically. In other examples, the portable wireless data transfer and display device may only provide important notifications. In yet another example, the portable wireless data transfer and display device may cease to interact when the vehicle is in operation.

In some examples, the portable wireless data transfer and display device may adjust the parameters of limited functionality according to the location or other operational parameter of the vehicle, e.g., in order to comply with local regulations and/or company policies.

In some examples, the systems and techniques described herein may provide one or more of the following benefits. As one example, a system for communicating vehicle information may provide a data acquisition device mountable in a vehicle and a mobile communication device, e.g., a cellular phone that is configured to provide wireless communication with the data acquisition device. As such, system may include a plurality of separately housed devices that are each configured to output electronic reports in different manners.

In some examples, a data acquisition device may be equipped with an external data port, e.g., a USB connection port, so that the data acquisition device may output electronic reports or other electronic files via a hardwired connection to a remote computer. For example, a vehicle inspector may carry a portable computer device or portable storage device, and the driver, the inspector may plug the inspector's device into the data port of the data acquisition device so as to retrieve an electronic report, or other electronic files via a hardwired connection to the unit mounted in the vehicle.

In some examples, a system may provide a mobile communication device, e.g., a cellular phone, that provides short-range, two wireless communication with a data acquisition device mounted in a vehicle. In such circumstances, not only does the data acquisition device wirelessly communicate information to the mobile communication device, but the mobile communication device may also transmit information back to the data acquisition device. Therefore, one or more electronic files containing vehicle or driver information may be synced between the two separate devices for purposes of outputting the files in a number of optional manners. Furthermore, the mobile communication device may communicate electronic files containing vehicle or driver information to other mobile communication devices, remote computer(s), server(s), and other wireless displays.

In some examples, a data acquisition device mounted in the vehicle may be constructed as a display-less unit that is free of any user interface display. Such a construction may reduce the size of the data acquisition device, provide for simplified installation (and, in some examples, concealed installation inside the vehicle), and reduce the manufacturing complexities for the data acquisition device. In these circumstances, the user interface of the mobile communication device may serve as the user interface for the system (including the data acquisition device). As such, the mobile communication device may be separately housed from its corresponding data

acquisition device so that the mobile communication device may be carried by the vehicle driver or other user outside of the vehicle while the data acquisition device remains mounted inside the vehicle. Moreover, because the mobile communication device is portable relative to its respective data acquisition device, the driver may view or input vehicle or driver information on the user interface of the mobile communication device both when the driver is seated inside the vehicle and when the driver positioned outside the vehicle in proximity thereto, e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building. Furthermore, the driver may communicate through the mobile communication device with other devices connected to the network while the mobile device and driver are out of proximity required for short-range communication with the data acquisition device.

In some examples, a data acquisition device may be configured to detect the particular type of communications protocol employed by the vehicle, and automatically adapt to the detected protocol in order to communicate with an engine control module of the vehicle. As such, the data acquisition device may be installed in any one of a number of different types of vehicles, and the installer's act of connecting the data acquisition device to the vehicle's engine control module may prompt the control circuitry of the data acquisition device to automatically recognize the type of vehicle in which it is installed. In some examples, this protocol information may be further transmitted to a mobile communication device or portable wireless data transfer and display device, which may than communicate this information to other devices connected to the network.

In some examples, a data acquisition device may house one or more accelerometers therein so as to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement may be recorded by the data acquisition device and communicated to a control center, e.g., via the mobile communication device, for purposes of safety monitoring by a fleet manager or other system user. This information may further be transmitted in real-time for better safety.

A number of examples have been described. Nevertheless, it may be understood that various modifications may be made without departing from the spirit and scope of this disclosure. For example, various forms of the flowcharts shown above may be used, with steps re-ordered, added, or removed. Also, although several applications of the systems and methods have been described, it should be recognized that numerous other applications are contemplated. For example, although the techniques have been described in the context of road-based vehicles, the techniques may also be used with other transportation devices such as trains, planes, boats, or other transportation devices used for transportation of passengers and cargo.

Various examples have been described by way of this description and the accompanying figures. These and other examples are within the scope of the following claims.

What is claimed is:

1. A portable wireless data transfer and display device comprising:
   a user interface;
   a display;
   a processor; and
   a short-range wireless communication module configured to wirelessly receive vehicle data, in real-time, from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, the portable wireless data transfer and display device being

Exhibit 1
Page 041

US 9,262,934 B2

41

associated with a driver of the vehicle, wherein the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module,

wherein the portable wireless data transfer and display device is configured to receive an input of driver information and driver communications from the driver via the user interface,

wherein the portable wireless data transfer and display device is configured to communicate, in real-time, the driver communications to a remote network device via a long-range wireless network,

wherein the portable wireless data transfer and display device is configured to process into a trip schedule at least one of: the vehicle data, the driver information, and the driver communications via the processor, and

wherein the portable wireless data transfer and display device is further configured to present the trip schedule and the driver communications to the driver via the display.

2. The device of claim 1, wherein the trip schedule presented by the portable wireless data transfer and display device via the display is selected from a group consisting of:

the driver's current location;

destinations for the trip;

times when the vehicle is expected to reach its destination;

a time remaining to complete route;

a trip route;

a trip map;

a time for which the driver may remain on duty; and

one or more safety graphics.

3. The device of claim 1, wherein the portable wireless data transfer and display device presents via the display a list of the driver communications in reverse chronological order.

4. The device of claim 1, further comprising a long-range wireless communication module, wherein the portable wireless data transfer and display device is configured to wirelessly communicate the vehicle data, the driver information, and a driver summary electronic report with at least one remote network device or other portable wireless data transfer and display device via the long-range wireless communication module.

5. The device of claim 1, wherein one or more of the elements of the portable wireless data transfer and display device comprises cellular phone device that displays hours of service information, the hours of service information being updated in response to wirelessly receiving vehicle usage information from the data acquisition device.

6. The device of claim 1, wherein the short-range wireless communication module is a Bluetooth wireless communication module.

7. The device of claim 1, wherein the data acquisition device and the portable wireless data transfer and display device provide two-way wireless communication such that the portable wireless data transfer and display device wirelessly receives at least the vehicle usage information from the data acquisition device via the short-range wireless communication module and the data acquisition device wirelessly sends confirmation of receipt of the vehicle usage information to the portable wireless display unit.

8. The device of claim 1, wherein the portable wireless data transfer and display device wirelessly communicates via the short range wireless communication module, at least predetermined times, with the data acquisition device when the data

42

acquisition device is mounted in the vehicle and the portable wireless data transfer and display device is in close proximity to the vehicle.

9. The device of claim 1, further comprising a long-range wireless communication module selected from a group consisting of:

a cellular network;

a satellite communication link;

a worldwide interoperability for microwave access (WiMax) link; and

a long term evolution (LTE) network.

10. The device of claim 1, further comprising a long-range wireless communication module, wherein the portable wireless data transfer and display device is further configured to receive processed data from a remote network device via the long-range wireless communication module and a long-range wireless network.

11. The device of claim 1, further comprising a long-range wireless communication module, wherein the portable wireless data transfer and display device is further configured to send driver communications via a communication module to at least one of: other portable wireless data transfer and display device, remote computer via the long-range wireless communication module and a long-range wireless network.

12. The device of claim 1, further comprising a long-range wireless communication module, wherein the portable wireless data transfer and display device is further configured to receive driver communications via the long-range wireless communication module and a long-range wireless network from at least one of: other portable wireless data transfer and display devices, and remote computer via a long-range wireless network.

13. The device of claim 1, further comprising an installation module configured to download and independently install configuration updates from a remote network device.

14. The device of claim 1, further comprising a processor configured to process vehicle information and driver data into a driver summary electronic report.

15. The device of claim 14, wherein the portable wireless is configured to wirelessly transmit the driver summary electronic report to a remote computer via a wireless network.

16. A portable wireless data transfer and display device comprising:

a means for wirelessly receiving vehicle data from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, the device being associated with a driver of the vehicle, wherein the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module;

a means for accepting inputs of driver communications from the driver;

a means for sending driver information, the vehicle data and the driver communications through the communication module to a remote network device via a long-range wireless network;

a means for processing, into a trip schedule, at least one of: the vehicle data, the driver information, and the driver communications; and

a means for presenting, in real-time, the trip schedule and the driver communications to the driver.

17. The device of claim 16, wherein the trip schedule is selected from a group consisting of:

the driver's current location;

destinations for the trip;

times when the vehicle is expected to reach its destination;

Exhibit 1
Page 042

US 9,262,934 B2

**43**

a time remaining to complete route;

a trip route;

a trip map;

a time for which the driver may remain on duty; and

one or more safety graphics.

**18**. The device of claim **16**, wherein the device and the data acquisition device provide two-way wireless communication such that the device wirelessly receives at least the vehicle usage information from the data acquisition device via the short-range wireless communication module and the data acquisition device wirelessly sends confirmation of receipt of the vehicle usage information to the device.

**19**. The device of claim **16**, further comprising a means for communicating, at predetermined times, with the data acquisition device when the data acquisition device is mounted in the vehicle and the device is in close proximity to the vehicle.

**20**. The device of claim **16**, further comprising a processor configured to process vehicle information and driver data into a driver summary electronic report.

**21**. A device comprising:

a user interface;

a display;

a processor; and

a short-range wireless communication module configured to wirelessly receive vehicle data, in real-time, from a data acquisition device mounted inside a vehicle when in close proximity to the data acquisition device, wherein

**44**

the data acquisition device is in communication with an engine control module of the vehicle and automatically adapts to a detected type of communication protocol employed by the engine control module,

wherein the device is configured to receive driver communications from a user driver of a vehicle via the user interface,

wherein the device is configured to communicate, in real-time, the driver communications to a remote network device via a long-range wireless network,

wherein the device is configured to process into a trip schedule at least one of: the vehicle data, the driver information, and the driver communications via the processor, and

wherein the device is further configured to present the trip schedule and the driver communications to the user driver via the display.

**22**. The portable wireless data transfer and display device of claim **1**, wherein the remote network device is one of a control center or another portable wireless data transfer and display device.

**23**. The portable wireless data transfer and display device of claim **1**, wherein:

the trip schedule includes a plurality of factors configurable by a user, and

the plurality of factors include one or more mandatory factors.

\* \* \* \* \*

**Exhibit 1**
**Page 043**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 9,262,934 B2                                              Page 1 of 1
APPLICATION NO.   : 13/730165
DATED             : February 16, 2016
INVENTOR(S)       : Mohn et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page

Item (72): Martin, Jr., Ovledo, FL (US)

should read:

Martin, Jr., Oviedo, FL (US)

Signed and Sealed this
Nineteenth Day of April, 2016

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

**Exhibit 1**
**Page 044**

# Exhibit 2

US007043365B2

(12) **United States Patent**
Inbar et al.

(10) **Patent No.:** **US 7,043,365 B2**
(45) **Date of Patent:** **May 9, 2006**

(54) **SYSTEM FOR LOCAL MONITORING**

(75) Inventors: **Iris Inbar**, Sterling, VA (US); **William T. Brown**, Celina, OH (US); **James W. Morton**, Charlotte, NC (US)

(73) Assignee: **GeoLogic Solutions, Inc.**, Herndon, VA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/141,866**

(22) Filed: **May 31, 2005**

(65) **Prior Publication Data**

US 2005/0209778 A1      Sep. 22, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/223,603, filed on Aug. 20, 2002, now Pat. No. 6,904,363.

(51) **Int. Cl.**
*G01C 21/00*      (2006.01)
*G06F 19/00*      (2006.01)

(52) **U.S. Cl.** ................. **701/213**; 701/207; 342/357.07; 455/457

(58) **Field of Classification Search** .................... 701/1, 701/207, 213;  455/456, 457; 342/357.07; 340/426.1, 426.11, 426.12, 426.14, 426.15, 340/426.16, 426.19;  180/287
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,731,757 A | * | 3/1998 | Layson, Jr. ............... 340/573.1 |
| 5,919,239 A | * | 7/1999 | Fraker et al. ............... 701/35 |
| 6,014,080 A | * | 1/2000 | Layson, Jr. ............... 340/573.1 |
| 6,154,727 A | * | 11/2000 | Karp et al. ............... 705/3 |
| 6,243,039 B1 | * | 6/2001 | Elliot ......................... 342/457 |
| 6,421,001 B1 | * | 7/2002 | Durst et al. ............ 342/357.07 |
| 6,441,778 B1 | * | 8/2002 | Durst et al. ............ 342/357.07 |
| 6,518,919 B1 | * | 2/2003 | Durst et al. ............ 342/357.07 |
| 6,591,242 B1 | * | 7/2003 | Karp et al. .................... 705/2 |

* cited by examiner

*Primary Examiner*—Gary Chin
(74) *Attorney, Agent, or Firm*—The Patent Source

(57)      **ABSTRACT**

One embodiment of the present invention relates a method of monitoring. Position information related to a notification point is received. A mobile client determines a position of the mobile client. The position is compared with an area encompassing the mobile client. A message is transmitted in response to the position being within the area encompassing the notification point.

**20 Claims, 6 Drawing Sheets**



**Exhibit 2**
**Page 045**

100



*FIG. 1*

Exhibit 2
Page 046



*FIG. 2*

Exhibit 2
Page 047



**FIG. 3**

Exhibit 2
Page 048



**FIG. 4**

Exhibit 2
Page 049



*FIG. 5*

Exhibit 2
Page 050

U.S. Patent

May 9, 2006

Sheet 6 of 6

US 7,043,365 B2

Exhibit 2
Page 051



*FIG. 6*

US 7,043,365 B2

**1**

## SYSTEM FOR LOCAL MONITORING

### CROSS REFERENCE TO RELATED CASES

This is a continuation application hereby claiming the benefit under 35 U.S.C. § 120 of U.S. patent application Ser. No. 10/223,603, filed Aug. 20, 2002, now U.S. Pat. No. 6,904,363 and entitled "SYSTEM FOR LOCAL MONITORING"; which Application is hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates generally to monitoring, in particular the invention relates to monitoring of position.

### DESCRIPTION OF THE RELATED ART

A wide variety of tasks are performed using vehicles. These tasks often include pickup and delivery of persons and/or goods. It is sometimes desirable to have a record of the time and place of the performance of these tasks. Various conventional methods exist for creating such records. An example of a conventional method is a simple handwritten log kept by drivers of the vehicle, such as those commonly used by truck drivers.

However, these conventional methods may have disadvantages and drawbacks. More particularly, one of the disadvantages of existing systems for recording a vehicle's position is that they generally require manual action on the part of the dispatcher or wait for a pre-defined time to arrive. This can result in the recording of irrelevant information or the omission of information, either unintentionally or intentionally.

Along with monitoring tasks, knowledge of the position of the vehicle may be advantageous. For instance, the ability to track a vehicle may help assist a coordinator to send assistance to a disabled vehicle. In general, there are various positioning systems which have been used for determining the location of a vehicle. These include LORAN systems and Global Positioning Systems (GPS). These systems rely on externally transmitted radio frequency signals to calculate the location of a receiving antenna mounted on the vehicle. In LORAN systems, this calculation is based on the time difference in signals received from multiple transmitters. Because the latitude and longitude of the transmitters are known, the distance from two or more transmitters can be calculated from the time lag between the reception of the plurality of signals. The resulting calculation can determine the latitude and longitude of the receiving antenna to within approximately plus or minus 20 feet.

In the GPS navigation system, the transmitters are positioned on orbiting satellites. Time and location information of the satellites plus the Doppler shift of the radio frequency signal received from the satellite is used to calculate the location of the receiver. GPS systems can determine location with even greater accuracy than LORAN systems.

However, the existing positioning systems are not particularly useful for tracking the location of a vehicle during predetermined events. This is because they are generally designed for the purpose of informing an operator of the vehicle of his current location.

### SUMMARY OF THE INVENTION

One embodiment of the invention relates to a method of monitoring. The method includes receiving position infor-

**2**

mation related to a notification point and determining a position of a mobile client by the mobile client. The method also includes comparing the position with an area encompassing the notification point and transmitting a message in response to the position being within the area encompassing the notification point.

Another embodiment of the present invention pertains to a method of locally monitoring position. The method includes receiving a plurality of waypoints and determining a position of a client by the client. The method also includes comparing the position of the client to a selected waypoint of the plurality of waypoints and transmitting a message in response to the position of the client being within a first circle encompassing the selected waypoint.

Yet another embodiment of the invention relates to a method of locally monitoring a client. The method includes receiving a plurality of waypoints and determining a position of the client. The method also includes comparing the position of the client to a selected waypoint of the plurality of waypoints, and transmitting a message in response to the position of the client being within a first circle encompassing the selected waypoint.

Yet another embodiment of the present invention pertains to a system for locally monitoring. The system includes a client, a proximity module configured to execute on the client, a global positioning system (GPS) module configured to interface with the proximity module, and a host system. The host system is configured to transmit a selected location or a plurality of locations to the proximity module. The proximity module is configured to receive the selected location or plurality of locations and to determine a position of the client from the GPS module. The proximity module is also configured to compare the position of the client with the selected location or a selected location within the plurality of locations and to transmit a message to the host system in response to the position of the client being within an area encompassing the selected location.

Yet another embodiment of the invention relates to an apparatus for monitoring. The apparatus includes means for receiving position information related to a notification point and means for determining a position of a mobile client by the mobile client. The apparatus also includes means for comparing the position with an area encompassing the notification point and means for transmitting a message in response to the position being within the area encompassing the notification point.

### BRIEF DESCRIPTION OF THE DRAWINGS

Various features of the present invention can be more fully appreciated as the same become better understood with reference to the following detailed description of the present invention when considered in connection with the accompanying figures, in which:

FIG. **1** illustrates an embodiment of the present invention;

FIG. **2** illustrates an embodiment of a system in accordance with an embodiment of the present invention;

FIG. **3** illustrates a block diagram of an architecture of a host system shown in FIG. **2** in accordance with an embodiment of the present invention;

FIG. **4** illustrates a format of a configuration message transmitted from the host proximity module to the proximity module of the client in accordance with an embodiment of the invention;

FIG. **5** illustrates a block diagram of an architecture of a client system shown in FIG. **2** in accordance with an embodiment of the present invention; and

Exhibit 2
Page 052

US 7,043,365 B2

3

FIG. **6** illustrates a flow diagram for a method for the proximity module shown in FIG. **1** in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that these specific details need not be used to practice the present invention. In other instances, well known structures, interfaces, and processes have not been shown in detail in order not to unnecessarily obscure the present invention. Moreover, in the following detailed description, references are made to the accompanying figures, which illustrate specific embodiments in which the present invention may be practiced. Electrical, mechanical, logical and structural changes may be made to the embodiments without departing from the spirit and scope of the present invention. The following detailed description is, therefore, not to be taken in a limiting sense and the scope of the present invention is defined by the appended claims and their equivalents.

In accordance with an embodiment of the present invention, a proximity module is configured to determine the position of a mobile client in relation to a predefined location. More particularly, the proximity module may receive a configuration message when activated by a host communication system. The configuration message comprises positional information (e.g., latitude/longitude coordinates, destination radius, tolerance radius, etc.) relating to at least one predefined locations (e.g., notifications points, waypoints, destinations, etc.).

The proximity module may also be configured to obtain position information of the mobile client from a GPS module. The proximity module may then calculate the position of the mobile client in relation to the predefined locations. For example, the proximity module may use the received position information, i.e., latitude-longitude, and determine whether the mobile client is within a destination circles formed around the predefined locations.

An embodiment of the present invention is illustrated in FIG. **1**. As shown in FIG. **1**, the map **100** includes a pre-defined location **110**. Although only one predefined location **110** is shown in FIG. **1**, multiple predefined locations are also contemplated in other embodiment of the present invention and are within the scope of the present invention.

The predefined location **110** is transmitted to a vehicle in a latitude/longitude format. A destination circle **120** may be formed around the predefined location **110** with the pre-defined location **110** as the center of the destination circle. The radius of the destination circle **120** may be user-specified or set by a default setting. A tolerance circle **130** may also be formed around and centered on the predefined location **110**. In one embodiment of the present invention, the radius of the tolerance circle **130** is larger than the radius of the destination circle **120**. The radius of the tolerance circle may also be user-specified or set by a default setting. The predefined location **110**, the radii of the destination circle **120** and the tolerance circle **130** may be forwarded to the mobile client in the configuration message.

In an embodiment of the invention, when a mobile client enters the destination circle **120**, the mobile client sends a message to a host. While the mobile client is within the destination circle **120**, the mobile client transmits a second

4

message notifying the host communication system that the mobile client is still within the destination circle **120**. When mobile client leaves a tolerance circle **130**, the mobile client transmits a third message notifying the host communication system that the mobile client has left the predefined location **110**.

Accordingly, a user of the host communication system may become aware of when a mobile client enters the proximity of a selected location. The user may also be informed of the length of time the mobile client spends in the selected location. Furthermore, the user of the host system may be informed when the mobile client leaves the selected location.

FIG. **2** illustrates an exemplary system **200** where an embodiment of the invention may be practiced. Although FIG. **2** illustrates an exemplary embodiment of the system **200**, it should be readily apparent to one of ordinary skill in the art that FIG. **2** represents a generalized schematic illustration of the system **200** and that other components may be added or existing components may be removed or modified without departing from the spirit or scope of the present invention.

As shown in FIG. **2**, the system **200** includes a host **210**, a network **220**, and clients **230**. The host **210** may be configured to monitor, track, and collect information about the clients **230** over the network **220**. The host **210** may also be configured to provide a communication system **240** to provide a mechanism for the monitoring, tracking and collection of information as well as provide a two-way communication channel between the host **210** and the clients **230**. The host **210** may be implemented by electronic devices such as personal computers, workstations, servers, and other similar devices. An example of the communication system **240** may be the AETHER SYSTEMS MobileMAX2™. It should be readily apparent to those skilled in the art that other communication software that provide for similar functionality of the communication system **240** may be implemented by the host **210**.

The host **210** may be further configured to interface with the network **220**. The network **220** may be configured to provide a communication channel between the host **210** and the clients **230**. The network **220** may be implemented as a private network, a public network (e.g., the Internet, public switched telephone network, etc.) or a combination thereof. The host **210** may interface with the network **220** over wired (e.g., modem, digital subscriber lines, Internet, etc.) or wireless (e.g., WAP, IEEE 802.11, etc., ) interfaces.

The network **220** may also be configured to interface with transceivers **250** (e.g., antennas, satellites, etc.) The transceivers **250** (labeled RX/TX in FIG. **2**) are configured to broadcast signals to and receive signals from the clients **130**. The transceivers **250** are also configured to provide coverage over a wide geographic area.

The clients **230** may be mobile units that are to be monitored by the host **210**. The clients **230** may comprise a complementary transceiver (not shown) to interface with transceivers **250** in order to provide a communication link to the host **210**. The clients **230** may be configured to execute a client version of the communication system **240** in order to provide the functionality of monitoring, tracking, data collection, and communication services. Examples of clients **230** may be wireless telephones, personal digital assistants, laptops, automobiles, trucks, airplanes, boats, etc.

In one embodiment of the invention, the communication system **240** may include a proximity module (not shown). The proximity module, once activated, may be configured to provide an indication of when client **230** nears a selected

Exhibit 2
Page 053

US 7,043,365 B2

5

notification point (e.g., a location point, waypoint, destination, etc.). The proximity module may also be configured to provide a frequent indication of how long the client 230 is near the notification point and an indication of when the client 230 leaves the proximity of the notification point.

FIG. 3 illustrates a block diagram of an architecture 300 of communication system 240 shown in FIG. 2 executing on host 210 in accordance with an embodiment of the present invention. As shown in FIG. 3, the architecture 300 may include the communication system interface 310, a monitor module 320, a host proximity module 330, and a summary 340. Although FIG. 3 illustrates one embodiment of the architecture 300, it should be readily apparent to those of ordinary skill in the art that FIG. 3 represents a generalized schematic illustration of the architecture 300 and that other components may be added or existing components may be removed or modified without departing from the spirit or scope of the present invention. Moreover, the components of architecture 300 may be implemented in hardware, software or combinations thereof.

As shown in FIG. 3, the communication system interface 310 may be configured to provide a communication channel to the communication system 240 (shown in FIG. 2). The communication system interface 310 may provide a mechanism where data and/or commands are passed between the communication system 240 and the monitor module 320. The communication system 240 may be implemented as a hardware interface (e.g. bus interface), software interface (e.g., an application program interface) or a combination thereof.

The monitor module 320 may be configured to provide an interface for the user to activate the monitoring, tracking and/or data collection functions when invoked by action from a user of the communication system 240. For example, if the communication system 240 is used to monitor and communicate with a fleet of vehicles, the monitor module 320 may collect information such as mileage, state crossings, idle time, location, etc. The collected information may be stored in the summary 340. The user may then process the collected information to extract relevant information such as mapping of the location of clients 130, driver performance summaries, fleet summaries, etc.

The monitor module 320 may also be configured to display menus, dialog boxes, screen interfaces or combinations thereof, i.e., the graphical user interface, to enable a user to select the types of information to collect from the client 230. From the monitor module 320, the user may invoke the host proximity module 330.

The host proximity module 330 may be configured to provide a mechanism to select a plurality of notification points for a particular client. More particularly, the host proximity module 330 may provide a graphical user interface for a user to invoke the host proximity module 330. The graphical user interface may be a mechanism for the user to create (or enter) notification points (e.g., location points, waypoints, destination points, etc.) for a selected client. Each notification point may be specified by latitude/longitude, by referencing to database of location or map, or other similar methods of information transfer.

Along with each notification point, a radius for a destination circle (e.g., destination circle 120 in FIG. 1) and/or for a tolerance circle (e.g., tolerance circle 130 in FIG. 1 may be specified by the user. The destination circle may encompass and be centered on the respective notification point. When the client determines that the client has crossed into the destination circle, the proximity module on the client may be configured to transmit a message (e.g., message type 1)

6

notifying the host that the client is near to the notification point and to set an entrance flag.

While the client is within the destination circle, the proximity module may be configured to transmit a message (e.g., a message type 2) at a specified frequency to the host system. The frequency may be set by a user at the host system and is transmitted along with the information relating to the notification points.

The tolerance circle may also encompass and be centered on the respective notification point. When the client determines that the client is not within the tolerance circle and the entrance flag is set, the host system 210 may receive a message (e.g., message type 3) indicating that the client has left the vicinity of the notification point from the proximity module of the client.

FIG. 4 illustrates a format of a message 400 transmitted from the host proximity module to the proximity module of the client in accordance with an embodiment of the invention. As shown in FIG. 4, the message 400 includes a point identification field 405, a latitude field 410, a longitude field 415, a destination radius field 420, a tolerance radius field 425, and a frequency field 430. It should be readily apparent to those of ordinary skill in the art that FIG. 4 represents a generalized schematic illustration of the message 400 that other fields may be added or existing fields may be removed or modified without departing from the spirit or scope of the present invention.

The point identification field 405 may be configured to provide a label for a selected notification point. The values in the point identification field 405 may range from 1 to 65535. However, the values may range to larger or smaller values depending on the needs of a particular user.

A value in the latitude field 410 may be configured to indicate the latitude coordinate of a selected notification point. A value in the longitude field 415 may be configured to indicate the longitude coordinate of a selected notification point. A value in the destination radius field 420 indicates the length (e.g., in miles, kilometers, etc.) of the circular area encompassing and centered on the selected notification point. A value in the tolerance radius field 425 may indicate the length (e.g., miles, kilometers, etc.) of the circular area encompassing and centered on the selected notification point. It should be noted that the value of the tolerance radius field 425 is larger than the value of the destination radius field 420. A value in the frequency 430 may indicate that the frequency of transmission of the message that indicates the client 230 is within the destination circle.

Returning to FIG. 3, the summary module 340 may be configured to provide a storage area for information received by the host system 210. The summary module 340 may be implemented as a relational database, a file, or other similar data structure.

FIG. 5 illustrates a block diagram of an architecture 500 of communication system 240 shown in FIG. 2 executing on client 230 in accordance with an embodiment of the present invention. As shown in FIG. 5, the architecture 500 may include the communication system interface 510, a monitor module 520, a client interface 530, a proximity module 540, and a global position system (GPS) module 550. Although FIG. 5 illustrates an embodiment of the architecture 500, it should be readily apparent to those of ordinary skill in the art that FIG. 5 represents a generalized schematic illustration of the architecture 500 and that other components may be added or existing components may be removed or modified without departing from the spirit or scope of the present

Exhibit 2
Page 054

US 7,043,365 B2

7

8

invention. Moreover, the components of architecture **500** may be implemented in hardware, software or combinations thereof.

As shown in FIG. **5**, the communication system interface **510** may be configured to provide an interface for passing commands and/or data between the monitor module **520** and the communication system **240** (shown in FIG. **2**). The communication system interface **510** may be implemented as an application program interface, a pipe, a function call, etc.

The monitor module **520** may be configured to collect information to transmit to the host system **210** through the communication system interface **510**. The monitor module **520** may be further configured to have a client interface **530**. The client interface **530** may provide a communication conduit in order to query (or request) the requested information. For example, if the client **230** is a truck, the requested information may be mileage, gasoline consumed, idling time, etc. For the truck, the client interface **530** may be implemented with a J1587(also known as J1708) bus.

The monitor module **520** may be further configured to interface with the proximity module **540**. The proximity module **520** may be configured to activate in response to a command transmitted from the host system **210** (shown in FIG. **2**). The proximity module **520** may also be configured to interface with the GPS module **550**, either indirectly through the monitor module **520** or directly. The GPS module **550** may be configured to provide latitude/longitude position of the client **230** through the GPS satellites.

The proximity module **520** may be configured to determine to alert the host system **210** when the client **230** nears the notification points by processing the received latitude-longitude of the current position of the client **230**. The proximity module **520** may also be configured to indicate the length of time the client spends near the notification points as well when the client leaves the tolerance circle.

FIG. **6** illustrates a flow diagram for a method **600** for the proximity module **540** shown in FIG. **5** in accordance with an embodiment of the present invention. It should be readily apparent to those of ordinary skill in the art that the method **600** depicted in FIG. **6** represents a generalized illustration and that other steps may be added or existing steps may be removed or modified without departing from the spirit or scope of the present invention.

As shown in FIG. **6**, after activation, the proximity module **540** may be configured to be an idle state, in step **605**. The proximity module may be configured to receive positional information (e.g., latitude/longitude) of the current position of the client **230**, in step **610**.

The proximity module **540** may be configured to compare the received positional information with the area of the tolerance circle of a selected notification point, in step **615**. If the comparison determines that the current position of the client is not within the area of the tolerance circle, the proximity module **540** may be configured to determine the state of a flag, in step **620**. Otherwise, if the comparison determines that the current position of the client **230** is within the area of the tolerance circle, the proximity module **540** moves to the processing of step **635**, which is discussed below.

Returning to step **620**, if the determination of the state of an entrance flag determines that the entrance flag is unset, the proximity module **540** returns to the idle state of step **605**. The entrance flag is an indicator of whether the client **230** has previously entered into the destination circle of the selected notification point. Otherwise, if the state of the entrance flag is set, the proximity module **540** may be

configured to send a message to the host system **210**, in step **625**. The message may indicate to the host system **210** that the client **230** has left the vicinity of the selected notification point. Then, the proximity module **540** may be configured to reset the state of the entrance flag, in step **630**. Subsequently, the proximity module **540** may be configured to return to the idle state of step **605**.

Returning to step **635**, the proximity module **540** may be configured to determine whether the current position of the client is within the destination circle. If the client is not within the destination circle, the proximity module **540** may be configured to determine the state of the entrance flag, in step **640**. If the state of the entrance flag is set, the proximity module **540** may be configured to move to the processing of step **650**, which is described below. Otherwise, if the state of the entrance flag is unset, the proximity module **540** may be configured to return to the idle state of step **605**.

Returning to step **635**, if the proximity module **540** determines that the client is within the destination flag, the proximity module **540** may be configured to determine the state of the entrance flag, in step **645**. If the state of the entrance flag is set, the proximity module **540** may be configured to determine whether a timer has expired, in step **650**. If the timer has expired, the proximity module **540** may be configured to send another message. The second message indicates that the client is still within the vicinity of the selected notification point, in step **655**. Subsequently, the proximity module **540** may return to the processing of step **605**. Otherwise, returning to step **650**, if the timer is unexpired, the proximity module **540** may be configured to return to the idle state of step **605**.

Returning to step **645**, if the state of the entrance flag is unset, the proximity module **540** may be configured to transmit yet another message to the host system, in step **660**. This third message indicates to the host system **210** that the client **230** has entered the vicinity of the selected notification point, where the vicinity may be the area encompassing and centered on the selected notification point by the destination circle radius.

In step **665**, the proximity module **540** may be configured to set the state of the entrance flag. The proximity module **540** may also be configured to set the timer to the time indicated by the frequency field **430** of message **400** (shown in FIG. **4**), in step **670**. Subsequently, the proximity module **540** may be configured to return to the idle state of step **605**.

A computer program may implement the modes of operations of the proximity module as described herein above. The computer program can exist in a variety of forms both active and inactive. For example, the computer program and objects can exist as software comprised of program instructions or statements in source code, object code, executable code or other formats; firmware program(s); or hardware description language (HDL) files. Any of the above can be embodied on a computer readable medium, which include storage devices and signals, in compressed or uncompressed form. Exemplary computer readable storage devices include conventional computer system RAM (random access memory), ROM (read only memory), EPROM (erasable, programmable ROM), EEPROM (electrically erasable, programmable ROM), and magnetic or optical disks or tapes. Exemplary computer readable signals, whether modulated using a carrier or not, are signals that a computer system hosting or running the computer program can be configured to access, including signals downloaded through the Internet or other networks. Concrete examples of the foregoing include distribution of executable software program(s) of the

Exhibit 2
Page 055

US 7,043,365 B2

9

computer program on a CD ROM or via Internet download. In a sense, the Internet itself, as an abstract entity, is a computer readable medium.

What has been described and illustrated herein is one embodiment of the invention along with some of its variations. The terms, descriptions and figures used herein are set forth by way of illustration only and are not meant as limitations. Those skilled in the art will recognize that many variations are possible within the spirit and scope of the invention, which is intended to be defined by the following claims—and their equivalents—in which all terms are meant in their broadest reasonable sense unless otherwise indicated.

What is claimed is:

1. A method of monitoting, comprising:
receiving position information related to a notification point;
determining a position of a mobile client by said mobile client;
comparing said position with an area encompassing said notification point;
transmitting a message in response to said position being within said area encompassing said notification point; and
setting a state of an entrance flag by said client to a value representing that said entrance flag is set in response to said position being within said area encompassing said notification point.

2. The method according to claim 1, further comprising:
determining a second position of said mobile client by said mobile client;
comparing said second position with a second area encompassing said notification point; and
transmitting another message in response to said second position being outside of said second area encompassing said notification point and said state of said flag being set.

3. The method according to claim 1, further comprising:
determining a subsequent position of said mobile client by said mobile client;
comparing said subsequent position with said area encompassing said notification point;
determining a status of a timer; and
transmitting another message in response to said subsequent position being within said area encompassing said notification point and said status of said timer being expired.

4. The method according to claim 1, further comprising:
receiving a transmit-message frequency; and
transmitting additional messages at the transmit-message frequency while said mobile client is within said area encompassing said notification point.

5. The method according to claim 1, further comprising:
comparing said position of said client with a second area encompassing said selected notification point in response to said position of said client being within said first area encompassing said selected notification point;
determining a state of a flag in response to said position of said client being within said second area encompassing said selected notification point; and
transmitting said message in response to said state of said flag having a value representing that said flag is not set.

6. The method according to claim 1, further comprising:
initiating a timer in response to said position being within said area encompassing said notification point.

10

7. The method according to claim 1, further comprising:
comparing said position of said client with a second area encompassing said selected notification point in response to said position of said client being within said first area encompassing said selected notification point;
determining a state of a flag associated with said selected notification point in response to said position of said client being within said second area encompassing said selected notification point;
determining a status of a timer in response to said state of said flag having a value representing that said flag is set; and
transmitting a second message in response to said status of said timer being expired.

8. The method according to claim 1, further comprising:
comparing said position of said client with a second area encompassing said selected notification point in response to said position of said client being within said first area encompassing said selected notification point;
determining a state of a flag associated with said selected notification point in response to said position of said client being within said second area encompassing said selected notification point;
determining a status of a timer in response to said state of said flag having a value representing that said flag is set; and
determining a subsequent position of said client in response to said status of said timer being un-expired.

9. The method according to claim 1, further comprising:
determining a second position of said mobile client by said mobile client;
comparing said second position with a second area encompassing said notification point; and
transmitting another message in response to said second position being outside of said second area encompassing said notification point.

10. The method according to claim 1, further comprising:
determining a subsequent position of said mobile client by said mobile client;
determining a status of a timer; and
transmitting another message in response to said status of said timer being expired.

11. The method according to claim 10, wherein said another message indicates said subsequent position of said client.

12. The method according to claim 1, further comprising:
initiating a timer;
determining a second position of said mobile client by said mobile client;
comparing said second position with said area; and
transmitting another message in response to said second position being outside of said area, said another message indicating the length of time said client spent within said area.

13. A method of monitoring, comprising:
receiving position information related to a notification point;
determining a position of a mobile client by said mobile client;
comparing said position with an area encompassing said notification point;
responsive to said position being within said area encompassing said notification point, initiating a timer and transmitting a message;
determining a subsequent position of said mobile client by said mobile client;

Exhibit 2
Page 056

US 7,043,365 B2

11

comparing said subsequent position with said area encom-
passing said notification point;

determining a status of said timer; and

transmitting another message in response to said subse-
quent position being within said area encompassing
said notification point and said status of said timer
being expired.

**14.** The method according to claim **13**, further comprising
receiving a length of time for said timer to expire along with
said notification point.

**15.** A method of locally monitoring the mobile position of
a mobile client relative to a stationary circle encompassing
a waypoint, comprising:

prior to said mobile client entering said stationary circle,
receiving said circle at said client;

repeatedly determining said position of said client by said
client prior to said client entering said circle;

repeatedly comparing said position of said client relative
to said stationary circle prior to said client entering said
circle;

determining one position of said client by said client after
said client has entered said circle; and

transmitting a message in response to said client having
entered said circle.

**16.** The method of claim **15** further comprising:

determining, at regular intervals, subsequent positions of
said client by said client while said client is within said
circle; and

transmitting, at regular intervals, subsequent messages
while said client is within said circle; and

transmitting one other message in response to said client
no longer being within said circle.

**17.** A method of locally monitoring the mobile position of
a mobile client relative to a stationary area encompassing a
waypoint, comprising:

prior to said mobile client entering said stationary area,
receiving said area at said client;

determining said position of said client by said client prior
to said client entering said area;

comparing said position of said client relative to said
stationary area prior to said client entering said area;

12

determining said position of said client by said client after
said client has entered said area; and

transmitting a message in response to said client having
entered said area.

**18.** The method of claim **17** further comprising:

determining, at regular intervals, subsequent positions of
said client by said client while said client is within said
area; and

transmitting, at regular intervals, subsequent messages
while said client is within said area; and

transmitting another message in response to said client no
longer being within said area.

**19.** A method of monitoring, comprising:

receiving position information related to a notification
point;

determining a position of a mobile client by said mobile
client;

comparing said position with an area encompassing said
notification point;

in response to said position being within said area encom-
passing said notification point, transmitting a message
and initiating a timer;

determining a second position of said mobile client by
said mobile client;

comparing said second position with said area; and

transmitting another message in response to said second
position being outside of said area, said another mes-
sage indicating the length of time said client spent
within said area.

**20.** A method of monitoring, comprising:

receiving position information related to a notification
point;

determining a position of a mobile client by said client;

comparing said position with an area encompassing said
notification point; and

said client transmitting a message and setting an entrance
flag in response to said position being within said area.

* * * * *

Exhibit 2
Page 057

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.            : 7,043,365 B2                                    Page 1 of 1
APPLICATION NO.   : 11/141866
DATED                    : May 9, 2006
INVENTOR(S)          : Inbar et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 9, line 16, "monitoting" should read -- monitoring --

Signed and Sealed this
Thirteenth Day of November, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

**Exhibit 2**
**Page 058**

Exhibit 3



US008626568B2

(12) **United States Patent** (10) Patent No.: **US 8,626,568 B2**
Warkentin et al. (45) Date of Patent: **Jan. 7, 2014**

(54) **FLEET VEHICLE MANAGEMENT SYSTEMS AND METHODS**

(75) Inventors: **Colin D Warkentin**, St. Catharines (CA); **Rakinder Kalirai**, Burlington (CA); **Christopher Alexander Sekula**, Mississauga (CA)

(73) Assignee: **XRS Corporation**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/174,331**

(22) Filed: **Jun. 30, 2011**

(65) **Prior Publication Data**

US 2013/0006715 A1 Jan. 3, 2013

(51) **Int. Cl.**
*G06Q 10/00* (2012.01)
*G06Q 10/06* (2012.01)
*G06Q 10/10* (2012.01)

(52) **U.S. Cl.**
CPC ............ *G06Q 10/0639* (2013.01); *G06Q 10/10* (2013.01); *G06Q 10/063* (2013.01); *G06Q 10/06398* (2013.01); *G06Q 10/06* (2013.01)
USPC ...................................................... **705/7.38**

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,359,528 A | 10/1994 | Haendel et al. |
| 5,612,875 A | 3/1997 | Haendel et al. |
| 5,694,322 A | 12/1997 | Westerlage et al. |
| 5,953,319 A | 9/1999 | Dutta et al. |
| 5,970,481 A | 10/1999 | Westerlage et al. |
| 6,317,668 B1 | 11/2001 | Thibault |
| 6,421,590 B2 | 7/2002 | Thibault |
| 6,639,898 B1 | 10/2003 | Dutta et al. |
| 6,714,857 B2 | 3/2004 | Kapolka et al. |
| 6,904,363 B2 | 6/2005 | Inbar et al. |
| 6,938,099 B2 | 8/2005 | Morton et al. |
| 6,947,737 B2 | 9/2005 | Massie et al. |
| 7,024,199 B1 | 4/2006 | Massie et al. |
| 7,043,365 B2 | 5/2006 | Inbar et al. |
| 7,068,992 B1 | 6/2006 | Massie et al. |
| 7,089,322 B1 | 8/2006 | Stallmann |
| 7,117,075 B1 | 10/2006 | Larschan et al. |
| 7,136,642 B1 | 11/2006 | Massie et al. |
| 7,162,238 B1 | 1/2007 | Massie et al. |
| 7,230,944 B1 | 6/2007 | Massie et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| KR | 1020050038862 | 4/2005 |
| KR | 1020110011450 | 2/2011 |
| WO | 2007/022154 | 2/2007 |
| WO | 2007022154 | 2/2007 |

OTHER PUBLICATIONS

On Board Communications, SafetyTraks Web Application Guide, 2008 http://info.safetytraks.com/safetytraksusersmanual.pdf.*

(Continued)

*Primary Examiner* — Mark A Fleischer
*Assistant Examiner* — Octavian Rotaru
(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

Some embodiments of a system for communicating vehicle information can provide equipment for use inside a fleet vehicle to facilitate prompt and efficient transfer of vehicle and driver information. In particular embodiments, the system may include an electronic onboard recorder mountable in a vehicle and a mobile communication device that is configured to wireless communication with the electronic onboard recorder.

**24 Claims, 8 Drawing Sheets**



**Exhibit 3**
**Page 059**

**US 8,626,568 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,401,741 | B2 | 7/2008 | Thayer |
| 7,784,707 | B2 | 8/2010 | Witty et al. |
| 7,802,729 | B2 | 9/2010 | Thayer |
| 8,442,508 | B2 | 5/2013 | Harter et al. |
| 2002/0032018 | A1 | 3/2002 | Morton et al. |
| 2002/0035421 | A1* | 3/2002 | Warkentin ..................... 701/29 |
| 2002/0160771 | A1 | 10/2002 | Massie et al. |
| 2004/0039526 | A1 | 2/2004 | Inbar et al. |
| 2004/0162844 | A1 | 8/2004 | Thome et al. |
| 2005/0209778 | A1 | 9/2005 | Inbar et al. |
| 2006/0040239 | A1 | 2/2006 | Cummins et al. |
| 2006/0184613 | A1 | 8/2006 | Stienessen et al. |
| 2007/0038338 | A1 | 2/2007 | Larschan et al. |
| 2007/0038343 | A1 | 2/2007 | Larschan et al. |
| 2007/0038347 | A1 | 2/2007 | Larschan et al. |
| 2007/0038348 | A1 | 2/2007 | Larschan et al. |
| 2007/0038349 | A1 | 2/2007 | Larschan et al. |
| 2007/0038350 | A1 | 2/2007 | Larschan et al. |
| 2007/0038351 | A1 | 2/2007 | Larschan et al. |
| 2007/0038352 | A1 | 2/2007 | Larschan et al. |
| 2007/0038353 | A1 | 2/2007 | Larschan et al. |
| 2007/0050108 | A1* | 3/2007 | Larschan et al. ............... 701/35 |
| 2007/0267473 | A1 | 11/2007 | Thayer |
| 2007/0267509 | A1 | 11/2007 | Witty et al. |
| 2008/0188217 | A1 | 8/2008 | Harter et al. |
| 2008/0269978 | A1 | 10/2008 | Shirole et al. |
| 2010/0210212 | A1* | 8/2010 | Sato .......................... 455/41.3 |
| 2011/0125663 | A1 | 5/2011 | Kraft |
| 2012/0065815 | A1* | 3/2012 | Hess .......................... 701/2 |
| 2013/0006715 | A1 | 1/2013 | Warkentin et al. |

OTHER PUBLICATIONS

On Board Communications, FleetTraks Web Application Guide, 2007 http://www.onboardcommunications.com/2007%20Web%20Application%20User%20Guide.pdf.*
On Board Communications, FleetTraks Web Application Guide, 2008 http://www.dtegps.com/2008_Web_Application_User_Guide.pdf.*
EOBR testimonial from Intermodal C&K Trucking, for Xata Turnpike, Youtube, Uploaded by XataNation on Jun. 29, 2011 http://www.youtube.com/watch?v=Xg4y5KauJi0.*
tpMobile—Android Apps on Google Play, Google Play Webpages, Apr. 2011 https://play.google.com/store/apps/details?id=com.TPG.tpMobile&hl=en.*
EOBR Compliance on Android, Windows Mobile & Blackberry devices, by Xata Road, Youtube, uploaded by XataNation on May, 27 2011 http://www.youtube.com/watch?v=8XEC5ALV7uE.*
Fleet Management and EOBR—Xata Turnpike on Verizon, Youtube, uploaded by XataNation on Jun. 29, 2011 http://www.youtube.com/watch?v=t-_zsdixC20&feature=BFa&list=PL6CEE0D5DF5454180.*
EOBR Rules made easy with Xata Road Science, Youtube, uploaded by XataNation on May 5, 2011 http://www.youtube.com/watch?v=HIN6IH9MAB&feature=bf_next&list=PL6CEE0D5DF5454180.*
EOBR Compliance on Android, Windows Mobile and Blackberry devices—Xata, part 1, Youtube, uploaded by XataNation on May 27, 1011 http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEE0D5DF5454180.*
EOBR Compliance on Android, Windows Mobile and Blackberry devices—Xata, part 2, Youtube, uploaded by XataNation on May 27,

2011 http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEE0D5DF5454180.*
EOBR Install, Xata Turnpike Routetracker, Youtube, uploaded by XataNation on Jul. 21, 2011 http://www.youtube.com/watch?v=67mGY_5CYTE&feature=bf_next&list=PL6CEE0D5DF5454180.*
XATA—XRS Nation Fleet Management, Overview of posted videos, Youtube, Apr. 2011-2012.*
Xata turnpike, user manual v 3-5 for Motorola Phone, undated http://xrscorp.com/media/docs/drivers-manual-motorola.pdf.*
Xata tp mobile driver handbook for windows mobile, undated http://xrscorp.com/media/docs/drivers-manual-windows-mobile.pdf.*
Xata tp mobile driver handbook for android, undated http://xrscorp.com/media/docs/drivers-manual-android.pdf.*
Pritchett Trucking Inc. Renews Contract for MobileMax by Xata, Xata Webpages Mar. 16, 2010 http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/16-march/.*
Predestination Transportation Chooses XATA for Fleet Management, Xata Webpages Mar. 12, 2010, http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/12-march/.*
XATA and SpeedGauge Partner to Provide Enhanced Speed Data for Increased Safety, Xata webpages, Mar. 4, 2010 http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/4-march/.*
TREQ-M4, Mobile Data Terminal Manual, Beijer Electronics, M01-003-00 Rev 02, Mar. 23, 2011 http://www.beijerelectronicsinc.com/pdf/osi_treq-m4_user_manual.pdf.*
OnBoard Communications, OBC9000 Installation Manual, undated http://www.onboardcommunications.com/install/OBC9000_Install.pdf.*
Winn-Dixie Enhances 450-Truck Fleet with XATANET, Xata webpages, Apr. 21, 2011 http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/21-april/.*
Department of Transportation, Rules and Regulations, Federal Register Part II, vol. 75, No. 64, Apr. 5, 2010, 46 pages.
'On-Boardtechnology—Performance Management' [online]. J.J. Keller's Encompass, J. J. Keller & Associates, Inc., 2010 [retrieved on Jul. 22, 2011]. Retrieved from the Internet: <URL: http://www.kellerencompass.com/online/onboard_rec/index.aspx>.
Turnpike Global Technologies, "Introduction" (publicly available before Jun. 30, 2010), 13 pages.
Turnpike Global Technologies, "Route Tracker Installation Guide Version 1.0" (publicly available before Jun. 30, 2010), 7 pages.
Turnpike Global Technologies, "Automating the Transportation Industry" (publicly available before Jun. 30, 2010), 4 pages.
Turnpike Global Technologies, "Trucking and Technology" (publicly available before Jun. 30, 2010), 10 pages.
Turnpike Global Technologies, Presentation of "Turnpike Global Technologies" (publicly available before June 30, 2010), 23 pages.
Turnpike Global Technologies, Presentation orTurnpike Global Technologies (publicly available before Jun. 30, 2010), 25 pages.
Turnpike Global Technologies, "Turnpike Direct Sprint Sales Intro Jan. 2008" (2008), 18 pages.
Korean Examiner Hong, Kyoung hee, International Search Report and Written Opinion for International PCT/US2012/044772, dated Jan. 21, 2013, 10 pages.
J.J. Keller's Encompass, "Phone & Hardware Requirements," May 5, 2011, 1 page.

* cited by examiner

**Exhibit 3**
**Page 060**



FIG. 1

Exhibit 3
Page 061



FIG. 2

Exhibit 3
Page 062

U.S. Patent        Jan. 7, 2014        Sheet 3 of 8        US 8,626,568 B2



FIG. 3

Exhibit 3
Page 063



FIG. 4A

Exhibit 3
Page 064



FIG. 4B

Exhibit 3
Page 065

U.S. Patent     Jan. 7, 2014     Sheet 6 of 8     US 8,626,568 B2



*500*

```
           ( Start )
              │
              ▼
┌──────────────────────────────────────────┐
│  Store Driver Summary Electronic Report   │
│  in Memory Module of Handheld Wireless     │
│  Display Unit                        510   │
└──────────────────────────────────────────┘
              │
              ▼
┌──────────────────────────────────────────┐
│  Receive Wireless Communication from      │
│  Handheld Wireless Display Unit to         │
│  Indicate That the Driver Summary          │
│  Electronic Report Will be Exported From   │
│  the Electronic Onboard Recorder Unit 520  │
└──────────────────────────────────────────┘
              │
              ▼
┌──────────────────────────────────────────┐
│  Store Driver Summary Electronic Report   │
│  in Memory Module of Electronic Onboard    │
│  Recorder Unit                       530   │
└──────────────────────────────────────────┘
              │
              ▼
┌──────────────────────────────────────────┐
│  Removably Receive a USB Connection        │
│  Device at a USB port of the Electronic    │
│  Onboard Recorder Unit               540   │
└──────────────────────────────────────────┘
              │
              ▼
┌──────────────────────────────────────────┐
│  Automatically Transfer the Driver         │
│  Summary Electronic Report via the USB     │
│  Port of the Electronic Onboard Recorder   │
│  Unit to a Portable External Unit    550   │
└──────────────────────────────────────────┘
              │
              ▼
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
   Receive Signal That the USB Connection
   to the Portable External Unit is Removed
                                       560
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
              │
              ▼
           ( End )
```

FIG. 5

Exhibit 3
Page 066



FIG. 6

Exhibit 3
Page 067



FIG. 7

Exhibit 3
Page 068

US 8,626,568 B2

1

# FLEET VEHICLE MANAGEMENT SYSTEMS AND METHODS

## TECHNICAL FIELD

This specification relates to transportation fleet management, such as a system for fleet vehicle management that records particular vehicle and driver information for subsequent communication, for example, to a remote device.

## BACKGROUND

A number of commercial companies and government institutions maintain a fleet of vehicles and have an interest in keeping track of the vehicles and shipments, as well as the performance and well-being of their drivers. These parties frequently equip their fleet vehicles with devices configured to track the vehicles' geographic locations, speeds, headings, cargo temperature, engine performance parameters, and other data. Such information is used, for example, to maintain the vehicles, estimate delivery times, provide warning of possible damage to cargo, and to evaluate driver performance.

Some regulatory agencies also have an interest in fleet vehicle information, such as the number of miles a delivery vehicle has traveled since its last safety inspection, or the number of hours a driver has been on duty since he or she last rested. In some cases, this information was traditionally recorded on paper (e.g., driver log books) or in proprietary electronic formats. In either case, such information can be inconvenient to access or share with regulatory inspectors or other third parties.

## SUMMARY

Some embodiments of a system for communicating fleet vehicle information can provide equipment for use inside a fleet vehicle to facilitate prompt and efficient transfer of vehicle and driver information. In particular embodiments, the system can generate electronic reports that provide driver identification information, hours of service information, and (optionally) vehicle-related information, and such electronic reports can be readily communicated to a remote computer device in a number of different manners. For example, in some embodiments, the system may include an electronic onboard recorder mountable in a vehicle and a mobile communication device (e.g., a cellular phone in particular embodiments) that is configured to provide short-range, two-way wireless communication (e.g., Bluetooth communication in particular embodiments) with the electronic onboard recorder. In such circumstances, a driver or other system user can operate the system to share a driver summary electronic report or other information by exporting the electronic information via a data port (e.g., a USB port in particular embodiments) of the electronic onboard recorder, by transferring the electronic information via a cellular link established by the mobile communication device, or both.

Particular embodiments described herein may include a system for communicating fleet vehicle information including an electronic onboard recorder unit and a portable wireless display unit. The electronic onboard recorder unit may be configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit can be free of any user interface display and may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a separate device, such as the portable wireless display unit. The electronic onboard

2

recorder unit may also include a data connection port (e.g., a USB port in some embodiments) configured to removably receive a data cable of a remote computer device. The portable wireless display unit may include a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. Also, the portable wireless display unit may include a cellular communication device configured to provide a cellular communication link with a remote system. Furthermore, the portable wireless display unit may include a user interface comprising a display device. Also, the portable wireless display unit may include a computer-readable memory module to store a driver summary electronic report, which may be generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. In response to input on the user interface of the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle, the portable wireless display unit may be configured to wirelessly transfer the driver summary electronic report to the electronic onboard recorder unit mounted to the vehicle for exporting the driver summary electronic report via the data connection port of the electronic onboard recorder unit to the remote computer device.

In some embodiments, a system for communicating fleet vehicle information may include an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit may be free of a user interface display. Also, the electronic onboard recorder unit may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle. The system may also include a portable wireless display unit having a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. The portable wireless display unit may also include a long-range communication device configured to provide a cellular or satellite communication link with a remote system. The portable wireless display unit may further include a user interface comprising a display device that displays driver hours of service information in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The electronic onboard recorder unit and the portable wireless display unit may provide two-way wireless communication such that the portable wireless display unit wirelessly receives vehicle usage information from the electronic onboard recorder unit and the electronic onboard recorder unit wirelessly receives driver identification information from the portable wireless display unit.

In certain embodiments, a system for communicating fleet vehicle information may include an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle. The electronic onboard recorder

Exhibit 3
Page 069

US 8,626,568 B2

3

unit may also include a USB connection port configured to removably receive a USB data cable of a remote computer device. The system may further include a portable wireless display unit comprising a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. The portable wireless display unit may also include a long-range communication device configured to provide a cellular or satellite communication link with a remote system. The portable wireless display unit may also include a user interface including a display device, and a computer-readable memory module to store a driver summary electronic report including identification information for a driver and hours or service information for the driver. The electronic onboard recorder unit may output the driver summary electronic report via the USB connection port in response to user input on the user interface of the portable wireless display unit. Also, the portable wireless display unit may output the driver summary electronic report via the cellular or satellite communication link to the remote system.

Some embodiments described herein may include a computer-implemented method for providing a driver summary electronic report. The method may include wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit. The electronic onboard recorder unit may have a wired connection to the vehicle. The method may also include wirelessly receiving, at the electronic onboard recorder unit, a driver summary electronic report from the portable wireless display unit, the driver summary electronic report having been generated by the portable wireless display unit in response to the electronic onboard recorder unit wirelessly communicating the vehicle usage information. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may further include removably receiving a USB data cable in a USB connection port of the electronic onboard recorder unit mounted to the vehicle. Also, the method may include, in response to a user request input to the portable wireless display unit, transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the data cable to a remote computer device.

In further embodiments, a computer-implemented method for providing a driver summary electronic report may include wirelessly receiving, at a portable wireless display unit, vehicle usage information from an electronic onboard recorder unit mounted to a vehicle and having a wired connection to the vehicle. The method may also include storing a driver summary electronic report in a computer-readable memory module of the portable wireless display unit configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may be generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may also include receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle. The method may further include wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle for exporting

4

the driver summary electronic report via a removable data cable to a remote computer device.

Some embodiments of a computer-implemented method for providing a driver summary electronic report may include wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit. The electronic onboard recorder unit may have a wired connection to the vehicle. The method may also include storing a driver summary electronic report in a computer-readable memory module of the portable wireless display unit configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may further include receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle. The method may also include wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle. The method may further include removably receiving a data cable in a corresponding port of the electronic onboard recorder unit mounted to the vehicle. Also, the method may include transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the data cable to a remote computer device.

The systems and techniques described here may provide one or more of the following benefits. First, a system for communicating vehicle information can provide an electronic onboard recorder mountable in a vehicle and a mobile communication device (e.g., a cellular phone in particular embodiments) that is configured to provide wireless communication with the electronic onboard recorder. As such, system can include a plurality of separately housed devices that are each configured to output electronic reports in different manners.

Second, in some embodiments of the system, the electronic onboard recorder can be equipped with an external data port (e.g., a USB connection port) so that the electronic onboard recorder can output driver summary electronic reports or other electronic files via a hardwired connection to a remote computer. For example, a vehicle inspector can carry a portable computer device or portable storage device, and the driver or the inspector can plug the inspector's device into the data port of the electronic onboard recorder so as to retrieve a driver summary electronic report or other electronic files via a hardwired connection to the unit mounted in the vehicle.

Third, particular embodiments of the system can provide a mobile communication device (e.g., a cellular phone in particular embodiments) that provides short-range, two wireless communication with an electronic onboard recorder mounted in a vehicle. In such circumstances, not only does the electronic onboard recorder wirelessly communicate information to the mobile communication device, but the mobile communication device can also transmit information back to the electronic onboard recorder. Therefore, one or more electronic files containing vehicle or driver information can be synced between the two separate devices for purposes of outputting the files in a number of optional manners.

Fourth, in some embodiments, the electronic onboard recorder mounted in the vehicle can be constructed as a dis-

Exhibit 3
Page 070

US 8,626,568 B2

5

playless unit that is free of any user interface display. Such a construction can reduce the size of the electronic onboard recorder, provide for simplified installation (and, optionally, concealed installation inside the vehicle), and reduce the manufacturing complexities for the electronic onboard recorder. In these circumstances, the user interface of the mobile communication device can serve as the user interface for the system (including the electronic onboard recorder). As such, the mobile communication device can be separately housed from its corresponding electronic onboard recorder so that the mobile communication device can be carried by the vehicle driver or other user outside of the vehicle while the electronic onboard recorder remains mounted inside the vehicle. Moreover, because the mobile communication device is portable relative to its respective electronic onboard recorder unit, the driver can view or input vehicle or driver information on the user interface of the mobile communication device both when the driver is seated inside the vehicle and when the driver positioned outside the vehicle in proximity thereto (e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building).

Fifth, in some embodiments of the system, the electronic onboard recorder can be configured to detect the particular type of communications protocol employed by vehicle, and automatically adapt to the detected protocol in order to communicate with an engine control module of the vehicle. As such, the electronic onboard recorder can be installed in any one of a number of different types of vehicles, and the installer's act of connecting the electronic onboard recorder to the vehicle's engine control module will prompt the control circuitry of the electronic onboard recorder to automatically recognize the type of vehicle in which it is installed.

Sixth, in some embodiments of the system, the electronic onboard recorder can house one or more accelerometers therein so as to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement can be recorded by the electronic onboard recorder can communicated to a control center (e.g., via the mobile communication device) for purposes of safety monitoring by a fleet manager or other system user.

The details of one or more implementations are set forth in the accompanying drawings and the description below. Other features and advantages will be apparent from the description and drawings, and from the claims.

DESCRIPTION OF DRAWINGS

FIG. 1 is a diagram that shows an example of a fleet management system in accordance with some embodiments.

FIG. 2 is a diagram that shows an example of a system for communicating fleet vehicle information, in accordance with some embodiments.

FIG. 3 is a diagram that shows the system of FIG. 2 in combination with at least one external storage device, in accordance with some embodiments.

FIGS. 4A-4B illustrate examples of a user interface for a mobile communication device of a system for communicating fleet vehicle information, in accordance with some embodiments.

FIG. 5 is flow chart that shows an example process for communicating an electronic report or other data from an electronic onboard recorder unit to an external storage device, in accordance with some embodiments.

6

FIG. 6 is flow chart that shows an example process for using a mobile communication device to transmit an electronic report or other data to a fleet management control center.

FIG. 7 is a diagram of computing devices that may be used to implement the systems and methods described herein, in accordance with some embodiments.

DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Referring to FIG. 1, some embodiments of a fleet management system 100 can include a collection of vehicles 102a-102c equipped with electronic onboard recorder units 106a-c and accompanying mobile communication devices 112a-c, which can be used for communication with a control center 104. In particular embodiments, the control center 104 represents a physical or conceptual location in which information about the vehicles 102a-102c (and the vehicles drivers) is collected and used. For example, the control center 104 may access information gathered from the vehicles 102a-102c in order to identify and locate the vehicle 102a-102c carrying particular shipments, and estimate the remaining time until delivery. Also, the control center 104 can collect the information about the vehicles 102a-102c so as to monitor the location, speed, heading, and planned route of particular vehicles and their respective shipments. Moreover, the control center 104 can collect the information about the drivers of the vehicles 102a-102c so as to monitor the duty status, hours of service, and other characteristics of each driver.

At least some of aforementioned vehicle information is gathered by the electronic onboard recorder units 106a-106c mounted in each of the vehicles 102a-102c, respectively. The electronic onboard recorder units 106a-106c are electronic devices that collect and record information about the vehicles' 102a-102c, location, speed, operational parameters, acceleration, operating hours, and other vehicle-related information. For example, the electronic onboard recorder units 106a-106c can receive location information in the form of global positioning system (GPS) signals 108 from at least one GPS satellite 109 to determine the locations of their respective vehicles 102a-102c. Also, the electronic onboard recorder units 106a-106c can be configured to electrically connect with an engine control module (refer to FIG. 2) so as to receive vehicle operation information (e.g., speed, operational parameters, acceleration/braking data, fuel usage, and the like). As described below in connection with FIGS. 2 and 3, each electronic onboard recorder unit 106a-106c can be equipped with a data connection port (e.g., a USB port in this embodiment) for purposes of readily exporting driver information electronic reports or other electronic data to remote devices of regulatory inspectors or other approved parties.

Still referring to FIG. 1, each of the electronic onboard recorder units 106a-106c can communicate with a corresponding mobile communication device 112a-112c, which may also be positioned inside or in close proximity to the vehicle 102a-c. In particular, each of the mobile communication device 112a-112c can be portably carried by the driver of a vehicle 102a-c, respectively, so that the mobile communication device 112a-112c is configured to wirelessly communicate with the electronic onboard recorder unit 106a-106c, respectively, mounted in the vehicle. For example, during use of the fleet vehicle 102a, the electronic onboard recorder unit 106a and the mobile communication device 112a can wirelessly communicate while both the unit 106a and the device 112a are positioned inside the vehicle 102a. In such circumstances, the electronic onboard recorder unit 106a and the

Exhibit 3
Page 071

US 8,626,568 B2

7

corresponding mobile communication device 112*a* can operate as a system 110*a* (FIGS. 2-3) for communicating information about the vehicle 102*a* and its driver.

In this embodiment, the electronic onboard recorder unit 106*a* communicates with a mobile communication device 112*a* over a wireless link 114*a* and provides a user interface for the electronic onboard recorder unit 106*a*. Similarly, the electronic onboard recorder units 106*b* and 106*c* communicate with a mobile communication device 112*b* and 112*c*, respectively, over a wireless link 114*b* and 114*c*. In those embodiments in which the mobile communication device 112*a-c* provides the user interface for the respective electronic onboard recorder unit 106*a-c*, each electronic onboard recorder unit 106*a-c* can be constructed as a displayless unit that is free of any user interface display mounted therein, thereby reducing the size of the electronic onboard recorder unit 106*a* (e.g., providing for simplified installation and, optionally, concealed installation inside the vehicle) and reducing the manufacturing complexities for the electronic onboard recorder unit 106*a*. In some implementations, the mobile communications devices 112*a-112c* can be cellular telephones, satellite telephones, portable computers, tablet computers, personal digital assistants (PDAs), or another mobile computing device that is programmed to wirelessly communicate with one or more of the electronic onboard recorder units 106*a-c*. As such, each mobile communication device 112*a-112c* can be separately housed from its corresponding electronic onboard recorder unit 106*a-106c* so that the mobile communication device 112*a-112c* can be carried by the vehicle driver or other user outside of the vehicle 102*a-102c* while the electronic onboard recorder unit 106*a-106c* remains mounted inside the vehicle 102*a-102c*. In some implementations, the wireless links 114*a-114c* can be short-range wireless communications links, such as Bluetooth, wireless Ethernet (WiFi), ZigBee, near-field communications (NFC), infrared (IrDA), or any other suitable short-range wireless communication link. In such circumstances, each mobile communication device 112*a-112c* can display information in response to the vehicle data wirelessly communicated from the respective electronic onboard recorder unit 106*a-106c* while both items are positioned inside the vehicle 102*a-c* (e.g., while the electronic onboard recorder unit 106*a* is mounted inside the vehicle 102*a* and the mobile communication device 112*a* is carried by the driver in the vehicle or otherwise temporarily placed inside the vehicle cabin). Moreover, because each mobile communication device 112*a-112c* is portable relative to its respective electronic onboard recorder unit 106*a-106c*, the driver or other human user can view or input vehicle-related information on the user interface of the mobile communication device 112*a-112c* both when the driver is seated inside the vehicle and when the driver positioned outside the vehicle in proximity thereto (e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building).

In use, each wireless link 114*a-114c* transmits information between the respective electronic onboard recorder unit 106*a-106c* and its corresponding mobile communication device 112*a-112c*. In some implementations, the electronic onboard recorder units 106*a-106c* do not provide their own user interfaces (e.g., displays, input buttons), but instead wirelessly communicate bi-directionally with the mobile communication devices 112*a-112c* to provide user interface functions for the overall mobile system 110*a* (refer, for example, to FIG. 2). For example, the electronic onboard recorder unit 106*a* may wirelessly communicate vehicle usage information so that the mobile communication device 112*a* can calculate and display hours of service information

8

on the display screen carried by the driver. In another example, the electronic onboard recorder unit 106*a* may determine the location of the vehicle 102*a* and wirelessly communicate the location information to the mobile communication device 112*a* so that the mobile communication device 112*a* can display the location on a map. Example uses of the mobile communication devices 112*a-112c* as user interfaces for the electronic onboard recorder units 106*a-106c* are discussed further in the descriptions of FIGS. 2-5.

In use, the mobile communication devices 112*a-112c* may communicate with at least one transceiver 122 over a collection of wireless links 120*a-120c*. In some implementations, the wireless links 120*a-120c* can be long-range wireless links, such as cellular communication links, satellite communication links, WiMAX links, long term evolution (LTE) links, or any other suitable form of long-range wireless link that can communicate data between the mobile communications devices 112*a-112c* and the transceiver 122. In this particular embodiment, the transceiver 122 may be in the form a cellular antenna tower that is configured to provide cellular data links to a variety of cellular telephones within a particular geographic range. The transceiver 122 may be communicatively connected to a base station 124. In some implementations, the base station 122 can be a cellular data communications provider, satellite communications provider, or any other appropriate wireless communications provider. Still referring to FIG. 1, a network 130 communicatively connects the base station 124 with the control center 104. In some embodiments, the network 130 may include the Internet or other public or private data networks. In alternative embodiments in which one or more of mobile communication devices 112*a-112c* comprise a satellite phone, at least one of the long-range wireless links 120*a-120c* can be a satellite communication link and the transceiver 122 may be in the form a satellite communication apparatus.

A mentioned previously, the control center 104 exchanges information with the electronic onboard recorder units 106*a-106c* (via the mobile communication devices 112*a-112c*) to monitor the status of the vehicles 102*a-102c*. For example, the control center 104 may track the locations of the vehicles 102*a-102c* in order to estimate delivery or pickup times, or to coordinate the dispatch of the vehicles 102*a-102c* to pick up a delivery (e.g., by dispatching the vehicle 102*a-102c* closest to the pickup location). In another example, the control center 104 may monitor the vehicles' 102*a-102c* operating parameters to coordinate repairs or maintenance (e.g., monitor temperatures of refrigerated cargo, monitor engine warning signals).

Another form of information generated by the system for communication to the control center 4 are driver duty logs, which may include data indicative of the hours of service when the driver is on duty in a particular day. In some implementations, the driver duty logs can be automatically converted into electronic record of duty files (including hours of service records, driver identification information, etc.) that are readily exportable via the USB port of the electronic onboard recorder units 106*a-106c* (FIG. 3) or via the wireless link 120*a-c* of the mobile communication devices 112*a-112c* (FIG. 2).

For example, the electronic onboard recorder unit 106*a* can collect the vehicle usage information over a period of time when a particular driver is using the vehicle 102*a*, and the electronic onboard recorder unit 106*a* can periodically transfer this vehicle usage information to the corresponding mobile communication device 112*a* linked thereto via the Bluetooth connection 114*a*. The mobile communication device 112*a* can access the vehicle usage information along

Exhibit 3
Page 072

US 8,626,568 B2

9

with other driver-specific information (e.g., driver identification information and the like) so as to generate the electronic record of duty file stored on the memory of the mobile communication device 112*a*. From there, the electronic record of duty file can be wirelessly communicated via the cellular link 120*a* to the control center 104, wirelessly communicated via the Bluetooth link 114*a* to the electronic onboard recorder unit 106*a* for subsequent exporting via the USB port to a remote device (refer to FIG. 3), or both. Regarding the process for exporting via the USB port, the electronic onboard recorder unit 106*a* can be configured to output the electronic record of duty file directly to a temporarily connected external computer device 150 (e.g., a notebook computer) or a portable storage device 152 (e.g., a USB thumb drive, a portable hard drive) provided by a vehicle inspector 154 (e.g., a law enforcement official, a regulatory inspector, or the like). In such circumstances, the vehicle inspector 154 can conveniently plug the external computer device 150 or the portable storage device 152 into the USB port provided by the electronic onboard recorder unit 106*a* to facilitate a transfer of the requested data from the electronic onboard recorder unit 106*a*. Thus, the electronic onboard recorder unit 106*a* and the mobile communication device 112 are two separately housed instruments that act together as a system to generate and communicate the electronic record of duty file associated with the driver.

Referring now to FIG. 2, in some embodiments of the system 110*a* for communicating fleet vehicle information, the electronic onboard recorder unit 106*a* is mounted in the vehicle 102*a* so that the electronic onboard recorder unit 106*a* is electrically connected to the vehicle 102*a*. In particular, the electronic onboard recorder unit 106*a* can include an input cable (e.g., data bus 204) that electrically connects to a mating connector of an engine control module (ECM) 202 of the vehicle 102*a*. In some implementations, the ECM 202 is an electronic device that monitors and/or controls various functions of the vehicle 102*a*. For example, the ECM 202 can monitor vehicle speed, engine speed, coolant temperature, vehicle mileage, cargo environmental parameters, and any other appropriate vehicle parameters. In this embodiment, the electronic onboard recorder unit 106*a* is configured to mount directly to a dash component inside the cabin of the vehicle 102*a*. As previously described, the electronic onboard recorder unit 106*a* can be a displayless unit that is without any user interface display screen, thereby reducing the size of the unit 106*a* and facilitating a simplified installation process. The user interface 208 of the mobile communication device 112*a* can be used as a portable user interface for the electronic onboard recorder unit 106*a* when the unit 106*a* communicates with the mobile communication device 112*a* over the Bluetooth connection 114*a*. Moreover, in some implementations, the electronic onboard recorder unit 106*a* may include a single printed circuit board upon which all of its electronic circuitry is mounted, thereby further reducing the size and manufacturing complexities of the unit 106*a*. It should be understood from the description herein that the electronic onboard recorder unit 106*a* is depicted as an enlarged size in FIGS. 2-3 for purposes of illustration only, and that the actual size of the electronic onboard recorder unit 106*a* may be significantly smaller. For example, in some embodiments, the electronic onboard recorder unit 106*a* has a maximum length of about 8 inches, a maximum width of about 6.5 inches, and a maximum height of about 1.5 inches.

In some implementations, the electronic onboard recorder unit 106*a* can detect the particular type of communications protocol employed by the ECM 202, and automatically adapt to the detected protocol in order to communicate with the

10

ECM 202. In these circumstances, the electronic onboard recorder 106*a* can be installed in any one of a number of different types of vehicles (e.g., a class 8 large truck, a class 1 car, or the like), and the installer's act of connecting the cable 204 to the vehicle's ECM 202 will prompt the control circuitry of the electronic onboard recorder unit 106*a* to automatically recognize the type of vehicle in which it is installed. As such, some embodiments of the electronic onboard recorder unit 106*a* need not be manufactured or preprogrammed in a vehicle-specific manner. For example, in some implementations, the ECM 202 can implement a controller area network (CAN), a local interconnect network (LIN), a vehicle area network (VAN), FlexRay, J1939, ISO-11783, domestic digital bus (D2B), IDB-1394, SmartWireX, MOST, J1850, ISO-9141, J1708, J1587, SPI, IIC, or any other communications protocol for communicating with the electronic onboard recorder unit 106*a* through the data bus 204. In such circumstances, the electronic onboard recorder unit 106*a* may detect the combination and/or signal levels implemented over the data bus 204, may analyze incoming data traffic, and/or may query the ECM 202 using various protocols and receive corresponding responses in order to determine the protocol in use by the ECM 202. In some implementations, the connector on the end of the data bus cable 204 (e.g., the end which connects to the ECM 202) can include a connection jack having more data lines than are provided by the ECM 202. Multiple converters may be provided to adapt a subset of the port's data lines to a variety of configurations of the data bus 204. For example, passenger cars and other "class 1" vehicles may provide a connector that is compliant with the on-board diagnostic (OBD) II specification, while large trucks and other "class 8" vehicles may provide a connector that is compliant with the heavy-duty OBD (HDOBD) specification. In such examples, one converter may be provided to adapt the port to connect to OBDII data buses, and another may be provided to adapt the port to connect to HDOBD data buses. The electronic onboard recorder unit 106*a* may sense the configuration of an attached converter to determine the appropriate protocol to use for communication with the ECM 202.

In some embodiments, the electronic onboard recorder unit 106*a* can be configured to simultaneously communicate via multiple protocols at once. For instance, the electronic onboard recorder unit 106*a* can be configured to communicate via the J1939 and J1708 protocols at the same time. This feature can be useful, for example, for a vehicle in which the ECM 202 communicates in two different protocols (e.g., communicates some information (braking information) on one engine bus and other information (e.g., fuel information) on another engine bus. Also, this feature can be useful when a single vehicle includes multiple ECMs 202 that employed different protocols. Thus, the electronic onboard recorder unit 106*a* can gather some vehicle information appears on one engine bus, and to gather other vehicle information on another engine bus. In one implementation, the cable 204 can have a first set of wires that are configured to connect with a first ECM (or a first engine bus of an individual ECM) while a second set of wires are configured to mate with a second ECM (or a second engine bus of the individual ECM).

Furthermore, in particular embodiments in which the ECM 202 or engine bus 204 may not provide a direct odometer reading, the electronic onboard recorder unit 106*a* can be configured to interpret other engine parameters to create an "effective odometer reading" of the vehicle 102*a* starting at the point when the electronic onboard recorder unit 106*a* was installed in the vehicle 102*a*. For example, the electronic onboard recorder unit 106*a* can receive data indicative of

**Exhibit 3**
**Page 073**

US 8,626,568 B2

11

vehicle speed (e.g., used in combination with an internal clock or timer of the electronic onboard recorder unit 106a) or data indicative of distance increments (e.g., distance pulses every 0.1 miles) so as to generate "effective odometer reading" for the vehicle 102a. Accordingly, the system 110a can be used to comply with distance and odometer reporting requirements (via an electronic report) even if the ECM 202 or engine bus 204 of the vehicle 102a does not directly provide odometer readings. In addition, the system 110a can prompt an installer or other user to manually input the vehicle odometer reading (as shown on the dash of the vehicle) when the electronic onboard recorder unit 106a is initially installed so that the "effective odometer reading" calculated by the system 110 is a substantially accurate estimation of the actual total mileage of the vehicle 102a.

As described previously, the electronic onboard recorder unit 106a receives location information in the form of global positioning system (GPS) signals 108 from at least one GPS satellite 109 to determine the location of the vehicle 102a. For example, the electronic onboard recorder unit 106a can be equipped with a GPS receiver device that receives signals from the GPS satellite 109 so that the electronic onboard recorder unit 106a can receive coordinate information (e.g., longitude and latitude coordinates) and time information (e.g., current time). In addition, in some embodiments, the electronic onboard recorder unit 106a can be equipped with one or more accelerometers 203 so as to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement can be recorded by the electronic onboard recorder unit 106a can communicated to the control center 104 (via the mobile communication device 112a) for purposes of safety monitoring by a fleet manager or other system user. Thus, during operation of the vehicle, some embodiments of the electronic onboard recorder unit 106a can receive input information from a combination of the ECM 202 of the vehicle 102a, the GPS system, and the one or more internal accelerometers 203.

Still referring to FIG. 2, the electronic onboard recorder unit 106a collects information from the various inputs (e.g., the ECM 202, the GPS system, and the one or more accelerometers 203) and stores the vehicle usage information as data in a computer-readable memory module 206. As previously described, in this embodiment, the electronic onboard recorder unit 106a is displayless and thus has no user interface of its own with which to let a user view or interact with the vehicle usage information. Rather, in this embodiment, the electronic onboard recorder unit 106a communicates the vehicle usage information from the memory module 206 to the mobile communication device 112a over the Bluetooth connection 114a, and the vehicle usage information can be stored in a computer-readable memory module 116 of the mobile communication device 112a. The mobile communications device 112a provides a user interface 208 with which the user can access some or all the vehicle usage information. Examples of user interfaces are discussed in further detail in the descriptions of FIGS. 4A and 4B.

In addition to displaying some or all of the vehicle usage information on the mobile communication device 112a, the vehicle usage information may also be transmitted to the control center 104 for review and archiving. For example, in this embodiment, the mobile communication device 112a can communicate with the transceiver 122 over the cellular link 120a so as to wirelessly communicate the vehicle usage information and other electronic reports, messages, or data to the control center 104. As such, the electronic onboard recorder unit 106a and the mobile communication device 112a operate

12

as a system 110a that is positionable inside the vehicle 102a and that communicates information related to the vehicle and its driver. Moreover, at least the display portion (e.g., the mobile communication device 112a) of the system 110a can be portable relative to the electronic onboard recorder unit 106a and the vehicle 102a, thereby permitting the user to view and input vehicle or driver-related information even when the user is positioned outside the vehicle. Further, because each mobile communication device 112a-c is portable relative to the vehicles 102a-c (FIG. 1) and the electronic onboard recorder units 106a-c (FIG. 1), each mobile communication device 112a-c can be configured to wirelessly communicate with any one of the nearby electronic onboard recorder units 106a-c. For example, if the driver carrying the mobile communication device 112a switches to vehicle 102b (FIG. 1) for a new workday, the driver's mobile communication device 112a can be configured to wirelessly communicate with the electronic onboard recorder unit 106b (FIG. 1) mounted inside that vehicle 102b for the workday.

Referring now to FIG. 3, each of electronic onboard recorder units 106a-c can be equipped with an external data port (e.g., a USB port in this embodiment) for exporting electronic reports or other data to a temporarily connected external storage device, such as the portable computer device 150, the portable storage device 152, or the like. As described previously, the electronic onboard recorder unit 106a includes the memory module 206 for the vehicle usage information and other data, and the mobile communication device 112a can receive the vehicle usage information and generate electronic reports (such as an electronic record of duty file). In some implementations, the electronic record of duty file stored in the memory module 116 of the mobile communication device 112a may be copied to the electronic onboard recorder unit 106a (e.g., via the wireless link 114a) for subsequent access by a third party such as the vehicle inspector 154. For example, under some jurisdictions law enforcement or regulatory inspectors may be authorized to request a copy of the data 206 in order to inspect the driver's record of duty to determine whether the driver is in compliance with laws that regulate the number of consecutive or cumulative hours the driver is permitted to be on duty in a given period. Thus, in some circumstances, the electronic record of duty file can be generated by and stored in the mobile communication device 112a, and this electronic report can be wirelessly communicated to the electronic onboard recorder unit 106a prior to exporting the electronic record of duty file via the output data port 302 of the electronic onboard recorder unit 106a. In some embodiments in which a copy of the electronic record of duty file is stored in both the mobile communication device 112a and the electronic onboard recorder unit 106a, and the copies of these files can be updated or sync prior to exporting the electronic record of duty file via the output data port 302 of the electronic onboard recorder unit 106a.

In the illustrated example, the vehicle inspector 154 can request that a copy of the data 206 be copied to the inspector's computer device 150 or the inspector's portable storage device 152. To facilitate communication between the electronic onboard recorder unit 106a and the computer device 150 of the portable storage device 152, the computer device 150 or the portable storage device 152 can be plugged into the data output port 302 of the electronic onboard recorder unit 106a. As previously described, the data output port 302 may be a USB port adapted to accept a USB connector 304 provided by any of the computer device 150 and the portable storage device 152.

Still referring to FIG. 3, in some embodiments, the mobile communication device 112a can control the transfer of the

Exhibit 3
Page 074

US 8,626,568 B2

13

electronic record of duty file or other data from the electronic onboard recorder unit 106a to the inspector's computer device 150 or the inspector's portable storage device 152. For example, the electronic record of duty file or other data stored on the electronic onboard recorder unit 106a may be protected from exporting via the data port 302 until the user provides approval for the data transfer via the user interface 208 of the mobile communication device 112a. In such circumstances, the data stored on the electronic onboard recorder unit 106a may be protected from unauthorized users, and furthermore, the data files stored on the electronic onboard recorder unit 106a may be updated or synced with the data files stored on the mobile communication device 112a prior to any file exporting operation via the data port 302. In this embodiment, the mobile communication device 112a presents the user interface 208 that prompts the user to initiate the file transfer process from the electronic onboard recorder unit 106a to the inspector's computer device 150 or the inspector's portable storage device 152. The user interface 208 of the mobile communication device 112a can provide, for example, at least one control button 306 that receives the user input indicative of a command to initiate the file transfer process. In some implementations, the user control button 306 can be a physical button, a touchscreen button, a selectable menu item, or any other user control mechanism on the mobile communication device 112a. In other implementations, the control button 306 can be replacement with an input to detect a user gesture, a spoken command (e.g., speech recognition), or any other appropriate user action that the mobile communication device 112a can detect as a user command.

In response to activation of the user control button 306, the system 110a initiates a process in which the electronic record of duty file or other data file is at least partially transferred to the electronic onboard recorder unit 106a for purposes of storing a copy of the file at the electronic onboard recorder unit 106a or otherwise updating an older version of the file stored at the electronic onboard recorder unit 106a. After the current version of the electronic record of duty file or other data file is stored at both the mobile communication device 112a and the electronic onboard recorder unit 106a, the electronic record of duty file or other data file can be exported via the data port 302 of the electronic record of duty file or other data file. The operation for transferring the electronic record of duty file or other data file to the computer device 150 or to the portable storage device 152 can be an automatic process that requires no further user input on the mobile communication device 112a and the electronic onboard recorder unit 106a. For example, after the initial user input on the control button 306 of the user interface 208, the electronic record of duty file or other data file will be automatically transferred via the data port 302 upon a proper connection with the computer device 150 or to the portable storage device 152. As such, the driver or the inspector 154 can plug the inspector's device 150 or 152 into the communication port 302 either before or after the driver activates the user control button 306, in which case a copy of the electronic record of duty file from the electronic onboard recorder unit 106a is transferred via the data port 302 to the inspector's device 150 or 152. When finished, the inspector's device 150 or 152, with the electronic record of duty file or other data file stored in the memory thereof, can then be disconnected from the communications port 302 and used by the vehicle inspector 154.

Referring now to FIGS. 4A-B, the mobile communication device 112 can provide the user interface for the electronic onboard recorder unit 106 (FIGS. 2-3) and can be configured to display a variety of vehicle and driver-related information

14

in response to wirelessly receiving vehicle usage information from the electronic onboard recorder unit 106. For example, as shown in FIG. 4A, the mobile communication device 112 that presents an example user interface screen 402 that summarizes the driver duty information for display during operation of the vehicle. In some implementations, the mobile communication device 112 can be any one of the mobile communication devices 112a-112c depicted in FIG. 1, and the user interface screen 402 can be accessed from a menu selection on the user interface 208 as depicted in FIGS. 2-3.

In this embodiment, the user interface 402 includes a driver name display area 404 which displays the name of the driver or other identification information associated with driver. Such driver identification information can be input into the mobile communication device 112 or selected from a list displayed by the mobile communication device 112, and the driver identification information can be used in generating the aforementioned electronic record of duty file.

Still referring to FIG. 4A, a collection of status indicators 406a-406d provides visual indications of several operational parameters of the mobile communication device 112 and/or an associated electronic onboard recorder unit (e.g., the electronic onboard recorder units 106a-106c). For example, the status indicator 406a can display a visual indication of whether the mobile communication device 112 is connected to the transceiver 122 of FIG. 1 by one of the communication links 120a-120c. The status indicator 406b can display a visual indication of whether the mobile communication device 112 is connected to its associated electronic onboard recorder unit 106a-c by one of the Bluetooth connections 114a-114c. The status indicator 406c can display a visual indication of whether the mobile communication device 112 is receiving the GPS signals 108 form the GPS satellites 110. The status indicator 406d can display a visual indication of whether the mobile communication device 112 is connected to an associated ECM, such when the electronic onboard recorder unit 106a is connected to the ECM 206 of FIG. 2 by the data bus 204.

In some embodiments, a download button 408 is provided by the user interface 402 to accept user input indicative of a command to initiate a transfer of data from the associated electronic onboard recorder 106 (FIG. 3) unit to an external storage device, such as the computer device 150 or the portable storage device 152 as described previously discussed in the description of FIG. 3. Accordingly, the download button 408 can initiate a set of operations in which particular data files stored on the mobile communication device 112 are copied to the electronic onboard recorder 106 or otherwise used to update with similar files previously stored on electronic onboard recorder 106. From there, the one or more data files can be exported via the data port 302 as previously described in connection with FIG. 3. As such, the download button 408 may operate similarly to the previously described control button 306 (FIG. 3).

In addition, the user interface 402 provides a number of inputs for the driver to alter his or her duty status, thereby affecting the driver's hours of service and the aforementioned electronic record of duty file. For example, the driver may interact with a user control 410a to indicate that he or she is in an "off duty" status. The driver can interact with a user control 410b to indicate that he or she is in a "sleeper berth" status (e.g., the driver is resting in a sleeper unit associated with his vehicle). The driver can interact with a user control 410c to indicate that he or she is operating his vehicle. The driver can interact with a user control 410d to indicate that he or she is in an "on duty" status even when he or she is not driving the vehicle (e.g., inspecting the vehicle or performing other on-

Exhibit 3
Page 075

US 8,626,568 B2

**15**

duty tasks). In some implementations, the user controls 410a-410d can change their visual appearance to indicate the status currently selected by the driver. For example, the user control 410a may be displayed with a brighter color than the user controls 410b-410d when the driver is in an "off duty" status.

Still referring to FIG. 4A, the interface 402 of the mobile communication device 112 can also display indicators related to the driver's hours of service. For example, an indicator 412 displays the amount of time the driver has left before he or she is in violation of a predetermined drive time limit. An indicator 414 displays the amount of time the driver has left before he or she is in violation of a predetermined on duty time limit. An indicator 416 displays the consecutive amount of time the driver has been off duty.

Furthermore, an indicator 420 displays the amount of drive time the driver has accrued in a given day, which (in this embodiment) has an upper limit of "11 hours" of total drive time before he or she is in violation of a predetermined drive time limit. Thus, the time values in indicators 412 and 420 will add up to the maximum drive time limit ("11 hours" in this embodiment). When the driver's total drive time in indicator 420 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Optionally, an indicator 422 displays the amount of on-duty time the driver has accrued in a given day, which (in this embodiment) has an upper limit of "14 hours" of total on-duty time before he or she is in violation of a predetermined on-duty time limit. Thus, the time values in indicators 422 and 414 will add up to the maximum on-duty time limit ("14 hours" in this embodiment). When the driver's total drive time in indicator 422 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Further, an indicator 424 displays the amount of total on-duty time the driver has accrued in a period of consecutive days (e.g., "8 days" in this embodiments). For example, the total on-duty time the driver has accrued in an eight-day period may have an upper limit of "70 hours" in this embodiment. When the driver's total drive time in indicator 424 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation.

As shown in FIG. 4B, the mobile communication device 112 can provide another user interface screen 450 that depicts a summary of the driver's duty log. In some embodiments, the summary information provided in this user interface screen 450 can be employed in the electronic record of duty file that is generated by the mobile communication device 112 for purposes of sharing with the aforementioned inspector 154 (FIG. 3). In some implementations, the user interface screen 450 can be accessed from a menu selection on the user interface 208 as depicted in FIGS. 2-3.

The user interface 450 in this embodiment includes an electronic duty log in the form of a time chart 452. The chart 452 provides a convenient visualization of the driver's status (e.g., on duty, off duty, driving, sleeper berth) over a selected period of time. A date indicator area 454 displays the date associated with the information presented by the chart 452. A time indicator area 456 displays the times associated with the information presented by the chart 452. A time interval area 458 displays the elapsed time durations associated with the various statuses presented by the chart 452.

A status area 460 displays the driver's current status or the status presented by the chart 452. In some implementations, the status area 460 can include time information, status information, location information, a remark, and (optionally) the driver's name or other identification information. In some implementations, the remark can be selected from a collec-

**16**

tion of predefined remarks (e.g., "fueling", "breakdown", "loading", "unloading"). In some implementations, the remark can be entered by the driver. For example, the driver may need to enter a remark that is not described by a pre-defined remark (e.g., "helping a motorist").

The driver can interact with a user control 470 to cause the chart 452 to display the duty status over a period of one day or other predetermined time interval of data on the chart 452. The driver can interact with a user control 472 to cause the chart 452 to display a one hour or other predetermined time interval of data on the chart 452. The driver can interact with a user control 474 to cause the user interface 450 to present additional user controls that the driver can use to enter remark information that can be associated with one or more of the driver's statuses.

Referring now to FIG. 5, some embodiments for a process 500 can be performed to transferring an electronic report from an electronic onboard recorder unit (such as unit 106a depicted in FIG. 3) to an external computer or storage device (such as the inspector's device 150 or 152 depicted in FIG. 3). The process 500 may include an operation 510 in which a driver summary electronic report (e.g., an electronic record of duty file) in memory module of a handheld wireless display unit (e.g., the mobile communication device 112a depicted in FIG. 3). For example, the electronic onboard recorder unit 106a can collect the vehicle usage information over a period of time when a particular driver is using the vehicle 102a, and the electronic onboard recorder unit 106a can periodically transfer this vehicle usage information to the corresponding mobile communication device 112a linked thereto via the Bluetooth connection 114a. The mobile communication device 112a can access the vehicle usage information along with other driver-specific information (e.g., driver identification information and the like) so as to generate the electronic record of duty file for storing on the memory of the mobile communication device 112a.

The process 500 may also include an operation 520 in which a wireless communication from the handheld wireless display unit (e.g., the mobile communication device 112a in this embodiment) is received to indicate that the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is approved for exporting from the electronic onboard recorder unit. For example, the driver can activate the user control button 306 as depicted FIG. 3 so that the mobile communication device 112a can prepare the electronic onboard recorder unit 106a for exporting the driver summary electronic report (e.g., the electronic record of duty file in this embodiment).

At operation 530 in the process 500, the driver summary electronic report is also stored in a memory module of an electronic onboard recorder unit, which is wirelessly linked to the handheld wireless display unit. For example, the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) can be wirelessly communicated via the Bluetooth link 114a from the mobile communication device 112a to the electronic onboard recorder unit 106a. This operation 530 may be performed in response to operation 520. It should be understood from the description herein that the process 500 can be achieved by performing operation 530 either before or after the operation 520. If operation 530 is performed before operation 520, then operation 520 may cause the mobile communication device 112a to update the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) stored on the electronic onboard recorder unit 106a with a more recent version of the file.

**Exhibit 3**

**Page 076**

US 8,626,568 B2

17

18

At operation **540**, the electronic onboard recorder unit removably receives a USB connection device at a USB port arranged along the housing of the electronic onboard recorder unit. For example, as previously described in connection with FIG. **3**, the electronic onboard recorder unit **106***a* can be equipped with a USB port **302** that is configured to removably receive the USB connector **304** from an inspector's portable computer **150** or portable storage device **152**. In such circumstances, the vehicle inspector **154** can conveniently plug the external computer device **150** or the portable storage device **152** into the USB port **302** provided by the electronic onboard recorder unit **106***a* to facilitate a transfer of the requested data from the electronic onboard recorder unit **106***a*.

The process **500** may also include operation **550** in which the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is automatically transferred to via the USB port of the electronic onboard recorder unit to a portable external unit. For example, in response to the user input at operation **520** and the receipt of the USB connection device at operation **540**, the electronic record of duty file may automatically transferred via the USB port **302** the inspectors device **150** or device **152** without any further user input at the electronic onboard recorder unit **106***a* or its corresponding mobile communication device **112***a*. As such, the electronic onboard recorder unit **106***a* can be configured to output the electronic record of duty file directly to a temporarily connected external computer device **150** (e.g., a notebook computer) or a portable storage device **152** (e.g., a USB thumb drive, a portable hard drive) provided by a vehicle inspector **154** (e.g., a law enforcement official, a regulatory inspector, or the like).

The process **500** may optionally include operation **560** in which a signal is automatically received by the electronic onboard recorder unit indicating that the USB connection to the portable external unit is removed. For example, the USB connection device **304** (FIG. **3**) can be removed from the electronic onboard recorder unit **106***a*. When a USB device (sometimes referred to as a slave) is connected to or disconnected from a USB host (e.g., the electronic onboard recorder unit **106***a* in this embodiment), there is a change on these USB data lines. It is this change that the USB host can use to automatically detect that a device has been connected or removed.

Referring now to FIG. **6**, some embodiments of a process **600** can be performed to communicate a driver summary electronic report via a cellular link established by a handheld wireless display unit (e.g., the mobile communication device **112***a* depicted in FIG. **3**). The process **600** may include an operation **610** in which vehicle usage information is wirelessly received at the handheld wireless display unit from an electronic onboard recorder unit mounted in a vehicle. For example, the electronic onboard recorder unit **106***a* can collect the vehicle usage information over a period of time when a particular driver is using the vehicle **102***a*, and the electronic onboard recorder unit **106***a* can periodically transfer this vehicle usage information to the corresponding mobile communication device **112***a* linked thereto via the Bluetooth connection **114***a*.

In operation **620**, a driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is stored in a memory module of a handheld wireless display unit, which is in wireless communication with the electronic onboard recorder unit. For example, the mobile communication device **112***a* can access the vehicle usage information along with other driver-specific information (e.g., driver identification information and the like) so as to generate the electronic record of duty file for storing on the memory of the mobile communication device **112***a*.

The process may also include operation **630** in which a cellular connection is established to a network for communication between the handheld wireless display unit and a control center. For example, the mobile communication device **112***a* can establish the wireless connection **120***a* with the transceiver **122**, which is in communication with the control center **104** through the base station **124** and the network **130**.

In operation step **640**, the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is transmitted from handheld wireless display unit to the control center. For example, the electronic report and other data related to the driver or vehicle, which is stored on the mobile communication device **112***a*, can be communication via the cellular link **120***a* to the network **130** and to the control center **104** for review and archival purposes. Thus, in some embodiments, the electronic onboard recorder unit **106***a* and the corresponding mobile communication device **112***a* can each individually operate to output the driver summary electronic report.

FIG. **7** is a block diagram of computing devices **700**, **750** that may be used to implement the systems and methods described in this document, either as a client or as a server or plurality of servers. Computing device **700** is intended to represent various forms of digital computers, such as laptops, desktops, workstations, personal digital assistants, servers, blade servers, mainframes, and other appropriate computers. Computing device **750** is intended to represent various forms of mobile devices, such as personal digital assistants, cellular telephones, smartphones, and other similar computing devices. The components shown here, their connections and relationships, and their functions, are meant to be exemplary only, and are not meant to limit implementations of the inventions described and/or claimed in this document.

Computing device **700** includes a processor **702**, memory **704**, a storage device **706**, a high-speed interface **708** connecting to memory **704** and high-speed expansion ports **710**, and a low speed interface **712** connecting to low speed bus **714** and storage device **706**. Each of the components **702**, **704**, **706**, **708**, **710**, and **712**, are interconnected using various busses, and may be mounted on a common motherboard or in other manners as appropriate. The processor **702** can process instructions for execution within the computing device **700**, including instructions stored in the memory **704** or on the storage device **706** to display graphical information for a GUI on an external input/output device, such as display **716** coupled to high speed interface **708**. In other implementations, multiple processors and/or multiple buses may be used, as appropriate, along with multiple memories and types of memory. Also, multiple computing devices **700** may be connected, with each device providing portions of the necessary operations (e.g., as a server bank, a group of blade servers, or a multi-processor system).

The memory **704** stores information within the computing device **700**. In one implementation, the memory **704** is a computer-readable medium. In one implementation, the memory **704** is a volatile memory unit or units. In another implementation, the memory **704** is a non-volatile memory unit or units.

The storage device **706** is capable of providing mass storage for the computing device **700**. In one implementation, the storage device **706** is a computer-readable medium. In various different implementations, the storage device **706** may be a floppy disk device, a hard disk device, an optical disk device, or a tape device, a flash memory or other similar solid state memory device, or an array of devices, including devices

**Exhibit 3**

**Page 077**

US 8,626,568 B2

19

in a storage area network or other configurations. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **704**, the storage device **706**, or memory on processor **702**.

The high speed controller **708** manages bandwidth-intensive operations for the computing device **700**, while the low speed controller **712** manages lower bandwidth-intensive operations. Such allocation of duties is exemplary only. In one implementation, the high-speed controller **708** is coupled to memory **704**, display **716** (e.g., through a graphics processor or accelerator), and to high-speed expansion ports **710**, which may accept various expansion cards (not shown). In the implementation, low-speed controller **712** is coupled to storage device **706** and low-speed expansion port **714**. The low-speed expansion port, which may include various communication ports (e.g., USB, Bluetooth, Ethernet, wireless Ethernet) may be coupled to one or more input/output devices, such as a keyboard, a pointing device, a scanner, or a networking device such as a switch or router, e.g., through a network adapter.

The computing device **700** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a standard server **720**, or multiple times in a group of such servers. It may also be implemented as part of a rack server system **724**. In addition, it may be implemented in a personal computer such as a laptop computer **722**. Alternatively, components from computing device **700** may be combined with other components in a mobile device (not shown), such as device **750**. Each of such devices may contain one or more of computing device **700**, **750**, and an entire system may be made up of multiple computing devices **700**, **750** communicating with each other.

Computing device **750** includes a processor **752**, memory **764**, an input/output device such as a display **754**, a communication interface **766**, and a transceiver **768**, among other components. The device **750** may also be provided with a storage device, such as a microdrive or other device, to provide additional storage. Each of the components **750**, **752**, **764**, **754**, **766**, and **768**, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor **752** can process instructions for execution within the computing device **750**, including instructions stored in the memory **764**. The processor may also include separate analog and digital processors. The processor may provide, for example, for coordination of the other components of the device **750**, such as control of user interfaces, applications run by device **750**, and wireless communication by device **750**.

Processor **752** may communicate with a user through control interface **758** and display interface **756** coupled to a display **754**. The display **754** may be, for example, a TFT LCD display or an OLED display, or other appropriate display technology. The display interface **756** may comprise appropriate circuitry for driving the display **754** to present graphical and other information to a user. The control interface **758** may receive commands from a user and convert them for submission to the processor **752**. In addition, an external interface **762** may be provide in communication with processor **752**, so as to enable near area communication of device **750** with other devices. External interface **762** may provide, for example, for wired communication (e.g., via a docking

20

procedure) or for wireless communication (e.g., via Bluetooth or other such technologies).

The memory **764** stores information within the computing device **750**. In one implementation, the memory **764** is a computer-readable medium. In one implementation, the memory **764** is a volatile memory unit or units. In another implementation, the memory **764** is a non-volatile memory unit or units. Expansion memory **774** may also be provided and connected to device **750** through expansion interface **772**, which may include, for example, a SIMM card interface. Such expansion memory **774** may provide extra storage space for device **750**, or may also store applications or other information for device **750**. Specifically, expansion memory **774** may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, expansion memory **774** may be provide as a security module for device **750**, and may be programmed with instructions that permit secure use of device **750**.

The memory may include for example, flash memory and/or MRAM memory, as discussed below. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **764**, expansion memory **774**, or memory on processor **752**.

Device **750** may communicate wirelessly through communication interface **766**, which may include digital signal processing circuitry where necessary. Communication interface **766** may provide for communications under various modes or protocols, such as GSM voice calls, SMS, EMS, or MMS messaging, CDMA, TDMA, PDC, WCDMA, CDMA2000, or GPRS, among others. Such communication may occur, for example, through radio-frequency transceiver **768**. In addition, short-range communication may occur, such as using a Bluetooth, WiFi, or other such transceiver (not shown). In addition, GPS receiver module **770** may provide additional wireless data to device **750**, which may be used as appropriate by applications running on device **750**.

Device **750** may also communication audibly using audio codec **760**, which may receive spoken information from a user and convert it to usable digital information. Audio codex **760** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of device **750**. Such sound may include sound from voice telephone calls, may include recorded sound (e.g., voice messages, music files, etc.) and may also include sound generated by applications operating on device **750**.

The computing device **750** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a cellular telephone **780**. It may also be implemented as part of a smartphone **782**, personal digital assistant, or other similar mobile device.

Various implementations of the systems and techniques described here can be realized in digital electronic circuitry, integrated circuitry, specially designed ASICs (application specific integrated circuits), computer hardware, firmware, software, and/or combinations thereof. These various implementations can include implementation in one or more computer programs that are executable and/or interpretable on a programmable system including at least one programmable processor, which may be special or general purpose, coupled to receive data and instructions from, and to transmit data and instructions to, a storage system, at least one input device, and at least one output device.

Exhibit 3
Page 078

US 8,626,568 B2

21

These computer programs (also known as programs, software, software applications or code) include machine instructions for a programmable processor, and can be implemented in a high-level procedural and/or object-oriented programming language, and/or in assembly/machine language. As used herein, the terms "machine-readable medium" "computer-readable medium" refers to any computer program product, apparatus and/or device (e.g., magnetic discs, optical disks, memory, Programmable Logic Devices (PLDs)) used to provide machine instructions and/or data to a programmable processor, including a machine-readable medium that receives machine instructions as a machine-readable signal. The term "machine-readable signal" refers to any signal used to provide machine instructions and/or data to a programmable processor.

To provide for interaction with a user, the systems and techniques described here can be implemented on a computer having a display device (e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor) for displaying information to the user and a keyboard and a pointing device (e.g., a mouse or a trackball) by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback (e.g., visual feedback, auditory feedback, or tactile feedback); and input from the user can be received in any form, including acoustic, speech, or tactile input.

The systems and techniques described here can be implemented in a computing system that includes a back end component (e.g., as a data server), or that includes a middleware component (e.g., an application server), or that includes a front end component (e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the systems and techniques described here), or any combination of such back end, middleware, or front end components. The components of the system can be interconnected by any form or medium of digital data communication (e.g., a communication network). Examples of communication networks include a local area network ("LAN"), a wide area network ("WAN"), and the Internet.

The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

A number of embodiments of the invention have been described. Nevertheless, it will be understood that various modifications may be made without departing from the spirit and scope of the invention. For example, various forms of the flows shown above may be used, with steps re-ordered, added, or removed. Also, although several applications of the payment systems and methods have been described, it should be recognized that numerous other applications are contemplated. Accordingly, other embodiments are within the scope of the following claims.

What is claimed is:

**1**. A system for communicating fleet vehicle information, comprising:

an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle, the electronic onboard recorder unit being free of a user interface display and including: a short-range wireless communication device to wirelessly communicate vehicle usage information to a separate device, and

22

a data connection port configured to removably receive a data cable of a remote computer device; and

a portable wireless display unit comprising: a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle, a cellular communication device configured to provide a cellular communication link with a remote system, a user interface including a display device, and a computer-readable memory module to store a driver summary electronic report, the driver summary electronic report being generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle, the driver summary electronic report including identification information for a driver and hours of service information for the driver,

wherein in response to user input on the user interface of the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle, the portable wireless display unit is configured to wirelessly transfer the driver summary electronic report to the electronic onboard recorder unit mounted to the vehicle for exporting the driver summary electronic report via the data connection port of the electronic onboard recorder unit to the remote computer device.

**2**. The system of claim **1**, wherein the portable wireless display unit comprises a cellular phone device having a user interface that displays hours of service information, the hours of service information being updated in response to wirelessly receiving vehicle usage information from the electronic onboard recorder unit.

**3**. The system of claim **2**, wherein the short-range wireless communication devices of the electronic onboard recorder unit and the portable wireless display unit are Bluetooth wireless communication devices.

**4**. The system of claim **1**, wherein the data connection port of the electronic onboard recorder unit comprises a USB connection port arranged along a housing of the electronic onboard recorder unit.

**5**. The system of claim **1**, wherein the electronic onboard recorder unit and the portable wireless display unit provide two-way wireless communication such that the portable wireless display unit wirelessly receives at least the vehicle usage information from the electronic onboard recorder unit and the electronic onboard recorder unit wirelessly receives at least the driver identification information from the portable wireless display unit.

**6**. The system of claim **1**, wherein the portable wireless display unit wirelessly communicates with the electronic onboard recorder unit when the electronic onboard recorder unit is positioned inside the vehicle and the portable wireless display unit is positioned in proximity to the vehicle.

**7**. The system of claim **1**, wherein the electronic onboard recorder unit comprises a connector to mate with an engine control module of the vehicle, wherein the electronic onboard recorder unit comprises a memory module that stores vehicle data in response to signals from the engine control module.

**8**. The system of claim **7**, wherein the electronic onboard recorder unit is configured to simultaneously communicate via multiple protocols of at least one engine control module.

**9**. The system of claim **7**, wherein the electronic onboard recorder unit houses one or more accelerometers configured to detect movements of the vehicle, and wherein the elec-

Exhibit 3
Page 079

US 8,626,568 B2

23

tronic onboard recorder unit houses a GPS receiver device to receive location signals from at least one GPS satellite.

**10.** A system for communicating fleet vehicle information, comprising:

an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle, the electronic onboard recorder unit being free of a user interface display and including a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle; and

a portable wireless display unit comprising: a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle, a long-range communication device configured to provide a cellular or satellite communication link with a remote system, a computer-readable memory module to store a driver summary electronic report, the driver summary electronic report being generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle, the driver summary electronic report including driver identification information and driver hours of service information, and a user interface including a display device that displays the driver hours of service information,

wherein the electronic onboard recorder unit and the portable wireless display unit provide two-way wireless communication such that the portable wireless display unit wirelessly receives vehicle usage information from the electronic onboard recorder unit and the electronic onboard recorder unit wirelessly receives the driver summary electronic report from the portable wireless display unit.

**11.** The system of claim **10**, wherein the portable wireless display unit comprises a cellular or satellite phone device having a user interface that displays hours of service information, the hours of service information being updated in response to wirelessly receiving vehicle usage information from the electronic onboard recorder unit.

**12.** The system of claim **11**, wherein the short-range wireless communication devices of the electronic onboard recorder unit and the portable wireless display unit are Bluetooth wireless communication devices.

**13.** The system of claim **12**, wherein the electronic onboard recorder unit comprises a USB connection port arranged along a housing of the electronic onboard recorder unit and configured to removably receive a data cable of a remote computer device.

**14.** The system of claim **13**, wherein the electronic onboard recorder unit comprises a connector to mate with an engine control module of the vehicle, wherein the electronic onboard recorder unit comprises a memory module that stores vehicle data in response to signals from the engine control module.

**15.** The system of claim **14**, wherein the electronic onboard recorder unit houses one or more accelerometers configured to detect movements of the vehicle, and wherein the electronic onboard recorder unit houses a GPS receiver device to receive location signals from at least one GPS satellite.

**16.** A system for communicating fleet vehicle information, comprising:

an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the

24

vehicle, the electronic onboard recorder unit including: a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle, and a USB connection port configured to irremovably receive a USB data cable of a remote computer device; and

a portable wireless display unit comprising: a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle, a long-range communication device configured to provide a cellular or satellite communication link with a remote system, a user interface including a display device, and a computer-readable memory module to store a driver summary electronic report, the driver summary electronic report being generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle, the driver summary electronic report including identification information for a driver and hours of service information for the driver,

wherein the electronic onboard recorder unit outputs the driver summary electronic report via the USB connection port in response to receiving the driver summary electronic report from the portable wireless display unit, and

wherein the portable wireless display unit outputs the driver summary electronic report via the cellular or satellite communication link to the remote system.

**17.** The system of claim **16**, wherein the portable wireless display unit comprises a cellular or satellite phone device having a user interface that displays hours of service information, the hours of service information being updated in response to wirelessly receiving vehicle usage information from the electronic onboard recorder unit.

**18.** The system of claim **17**, wherein the short-range wireless communication devices of the electronic onboard recorder unit and the portable wireless display unit are Bluetooth wireless communication devices.

**19.** The system of claim **18**, wherein the electronic onboard recorder unit and the portable wireless display unit provide two-way wireless communication such that the portable wireless display unit wirelessly receives at least the vehicle usage information from the electronic onboard recorder unit and the electronic onboard recorder unit wirelessly receives at least the driver identification information from the portable wireless display unit.

**20.** The system of claim **16**, wherein the electronic onboard recorder unit comprises a connector to mate with an engine control module of the vehicle, wherein the electronic onboard recorder unit comprises a memory module that stores vehicle data in response to signals from the engine control module.

**21.** The system of claim **20**, wherein the electronic onboard recorder unit houses one or more accelerometers configured to detect movements of the vehicle, and wherein the electronic onboard recorder unit houses a GPS receiver device to receive location signals from at least one GPS satellite.

**22.** A computer-implemented method for providing a driver summary electronic report, comprising:

wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit, the electronic onboard recorder unit having a wired connection to the vehicle;

Exhibit 3
Page 080

US 8,626,568 B2

25

generating a driver summary electronic report at the portable wireless display unit in response to the electronic onboard recorder unit wirelessly communicating the vehicle usage information, the driver summary electronic report including identification information for a driver and hours of service information for the driver;

wirelessly receiving, at the electronic onboard recorder unit, the driver summary electronic report from the portable wireless display unit;

removably receiving a USB data cable in a USB connection port of the electronic onboard recorder unit mounted to the vehicle; and

in response to a user request input to the portable wireless display unit, transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the USB data cable to a remote computer device.

**23**. A computer-implemented method for providing a driver summary electronic report, comprising:

wirelessly receiving, at a portable wireless display unit, vehicle usage information from an electronic onboard recorder unit mounted to a vehicle and having a wired connection to the vehicle;

generating a driver summary electronic report at the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle, the driver summary electronic report including identification information for a driver and hours of service information for the driver;

storing the driver summary electronic report in a computer-readable memory module of the portable wireless display unit, the portable wireless display unit being configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle;

receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle; and

26

wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle for exporting the driver summary electronic report via a removable data cable to a remote computer device.

**24**. A computer-implemented method for providing a driver summary electronic report, comprising:

wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit, the electronic onboard recorder unit having a wired connection to the vehicle;

generating a driver summary electronic report at the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle, the driver summary electronic report including identification information for a driver and hours of service information for the driver;

storing the driver summary electronic report in a computer-readable memory module of the portable wireless display unit, the portable wireless display unit being configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle;

receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle;

wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle;

removably receiving a data cable in a corresponding port of the electronic onboard recorder unit mounted to the vehicle; and

transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the data cable to a remote computer device.

\* \* \* \* \*

Exhibit 3
Page 081

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,626,568 B2                                                      Page 1 of 1
APPLICATION NO.     : 13/174331
DATED               : January 7, 2014
INVENTOR(S)         : Colin D Warkentin,  Rakinder Kalirai and Christopher Alexander Sekula

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

      In the Claims:

      Column 24, Line 6 (Claim 16), delete "irremovably" and insert -- removably --, therefor.

Signed and Sealed this
Thirteenth Day of May, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

**Exhibit 3**
**Page 082**

Exhibit 4



US010255575B2

(12) **United States Patent**
Warkentin et al.

(10) Patent No.:     **US 10,255,575 B2**
(45) Date of Patent:         **Apr. 9, 2019**

(54) **FLEET VEHICLE MANAGEMENT SYSTEMS AND METHODS**

(71) Applicant: **XRS Corporation**, Eden Prairie, MN (US)

(72) Inventors: **Colin D. Warkentin**, St. Catharines (CA); **Rakinder Kalirai**, Burlington (CA); **Christopher A. Sekula**, Mississauga (CA)

(73) Assignee: **XRS CORPORATION**, Eden Prairie, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 572 days.

(21) Appl. No.: **14/071,382**

(22) Filed: **Nov. 4, 2013**

(65) **Prior Publication Data**
US 2014/0058802 A1     Feb. 27, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/174,331, filed on Jun. 30, 2011, now Pat. No. 8,626,568.

(51) **Int. Cl.**
| | |
|---|---|
| *G06Q 10/06* | (2012.01) |
| *G06Q 10/08* | (2012.01) |
| *G08G 1/00* | (2006.01) |
| *G07C 5/08* | (2006.01) |
| | (Continued) |

(52) **U.S. Cl.**
CPC ..... *G06Q 10/0639* (2013.01); *G06Q 10/0833* (2013.01); *G06Q 10/10* (2013.01); *G07C 5/0858* (2013.01); *G08G 1/20* (2013.01); *G06Q 10/06* (2013.01); *G06Q 10/063* (2013.01); *G06Q 10/06398* (2013.01); *G07C 5/008* (2013.01)

(58) **Field of Classification Search**
CPC .. G07C 5/085; G07C 5/0858; B60R 16/0232; B60R 16/0234; G06Q 30/018
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,359,528 A | 10/1994 | Haendel et al. |
| 5,612,875 A | 3/1997 | Haendel et al. |
| 5,694,322 A | 12/1997 | Westerlage et al. |
| | (Continued) | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| KR | 1020050038862 | 4/2005 |
| KR | 1020110011450 | 2/2011 |
| | (Continued) | |

OTHER PUBLICATIONS

A complete guide to hacking your vehicle bus on the cheap and easy, part 1, hardware interface, the ksmith webpages, Mar. 22, 2013 https://theksmith.com/software/hack-vehicle-bus-cheap-easy-part-1/.*

(Continued)

*Primary Examiner* — Octavian Rotaru
(74) *Attorney, Agent, or Firm* — Arent Fox LLP

(57)     **ABSTRACT**

Some embodiments of a system for communicating vehicle information can provide equipment for use inside a fleet vehicle to facilitate prompt and efficient transfer of vehicle and driver information. In particular embodiments, the system may include an electronic onboard recorder mountable in a vehicle and a mobile communication device that is configured to wireless communication with the electronic onboard recorder.

**24 Claims, 8 Drawing Sheets**



**Exhibit 4**
**Page 083**

# US 10,255,575 B2

Page 2

(51) **Int. Cl.**
      *G06Q 10/10*        (2012.01)
      *G07C 5/00*         (2006.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,953,319 A | 9/1999 | Dutta et al. | |
| 5,970,481 A | 10/1999 | Westerlage et al. | |
| 6,317,668 B1 | 11/2001 | Thibault | |
| 6,421,590 B2 | 7/2002 | Thibault | |
| 6,639,898 B1 | 10/2003 | Dutta et al. | |
| 6,714,857 B2 | 3/2004 | Kapolka et al. | |
| 6,718,263 B1* | 4/2004 | Glass ..................... | G07B 15/02 |
| | | | 455/428 |
| 6,904,363 B2 | 6/2005 | Inbar et al. | |
| 6,938,099 B2 | 8/2005 | Morton et al. | |
| 6,947,737 B2 | 9/2005 | Massie et al. | |
| 7,024,199 B1 | 4/2006 | Massie et al. | |
| 7,043,365 B2 | 5/2006 | Inbar et al. | |
| 7,068,992 B1 | 6/2006 | Massie et al. | |
| 7,089,322 B1 | 8/2006 | Stallman | |
| 7,117,075 B1 | 10/2006 | Larschan et al. | |
| 7,136,642 B1 | 11/2006 | Massie et al. | |
| 7,162,238 B1 | 1/2007 | Massie et al. | |
| 7,230,944 B1 | 6/2007 | Massie et al. | |
| 7,401,741 B2 | 7/2008 | Thayer | |
| 7,784,707 B2 | 8/2010 | Witty et al. | |
| 7,802,729 B2 | 9/2010 | Thayer | |
| 8,442,508 B2 | 5/2013 | Harter et al. | |
| 8,626,568 B2 | 1/2014 | Warkentin et al. | |
| 2002/0032018 A1 | 3/2002 | Morton et al. | |
| 2002/0035421 A1 | 3/2002 | Warkentin | |
| 2002/0160771 A1 | 10/2002 | Massie et al. | |
| 2004/0039526 A1 | 2/2004 | Thome et al. | |
| 2004/0162844 A1 | 8/2004 | Thome et al. | |
| 2005/0096809 A1* | 5/2005 | Skeen ..................... | G07C 5/008 |
| | | | 701/31.4 |
| 2005/0209778 A1 | 9/2005 | Inbar et al. | |
| 2006/0040239 A1 | 2/2006 | Cummins et al. | |
| 2006/0184613 A1 | 8/2006 | Steinessen et al. | |
| 2006/0200286 A1* | 9/2006 | Kumagai ................ | G01C 21/005 |
| | | | 701/33.4 |
| 2007/0038338 A1 | 2/2007 | Larschan et al. | |
| 2007/0038343 A1 | 2/2007 | Larschan et al. | |
| 2007/0038347 A1 | 2/2007 | Larschan et al. | |
| 2007/0038348 A1 | 2/2007 | Larschan et al. | |
| 2007/0038349 A1 | 2/2007 | Larschan et al. | |
| 2007/0038350 A1 | 2/2007 | Larschan et al. | |
| 2007/0038351 A1 | 2/2007 | Larschan et al. | |
| 2007/0038352 A1 | 2/2007 | Larschan et al. | |
| 2007/0038353 A1 | 2/2007 | Larschan et al. | |
| 2007/0050108 A1* | 3/2007 | Larschan ............... | G07C 5/085 |
| | | | 701/33.4 |
| 2007/0267473 A1 | 11/2007 | Thayer | |
| 2007/0267509 A1 | 11/2007 | Witty et al. | |
| 2008/0082221 A1 | 4/2008 | Nagy | |
| 2008/0188217 A1* | 8/2008 | Harter .................... | G06Q 10/08 |
| | | | 455/426.1 |
| 2008/0269978 A1* | 10/2008 | Shirole ................... | G07C 5/008 |
| | | | 701/29.5 |
| 2009/0051510 A1 | 2/2009 | Follmer et al. | |
| 2009/0237245 A1 | 9/2009 | Brinton et al. | |
| 2009/0276117 A1* | 11/2009 | Raichle ................... | B60W 50/02 |
| | | | 701/29.3 |
| 2010/0088163 A1 | 4/2010 | Davidson et al. | |
| 2010/0210212 A1 | 8/2010 | Sato | |
| 2011/0125365 A1 | 5/2011 | Larschan et al. | |
| 2011/0125663 A1 | 5/2011 | Kraft | |
| 2012/0065815 A1 | 3/2012 | Hess | |
| 2013/0006715 A1 | 1/2013 | Warkentin et al. | |
| 2014/0045147 A1 | 2/2014 | Mohn et al. | |
| 2014/0045427 A1 | 2/2014 | Mohn et al. | |
| 2014/0045428 A1 | 2/2014 | Mohn et al. | |
| 2014/0045429 A1 | 2/2014 | Mohn et al. | |
| 2014/0046531 A1 | 2/2014 | Mohn et al. | |
| 2014/0046569 A1 | 2/2014 | Mohn et al. | |
| 2014/0046570 A1 | 2/2014 | Mohn et al. | |
| 2014/0046710 A1 | 2/2014 | Mohn et al. | |
| 2014/0047343 A1 | 2/2014 | Mohn et al. | |
| 2014/0047347 A1 | 2/2014 | Mohn et al. | |
| 2014/0058802 A1 | 2/2014 | Warkentin et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2007/022154 A2 | 2/2007 |
| WO | WO 2008107514 A1 * | 9/2008 |
| WO | WO 2013/003663 A2 | 1/2013 |

OTHER PUBLICATIONS

Toddler activity Twin Adventures, wordpress webpages, May 22, 2013 https://web.archive.org/web/20130522145513/http://twingirlmommy.wordpress.com/tag/toddler-activity/.*

Infrared Data Association—Wikipedia, the free encyclopedia, archives org, Mar. 18, 2010 https://web.archive.org/web/20100318050327/http://en.wikipedia.org/wiki/Infrared_Data_Association.*

EOBR Compliance on Android, Windows Mobile and Blackberry devices—Xata, part 1, Youtube, uploaded by XataNation on May 27, 2011 http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEE0D5DF5454180.*

EOBR Compliance on Android, Windows Mobile and Blackberry devices—Xata, part 2, Youtube, uploaded by XataNation on May 27, 2011 http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEE0D5DF5454180.*

EOBR Compliance on Android, Windows Mobile and Blackberry devices, by Xata Road, Youtube, uploaded by XataNation on May 27, 2011 http://www.youtube.com/watch?v=8XEC5ALV7uE.*

EOBR Install, Xata Turnpike Routetracker, Youtube, uploaded by XataNation on Jul. 21, 2011 http://www.youtube.com/watch?v=67mGY_5CYTE&feature=bf_next&list=PL6CEE0D5DF5454180.*

EOBR Rules made easy with Xata Road Science, Youtube, uploaded by XataNation on May 5, 2011 http://www.youtube.com/watch?v=H1N61H9MABs&feature=bf_next&list=PL6CEE0D5DF5454180.*

EOBR testimonial from Intermodal C&K Trucking, for Xata Turn-pike, Youtube, Uploaded by XataNation on Jun. 29, 2011 http://www.youtube.com/watch?v=Xg4y5KauJi0.*

Fleet Management and EOBR—XATA Turnpike on Verizon, Youtube, uploaded by XataNation on Jun. 29, 2011 http://www.youtube.com/watch?v=t-_zsdixC20&feature=BFa&list=PL6CEE0D5DF5454180.*

XATA—XRS Nation Fleet Management, Overview of posted videos, Youtube, Apr. 2011-2012.*

Canadian Office Action dated May 13, 2015 issued in Canadian Patent Application No. 2,839,715.

On Board Communications, SafetyTraks™ Web Application Guide, 2008, 17 pp. http://info.safetytraks.com/safetytraksusersmanual.pdf.

On Board Communications, FleetTraks™ Web Application Guide, 2007, 36 pp. http://www.onboardcommunications.com/2007%20Web%20Application%20User%20Guide.pdf.

On Board Communications, Web Application Guide, 2008, 38 pp. http://www.dtegps.com/2008_Web_Application_User_Guide.pdf.

Department of Transportation, Rules and Regulations, Federal Register Part II, vol. 75, No. 64, Apr. 5, 2010, 46 pp.

'On-Board Technology—Performance Management' [online]. J.J. Keller's Encompass, J.J. Keller & Associates, Inc., 2010 [retrieved on Jul. 22, 2011], 2 pp. http://www.kellerencompass.com/online/onboard_rec/index.aspx.

Turnpike Global Technologies, Driver's Manual 3.5—for Motorola Phone, in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 9 pp. http://xrscorp.com/media/docs/drivers-manual-motorola.pdf.

EOBR testimonial from Intermodal C&K Trucking, for Xata Turn-pike, Youtube, Uploaded by XataNation on Jun. 29, 2011, 2 pp. http://www.youtube.com/watch?v=Xg4y5KauJiO.

tpMobile—Android Apps on Google Play, Google Play Webpages, Apr. 2011, 1 p. https://play.google.com/store/apps/details?id=com.TPG.tpMobile&hl=en.

**Exhibit 4**
**Page 084**

**US 10,255,575 B2**

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

EOBR Compliance on Android, Windows Mobile & Blackberry devices, by Xata Road, Youtube, uploaded by XataNation on May 27, 2011, 5 pp. http://www.youtube.com/watch?v=8XEC5ALV7uE&feature=bf_prev&list=PL6CEEOD5DF5454180.

Fleet Management and EOBR—XATA Turnpike on Verizon, Youtube, uploaded by XataNation on Jun. 29, 2011, 1 p. http://www.youtube.com/watch?v=t-_zsdixC20&feature=BFa&list=PL6CEEOD5DF5454180.

EOBR Rules made easy with Xata Road Science, Youtube, uploaded by XataNation on May 5, 2011, 1 p. .http://www.youtube.com/watch?-v=HIN61H9MABs&feature=bf    _next&list=PL6CEEOD5DF5454180.

EOBR Install, Xata Turnpike Routetracker, Youtube, uploaded by XataNation on Jul. 21, 2011, 1 p. http://www.youtube.com/watch?v=67mGY_5CYTE&feature=bf_next&list=PL6CEEOD5DF5454180.

XATA—XRS Nation Fleet Management, Overview of posted videos, Youtube, Apr. 2011-2012, 1 p.

Xata tp mobile driver handbook for windows mobile, in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 16 pp. http://xrscorp.com/media/docs/drivers-manual-windows-mobile.pdf.

Xata tp mobile driver handbook for android, in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 17 pp. http://xrscorp.com/media/docs/drivers-manual-android.pdf.

Pritchett Trucking Inc. Renews Contract for Mobile Max by Xata, Xata Webpages Mar. 16, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/16-march/.

Predestination Transportation Chooses XATA for Fleet Management, Xata Webpages Mar. 12, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/12-march/.

XATA and SpeedGauge Partner to Provide Enhanced Speed Data for Increased Safety, Xata webpages, Mar. 4, 2010, 2 pp. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-investor-news/2010/4-march/.

TREQ-M4, Mobile Data Terminal Manual, Beijer Electronics, M01-003-00 Rev 02, Mar. 23, 2011, 98 pp. http://www.beijerelectronicsinc.com/pdf/qsi_treq-m4_user_manual.pdf.

OnBoard Communications, OBC9000™ Installation Manual, in U.S. Appl. No. 13/174,331 on Nov. 21, 2012, 11 pp. http://www.onboardcommunications.com/instaii/OBC9000_Install.pdf.

Winn-Dixie Enhances 450-Truck Fleet with XATANET, Xata webpages, Apr. 21, 2011, 1 p. http://xatadev2.firebrandmg.com/news/news-press-releases-events-and-inventor-news/2010/21-April/.

Turnpike Global Technologies, PowerPoint presentation: Introduction, publicly available before Jun. 30, 2010, 13 pp.

Turnpike Global Technologies, Route Tracker Installation Guide Version 1.0, publicly available before Jun. 30, 2010, 7 pp.

Turnpike Global Technologies, Automating the Transportation Industry, publicly available before Jun. 30, 2010, 4 pp.

Turnpike Global Technologies, PowerPoint presentation: Trucking and Technology, publicly available before Jun. 30, 2010, 10 pp.

Turnpike Global Technologies, PowerPoint presentation: Turnpike Global Technologies, Corporate overview, publicly available before Jun. 30, 2010, 23 pp.

Turnpike Global Technologies, PowerPoint presentation: Turnpike Global Technologies, RouteTracker, publicly available before Jun. 30, 2010, 25 pp.

Turnpike Global Technologies, PowerPoint presentation: Turnpike Direct Sprint Sales Intro Jan. 2008, 18 pp.

International Search Report and Written Opinion of international application No. PCT/US2012/044772, dated Jan. 21, 2013, 10 pp.

J.J. Keller's Encompass, "Phone & Hardware Requirements," May 5, 2011, 1 pp.

"OBD II to USB cable pinout," elmelectronics.com, retrieved from http://pinoutsguide.com/CarElectronics/obd_ii_usb_cable_pinout.shtml on Feb. 26, 2014, 2 pp.

Canadian Office Action dated Jun. 13, 2016 issued in Canadian Patent Application No. 2,839,715.

CarChip Pro OBDII Based Vehicle Data Logger and Software, archives org, Mar. 31, 2010, http://www.carchip.com/product_docs/8226_specs_carchippro.pdf (4 pages).

Synchronization—definition of synchronization by The Free Dictionary, https://www.thefreedictionary.com/synchronization, last accessed Mar. 13, 2017 (3 pages).

Office Action issued in Canadian Patent Application No. 2,839,715 dated Jun. 5, 2017 (5 pages).

Canadian Office Action dated Sep. 18, 2018 issued in Canadian Patent Application No. 2,839,715.

Canadian Office Action Issued in Canadian Patent Application No. 2,839,715 dated Jun. 8, 2018.

* cited by examiner

**Exhibit 4**

**Page 085**



FIG. 1

Exhibit 4
Page 086



FIG. 2

Exhibit 4
Page 087



FIG. 3

Exhibit 4
Page 088



FIG. 4A

Exhibit 4
Page 089



FIG. 4B

Exhibit 4
Page 090

500
Start
Store Driver Summary Electronic Report in Memory Module of Handheld Wireless Display Unit
510
Receive Wireless Communication from Handheld Wireless Display Unit to Indicate That the Driver Summary Electronic Report Will be Exported From the Electronic Onboard Recorder Unit
520
Store Driver Summary Electronic Report in Memory Module of Electronic Onboard Recorder Unit
530
Removably Receive a USB Connection Device at a USB port of the Electronic Onboard Recorder Unit
540
Automatically Transfer the Driver Summary Electronic Report via the USB Port of the Electronic Onboard Recorder Unit to a Portable External Unit
550
Receive Signal That the USB Connection to the Portable External Unit is Removed
560
End

FIG. 5



FIG. 6

Exhibit 4
Page 092

Exhibit 4
Page 093



FIG. 7

US 10,255,575 B2

1

## FLEET VEHICLE MANAGEMENT SYSTEMS AND METHODS

This application is a continuation of application Ser. No. 13/174,331, filed Jun. 30, 2011, the entire contents of which are incorporated by reference herein.

### TECHNICAL FIELD

This specification relates to transportation fleet management, such as a system for fleet vehicle management that records particular vehicle and driver information for subsequent communication, for example, to a remote device.

### BACKGROUND

A number of commercial companies and government institutions maintain a fleet of vehicles and have an interest in keeping track of the vehicles and shipments, as well as the performance and well-being of their drivers. These parties frequently equip their fleet vehicles with devices configured to track the vehicles' geographic locations, speeds, headings, cargo temperature, engine performance parameters, and other data. Such information is used, for example, to maintain the vehicles, estimate delivery times, provide warning of possible damage to cargo, and to evaluate driver performance.

Some regulatory agencies also have an interest in fleet vehicle information, such as the number of miles a delivery vehicle has travelled since its last safety inspection, or the number of hours a driver has been on duty since he or she last rested. In some cases, this information was traditionally recorded on paper (e.g., driver log books) or in proprietary electronic formats. In either case, such information can be inconvenient to access or share with regulatory inspectors or other third parties.

### SUMMARY

Some embodiments of a system for communicating fleet vehicle information can provide equipment for use inside a fleet vehicle to facilitate prompt and efficient transfer of vehicle and driver information. In particular embodiments, the system can generate electronic reports that provide driver identification information, hours of service information, and (optionally) vehicle-related information, and such electronic reports can be readily communicated to a remote computer device in a number of different manners. For example, in some embodiments, the system may include an electronic onboard recorder mountable in a vehicle and a mobile communication device (e.g., a cellular phone in particular embodiments) that is configured to provide short-range, two-way wireless communication (e.g., Bluetooth communication in particular embodiments) with the electronic onboard recorder. In such circumstances, a driver or other system user can operate the system to share a driver summary electronic report or other information by exporting the electronic information via a data port (e.g., a USB port in particular embodiments) of the electronic onboard recorder, by transferring the electronic information via a cellular link established by the mobile communication device, or both.

Particular embodiments described herein may include a system for communicating fleet vehicle information including an electronic onboard recorder unit and a portable wireless display unit. The electronic onboard recorder unit may be configured to mount inside a vehicle and provide a

2

wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit can be free of any user interface display and may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a separate device, such as the portable wireless display unit. The electronic onboard recorder unit may also include a data connection port (e.g., a USB port in some embodiments) configured to removably receive a data cable of a remote computer device. The portable wireless display unit may include a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. Also, the portable wireless display unit may include a cellular communication device configured to provide a cellular communication link with a remote system, Furthermore, the portable wireless display unit may include a user interface comprising a display device. Also, the portable wireless display unit may include a computer-readable memory module to store a driver summary electronic report, which may be generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. In response to input on the user interface of the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle, the portable wireless display unit may be configured to wirelessly transfer the driver summary electronic report to the electronic onboard recorder unit mounted to the vehicle for exporting the driver summary electronic report via the data connection port of the electronic onboard recorder unit o the remote computer device.

In some embodiments, a system for communicating fleet vehicle information may include an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit may be free of a user interface display. Also, the electronic onboard recorder unit may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle. The system may also include a portable wireless display unit having a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. The portable wireless display unit may also include a long-range communication device configured to provide a cellular or satellite communication link with a remote system. The portable wireless display unit may further include a user interface comprising a display device that displays driver hours of service information in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The electronic onboard recorder unit and the portable wireless display unit may provide two-way wireless communication such that the portable wireless display unit wirelessly receives vehicle usage information from the electronic onboard recorder unit and the electronic onboard recorder unit wirelessly receives driver identification information from the portable wireless display unit.

Exhibit 4
Page 094

US 10,255,575 B2

3

In certain embodiments, a system for communicating fleet vehicle information may include an electronic onboard recorder unit configured to mount inside a vehicle and provide a wired connection to the vehicle for gathering data during operation of the vehicle. The electronic onboard recorder unit may include a short-range wireless communication device to wirelessly communicate vehicle usage information to a second device when the second device is positioned inside the vehicle. The electronic onboard recorder unit may also include a USB connection port configured to removably receive a USB data cable of a remote computer device. The system may further include a portable wireless display unit comprising a short-range wireless communication device to wirelessly communicate with the electronic onboard recorder unit when the electronic onboard recorder unit and the portable wireless display unit are both positioned inside the vehicle. The portable wireless display unit may also include a long-range communication device configured to provide a cellular or satellite communication link with a remote system. The portable wireless display unit may also include a user interface including a display device, and a computer-readable memory module to store a driver summary electronic report including identification information for a driver and hours or service information for the driver. The electronic onboard recorder unit may output the driver summary electronic report via the USB connection port in response to user input on the user interface of the portable wireless display unit. Also, the portable wireless display unit may output the driver summary electronic report via the cellular or satellite communication link to the remote system.

Some embodiments described herein may include a computer-implemented method for providing a driver summary electronic report. The method may include wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit. The electronic onboard recorder unit may have a wired connection to the vehicle. The method may also include wirelessly receiving, at the electronic onboard recorder unit, a driver summary electronic report from the portable wireless display unit, the driver summary electronic report having been generated by the portable wireless display unit in response to the electronic onboard recorder unit wirelessly communicating the vehicle usage information. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may further include removably receiving a USB data cable in a USB connection port of the electronic onboard recorder unit mounted to the vehicle. Also, the method may include, in response to a user request input to the portable wireless display unit, transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the data cable to a remote computer device.

In further embodiments, a computer-implemented method for providing a driver summary electronic report may include wirelessly receiving, at a portable wireless display unit, vehicle usage information from an electronic onboard recorder unit mounted to a vehicle and having a wired connection to the vehicle. The method may also include storing a driver summary electronic report in a computer-readable memory module of the portable wireless display unit configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may be generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic

4

onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may also include receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle. The method may further include wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle for exporting the driver summary electronic report via a removable data cable to a remote computer device.

Some embodiments of a computer-implemented method for providing a driver summary electronic report may include wirelessly communicating vehicle usage information from an electronic onboard recorder unit mounted to a vehicle to a portable wireless display unit. The electronic onboard recorder unit may have a wired connection to the vehicle. The method may also include storing a driver summary electronic report in a computer-readable memory module of the portable wireless display unit configured to wirelessly communicate with the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may generated by the portable wireless display unit in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder unit mounted to the vehicle. The driver summary electronic report may include identification information for a driver and hours or service information for the driver. The method may further include receiving user input on the portable wireless display unit indicative of a request to export the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle. The method may also include wirelessly transferring the driver summary electronic report from the portable wireless display unit to the electronic onboard recorder unit mounted to the vehicle. The method may further include removably receiving a data cable in a corresponding port of the electronic onboard recorder unit mounted to the vehicle. Also, the method may include transferring the driver summary electronic report from the electronic onboard recorder unit mounted to the vehicle via the data cable to a remote computer device.

The systems and techniques described here may provide one or more of the following benefits. First, a system for communicating vehicle information can provide an electronic onboard recorder mountable in a vehicle and a mobile communication device (e.g., a cellular phone in particular embodiments) that is configured to provide wireless communication with the electronic onboard recorder. As such, system can include a plurality of separately housed devices that are each configured to output electronic reports in different manners.

Second, in some embodiments of the system, the electronic onboard recorder can be equipped with an external data port (e.g., a USB connection port) so that the electronic onboard recorder can output driver summary electronic reports or other electronic files via a hardwired connection to a remote computer. For example, a vehicle inspector can carry a portable computer device or portable storage device, and the driver or the inspector can plug the inspector's device into the data port of the electronic onboard recorder so as to retrieve a driver summary electronic report or other electronic files via a hardwired connection to the unit mounted in the vehicle.

Third, particular embodiments of the system can provide a mobile communication device (e.g., a cellular phone in

Exhibit 4
Page 095

US 10,255,575 B2

5

particular embodiments) that provides short-range, two wireless communication with an electronic onboard recorder mounted in a vehicle. In such circumstances, not only does the electronic onboard recorder wirelessly communicate information to the mobile communication device, but the mobile communication device can also transmit information back to the electronic onboard recorder. Therefore, one or more electronic files containing vehicle or driver information can be synced between the two separate devices for purposes of outputting the files in a number of optional manners.

Fourth, in some embodiments, the electronic onboard recorder mounted in the vehicle can be constructed as a displayless unit that is free of any user interface display. Such a construction can reduce the size of the electronic onboard recorder, provide for simplified installation (and, optionally, concealed installation inside the vehicle), and reduce the manufacturing complexities for the electronic onboard recorder. In these circumstances, the user interface of the mobile communication device can serve as the user interface for the system (including the electronic onboard recorder). As such, the mobile communication device can be separately housed from its corresponding electronic onboard recorder so that the mobile communication device can be carried by the vehicle driver or other user outside of the vehicle while the electronic onboard recorder remains mounted inside the vehicle. Moreover, because the mobile communication device is portable relative to its respective electronic onboard recorder unit, the driver can view or input vehicle or driver information on the user interface of the mobile communication device both when the driver s seated inside the vehicle and when the driver positioned outside the vehicle in proximity thereto (e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building).

Fifth, in some embodiments of the system, the electronic onboard recorder can be configured to detect the particular type of communications protocol employed by vehicle, and automatically adapt to the detected protocol in order to communicate with an engine control module of the vehicle. As such, the electronic onboard recorder can be installed in any one of a number of different types of vehicles, and the installer's act of connecting the electronic onboard recorder to the vehicle's engine control module will prompt the control circuitry of the electronic onboard recorder to automatically recognize the type of vehicle in which it is installed.

Sixth, in some embodiments of the system, the electronic onboard recorder can house one or more accelerometers therein so as to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement can be recorded by the electronic onboard recorder can communicated to a control center (e.g., via the mobile communication device) for purposes of safety monitoring by a fleet manager or other system user.

The details of one or more implementations are set forth in the accompanying drawings and the description below. Other features and advantages will be apparent from the description and drawings, and from the claims.

DESCRIPTION OF DRAWINGS

FIG. 1 is a diagram that shows an example of a fleet management system in accordance with some embodiments.

6

FIG. 2 is a diagram that shows an example of a system for communicating fleet vehicle information, In accordance with some embodiments.

FIG. 3 is a diagram that shows the system of FIG. 2 in combination with at least one external storage device, in accordance with some embodiments.

FIGS. 4A-4B illustrate examples of a user interface for a mobile communication device of a system for communicating fleet vehicle information, in accordance with some embodiments.

FIG. 5 is flow chart that shows an example process for communicating an electronic report or other data from an electronic onboard recorder unit to an external storage device, in accordance with some embodiments.

FIG. 6 is flow chart that shows an example process for using a mobile communication device to transmit an electronic report or other data to a fleet management control center.

FIG. 7 is a diagram of computing devices that may be used to implement the systems and methods described herein, in accordance with some embodiments.

DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Referring to FIG. 1, some embodiments of a fleet management system 100 can include a collection of vehicles 102a-102c equipped with electronic onboard recorder units 106a-c and accompanying mobile communication devices 112a-c, which can be used for communication with a control center 104. In particular embodiments, the control center 104 represents a physical or conceptual location in which information about the vehicles 102a-102c (and the vehicles drivers) is collected and used. For example, the control center 104 may access information gathered from the vehicles 102a-102c in order to identify and locate the vehicle 102a-102c carrying particular shipments, and estimate the remaining time until delivery. Also, the control center 104 can collect the information about the vehicles 102a-102c so as to monitor the location, speed, heading, and planned route of particular vehicles and their respective shipments. Moreover, the control center 104 can collect the information about the drivers of the vehicles 102a-102c so as to monitor the duty status, hours of service, and other characteristics of each driver.

At least some of aforementioned vehicle information is gathered by the electronic onboard recorder units 106a-106c mounted in each of the vehicles 102a-102c, respectively. The electronic onboard recorder units 106a-106c are electronic devices that collect and record information about the vehicles' 102a-102c, location, speed, operational parameters, acceleration, operating hours, and other vehicle-related information. For example, the electronic onboard recorder units 106a-106c can receive location information in the form of global positioning system (GPS) signals 108 from at least one GPS satellite 109 to determine the locations of their respective vehicles 102a-102c. Also, the electronic onboard recorder units 106a-106c can be configured to electrically connect with an engine control module (refer to FIG. 2) so as to receive vehicle operation information (e.g., speed, operational parameters, acceleration/braking data, fuel usage, and the like). As described below in connection with FIGS. 2 and 3, each electronic onboard recorder unit 106a-106c can be equipped with a data connection port (e.g., a USB port in this embodiment) for purposes of readily

Exhibit 4
Page 096

US 10,255,575 B2

7

exporting driver information electronic reports or other electronic data to remote devices of regulatory inspectors or other approved parties.

Still referring to FIG. 1, each of the electronic onboard recorder units 106a-106c can communicate with a corresponding mobile communication device 112a-112c, which may also be positioned inside or in dose proximity to the vehicle 102a-c. In particular, each of the mobile communication device 112a-112c can be portably carried by the driver of a vehicle 102a-c, respectively, so that the mobile communication device 112a-112c is configured to wirelessly communicate with the electronic onboard recorder unit 106a-106c, respectively, mounted in the vehicle. For example, during use of the fleet vehicle 102a, the electronic onboard recorder unit 106a and the mobile communication device 112a can wirelessly communicate while both the unit 106a and the device 112a are positioned inside the vehicle 102a. In such circumstances, the electronic onboard recorder unit 106a and the corresponding mobile communication device 112a can operate as a system 110a (FIGS. 2-3) for communicating information about the vehicle 102a and its driver.

In this embodiment, the electronic onboard recorder unit 106a communicates with a mobile communication device 112a over a wireless link 114a and provides a user interface for the electronic onboard recorder unit 106a. Similarly, the electronic onboard recorder units 106b and 106c communicate with a mobile communication device 112b and 112c, respectively, over a wireless link 114b and 114c. In those embodiments in which the mobile communication device 112a-c provides the user interface for the respective electronic onboard recorder unit 106a-c, each electronic onboard recorder unit 106a-c can be constructed as a displayless unit that is free of any user interface display mounted thereto, thereby reducing the size of the electronic onboard recorder unit 106a (e.g., providing for simplified installation and, optionally, concealed installation inside the vehicle) and reducing the manufacturing complexities for the electronic onboard recorder unit 106a. In some implementations, the mobile communications devices 112a-112c can be cellular telephones, satellite telephones, portable computers, tablet computers, personal digital assistants (PDAs), or another mobile computing device that is programmed to wirelessly communicate with one or more of the electronic onboard recorder units 106a-c. As such, each mobile communication device 112a-112c can be separately housed from its corresponding electronic onboard recorder unit 106a-106c so that the mobile communication device 112a-112c can be carried by the vehicle driver or other user outside of the vehicle 102a-102c while the electronic onboard recorder unit 106a-106c remains mounted inside the vehicle 102a-102c. In some implementations, the wireless links 114a-114c can be short-range wireless communications links, such as Bluetooth, wireless Ethernet (WiFi), ZigBee, near-field communications (NFC), infrared (IrDA), or any other suitable short-range wireless communication link. In such circumstances, each mobile communication device 112a-112c can display vehicle information in response to the vehicle data wirelessly communicated from the respective electronic onboard recorder unit 106a-106c while both items are positioned inside the vehicle 102a-c (e.g., while the electronic onboard recorder unit 106a is mounted inside the vehicle 102a and the mobile communication device 112a is carried by the driver in the vehicle or otherwise temporarily placed inside the vehicle cabin). Moreover, because each mobile communication device 112a-112c is portable relative to its respective electronic onboard recorder unit 106a-106c, the driver

8

or other human user can view or input vehicle-related information on the user interface of the mobile communication device 112a-112c both when the driver is seated inside the vehicle and when the driver positioned outside the vehicle in proximity thereto (e.g., while inspecting the exterior of the vehicle, refueling, or sitting in a nearby building).

In use, each wireless link 114a-114c transmits information between the respective electronic onboard recorder unit 106a-106c and its corresponding mobile communication device 112a-112c. In some implementations, the electronic onboard recorder units 106a-106c do not provide their own user interfaces (e.g., displays, input buttons), but instead wirelessly communicate bi-directionally with the mobile communication devices 112a-112c to provide user interface functions for the overall mobile system 110a (refer, for example, to FIG. 2). For example, the electronic onboard recorder unit 106a may wirelessly communicate vehicle usage information so that the mobile communication device 112a can calculate and display hours of service information on the display screen carried by the driver. In another example, the electronic onboard recorder unit 106a may determine the location of the vehicle 102a and wirelessly communicate the location information to the mobile communication device 112a so that the mobile communication device 112a can display the location on a map. Example uses of the mobile communication devices 112a-112c as user interfaces for the electronic onboard recorder units 106a-106c are discussed further in the descriptions of FIGS. 2-5.

In use, the mobile communication devices 112a-112c may communicate with at least one transceiver 122 over a collection of wireless links 120a-120c. In some implementations, the wireless links 120a-120c can be long-range wireless links, such as cellular communication links, satellite communication links, WiMAX links, long term evolution (LTE) links, or any other suitable form of long-range wireless link that can communicate data between the mobile communication devices 112a-112c and the transceiver 122. In this particular embodiment, the transceiver 122 may be in the form a cellular antenna tower that is configured to provide cellular data links to a variety of cellular telephones within a particular geographic range. The transceiver 122 may be communicatively connected to a base station 124. In some implementations, the base station 122 can be a cellular data communications provider, satellite communications provider, or any other appropriate wireless communications provider. Still referring to FIG. 1, a network 130 communicatively connects the base station 124 with the control center 104. In some embodiments, the network 130 may include the Internet or other public or private data networks. In alternative embodiments in which one or more of mobile communication devices 112a-112c comprise a satellite phone, at least one of the long-range wireless links 120a-120c can be a satellite communication link and the transceiver 122 may be in the form a satellite communication apparatus.

As mentioned previously, the control center 104 exchanges information with the electronic onboard recorder units 106a-106c (via the mobile communication devices 112a-112c) to monitor the status of the vehicles 102a-102c. For example, the control center 104 may track the locations of the vehicles 102a-102c in order to estimate delivery or pickup times, or to coordinate the dispatch of the vehicles 102a-102c to pick up a delivery (e.g., by dispatching the vehicle 102a-102c closest to the pickup location). In another example, the control center 104 may monitor the vehicles' 102a-102c

Exhibit 4
Page 097

US 10,255,575 B2

9

10

operating parameters to coordinate repairs or maintenance (e.g., monitor temperatures of refrigerated cargo, monitor engine warning signals).

Another form of information generated by the system for communication to the control center **4** are driver duty logs, which may include data indicative of the hours of service when the driver is on duty in a particular day. In some implementations, the driver duty logs can be automatically converted into electronic record of duty files (including hours of service records, driver identification information, etc.) that are readily exportable via the USB port of the electronic onboard recorder units **106a-106c** (FIG. 3) or via the wireless link **120a-c** of the mobile communication devices **112a-112c** (FIG. **2**).

For example, the electronic onboard recorder unit **106a** can collect the vehicle usage information over a period of time when a particular driver is using the vehicle **102a**, and the electronic onboard recorder unit **106a** can periodically transfer this vehicle usage information to the corresponding mobile communication device **112a** linked thereto via the Bluetooth connection **114a**. The mobile communication device **112a** can access the vehicle usage information along with other driver-specific information (e.g., driver identification information and the like) so as to generate the electronic record of duty file stored on the memory of the mobile communication device **112a**. From there, the electronic record of duty file can be wirelessly communicated via the cellular link **120a** to the control center **104**, wirelessly communicated via the Bluetooth link **114a** to the electronic onboard recorder unit **106a** for subsequent exporting via the USB port to a remote device (refer to FIG. 3), or both. Regarding the process for exporting via the USB port, the electronic onboard recorder unit **106a** can be configured to output the electronic record of duty file directly to a temporarily connected external computer device **150** (e.g., a notebook computer) or a portable storage device **152** (e.g., a USB thumb drive, a portable hard drive) provided by a vehicle inspector **154** (e.g., a law enforcement official, a regulatory inspector, or the like), In such circumstances, the vehicle inspector **154** can conveniently plug the external computer device **150** or the portable storage device **152** into the USB port provided by the electronic onboard recorder unit **106a** to facilitate a transfer of the requested data from the electronic onboard recorder unit **106a**. Thus, the electronic onboard recorder unit **106a** and the mobile communication device **112** are two separately housed instruments that act together as a system to generate and communicate the electronic record of duty file associated with the driver.

Referring now to FIG. **2**, in some embodiments of the system **110a** for communicating fleet vehicle information, the electronic onboard recorder unit **106a** is mounted in the vehicle **102a** so that the electronic onboard recorder unit **106a** is electrically connected to the vehicle **102a**. In particular, the electronic onboard recorder unit **106a** can include an input cable (e.g., data bus **204**) that electrically connects to a mating connector of an engine control module (ECM) **202** of the vehicle **102a**. In some implementations, the ECM **202** is an electronic device that monitors and/or controls various functions of the vehicle **102a**. For example, the ECM **202** can monitor vehicle speed, engine speed, coolant temperature, vehicle mileage, cargo environmental parameters, and any other appropriate vehicle parameters. In this embodiment, the electronic onboard recorder unit **106a** is configured to mount directly to a dash component inside the cabin of the vehicle **102a**. As previously described, the electronic onboard recorder unit **106a** can be a displayless unit that is without any user interface display screen, thereby

reducing the size of the unit **106a** and facilitating a simplified installation process. The user interface **208** of the mobile communication device **112a** can be used as a portable user interface for the electronic onboard recorder unit **106a** when the unit **106a** communicates with the mobile communication device **112a** over the Bluetooth connection **114a**. Moreover, in some implementations, the electronic onboard recorder unit **106a** may include a single printed circuit board upon which all of its electronic circuitry is mounted, thereby further reducing the size and manufacturing complexities of the unit **106a**. It should be understood from the description herein that the electronic onboard recorder unit **106a** is depicted as an enlarged size in FIGS. **2-33** for purposes of illustration only, and that the actual size of the electronic onboard recorder unit **106a** may be significantly smaller. For example, in some embodiments, the electronic onboard recorder unit **106a** has a maximum length of about 8 inches, a maximum width of about 6.5 inches, and a maximum height of about 1.5 inches.

In some implementations, the electronic onboard recorder unit **106a** can detect the particular type of communications protocol employed by the ECM **202**, and automatically adapt to the detected protocol in order to communicate with the ECM **202**. In these circumstances, the electronic onboard recorder **106a** can be installed in any one of a number of different types of vehicles (e.g., a class 8 large truck, a class 1 car, or the like), and the installer's act of connecting the cable **204** to the vehicle's ECM **202** will prompt the control circuitry of the electronic onboard recorder unit **106a** to automatically recognize the type of vehicle in which it is installed. As such, some embodiments of the electronic onboard recorder unit **106a** need not be manufactured or preprogrammed in a vehicle-specific manner. For example, in some implementations, the ECM **202** can implement a controller area network (CAN), a local interconnect network (LIN), a vehicle area network (VAN), FlexRay, J1939, ISO-11783, domestic digital bus (D2B), IDB-1394, Smart-WireX, MOST, J1850, ISO-9141, J1708, J1587, SPI, IIC, or any other communications protocol for communicating with the electronic onboard recorder unit **106a** through the data bus **204**. In such circumstances, the electronic onboard recorder unit **106a** may detect the combination and/or signal levels implemented over the data bus **204**, may analyze incoming data traffic, and/or may query the ECM **202** using various protocols and receive corresponding responses in order to determine the protocol in use by the ECM **202**. In some implementations, the connector on the end of the data bus cable **204** (e.g., the end which connects to the ECM **202**) can include a connection jack having more data lines than are provided by the ECM **202**. Multiple converters may be provided to adapt a subset of the port's data lines to a variety of configurations of the data bus **204**. For example, passenger cars and other "class 1" vehicles may provide a connector that is compliant with the on-board diagnostic (OBD) II specification, while large trucks and other "class 8" vehicles may provide a connector that is compliant with the heavy-duty OBD (HDOBD) specification. In such examples, one converter may be provided to adapt the port to connect to OBDII data buses, and another may be provided to adapt the port to connect to HDOBD data buses. The electronic onboard recorder unit **106a** may sense the configuration of an attached converter to determine the appropriate protocol to use for communication with the ECM **202**.

In some embodiments, the electronic onboard recorder unit **106a** can be configured to simultaneously communicate via multiple protocols at once. For instance, the electronic

Exhibit 4
Page 098

US 10,255,575 B2

11                                                                    12

onboard recorder unit **106***a* can be configured to communicate via the J1939 and J1708 protocols at the same time. This feature can be useful, for example, for a vehicle in which the ECM **202** communicates in two different protocols (e.g., communicates some information (braking information) on one engine bus and other information (e.g., fuel information) on another engine bus. Also, this feature can be useful when a single vehicle includes multiple ECMs **202** that employed different protocols. Thus, the electronic onboard recorder unit **106***a* can to gather some vehicle information appears on one engine bus, and to gather other vehicle information on another engine bus. In one implementation, the cable **204** can have a first set of wires that are configured to connect with a first ECM (or a first engine bus of an individual ECM) while a second set of wires are configured to mate with a second ECM (or a second engine bus of the individual ECM).

Furthermore, in particular embodiments in which the ECM **202** or engine bus **204** may not provide a direct odometer reading, the electronic onboard recorder unit **106***a* can be configured to interpret other engine parameters to create an "effective odometer reading" of the vehicle **102***a* starting at the point when the electronic onboard recorder unit **106***a* was installed in the vehicle **102***a*. For example, the electronic onboard recorder unit **106***a* can receive data indicative of vehicle speed (e.g., used in combination with an internal clock or timer of the electronic onboard recorder unit **106***a*) or data indicative of distance increments (e.g., distance pulses every 0.1 miles) so as to generate "effective odometer reading" for the vehicle **102***a*. Accordingly, the system **110***a* can be used to comply with distance and odometer reporting requirements (via an electronic report) even if the ECM **202** or engine bus **204** of the vehicle **102***a* does not directly provide odometer readings. In addition, the system **110***a* can prompt an installer or other user to manually input the vehicle odometer reading (as shown on the dash of the vehicle) when the electronic onboard recorder unit **106***a* is initially installed so that the "effective odometer reading" calculated by the system **110** is a substantially accurate estimation of the actual total mileage of the vehicle **102***a*.

As described previously, the electronic onboard recorder unit **106***a* receives location information in the form of global positioning system (GPS) signals **108** from at least one GPS satellite **109** to determine the location of the vehicle **102***a*. For example, the electronic onboard recorder unit **106***a* can be equipped with a GPS receiver device that receives signals from the GPS satellite **109** so that the electronic onboard recorder unit **106***a* can receive coordinate information (e.g., longitude and latitude coordinates) and time information (e.g., current time). In addition, in some embodiments, the electronic onboard recorder unit **106***a* can be equipped with one or more accelerometers **203** so as to detect particular types of vehicle movement, such as hard brakes, acceleration, and lane changes. Instances of this type of vehicle movement can be recorded by the electronic onboard recorder unit **106***a* can communicated to the control center **104** (via the mobile communication device **112***a*) for purposes of safety monitoring by a fleet manager or other system user. Thus, during operation of the vehicle, some embodiments of the electronic onboard recorder unit **106***a* can receive input information from a combination of the ECM **202** of the vehicle **102***a*, the GPS system, and the one or more internal accelerometers **203**.

Still referring to FIG. **2**, the electronic onboard recorder unit **106***a* collects information from the various inputs (e.g., the ECM **202**, the GPS system, and the one or more

accelerometers **203**) and stores the vehicle usage information as data in a computer-readable memory module **206**. As previously described, in this embodiment, the electronic onboard recorder unit **106***a* is displayless and thus has no user interface of its own with which to let a user view or interact with the vehicle usage information. Rather, in this embodiment, the electronic onboard recorder unit **106***a* communicates the vehicle usage information from the memory module **206** to the mobile communication device **112***a* over the Bluetooth connection **114***a*, and the vehicle usage information can be stored in a computer-readable memory module **116** of the mobile communication device **112***a*. The mobile communication device **112***a* provides a user interface **208** with which the user can access some or all the vehicle usage information. Examples of user interfaces are discussed in further detail in the descriptions of FIGS. **4**A and **4**B.

In addition to displaying some or all of the vehicle usage information on the mobile communication device **112***a*, the vehicle usage information may also be transmitted to the control center **104** for review and archiving. For example, in this embodiment, the mobile communication device **112***a* can communicate with the transceiver **122** over the cellular link **120***a* so as to wirelessly communicate the vehicle usage information and other electronic reports, messages, or data to the control center **104**. As such, the electronic onboard recorder unit **106***a* and the mobile communication device **112***a* operate as a system **110***a* that is positionable inside the vehicle **102***a* and that communicates information related to the vehicle and its driver. Moreover, at least the display portion (e.g., the mobile communication device **112***a*) of the system **110***a* can be portable relative to the electronic onboard recorder unit **106***a* and the vehicle **102***a*, thereby permitting the user to view and input vehicle or driver-related information even when the user is positioned outside the vehicle. Further, because each mobile communication device **112***a*-*c* is portable relative to the vehicles **102***a*-*c* (FIG. **1**) and the electronic onboard recorder units **106***a*-*c* (FIG. **1**), each mobile communication device **112***a*-*c* can be configured to wirelessly communicate with any one of the nearby electronic onboard recorder units **106***a*-*c*. For example, if the driver carrying the mobile communication device **112***a* switches to vehicle **102***b* (FIG. **1**) for a new workday, the driver's mobile communication device **112***a* can be configured to wirelessly communicate with the electronic onboard recorder unit **106***b* (FIG. **1**) mounted inside that vehicle **102***b* for the workday.

Referring now to FIG. **3**, each of electronic onboard recorder units **106***a*-*c* can be equipped with an external data port (e.g., a USB port in this embodiment) for exporting electronic reports or other data to a temporarily connected external storage device, such as the portable computer device **150**, the portable storage device **152**, or the like. As described previously, the electronic onboard recorder unit **106***a* includes the memory module **206** for the vehicle usage information and other data, and the mobile communication device **112***a* can receive the vehicle usage information and generate electronic reports (such as an electronic record of duty file). In some implementations, the electronic record of duty file stored in the memory module **116** of the mobile communication device **112***a* may be copied to the electronic onboard recorder unit **106***a* (e.g., via the wireless link **114***a*) for subsequent access by a third party such as the vehicle inspector **154**. For example, under some jurisdictions law enforcement or regulatory inspectors may be authorized to request a copy of the data **206** in order to inspect the driver's record of duty to determine whether the driver is in com-

**Exhibit 4**
**Page 099**

US 10,255,575 B2

13

pliance with laws that regulate the number of consecutive or cumulative hours the driver is permitted to be on duty in a given period. Thus, in some circumstances, the electronic record of duty file can be generated by and stored in the mobile communication device 112a, and this electronic report can be wirelessly communicated to the electronic onboard recorder unit 106a prior to exporting the electronic record of duty file via the output data port 302 of the electronic onboard recorder unit 106a. In some embodiments in which a copy of the electronic record of duty file is stored in both the mobile communication device 112a and the electronic onboard recorder unit 106a, and the copies of these files can be updated or sync prior to exporting the electronic record of duty file via the output data port 302 of the electronic onboard recorder unit 106a.

In the illustrated example, the vehicle inspector 154 can request that a copy of the data 206 be copied to the inspector's computer device 150 or the inspector's portable storage device 152. To facilitate communication between the electronic onboard recorder unit 106a and the computer device 150 of the portable storage device 152, the computer device 150 or the portable storage device 152 can be plugged into the data output port 302 of the electronic onboard recorder unit 106a. As previously described, the data output port 302 may be a USB port adapted to accept a USB connector 304 provided by any of the computer device 150 and the portable storage device 152.

Still referring to FIG. 3, in some embodiments, the mobile communication device 112a can control the transfer of the electronic record of duty file or other data from the electronic onboard recorder unit 106a to the inspector's computer device 150 or the inspector's portable storage device 152. For example, the electronic record of duty file or other data stored on the electronic onboard recorder unit 106a may be protected from exporting via the data port 302 until the user provides approval for the data transfer via the user interface 208 of the mobile communication device 112a. In such circumstances, the data stored on the electronic onboard recorder unit 106a may be protected from unauthorized users, and furthermore, the data files stored on the electronic onboard recorder unit 106a may be updated or synced with the data files stored on the mobile communication device 112a prior to any file exporting operation via the data port 302. In this embodiment, the mobile communication device 112a presents the user interface 208 that prompts the user to initiate the file transfer process from the electronic onboard recorder unit 106a to the inspector's computer device 150 or the inspector's portable storage device 152. The user interface 208 of the mobile communication device 112a can provide, for example, at least one control button 306 that receives the user input indicative of a command to initiate the file transfer process. In some implementations, the user control button 306 can be a physical button, a touchscreen button, a selectable menu item, or any other user control mechanism on the mobile communication device 112a. In other implementations, the control button 306 can be replacement with an input to detect a user gesture, a spoken command (e.g., speech recognition), or any other appropriate user action that the mobile communication device 112a can detect as a user command.

In response to activation of the user control button 306, the system 110a initiates a process in which the electronic record of duty file or other data file is at least partially transferred to the electronic onboard recorder unit 106a for purposes of storing a copy of the file at the electronic onboard recorder unit 106a or otherwise updating an older

14

version of the file stored at the electronic onboard recorder unit 106a. After the current version of the electronic record of duty file or other data file is stored at both the mobile communication device 112a and the electronic onboard recorder unit 106a, the electronic record of duty file or other data file can be exported via the data port 302 of the electronic record of duty file or other data file. The operation for transferring the electronic record of duty file or other data file to the computer device 150 or to the portable storage device 152 can be an automatic process that requires no further user input on the mobile communication device 112a and the electronic onboard recorder unit 106a. For example, after the initial user input on the control button 306 of the user interface 208, the electronic record of duty file or other data file will be automatically transferred via the data port 302 upon a proper connection with the computer device 150 or to the portable storage device 152. As such, the driver or the inspector 154 can plug the inspector's device 150 or 152 into the communication port 302 either before or after the driver activates the user control button 306, in which case a copy of the electronic record of duty file from the electronic onboard recorder unit 106a is transferred via the data port 302 to the inspector's device 150 or 152. When finished, the inspector's device 150 or 152, with the electronic record of duty file or other data file stored in the memory thereof, can then be disconnected from the communications port 302 and used by the vehicle inspector 154.

Referring now to FIGS. 4A-B, the mobile communication device 112 can provide the user interface for the electronic onboard recorder unit 106 (FIGS. 2-3) and can be configured to display a variety of vehicle and driver-related information in response to wirelessly receiving vehicle usage information from the electronic onboard recorder unit 106. For example, as shown in FIG. 4A, the mobile communication device 112 that presents an example user interface screen 402 that summarizes the driver duty information for display during operation of the vehicle. In some implementations, the mobile communication device 112 can be any one of the mobile communication devices 112a-112c depicted in FIG. 1, and the user interface screen 402 can be accessed from a menu selection on the user interface 208 as depicted in FIGS. 2-3.

In this embodiment, the user interface 402 includes a driver name display area 404 which displays the name of the driver or other identification information associated with driver. Such driver identification information can be input into the mobile communication device 112 or selected from a list displayed by the mobile communication device 112, and the driver identification information can be used in generating the aforementioned electronic record of duty file.

Still referring to FIG. 4A, a collection of status indicators 406a-406d provides visual indications of several operational parameters of the mobile communication device 112 and/or an associated electronic onboard recorder unit (e.g., the electronic onboard recorder units 106a-106c). For example, the status indicator 406a can display a visual indication of whether the mobile communication device 112 is connected to the transceiver 122 of FIG. 1 by one of the communication links 120a-120c. The status indicator 406b can display a visual indication of whether the mobile communication device 112 is connected to its associated electronic onboard recorder unit 106a-c by one of the Bluetooth connections 114a-114c. The status indicator 406c can display a visual indication of whether the mobile communication device 112 is receiving the GPS signals 108 form the GPS satellites 110. The status indicator 406d can display a visual indication of whether the mobile communication device 112 is connected

Exhibit 4
Page 100

US 10,255,575 B2

15

to an associated ECM, such when the electronic onboard recorder unit 106*a* is connected to the ECM 206 of FIG. 2 by the data bus 204.

In some embodiments, a download button 408 is provided by the user interface 402 to accept user input indicative of a command to initiate a transfer of data from the associated electronic onboard recorder 106 (FIG. 3) unit to an external storage device, such as the computer device 150 or the portable storage device 152 as described previously discussed in the description of FIG. 3. Accordingly, the download button 408 can initiate a set of operations in which particular data files stored on the mobile communication device 112 are copied to the electronic onboard recorder 106 or otherwise used to update with similar files previously stored on electronic onboard recorder 106. From there, the one or more data files can be exported via the data port 302 as previously described in connection with FIG. 3. As such, the download button 408 may operate similarly to the previously described control button 306 (FIG. 3).

In addition, the user interface 402 provides a number of inputs for the driver to alter his or her duty status, thereby affecting the driver's hours of service and the aforementioned electronic record of duty file. For example, the driver may interact with a user control 410*a* to indicate that he or she is in an "off duty" status. The driver can interact with a user control 410*b* to indicate that he or she is in a "sleeper berth" status (e.g., the driver is resting in a sleeper unit associated with his vehicle). The driver can interact with a user control 410*c* to indicate that he or she is operating his vehicle. The driver can interact with a user control 410*d* to indicate that he or she is in an "on duty" status even when he or she is not driving the vehicle (e.g., inspecting the vehicle or performing other on-duty tasks). In some implementations, the user controls 410*a*-410*d* can change their visual appearance to indicate the status currently selected by the driver. For example, the user control 410*a* may be displayed with a brighter color than the user controls 410*b*-410*d* when the driver is in an "off duty" status.

Still referring to FIG. 4A, the interface 402 of the mobile communication device 112 can also display indicators related to the driver's hours of service. For example, an indicator 412 displays the amount of time the driver has left before he or she is in violation of a predetermined drive time limit, An indicator 414 displays the amount of time the driver has left before he or she is in violation of a predetermined on duty time limit. An indicator 416 displays the consecutive amount of time the driver has been off duty.

Furthermore, an indicator 420 displays the amount of drive time the driver has accrued in a given day, which (in this embodiment) has an upper limit of "11 hours" of total drive time before he or she is in violation of a predetermined drive time limit. Thus, the time values in indicators 412 and 420 will add up to the maximum drive time limit ("11 hours" in this embodiment). When the driver's total drive time in indicator 420 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Optionally, an indicator 422 displays the amount of duty time the driver has accrued in a given day, which (in this embodiment) has an upper limit of "14 hours" of total on-duty time before he or she is in violation of a predetermined on-duty time limit. Thus, the time values in indicators 422 and 414 will add up to the maximum on-duty time limit ("14 hours" in this embodiment). When the driver's total drive time in indicator 422 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation. Further, an indicator 424 displays the amount of total on-duty time the driver has

16

accrued in a period of consecutive days (e.g., "8 days" in this embodiments). For example, the total on-duty time the driver has accrued in an eight-day period may have an upper limit of "70 hours" in this embodiment. When the driver's total drive time in indicator 424 exceeds the upper limit, the indicator may change colors, for example, to a red color to warn the driver of the violation.

As shown in FIG. 4B, the mobile communication device 112 can provide another user interface screen 450 that depicts a summary of the driver's duty log. In some embodiments, the summary information provided in this user interface screen 450 can be employed in the electronic record of duty file that is generated by the mobile communication device 112 for purposes of sharing with the aforementioned inspector 154 (FIG. 3). In some implementations, the user interface screen 450 can be accessed from a menu selection on the user interface 208 as depicted in FIGS. 2-3.

The user interface 450 in this embodiment includes an electronic duty log in the form of a time chart 452. The chart 452 provides a convenient visualization of the driver's status (e.g., on duty, off duty, driving, sleeper berth) over a selected period of time. A date indicator area 454 displays the date associated with the information presented by the chart 452. A time indicator area 456 displays the times associated with the information presented by the chart 452. A time interval area 458 displays the elapsed time durations associated with the various statuses presented by the chart 452.

A status area 460 displays the driver's current status or the status presented by the chart 452. In some implementations, the status area 460 can include time information, status information, location information, a remark, and (optionally) the driver's name or other identification information. In some implementations, the remark can be selected from a collection of predefined remarks (e.g., "fueling", "break-down", "loading", "unloading"). In some implementations, the remark can be entered by the driver. For example, the driver may need to enter a remark that is not described by a predefined remark (e.g., "helping a motorist").

The driver can interact with a user control 470 to cause the chart 452 to display the duty status over a period of one day or other predetermined time interval of data on the chart 452. The driver can interact with a user control 472 to cause the chart 452 to display a one hour or other predetermined time interval of data on the chart 452. The driver can interact with a user control 474 to cause the user interface 450 to present additional user controls that the driver can use to enter remark information that can be associated with one or more of the driver's statuses.

Referring now to FIG. 5, some embodiments for a process 500 can be performed to transferring an electronic report from an electronic onboard recorder unit (such as unit 106*a* depicted in FIG. 3) to an external computer or storage device (such as the inspector's device 150 or 152 depicted in FIG. 3). The process 500 may include an operation 510 in which a driver summary electronic report (e.g., an electronic record of duty file) in memory module of a handheld wireless display unit (e.g., the mobile communication device 112*a* depicted in FIG. 3). For example, the electronic onboard recorder unit 106*a* can collect the vehicle usage information over a period of time when a particular driver s using the vehicle 102*a*, and the electronic onboard recorder 106*a* can periodically transfer this vehicle usage information to the corresponding mobile communication device 112*a* linked thereto via the Bluetooth connection 114*a*. The mobile communication device 112*a* can access the vehicle usage information along with other driver-specific information (e.g., driver identification information and the like) so

Exhibit 4
Page 101

US 10,255,575 B2

17

as to generate the electronic record of duty file for storing on the memory of the mobile communication device **112***a*.

The process **500** may also include an operation **520** in which a wireless communication from the handheld wireless display unit (e.g., the mobile communication device **112***a* in this embodiment) is received to indicate that the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is approved for exporting from the electronic onboard recorder unit. For example, the driver can activate the user control button **306** as depicted FIG. **3** so that the mobile communication device **112***a* can prepare the electronic onboard recorder unit **106***a* for exporting the driver summary electronic report (e.g., the electronic record of duty file in this embodiment).

At operation **530** in the process **500**, the driver summary electronic report is also stored in a memory module of an electronic onboard recorder unit, which is wirelessly linked to the handheld wireless display unit. For example, the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) can be wirelessly communicated via the Bluetooth link **114***a* from the mobile communication device **112***a* to the electronic onboard recorder unit **106***a*. This operation **530** may be performed in response to operation **520**. It should be understood from the description herein that the process **500** can be achieved by performing operation **530** either before or after the operation **520**. If operation **530** is performed before operation **520**, then operation **520** may cause the mobile communication device **112***a* to update the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) stored on the electronic onboard recorder unit **106***a* with a more recent version of the file.

At operation **540**, the electronic onboard recorder unit removably receives a USB connection device at a USB port arranged along the housing of the electronic onboard recorder unit. For example, as previously described in connection with FIG. **3**, the electronic onboard recorder unit **106***a* can be equipped with a USB port **302** that is configured to removably receive the USB connector **304** from an inspector's portable computer **150** or portable storage device **152**. In such circumstances, the vehicle inspector **154** can conveniently plug the external computer device **150** or the portable storage device **152** into the USB port **302** provided by the electronic onboard recorder unit **106***a* to facilitate a transfer of the requested data from the electronic onboard recorder unit **106***a*.

The process **500** may also include operation **550** in which the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is automatically transferred to via the USB port of the electronic onboard recorder unit to a portable external unit. For example, in response to the user input at operation **520** and the receipt of the USB connection device at operation **540**, the electronic record of duty file may automatically transferred via the USB port **302** the inspectors device **150** or device **152** without any further user input at the electronic onboard recorder unit **106***a* or its corresponding mobile communication device **112***a*. As such, the electronic onboard recorder unit **106***a* can be configured to output the electronic record of duty file directly to a temporarily connected external computer device **150** (e.g., a notebook computer) or a portable storage device **152** (e.g., a USB thumb drive, a portable hard drive) provided by a vehicle inspector **154** (e.g., a law enforcement official, a regulatory inspector, or the like).

The process **500** may optionally include operation **560** in which a signal is automatically received by the electronic

18

onboard recorder unit indicating that the USB connection to the portable external unit is removed. For example, the USB connection device **304** (FIG. **3**) can be removed from the electronic onboard recorder unit **106***a*. When a USB device (sometimes referred to as a slave) is connected to or disconnected from a USB host (e.g., the electronic onboard recorder unit **106***a* in this embodiment), there is a change on these USB data lines. It is this change that the USB host can use to automatically detect that a device has been connected or removed.

Referring now to FIG. **6**, some embodiments of a process **600** can be performed to communicate a driver summary electronic report via a cellular link established by a handheld wireless display unit (e.g., the mobile communication device **112***a* depicted in FIG. **3**). The process **600** may include an operation **610** in which vehicle usage information is wirelessly received at the handheld wireless display unit from an electronic onboard recorder unit mounted in a vehicle. For example, the electronic onboard recorder unit **106***a* can collect the vehicle usage information over a period of time when a particular driver is using the vehicle **102***a*, and the electronic onboard recorder unit **106***a* can periodically transfer this vehicle usage information to the corresponding mobile communication device **112***a* linked thereto via the Bluetooth connection **114***a*.

In operation **620**, a driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is stored in a memory module of a handheld wireless display unit, which is in wireless communication with the electronic onboard recorder unit. For example, the mobile communication device **112***a* can access the vehicle usage information along with other driver-specific information (e.g., driver identification information and the like) so as to generate the electronic record of duty file for storing on the memory of the mobile communication device **112***a*.

The process may also include operation **630** in which a cellular connection is established to a network for communication between the handheld wireless display unit and a control center. For example, the mobile communication device **112***a* can establish the wireless connection **120***a* with the transceiver **122**, which is in communication with the control center **104** through the base station **124** and the network **130**.

In operation step **640**, the driver summary electronic report (e.g., the electronic record of duty file in this embodiment) is transmitted from handheld wireless display unit to the control center. For example, the electronic report and other data related to the driver or vehicle, which is stored on the mobile communication device **112***a*, can be communication via the cellular link **120***a* to the network **130** and to the control center **104** for review and archival purposes. Thus, in some embodiments, the electronic onboard recorder unit **106***a* and the corresponding mobile communication device **112***a* can each individually operate to output the driver summary electronic report.

FIG. **7** is a block diagram of computing devices **700**, **750** that may be used to implement the systems and methods described in this document, either as a client or as a server or plurality of servers. Computing device **700** is intended to represent various forms of digital computers, such as laptops, desktops, workstations, personal digital assistants, servers, blade servers, mainframes, and other appropriate computers, Computing device **750** is intended to represent various forms of mobile devices, such as personal digital assistants, cellular telephones, smartphones, and other similar computing devices. The components shown here, their connections and relationships, and their functions, are meant

**Exhibit 4**
**Page 102**

US 10,255,575 B2

19

20

to be exemplary only, and are not meant to limit implementations of the inventions described and/or claimed in this document.

Computing device **700** includes a processor **702**, memory **704**, a storage device **706**, a high-speed interface **708** connecting to memory **704** and high-speed expansion ports **710**, and a low speed interface **712** connecting to low speed bus **714** and storage device **706**. Each of the components **702**, **704**, **706**, **708**, **710**, and **712**, are interconnected using various busses, and may be mounted on a common motherboard or in other manners as appropriate. The processor **702** can process instructions for execution within the computing device **700**, including instructions stored in the memory **704** or on the storage device **706** to display graphical information for a GUI on an external input/output device, such as display **716** coupled to high speed interface **708**. In other implementations, multiple processors and/or multiple buses may be used, as appropriate, along with multiple memories and types of memory. Also, multiple computing devices **700** may be connected, with each device providing portions of the necessary operations (e.g., as a server bank, a group of blade servers, or a multi-processor system).

The memory **704** stores information within the computing device **700**. In one implementation, the memory **704** is a computer-readable medium. In one implementation, the memory **704** is a volatile memory unit or units. In another implementation, the memory **704** is a non-volatile memory unit or units.

The storage device **706** is capable of providing mass storage for the computing device **700**. In one implementation, the storage device **706** is a computer-readable medium. In various different implementations, the storage device **706** may be a floppy disk device, a hard disk device, an optical disk device, or a tape device, a flash memory or other similar solid state memory device, or an array of devices, including devices in a storage area network or other configurations. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **704**, the storage device **706**, or memory on processor **702**.

The high speed controller **708** manages bandwidth-intensive operations for the computing device **700**, while the low speed controller **712** manages lower bandwidth-intensive operations. Such allocation of duties is exemplary only. In one implementation, the high-speed controller **708** is coupled to memory **704**, display **716** (e.g., through a graphics processor or accelerator), and to high-speed expansion ports **710**, which may accept various expansion cards (not shown). In the implementation, low-speed controller **712** is coupled to storage device **706** and low-speed expansion port **714**. The low-speed expansion port, which may include various communication ports (e.g., USB, Bluetooth, Ethernet, wireless Ethernet) may be coupled to one or more input/output devices, such as a keyboard, a pointing device, a scanner, or a networking device such as a switch or router, e.g., through a network adapter.

The computing device **700** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a standard server **720**, or multiple times in a group of such servers. It may also be implemented as part of a rack server system **724**. In addition, it may be implemented in a personal computer such as a laptop computer **722**. Alternatively, components from computing device **700** may be combined with other components

in a mobile device (not shown), such as device **750**. Each of such devices may contain one or more of computing device **700**, **750**, and an entire system may be made up of multiple computing devices **700**, **750** communicating with each other.

Computing device **750** includes a processor **752**, memory **764**, an input/output device such as a display **754**, a communication interface **766**, and a transceiver **768**, among other components. The device **750** may also be provided with a storage device, such as a microdrive or other device, to provide additional storage. Each of the components **750**, **752**, **764**, **754**, **766**, and **768**, are interconnected using various buses, and several of the components may be mounted on a common motherboard or in other manners as appropriate.

The processor **752** can process instructions for execution within the computing device **750**, including instructions stored in the memory **764**. The processor may also include separate analog and digital processors. The processor may provide, for example, for coordination of the other components of the device **750**, such as control of user interfaces, applications run by device **750**, and wireless communication by device **750**.

Processor **752** may communicate with a user through control interface **758** and display interface **756** coupled to a display **754**. The display **754** may be, for example, a TFT LCD display or an OLED display, or other appropriate display technology. The display interface **756** may comprise appropriate circuitry for driving the display **754** to present graphical and other information to a user. The control interface **758** may receive commands from a user and convert them for submission to the processor **752**. In addition, an external interface **762** may be provide in communication with processor **752**, so as to enable near area communication of device **750** with other devices. External interface **762** may provide, for example, for wired communication (e.g., via a docking procedure) or for wireless communication (e.g., via Bluetooth or other such technologies).

The memory **764** stores information within the computing device **750**. In one implementation, the memory **764** is a computer-readable medium. In one implementation, the memory **764** is a volatile memory unit or units. In another implementation, the memory **764** is a non-volatile memory unit or units. Expansion memory **774** may also be provided and connected to device **750** through expansion interface **772**, which may include, for example, a SIMM card interface. Such expansion memory **774** may provide extra storage space for device **750**, or may also store applications or other information for device **750**. Specifically, expansion memory **774** may include instructions to carry out or supplement the processes described above, and may include secure information also. Thus, for example, expansion memory **774** may be provide as a security module for device **750**, and may be programmed with instructions that permit secure use of device **750**.

The memory may include for example, flash memory and/or MRAM memory, as discussed below. In one implementation, a computer program product is tangibly embodied in an information carrier. The computer program product contains instructions that, when executed, perform one or more methods, such as those described above. The information carrier is a computer- or machine-readable medium, such as the memory **764**, expansion memory **774**, or memory on processor **752**.

Device **750** may communicate wirelessly through communication interface **766**, which may include digital signal

Exhibit 4
Page 103

US 10,255,575 B2

**21**

processing circuitry where necessary. Communication interface **766** may provide for communications under various modes or protocols, such as GSM voice calls, SMS, EMS, or MMS messaging, CDMA, TDMA, PDC, WCDMA, CDMA2000, or CPRS, among others. Such communication may occur, for example, through radio-frequency transceiver **768**. In addition, short-range communication may occur, such as using a Bluetooth, WiFi, or other such transceiver (not shown). In addition, GPS receiver module **770** may provide additional wireless data to device **750**, which may be used as appropriate by applications running on device **750**.

Device **750** may also communication audibly using audio codec **760**, which may receive spoken information from a user and convert it to usable digital information. Audio codex **760** may likewise generate audible sound for a user, such as through a speaker, e.g., in a handset of device **750**. Such sound may include sound from voice telephone calls, may include recorded sound (e.g., voice messages, music files, etc.) and may also include sound generated by applications operating on device **750**.

The computing device **750** may be implemented in a number of different forms, as shown in the figure. For example, it may be implemented as a cellular telephone **780**. It may also be implemented as part of a smartphone **782**, personal digital assistant, or other similar mobile device.

Various implementations of the systems and techniques described here can be realized in digital electronic circuitry, integrated circuitry, specially designed ASICs (application specific integrated circuits), computer hardware, firmware, software, and/or combinations thereof. These various implementations can include implementation in one or more computer programs that are executable and/or interpretable on a programmable system including at least one programmable processor, which may be special or general purpose, coupled to receive data and instructions from, and to transmit data and instructions to, a storage system, at least one input device, and at least one output device.

These computer programs (also known as programs, software, software applications or code) include machine instructions for a programmable processor, and can be implemented in a high-level procedural and/or object-oriented programming language, and/or in assembly/machine language. As used herein, the terms "machine-readable medium" "computer-readable medium" refers to any computer program product, apparatus and/or device (e.g., magnetic discs, optical disks, memory, Programmable Logic Devices (PLDs)) used to provide machine instructions and/or data to a programmable processor, including a machine-readable medium that receives machine instructions as a machine-readable signal. The term "machine-readable signal" refers to any signal used to provide machine instructions and/or data to a programmable processor.

To provide for interaction with a user, the systems and techniques described here can be implemented on a computer having a display device (e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor) for displaying information to the user and a keyboard and a pointing device (e.g., a mouse or a trackball) by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback (e.g., visual feedback, auditory feedback, or tactile feedback); and input from the user can be received in any form, including acoustic, speech, or tactile input.

The systems and techniques described here can be implemented in a computing system that includes a back end

**22**

component (e.g., as a data server), or that includes a middleware component (e.g., an application server), or that includes a front end component (e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the systems and techniques described here), or any combination of such back end, middleware, or front end components. The components of the system can be interconnected by any form or medium of digital data communication (e.g., a communication network). Examples of communication networks include a local area network ("LAN"), a wide area network ("WAN"), and the Internet.

The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

A number of embodiments of the invention have been described. Nevertheless, it will be understood that various modifications may be made without departing from the spirit and scope of the invention. For example, various forms of the flows shown above may be used, with steps re-ordered, added, or removed. Also, although several applications of the payment systems and methods have been described, it should be recognized that numerous other applications are contemplated Accordingly, other embodiments are within the scope of the following claims.

What is claimed is:

**1**. A system comprising:

an electronic onboard recorder mounted to a vehicle and comprising:

control circuitry configured to detect one or more protocols and to automatically adapt to the detected one or more protocols to communicate with an engine control module of the vehicle to gather vehicle usage data during operation of the vehicle; and

a first short-range wireless communication device configured to wirelessly communicate the vehicle usage information to a mobile device; and

the mobile device configured to generate hours of service information based on at least some of the vehicle usage information, the mobile device comprising:

a second short-range wireless communication device configured to:

wirelessly receive the vehicle usage information from the electronic onboard recorder when the mobile device is positioned inside the vehicle or when the mobile device is positioned in proximity to the vehicle; and

transfer, in response to a command received by the mobile device, a copy of the hours of service information to the electronic onboard recorder when the mobile device is positioned inside the vehicle or when the mobile device is positioned in proximity to the vehicle;

a computer-readable memory to store at least some of the vehicle usage from the electronic onboard recorder; and

a wireless communication transceiver configured to provide a wireless communication link with a remote system and to transfer at least some of the vehicle usage data to the remote system via the wireless communication link.

**2**. The system of claim **1**, wherein the mobile device further comprises a user interface display configured to

Exhibit 4
Page 104

US 10,255,575 B2

23                                                                        24

display hours of service information, the hours of service information being updated in response to wirelessly receiving the vehicle usage information from the electronic onboard recorder.

3. The system of claim 2, wherein each of the first short-range wireless communication device of the electronic onboard recorder and the second short-range wireless communication of the mobile device include Bluetooth wireless communication device.

4. The system of claim 1, wherein the electronic onboard recorder further includes a data connection port configured to removably receive a portable storage device.

5. The system of claim 1, wherein the electronic onboard recorder further includes a data connection port configured to removably receive a data cable of a remote computer device.

6. The system of claim 1, wherein the electronic onboard recorder comprises a connector to mate with the engine control module of the vehicle, wherein the electronic onboard recorder comprises a memory, different from the computer-readable memory, that stores vehicle data in response to signals from the engine control module.

7. The system of claim 1, wherein the electronic onboard recorder is configured to simultaneously communicate via multiple protocols of at least one engine control module.

8. The system of claim 1, wherein the electronic onboard recorder houses one or more accelerometers configured to detect movements of the vehicle, wherein the electronic onboard recorder is configured to transfer data from the one or more accelerometers to the mobile device.

9. The system of claim 1, wherein the electronic onboard recorder houses a GPS receiver to receive location signals from at least one GPS satellite, wherein the electronic onboard recorder is configured to transfer location signals data from the GPS receiver to the mobile device.

10. The system of claim 1, wherein the hours of service information includes identification information for the driver and hours of service information for the driver.

11. The system of claim 1, wherein the hours of service information for a driver of the vehicle is at least off duty status, on duty status and driving status.

12. A mobile device comprising:

a short-range wireless communication device configured to:

wirelessly receive vehicle data from an electronic onboard recorder when the mobile device is positioned inside a vehicle or when the mobile device is positioned proximate to the vehicle, wherein the electronic onboard recorder provides a connection to the vehicle for gathering the vehicle data during operation of the vehicle, wherein the electronic onboard recorder is in communication with an engine control module of the vehicle and automatically adapts to one or more detected types of communication protocols employed by the engine control module; and

transmit, to the electronic onboard recorder, a copy of a hours of service information generated by the mobile device, the hours of service information based on at least some of the vehicle usage data;

a computer-readable memory to store at least some of the vehicle data gathered during operation of the vehicle; and

a wireless communication transceiver configured to provide a wireless communication link with a remote system and to transfer at least some of the vehicle data

gathered during operation of the vehicle to the remote system via the wireless communication link.

13. The mobile device of claim 12, further comprising a user interface to display hours of service information, the hours of service information being updated in response to wirelessly receiving vehicle usage information from the electronic onboard recorder.

14. The mobile device of claim 12, wherein the short-range wireless communication device includes a Bluetooth wireless communication device.

15. The mobile device of claim 12, wherein the mobile device is configured to receive accelerometer data produced by one or more accelerometers of the electronic onboard recorder.

16. The mobile device of claim 12, wherein the mobile device is configured to receive location signals data produced by a GPS receiver in the electronic onboard recorder.

17. The mobile device of claim 12, wherein the hours of service information includes identification information for the driver and hours of service information for the driver.

18. The mobile device of claim 12, wherein the hours of service information for a driver of the vehicle includes at least off duty status, on duty status and driving status.

19. A method comprising:

wirelessly receiving, at a mobile device, vehicle usage information from an electronic onboard recorder mounted to a vehicle and having a connection to the vehicle for gathering vehicle data during operation of the vehicle, wherein the electronic onboard recorder is in communication with an engine control module of the vehicle and automatically adapts to one or more detected types of communication protocols employed by the engine control module;

transmitting, to the electronic onboard recorder, a copy of a hours of service information generated by the mobile device, the hours of service information based on at least some of the vehicle usage data;

storing, in a computer-readable memory of the mobile device, at least some of the vehicle data gathered during operation of the vehicle, the vehicle data gathered during operation of the vehicle including hours of service information for a driver of the vehicle; and

transferring, with a wireless communication device of the mobile device, the vehicle usage information from the mobile device to a remote system via a wireless communication link with the remote system.

20. The method of claim 19, further comprising displaying a representation of the hours of service information for the driver of the vehicle on a display device of a user interface of the mobile device.

21. The method of claim 19, further comprising receiving, by the mobile device, accelerometer data produced by one or more accelerometers of the electronic onboard recorder.

22. The method of claim 19, further comprising receiving, by the mobile device, location signals data produced by a GPS receiver in the electronic onboard recorder.

23. The method of claim 19, wherein the hours of service information includes identification information for the driver and hours of service information for the driver.

24. The method of claim 19, wherein the hours of service information for a driver of the vehicle includes at least off duty status, on duty status and driving status.

* * * * *

Exhibit 4
Page 105

Exhibit 5



US006925308B2

(12) **United States Patent**
Goldsmith et al.

(10) Patent No.: **US 6,925,308 B2**
(45) Date of Patent: **Aug. 2, 2005**

(54) **AUTO-FILL MESSAGE FIELDS IN A COMMUNICATION TERMINAL**

(75) Inventors: **Katrina Goldsmith**, Cardiff, CA (US); **Sapna Mehta**, San Diego, CA (US)

(73) Assignee: **QUALCOMM, Incorporated**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 159 days.

(21) Appl. No.: **10/074,140**

(22) Filed: **Feb. 11, 2002**

(65) **Prior Publication Data**

US 2003/0153362 A1 Aug. 14, 2003

(51) Int. Cl.⁷ ........................... **H04Q 7/20**; H04B 1/38; H04M 11/10

(52) **U.S. Cl.** ................... **455/466**; 455/566; 455/412.1

(58) **Field of Search** ............................. 455/566, 550, 455/575, 412, 418, 419, 420, 427, 414.1, 466, 412.1, 412.2; 370/316, 328, 333; 340/7.21, 7.23, 7.55, 7.52, 7.51, 7.53; 709/206

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,714,650 | A | * | 1/1973 | Fuller et al. .................. 342/42 |
| 5,142,279 | A | * | 8/1992 | Jasinski et al. ............ 340/7.22 |
| 5,630,207 | A | * | 5/1997 | Gitlin et al. ............... 340/7.23 |
| 5,678,191 | A | * | 10/1997 | Eaton et al. ................ 340/7.22 |
| 5,896,566 | A | * | 4/1999 | Averbuch et al. ........... 455/419 |
| 6,026,292 | A | * | 2/2000 | Coppinger et al. ......... 455/406 |
| 6,157,630 | A | * | 12/2000 | Adler et al. ................ 370/338 |
| 6,169,911 | B1 | * | 1/2001 | Wagner et al. ............. 455/566 |
| 6,292,473 | B1 | * | 9/2001 | Duske et al. ............... 370/316 |

* cited by examiner

*Primary Examiner*—Quochien B. Vuong
(74) *Attorney, Agent, or Firm*—Philip R. Wadsworth; Charles D. Brown; Thomas M. Thibault

(57) **ABSTRACT**

A method and apparatus for automatically entering information into formatted messages. A communication terminal comprises a receiver for receiving a formatted message, the formatted message comprising a message identification code and a plurality of information fields. A memory contains field-mapping information corresponding to various message identification codes, the field-mapping information indicating which fields of a particular formatted message are to be copied into information fields of a response message to the formatted message. When a response to the formatted message is desired, a processor determines which formatted message to respond to and its corresponding message identification code. A response message is then created, comprising at least one information field, wherein information from one or more of the information fields from the formatted message is copied into the at least one information field of the response message based on the field-mapping information identified by the message identification code.

15 Claims, 4 Drawing Sheets



Exhibit 5
Page 106



FIG. 1

Exhibit 5
Page 107

U.S. Patent          Aug. 2, 2005          Sheet 2 of 4          US 6,925,308 B2



FIG. 2



FIG. 3

Exhibit 5
Page 108



FIG. 4A

FIG. 4B

Exhibit 5
Page 109



FIG. 5

Exhibit 5
Page 110

US 6,925,308 B2

<div style="text-align:center">1</div>

### AUTO-FILL MESSAGE FIELDS IN A COMMUNICATION TERMINAL

#### BACKGROUND

I. Field of the Invention

The present invention pertains generally to text-based communications, and more specifically to providing a method and apparatus for automatically entering information into pre-formatted messages in a communication terminal.

II. Description of the Related Art

Mobile communications play an important part in many businesses today. Typically, such communications allow voice, text, and/or data to be wirelessly transmitted to remote destinations pertinent to the particular business. For example, in the transportation industry, trucking companies have used satellite communications for many years in order to track and communicate with their respective trucks. Satellite communications provide ubiquitous coverage so that vehicles in even remote areas of the world can communicate with their respective dispatch centers. One drawback of satellite communication systems, however, is that it is often expensive compared to other types of wireless communications, such as cellular telephones, for example.

In a text-based messaging system, the cost of satellite communications may be reduced by decreasing the length of messages, thereby reducing the amount of information transmitted. One method for reducing message lengths is to use predefined messages, also known as formatted messages or "macro" messages. In such a method, text messages are assigned a message identification code which identify each message as conforming to a predefined format. For example, a first message may be defined, having a message identification code of "1", comprising a first information field indicating a destination for picking up a shipment and a second information field indicating the expected date and time of the pickup. This message may be transmitted, for example, from a central dispatch station to a truck owned by a business entity associated with the dispatch station. A definition of this message is stored in a memory within a mobile communication terminal located on the truck.

When this message is transmitted by the dispatch station, only the message identification number, the pickup destination, and the expected date and time of arrival are transmitted, generally separated from each other by some predefined information sequence. When the message is received by the truck, the mobile communication terminal determines that a message having a message identification number of "1" has been received. Then, the predefined definition of formatted message "1" is used to "decode" the message. For example, the predefined definition for messages having a message identification code of "1", in this example, indicates that the first information field represents a destination and that the second information field represents a date and time. Consequently, this message may be presented to a vehicle operator in using an output device, such as a computer monitor, Cathode Ray Tube (CRT), plasma display, etc.

The vehicle operator may respond to the message at a subsequent time. For example, in the present example, the vehicle operator may respond to the message when the vehicle has arrived at the destination in order to alert the dispatch center of the vehicle arrival. As such, the vehicle operator typically requests that a response message be transmitted, the response message comprising a message

<div style="text-align:center">2</div>

identification code and one or more information fields. In the present example, the vehicle operator might select the received message as a message to respond to and in response to the selection, a response message is generated and displayed to the vehicle operator. The response message generally comprises a number of information fields, such as a field for indicating the intended recipient of the response message, a field for indicating who the response message is from, a field indicating the present location of the vehicle, and a bill-of-lading number or some other number which references the goods to be picked up at the given destination.

The vehicle operator uses an input device such as a keyboard or a touchscreen, so enter information into the various fields of the response message, including recipient, vehicle or vehicle operator identification, vehicle location, and bill-of-lading number. Frequently, information from the message must be entered into the response message, requiring the vehicle operator to remember the information, and then to type it correctly into the response message. The response message is then transmitted to the dispatch center.

One problem with the present method of sending a response message is that frequently, information is entered incorrectly into one or more of the various information fields. This may result in additional messaging costs as the dispatch center may need to query the vehicle operator for the correct information. In addition, manually entering information into response messages is often a slow process, delaying the vehicle operator from transporting the goods as quickly as possible.

What is needed is a method and apparatus for allowing information to be entered quickly into such response messages to minimize the chances of error and to reduce the vehicle operator's time spent sending response messages.

#### SUMMARY

The present invention is directed to a method and apparatus for automatically entering information into formatted messages in a communication terminal. In one embodiment, the invention is directed to a communication terminal, comprising a receiver for receiving a formatted message, the formatted message comprising a message identification code and a plurality of information fields. The communication terminal further comprises an output device for presenting the formatted message and an input device for responding to the formatted message. The formatted message is stored in a memory, the memory also for storing field-mapping information corresponding to each message identification code, that indicates which information fields from the formatted message to copy into a response message. The communication terminal further comprises a processor for creating the response message in response to an indication from the input device of a request to respond to the formatted message, the response message comprising at least one information field, wherein information from one or more of the information fields from the formatted message is copied into one or more information fields of the response message based on the field-mapping information corresponding to the message identification code of the formatted message. Finally, the communication terminal comprises a transmitter for transmitting the response message.

#### BRIEF DESCRIPTION OF THE DRAWINGS

The features, advantages, and objects of the present invention will become more apparent from the detailed description as set forth below, when taken in conjunction with the drawings in which like referenced characters identify correspondingly throughout, and wherein:

**Exhibit 5**
**Page 111**

US 6,925,308 B2

3

FIG. **1** illustrates a communication system in which the method and apparatus for automatically entering information into formatted messages is used;

FIG. **2** illustrates one embodiment of a formatted message which instructs a vehicle to pick up goods at one location and deliver the goods to a second location;

FIG. **3** illustrates a functional block diagram of a communication terminal used to transmit and receive information relating to formatted messages;

FIG. **4***a* illustrates one embodiment of a formatted message having sub-messages;

FIG. **4***b* illustrates one embodiment of a response message corresponding to one of the sub-messages of the formatted message of FIG. **4***a*; and

FIG. **5** illustrates a flow diagram of one embodiment of a method for automatically entering information into formatted messages in a communication terminal.

## DETAILED DESCRIPTION

The method and apparatus for automatically entering information into formatted messages in a communication terminal is best illustrated in the context of a satellite-based mobile communication system used in the trucking industry. It should be understood, however, that the present invention may be used in any application where formatted messages are used. For example, the method and apparatus for automatically entering information into formatted messages could be used by a software application running on a desktop or laptop computer, or in virtually any kind of business where text messages are used to communicate with fixed or mobile communication devices. In addition, the method and apparatus for automatically entering information into formatted messages can be used regardless of the type of communication system used, such as cellular, landline, satellite, radio, data, or optical communication systems.

FIG. **1** illustrates a communication system **100** in which the method and apparatus for automatically entering information into formatted messages is used. Dispatch center **106** and vehicle **108** are capable of communication with each other via central station **102** and satellite **104**. Of course, the present invention is not limited to a satellite communication system, however. Any wireless terrestrial communication system may be used as well, including, but not limited to, Land Mobile Radio (LMR), short wave, cellular, or PCS systems. In addition, although only a single dispatch center **106** is depicted in FIG. **1**, in actuality a plurality of independent dispatch centers are employed throughout the system and may communicate with their respective fleet vehicles via central station **102** and data satellite **104**.

In one embodiment, vehicle **108** is a commercial trucking vehicle having a mobile communications terminal (MCT) mounted in a tractor or cab of the vehicle, not shown. The MCT is capable of respectively transmitting and receiving communication signals to and from central station **102** via data satellite **104**. Again, it should be understood that the MCT comprises any device capable of communicating with central station **102** using the pre-established communication method of choice.

Information transmitted between the MCT and central station **102** is accomplished using formatted messages, otherwise known as "macro" messages, or pre-formatted messages. Formatted messages are useful because they minimize the amount of information being transmitted, thus reducing communication costs. Cost savings are achieved by transmitting only pertinent data, without sending "overhead" information. An example of a formatted message is shown in FIG. **2**.

4

FIG. **2** illustrates one embodiment of a formatted message **200** which instructs vehicle **108** to pick up goods at one location and deliver the goods to a second location within given time constraints. Such a message is typically known in the transportation industry as a "load assignment" message. It should be understood that format and presentation of the information contained within formatted message **200** is for illustrative purposes only. Other load assignment messages can be used in the alternative, having a virtually unlimited number of ways to represent the load assignment data.

Formatted message **200** comprises information fields **202** through **216**. When a formatted message is transmitted, only the information contained in the information fields, plus some overhead information, is transmitted. The other information in the formatted message **200** is not transmitted, for example, the words "From:", "Date:", "Time:", "Message: Please proceed to", "and pick up", "by", ".", "Deliver to", "by", and ".". When formatted message **200** is created at, for example, central station **102**, an operator first chooses which formatted message to send to vehicle **108** from the total number of formatted messages which are already defined. In this example, the operator chooses to send a load assignment message, which has been predefined as having a message identification code of "1". After choosing formatted message **200**, the operator then enters information into the information fields **202** through **216**. For example, the current date and time that the operator enters the information could be entered by the operator. In another embodiment, this information could be entered automatically by a computer operating in conjunction with central station **102**. The operator would then enter a description of where to pick up goods in information field **208**, an identification of goods to be picked up in information field **210**, and the expected date and time of pick up in information field **212**. The operator would then continue to enter information into the remaining information fields as required. Again, in another embodiment, much of the information entered into the information fields could be done automatically by one or more computers and/or software programs operating in conjunction with communications to and from vehicle **108**, such as any number of automated dispatch software programs commercially available and in widespread use today.

As mentioned briefly already, in general, a plurality of formatted messages are defined in order to transmit information between central station **102** and various fleet-owned vehicles **108**. For example, a variety of formatted messages can be defined which allow vehicle **108** to transmit status and operational information to central station **102**, including but not limited to message acknowledgements, vehicle location, speed, and direction, engine characteristics, arrival and departure notifications, and so on. Other formatted messages may be defined to allow central station **102** to send instructions and acknowledgments to vehicle **108**. Each of these predefined, formatted messages are assigned a unique message identification code for identifying the type of formatted message. For example, formatted message **200** could be given a message identification code of "1", while another formatted message instructing vehicle **108** to report its present location could be given a message identification code of "2".

The message identification code is used by central station **102** and vehicle **108** to determine which type of formatted message is being received so that it can be "decoded" correctly. For example, when a formatted message having a message identification code of "1" is transmitted to vehicle **108**, only the message identification code and the information fields are sent. This information is received by a

Exhibit 5
Page 112

US 6,925,308 B2

5

processor onboard vehicle **108** that determines that it is a load assignment message based on the message identification code, and that the received information is in a format in accordance with a predefined "template" stored locally to vehicle **108** (or central station **102**, as the case may be). The template comprises information relating to overhead information that is not transmitted, i.e., the words "Message: Please proceed to" and other non-fielded information which comprises a formatted message. The template also contains information relating to each information field. For example, a received message having a message identification code of "1" is defined as a message having 8 information fields **202** through **216**, and, in one embodiment, a definition of how much information is contained in each field, for example, the number of bits or characters which represent each information field. In another embodiment, the template does not define how much information is contained within each information field.

Using the template information, the received information can then be used to reconstruct the original formatted message and presented to a user at either vehicle **108** or at central station **102**.

FIG. **3** illustrates a functional block diagram of communication terminal **300** used to transmit and receive information relating to formatted messages. It should be understood that the functional blocks shown in FIG. **3** could be used onboard vehicle **108** or they could be used at central station **102**. Furthermore, it should be understood that other functional components of communication terminal are not shown in FIG. **3** for purposes of clarity.

Communication terminal **300** comprises receiver **302** for receiving information relating to formatted messages. In one embodiment, receiver **302** comprises well-known RF circuitry for receiving wireless transmissions. In another embodiment, receiver **302** comprises a data modem for use in converting DTMF tones from a Public Switched Telephone Network (PSTN) into digital signals for use with processor **304**. In yet another embodiment, receiver **302** comprises a data modem for use in receiving formatted messages from a data network, such as the Internet. In any case, information relating to formatted messages are received by receiver **302** and converted into digital signals for use by processor **304**.

The received information, comprising a message identification code and one or more information fields, is provided to processor **304**, where it is decoded for presentation to a user of communication terminal **300**. In another embodiment, the received information is also stored in memory **306**. Processor **304** determines the message identification code of the received information and uses a predefined template stored in memory **306** corresponding to the message identification code to reconstruct the formatted message, using information stored in memory **306** and the information fields of the received information. The reconstructed message may then be stored within memory **306** as a formatted message and/or presented to the user via output device **308**.

Processor **304** comprises one or more digital signal processors widely available and known to those skilled in the art. In one embodiment, processor **304** comprises an 80386 microprocessor from Intel Incorporated of Santa Clara, Calif. In other embodiments, processor **304** comprises an Application Specific Integrated Circuit (ASIC), discreet electronic components, a micro-computer, a dedicated state machine, or any other circuitry that allows the functions described as being performed by processor **304**.

6

In one embodiment, memory **306** comprises one or more random access memories (RAM) capable of storing executable programming instructions for processor **304**, field-mapping information, templates, and other information necessary for communication terminal **300** to carry out its intended functions. In other embodiments, memory **306** comprises a static RAM, a flash memory, a hard drive, a tape drive, or other electronic memory device well known in the art. It should be further understood that memory **306** could comprise of a combination of the aforementioned memory devices.

In one embodiment, output device **308** comprises a display device, such as a computer screen or monitor. In other embodiments, output device comprises a speaker for generating audible signals representative of formatted messages, a printer, or a combination of the aforementioned.

After a formatted message has been presented to the user, the user may respond to the formatted message by using input device **310**, typically a keypad, keyboard, or touch-screen device, although other embodiments contemplate a microphone and electronic circuitry to covert a user's speech to electronic signals. The user indicates which formatted message to respond to in one of several ways. If a received formatted message is currently being displayed to the user, generally input device **310** will allow the user to respond to the currently displayed formatted message, usually by pressing a single key indicating a desire to respond to the message. Another way in which the user can respond to a received formatted message is to view other formatted messages which have been received by communication terminal **300** and stored within memory **306**. Once the desired message has been found, the user can indicate that he or she wishes to respond to the message using input device **310**.

Once the response request is received by processor **304**, a response message is generated and presented to the user via output device **308**. The response message is in the form of a formatted message, comprising a message identification code, one or more information fields, and usually some accompanying text, similar to the example shown in FIG. **2**. Typically, a number of response messages are defined for a particular fleet of vehicles, and many of the response messages are used to respond to formatted messages that are received by vehicle **108**. Memory **306** stores the response messages, having blank information fields, the response messages being predefined by a remote entity, such as fleet management.

When processor receives an indication that a response message is desired, the proper response message is identified in memory **306** and at least one of the response message information fields are filled in using information contained in the received formatted message to which the user is responding. The user may enter additional information into remaining blank information fields, or the response message can be sent without further input from the user.

When the user is ready to send the response message, an indication of such is entered into input device **310**. Processor **304** then takes the necessary steps to create a modified response message comprising a message identification code corresponding to the type of message being transmitted, as well as the information contained within the information fields. The modified response message is then provided to transmitter **312**, where it is modulated in accordance with the chosen communication type.

In another embodiment, a formatted message may take the form as shown by formatted message **400** in FIG. **4**a, the

Exhibit 5
Page 113

US 6,925,308 B2

7

formatted message having repeating groups of information fields. Such a formatted message is useful, for example, for informing a vehicle operator of a list of destinations to pick up and deliver goods. In this embodiment, formatted message **400** comprises sub-messages **402**, **404**, and **406**. Sub-messages **402** and **404** contain identical information fields while sub-message **406** comprises an additional information field **408**. Formatted message is transmitted by central station **102** to vehicle **108** like any other formatted message and may be presented to a vehicle occupant. When the vehicle occupant wishes to respond to such a formatted message, the vehicle occupant may select which of the sub-messages to respond to, rather than responding to the entire formatted message.

For example, if a vehicle operator received formatted message **400**, and had proceeded to the first destination of formatted message **400**, a response to sub-message **402** may be generated by the vehicle operator selecting sub-message **402** for a response. Input device **310** may be used to select the sub-message, generally by highlighting the sub-message, or any part thereof, by a display screen cursor, and pressing a predetermined key or keys respond to the sub-message. When the request to send a response to sub-message **402** is received by processor **304**, an indication of which sub-message has been selected is contained within the request. Processor **304** then accesses memory **306** to generate a response message corresponding to the type of sub-message response requested. Field-mapping information stored within memory **304** details which information fields from the sub-message is copied into information fields of the response message, as shown in FIG. **4**b, which illustrates response message **410**.

As shown in FIG. **4**b, response message **410** comprises two information fields, information fields **412** and **416**. Information field **412** comprises information copied from information field **414** of formatted message **400**, while information field **416** comprises information copied from information field **418** of formatted message **400**. In this example, the vehicle operator has altered the information contained within information field **416** to reflect that only 300 pallets had been picked up, rather than the 400 pallets that were identified in information field **418**. In another embodiment, information fields in response messages are not alterable. The field-mapping information stored in memory **306** comprises information as to which fields may be altered.

FIG. **5** illustrates a flow diagram of one embodiment of a method for automatically entering information into formatted messages in a communication terminal. In step **500**, a formatted message is selected to respond to. The formatted message comprises a message identification code and a number of information fields, the information fields filled in by a sender of the formatted message. The message may be chosen as a message which is currently-displayed by output device **308**, or it may be selected from a number of messages stored within a memory of the communication terminal.

In any case, a message to respond to the selected message is entered using input device **310**. Processor **304** receives the user's request to respond to the selected formatted message. The request indicates which formatted message the user wishes to respond, either explicitly with an indication of which formatted message to respond, or implicitly by processor **304** knowing which formatted message the user is viewing when the response request is entered.

Processor **304** then determines the message identification code of the formatted message to which a response is

8

desired, as shown in step **502**. The message identification code is either provided explicitly along with the request to respond, or it is determined by processor **304** identifying the selected formatted message and determining the message identification code by accessing memory **306**. Memory **306** contains information linking each received formatted message with a corresponding message identification code.

In step **504**, processor **304** identifies information fields from the formatted message to be copied into the response message using field-mapping information stored in memory **306**. The field-mapping information comprises a number of stored message identification codes and corresponding field identification information for each stored identification code. The field identification information identifies which information fields from each type of formatted message is copied into information fields of corresponding response messages. The field-mapping information may be configurable by a remote entity, such as a fleet management. In this case, fleet management defines the relationship between formatted messages and response messages, i.e., which information fields are copied from formatted messages to response messages. The field-mapping information is generally altered at dispatch center **110**, then provided to central station **102** via a data link, such as the Internet, telephone lines, dedicated lines, and so on. Central station **102** then stores the new field-mapping information locally, then transmits is to one or more vehicles **108** owned by fleet management. When a vehicle **108** receives the new field-mapping information, it is stored in memory **306**, replacing the previous version of field-mapping information.

After processor **304** has identified the field-mapping information corresponding to the identified message identification code, a response message is created and provided to output device **308**, shown as step **506**. Processor **304** copies information fields from the message being responded to into the response message information fields as directed by the field-mapping information corresponding to the message identification code of the formatted message.

In step **508**, the user enters information into any information fields that were not filled in automatically by processor **304**. Some response messages may not need any user input, while other response messages may rely heavily on user input. Generally, the user will be able to alter certain information fields, as allowed by the field-mapping information. In this embodiment, the field-mapping information additionally comprises information relating to which information fields may be altered by the user.

After the user has entered information into the response message, the response message is provided to processor **304**, where it is then transmitted to central station **102** in step **510**. Of course, the entire response message is not transmitted. Processor **304** transmits a message identification code corresponding to the response message type, and each information field. Generally, some kind of formatting information is transmitted as well, such as an indication of stop/start bits between information fields, error correction coding, and so on.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make and use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments discussed herein, but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

Exhibit 5
Page 114

US 6,925,308 B2

**9**

We claim:

1. A communication terminal, comprising:
a receiver for receiving a formatted message out of a number of pre-defined formatted messages, comprising a message identification code and a plurality of information fields;
an output device for presenting said formatted message to a user of said communication terminal;
an input device for responding to said formatted message;
a memory for storing said formatted message and for storing field-mapping information, said field-mapping information for indicating information to be copied from said formatted message to a response message based on which one of said pre-defined formatted messages was received;
a processor for creating said response message in response to an indication from said input device of a request to respond to said formatted message, said response message comprising at least one response message information field, wherein information from at least one of said plurality of information fields of said formatted message is copied into at least one of said response message information fields based on said field-mapping information; and
a transmitter for transmitting said information relating to said response message.

2. The communication terminal of claim 1, wherein said field-mapping information is configurable by a remote entity.

3. The communication terminal of claim 1, wherein said field-mapping information is transmitted to said communication terminal from a remote location.

4. The communication terminal of claim 1, wherein;
said indication comprises identification information indicating which formatted message to respond to;
said field-mapping information comprises a stored message identification code and field identification information; wherein
said processor determines a message identification code corresponding to said selected formatted message, matches said determined message identification code to said stored message identification code, and inserts information from said selected formatted message into said response message as specified by said field identification information corresponding to said stored message identification code.

5. The communication terminal of claim 1, wherein said information from at least one of said plurality of information fields of said formatted message is alterable by a user of said communication terminal after it is copied into said response information field.

6. The communication terminal of claim 1, wherein said formatted message comprises two or more sub-messages, wherein said response message corresponds to a selected one of said two or more sub-messages.

7. A signal-bearing medium tangibly embodying a program of machine-readable instructions executable by a digital processing apparatus to perform operations for automatically entering information into formatted messages in a communication terminal, said operations comprising:
receiving a formatted message, said formatted message comprising a message identification code and a plurality of information fields;
presenting said formatted message to a user of said communication terminal;
receiving an indication to send a response message to said formatted message;
determining a message identification code of said formatted message to which said response message corresponds;

**10**

identifying which information fields, from said plurality of information fields, to be copied into said response message, based on said message identification code;
creating said response message using said identified information fields; and
transmitting said response message.

8. The medium of claim 7, further comprising operations of creating said response message using said identified information fields and input from said user.

9. The medium of claim 7, wherein the operation of identifying which information fields to be copied into said response message comprises operations of:
determining a message identification code corresponding to said formatted message;
matching said message identification code corresponding to said formatted message to a stored message identification code;
copying information contained within at least one of said plurality of information fields of said formatted message into said response message as identified by field-mapping information corresponding to said stored message identification code.

10. The medium of claim 7, wherein said information from at least one of said plurality of information fields of said formatted message is alterable by a user of said communication terminal after it is copied into said response information field.

11. The medium of claim 7, wherein said formatted message comprises two or more sub-messages, wherein said response message corresponds to a selected one of said two or more sub-messages.

12. A method for automatically entering information into formatted messages in a communication terminal, comprising:
selecting a formatted message to respond to out of a number of pre-defined formatted messages;
determining a message identification code of said formatted message;
identifying one or more information fields of said formatted message to be copied into a response message based on field-mapping information stored in a memory, said field-mapping information for indicating information to be copied from said formatted message to a response message based on which one of said pre-defined formatted messages was received; and
creating said response message, said response message comprising one or more response message information fields, wherein at least one of said response message information fields is filled in with information from one or more of said information fields of said formatted message based on said field-mapping information.

13. The method of claim 12, further comprising the step of:
presenting said response message to a user of said communication terminal; and
receiving information from said user in any of said response message information fields which have not been filled in.

14. The method of claim 13, wherein at least one of said response message information fields is alterable by said user.

15. The method of claim 12, wherein said formatted message comprises two or more sub-messages, wherein said response message corresponds to a selected one of said two or more sub-messages.

* * * * *

Exhibit 5
Page 115

Exhibit 6

US007725216B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,725,216 B2**

Kim     (45) **Date of Patent:**     **May 25, 2010**

(54) **CRITICAL EVENT REPORTING**

(75) Inventor: **Frederick Duke Kim**, Carlsbad, CA (US)

(73) Assignee: **Qualcomm Incorporated**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 820 days.

(21) Appl. No.: **11/521,841**

(22) Filed: **Sep. 14, 2006**

(65) **Prior Publication Data**

US 2008/0071428 A1     Mar. 20, 2008

(51) **Int. Cl.**
  *G05D 1/00*     (2006.01)
(52) **U.S. Cl.** ............................ **701/1**; 701/200; 701/211
(58) **Field of Classification Search** ........ 701/200–202, 701/213–215, 211, 1; 340/988; 342/357.06, 342/357.12
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,070,123 A * 5/2000 Beyer et al. .................. 701/209

6,282,490 B1 * 8/2001 Nimura et al. ......... 340/995.14

FOREIGN PATENT DOCUMENTS

DE     102004034060     2/2006
WO     0022595     4/2000

OTHER PUBLICATIONS

International Search Report, PCT/US07/078554, International Search Authority, European Patent Office, May 9, 2008.
Written Opinion, PCT/US07/078554, International Search Authority, European Patent Office, May 9, 2008.

* cited by examiner

*Primary Examiner*—Yonel Beaulieu
(74) *Attorney, Agent, or Firm*—Richard A. Bachand; Ashish L. Patel

(57)     **ABSTRACT**

A fleet management system for remotely monitoring a vehicle is disclosed in one embodiment. The fleet management system includes a data receiver and a display. The data receiver is configured to wirelessly receive information from the vehicle. That information includes a location for the vehicle. The display is configured to present a planned route configured for the vehicle before travel and a driven route of the vehicle. The driven route is determined from the information from the vehicle. The planned route and driven route are displayed simultaneously.

**37 Claims, 9 Drawing Sheets**



Exhibit 6
Page 116

Exhibit 6
Page 117



Fig. 1A

Exhibit 6
Page 118



Fig. 1B

U.S. Patent

May 25, 2010

Sheet 3 of 9

US 7,725,216 B2

Exhibit 6
Page 119



Fig. 2A

U.S. Patent

May 25, 2010

Sheet 4 of 9

US 7,725,216 B2

Exhibit 6
Page 120



Fig. 2B

Exhibit 6
Page 121



Fig. 3A

Exhibit 6
Page 122



Fig. 3B



Fig. 4

Exhibit 6
Page 123



Fig. 5

Exhibit 6
Page 124



Fig. 6

Exhibit 6
Page 125

US 7,725,216 B2

<div style="text-align:center">1</div>

## CRITICAL EVENT REPORTING

### BACKGROUND

This disclosure relates in general to fleet management systems and, more specifically to event reporting for a member of the fleet amongst other things.

Fleet management systems allow gathering information on members of the fleet. For example, the location of fleet members can be determined by information sent to a network management center. A map showing location readings over time can be produced to show travel of a truck or trailer.

There are systems that feature video capture, for example, for law enforcement purposes. In one management system, a video camera senses an unusual event with an accelerometer. A segment of video is captured upon the unusual event. That video segment can be uploaded wirelessly when in contact with a WiFi network.

Accident reports are manually generated. A law enforcement official fills out a report documenting evidence that can be discerned at the accident location. Often the information gathered at the scene is out of date by the time the report is generated. Some autos may gather information on the car computer such as speed, engine status, etc. that can be downloaded from the computer using a wired diagnostic tool.

### SUMMARY

In one embodiment, the present disclosure provides a management system for remotely monitoring a vehicle. The fleet management system includes a data receiver and a display. The data receiver is configured to wirelessly receive information from the vehicle. That information includes a location for the vehicle. The display is configured to present a planned route configured for the vehicle before travel and a driven route of the vehicle. The driven route is determined from the information from the vehicle. The planned route and driven route are displayed simultaneously.

In another embodiment, the present disclosure provides a method for monitoring a vehicle remotely. In one step, information is wirelessly received from the vehicle, which is remotely located. The information comprises a location for the vehicle. A planned route configured for the vehicle before travel is presented along with a driven route of the vehicle. The driven route is determined from the information from the vehicle. The planned route and driven route are displayed simultaneously.

In yet another embodiment, the present disclosure provides a vehicle management apparatus for monitoring a vehicle. The management apparatus includes a data receiver and a display. The data receiver is configured to receive information from the vehicle, which is remotely located. The information comprises a location for the vehicle. The display is configured to present hours of service for a driver of the vehicle, a planned route configured for the vehicle before travel, and a driven route of the vehicle. The driven route is determined from the information from the vehicle. The planned route and driven route are displayed simultaneously.

In still another embodiment, the present disclosure provides a vehicle management apparatus for monitoring a vehicle or movable body remotely. The vehicle management apparatus includes means for receiving information from the vehicle and means for presenting configured to simultaneously display a planned route and a driven route. The information is received wirelessly by the means for receiving, and the information comprises a location for the vehicle. The

<div style="text-align:center">2</div>

planned route is determined for the vehicle before travel of the driven route, and the driven route is determined from the information from the vehicle.

In yet another embodiment, the present disclosure provides a machine-readable medium having machine-executable instructions configured to monitor a vehicle remotely. The machine-readable medium comprising machine-executable instructions for: wirelessly receiving information from the vehicle, presenting a planned route configured for the vehicle before travel, and presenting a driven route of the vehicle. The information comprises a location for the vehicle, which is remotely located. The driven route is determined from the information from the vehicle, and the planned route and driven route are displayed simultaneously.

Further areas of applicability of the present disclosure will become apparent from the detailed description provided hereinafter. It should be understood that the detailed description and specific examples, while indicating various embodiments, are intended for purposes of illustration only and are not intended to necessarily limit the scope of the disclosure.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure is described in conjunction with the appended figures:

FIGS. 1A and 1B depict block diagrams of an embodiment of a fleet management system;

FIGS. 2A and 2B depict block diagrams of embodiments of a vehicle management system;

FIGS. 3A and 3B depict block diagrams of embodiments of a critical event interface;

FIG. 4 illustrates a flowchart of an embodiment of a process for producing critical event information;

FIG. 5 illustrates a flowchart of an embodiment of a method for processing critical event information; and

FIG. 6 illustrates a block diagram of an embodiment of a communication system.

In the appended figures, similar components and/or features may have the same reference label. Further, various components of the same type may be distinguished by following the reference label by a dash and a second label that distinguishes among the similar components. If only the first reference label is used in the specification, the description is applicable to any one of the similar components having the same first reference label irrespective of the second reference label.

### DETAILED DESCRIPTION

The ensuing description provides preferred exemplary embodiment(s) only, and is not intended to limit the scope, applicability or configuration of the disclosure. Rather, the ensuing description of the preferred exemplary embodiment(s) will provide those skilled in the art with an enabling description for implementing a preferred exemplary embodiment. It being understood that various changes may be made in the function and arrangement of elements without departing from the spirit and scope as set forth in the appended claims.

Referring initially to FIG. 1A, a block diagram of an embodiment of a fleet management system 100-1 is shown. The fleet includes trucks and/or trailers 128 that are outfitted with a vehicle management system. In other embodiments, any movable machine or body could be configured with a vehicle management system. For example, the movable body could be a plane, boat, package, bicycle, person, etc. Each

Exhibit 6
Page 126

US 7,725,216 B2

3

vehicle management system determines geographic location by using satellites 156 (e.g., GLONASS, GPS, Galileo) and/or terrestrial techniques.

Information gathered by the vehicle management system is relayed by a satellite 152 and/or base station 120 to a network management center 136. For a satellite link, the vehicle management system uses a modem to communicate with a satellite 152, which relays the communication with a satellite dish 148 at a ground station. The base station 120 could couple to a wireless modem of the vehicle management system using any number of wireless data methods (e.g., GSM, CDMA, TDMA, WCDMA, EDGE, OFDM, GPRS, EV-DO, WiFi, Bluetooth, WiMAX, UWB, PAN, etc.). In this embodiment, frequent lower-bandwidth information is sent by the satellite link, and infrequent higher-bandwidth information is sent with the base station 120 using a wireless terrestrial data network. Other embodiments could divide the information differently or use one or the other datalink exclusively.

The information gathered from the fleet of vehicles 128 is aggregated at one or more network management centers 136. Certain processing can be performed at the network management center 136 before relaying information via a network 132 (e.g., VPN, WAN, Internet) with various end users. This embodiment can query a weather service 144 when a critical event is reported. The weather data returned from the query is stored in a weather database 108 that is accessible to end users. With this query, a weather service (e.g., National Oceanic and Atmospheric Administration in the United States) can return localized weather information according to the particular vehicle's location. That weather information is available for a certain amount of time before the critical event and a certain amount of time afterward, both of these times can be programmable.

A critical event (CE) interface 140 is available to the end user to monitor critical events for vehicles 128 in the fleet. As further explained below, the CE interface 140 can display driven route, planned route, HOS information and telemetry information. The CE interface 140 could include any type of computing system (e.g., PDA, cellular phone, laptop computer, desktop computer, web appliance, tablet computer) that can be coupled to a network and display an interface. Using the CE interface 140, the end user can access a planned route for a vehicle 128 that is stored in a route database 104. The planned route is configured before the driver of the vehicle travels the route and is displayed in contrast to a driven route that the vehicle actually took by the CE interface 140.

Gathered from the network management center 136 are the driven route of each vehicle, along with hours of service (HOS) information 112, audio and/or video, and telemetry data 116. The hours logged by driver of the vehicle 128 and the movement of the vehicle 128 are stored in the HOS database 112 and are used to determine HOS. Regulatory HOS rules require that drivers only work a certain amount under certain conditions. The network management center 136 and/or CE interface 140 can analyze this information to indicate how close a driver is to exceeding the HOS limits.

Telemetry information is reported from the vehicle 128 and stored in the telemetry database 116. Any number of things can be gathered from the fleet by the vehicle management systems, for example, engine status (e.g., engine temperature, RPM, smog control equipment), brake status, the state of various lights (e.g., brake light, turn signal, headlamp, high-beam headlamp, interior cabin light), transmission status and gear, speed, rate of acceleration, error codes, cabin temperature, outside temperature, wiper blade activation, compass heading, anti-lock brake status, air bag status, steering wheel movement, seat-occupied sensors, tire pressure, trailer status

4

(e.g., temperature, tire pressure, generator state, hitch status), and anything else that can be electronically monitored. This each piece of this information can be selectively reported at a programmable interval or when certain conditions exist, for example, a critical event. Additionally, the vehicle management system can program and/or activate gathering of the telemetry information remotely according to any criteria or algorithm.

The audio and/or video database 174 stores any audio or video clips captured at the vehicle 128 and sent to the base station 120, in this embodiment. Often, the base station 120 may not be in range and the vehicle management system stores the video/audio clips until such a connection is possible. The CE interface 140 will assemble that information with other received information as it becomes available.

With reference to FIG. 1B, a block diagram of another embodiment of the fleet management system 100-2 is shown. In this embodiment, the CE interface 140 interacts as the network management center 136 who is an application service provider. The CE interface 140 could use any web browsing software or apparatus. The route database 104, weather database 108, HOS database 112, telemetry database 116, audio/video database are all maintained by the network management system 136. Through the Internet 132, the CE interface 140 can access information and configure management.

Referring to FIG. 2A, a block diagram of an embodiment of a vehicle management system 200-1 is shown. The vehicle management system 200-1 could be mounted in the vehicle 128, a trailer or any other movable body. In some embodiments, the vehicle management system 200-1 is a portable or handheld unit. This movable vehicle management system could wirelessly receive telemetry from the movable body 128 using Bluetooth, wireless USB, UWB, or PAN.

This embodiment can communicate with a terrestrial modem, for example, a WiFi modem 268 along with a satellite modem 284. Various information sent from the vehicle management system 200-1 can be divided between these modems according to some scheme, such as criticality of the information, size of the information or other factors.

A system controller 260 manages operation of the system 200. A terminal, tablet, laptop, or other computer could be used as the vehicle management system 200, and the system controller 260 could include a processor and/or software application. A vehicle interface to the vehicle computer and other systems allow the system controller to gather various telemetry information of the types described above. When a critical event occurs, information for the prior five minutes and the following two minutes is saved, but other buffer times could be programmed by the end user.

There are several ways to trigger a critical event. This embodiment has a manual trigger 288 that could be a hard or soft switch that the driver can activate to preserve a record of the state of operation. Another way to trigger the critical event situation is automatically by some sensor(s) and/or algorithm. In this embodiment, automatic triggering can happen in several ways, for example, a hard brake (e.g., deceleration greater than nine mph/sec), excessive brake pressure, abnormal speed, or abnormal acceleration that could signal an impact. The accelerometer 264 is used to measure acceleration in this embodiment. Further some embodiments could receive a remote trigger from the CE interface 140 or network management center 136, for example, when the driven route varies in some defined way from the planned route.

An audio and/or video recorder(s) 272 can record within the cabin and/or outside the vehicle. Some embodiments could have a number of audio and/or video recorders. Some or all of these recordings could be stored when there is a critical

Exhibit 6
Page 127

US 7,725,216 B2

**5**

event. An audio/video clip database **274** is used to store a buffer of each recording. Upon activation of a critical event trigger, a set amount of the past buffer and future recording is preserved. The preserved recordings can be saved for wired or wireless download to the network management center **136**.

Other databases store telemetry readings **292**, a HOS log **296** and route information **276**. These databases may store any programmable amount of information. When a trigger occurs, a predetermined amount of information is stored and sent by the satellite and/or WiFi modem **284**, **268**. Some of this information is reported regardless of a critical event situation. For example, driven route locations are determined on some interval and reported to the network management center to allow vehicle tracking. Other information could be tagged for periodic upload.

With reference to FIG. 2B, a block diagram of another embodiment of the vehicle management system **200-2** is shown. This embodiment has a subsystem that is used for audio/video recording. The audio/video recorder **272** can be triggered by an accelerometer **264** or the system controller to keep audio and/or video clips. Those clips are sent to the system controller to forward over the satellite modem **284** or can be sent with the WiFi modem **268** should it be in range of a base station **120**. Although embodiments only store audio and/or video, other embodiments could store still images for upload.

Referring next to FIG. 3A, a diagram of an embodiment of a CE interface **140-1** is shown. This screen of information could be from an application or web browser. The interface could be rearranged and the information customized, but this embodiment allows observation of several items to aid an end user analyzing a critical event. A particular vehicle identifier and driver identifier is shown for the CE interface **140-1**. Through configuration, some or all of the information can be shown on one or more pages of the interface.

This embodiment includes several areas that are displayed. All the information shown in the interface has a temporal aspect to it. A timeline control displays the available time frame for the information available to the CE interface **140**. The event trigger is shown on the timeline at 12:17:05, while the current time of the displayed information is shown as 12:13:05. Dragging the current time control through the timeline allows quick access of any other portion of the information. Playback controls for the timeline allow playing sequentially through the stored information, stopping or pausing playback. Through the other portions of the CE interface **140**, a solid triangular pointer is used to show the current time and a triangular pointer with no fill indicates the location of the trigger.

A speed graph **302** shows the vehicle speed over time along with the speed limit on the driven route over time. For example, a change in the speed limit is shown after the current time, but before the trigger event. Other graphs could show any telemetry information over time. The end user can configure which items appear on the graph such that trends can be found relative to the event trigger.

A weather chart **306** shows the weather conditions at the vehicle as a function of time. The current time cursor can be moved throughout the weather chart **306** and the weather information is displayed below the weather chart **306**. The weather conditions are received from one or more sources and can be augmented by satellite, radar, local reports, and any other information that might help characterize the conditions.

This embodiment includes a telemetry status **330** portion of the display. The end user can configure the telemetry status **330** to show any number of things reported from the vehicle **128**. The light status shows which lights are currently active,

**6**

for example, left turn signal, headlights, brake lights, or right turn signal. Other telemetry such as engine temperature, brake temperature, vehicle computer errors, status of modem (s), video capture status, and any trigger conditions.

Routing information **310** is shown in another portion or window of the display. This embodiment shows the planned route **322** chosen before the vehicle traveled the route in shading. Deviations from the planned route **322**, are shown in solid as the driven route **326**. Other embodiments show the complete driven route **326** and not just when it deviates from the planned route **322** like the current embodiment. This embodiment smoothes the received location readings and fits them to known streets, but other embodiments could show each individual location reading in an unfiltered manner. The routing information could be displayed on a map and/or a satellite image.

In this embodiment, a HOS application takes log information for the driver and time/travel information to track HOS. The logs and travel times could be displayed in the HOS area **314** along with a current time HOS percentage and triggered time HOS percentage, for example, at the time of the trigger, the HOS for the driver could be 98% of what is allowed by law. Additionally, the HOS for the current time is shown.

With reference to FIG. 3B, a diagram of another embodiment of the critical event interface **140-2** is shown. This embodiment shows a current time closer to the trigger. The speed of the vehicle is increased, the rain is tapering, the telemetry is changed, and the driver has chosen a driven route that deviates from the planned route. The telemetry in this view has been changed to display brake pressure and wiper blade activity, while some other telemetry is not displayed. Additionally, outside video **334** showing the scene around the vehicle **128** is now available along with inside video **338** showing the driver and/or cabin. The video may have been recently received or unrecorded at other times in the timeline.

Referring next to FIG. 4, a flowchart of an embodiment of a process **400** for producing critical event information is shown. The depicted portion of the process begins in block **404** where telemetry and location information is gathered at the vehicle **128** with the vehicle management system **200**. The telemetry and location information is periodically sent from the vehicle management system **200** to the network management center **136** in block **408**. The frequency of the reports can be programmed along with what is reported.

In block **412** and in an ongoing basis, the audio and/or video is maintained in a running buffer. Block **416** determines if a critical event is triggered. Where there is no critical event, processing loops back to block **404**. Alternatively, should there be a trigger of a critical event as determined in block **416**, processing continues to block **420** where all or selected information is stored for a period surrounding the critical event. The low-bandwidth information is transferred over the satellite link in block **424** and the high-bandwidth information is transferred over a WiFi link in block **428**.

With reference to FIG. 5, a flowchart of an embodiment of a process **500** for processing critical event information is shown. The depicted portion of the process begins in clock **504** where an event trigger is received by the network management center **136**. With the vehicle location at the trigger point, the localized weather information is gathered. The weather information for a period surrounding the critical event is found and stored along with anything else relevant to weather conditions (e.g., daylight levels, satellite imagery, radar readings, etc.)

In block **510** and throughout the process **500**, information sent from the vehicle **128** is gathered and potentially stored. All the information surrounding a critical event is processed

Exhibit 6
Page 128

US 7,725,216 B2

7

and temporally assembled in block 512. Information is arranged according to a common timescale. Block 516 presents the received information in any customized manner to the end user. Through interaction with the CE interface 140, the end user can investigate the time surrounding the event trigger.

Referring next to FIG. 6, a block diagram of an embodiment of a fleet management apparatus 600 for monitoring a vehicle remotely is shown. The vehicle management apparatus includes means for receiving information from the vehicle 612 (e.g., a wireless or satellite modem, a network connection, or wired connection) and means for presenting 616 (e.g., a display, a projector, a touch screen) configured to simultaneously display a planned route and a driven route. The information is received wirelessly by the means for receiving, and the information comprises a location for the vehicle. The planned route is determined for the vehicle before travel of the driven route, and the driven route is determined from the information from the vehicle.

Specific details are given in the above description to provide a thorough understanding of the embodiments. However, it is understood that the embodiments may be practiced without these specific details. For example, circuits may be shown in block diagrams in order not to obscure the embodiments in unnecessary detail. In other instances, well-known circuits, processes, algorithms, structures, and techniques may be shown without unnecessary detail in order to avoid obscuring the embodiments.

Also, it is noted that the embodiments may be described as a process which is depicted as a flowchart, a flow diagram, a data flow diagram, a structure diagram, or a block diagram. Although a flowchart may describe the operations as a sequential process, many of the operations can be performed in parallel or concurrently. In addition, the order of the operations may be re-arranged. A process is terminated when its operations are completed, but could have additional steps not included in the figure. A process may correspond to a method, a function, a procedure, a subroutine, a subprogram, etc. When a process corresponds to a function, its termination corresponds to a return of the function to the calling function or the main function.

Moreover, as disclosed herein, the term "storage medium" may represent one or more devices for storing data, including read only memory (ROM), random access memory (RAM), magnetic RAM, core memory, magnetic disk storage mediums, optical storage mediums, flash memory devices and/or other machine readable mediums for storing information. The term "machine-readable medium" includes, but is not limited to portable or fixed storage devices, optical storage devices, wireless channels, and/or various other mediums capable of storing, containing or carrying instruction(s) and/or data.

Furthermore, embodiments may be implemented by hardware, software, scripting languages, firmware, middleware, microcode, hardware description languages, and/or any combination thereof. When implemented in software, firmware, middleware, scripting language, and/or microcode, the program code or code segments to perform the necessary tasks may be stored in a machine readable medium such as a storage medium. A code segment or machine-executable instruction may represent a procedure, a function, a subprogram, a program, a routine, a subroutine, a module, a software package, a script, a class, or any combination of instructions, data structures, and/or program statements. A code segment may be coupled to another code segment or a hardware circuit by passing and/or receiving information, data, arguments, parameters, and/or memory contents. Information, arguments, parameters, data, etc. may be passed, forwarded, or

8

transmitted via any suitable means including memory sharing, message passing, token passing, network transmission, etc.

Implementation of the techniques described above may be done in various ways. For example, these techniques may be implemented in hardware, software, or a combination thereof. For a hardware implementation, the processing units may be implemented within one or more application specific integrated circuits (ASICs), digital signal processors (DSPs), digital signal processing devices (DSPDs), programmable logic devices (PLDs), field programmable gate arrays (FPGAs), processors, controllers, micro-controllers, microprocessors, other electronic units designed to perform the functions described above, and/or a combination thereof.

For a software implementation, the techniques, processes and functions described herein may be implemented with modules (e.g., procedures, functions, and so on) that perform the functions described herein. The software codes may be stored in memory units and executed by processors. The memory unit may be implemented within the processor or external to the processor, in which case the memory unit can be communicatively coupled to the processor using various known techniques.

While the principles of the disclosure have been described above in connection with specific apparatuses and methods, it is to be clearly understood that this description is made only by way of example and not as limitation on the scope of the disclosure.

The invention claimed is:

1. A management system for monitoring a remotely located vehicle, the management system comprising:
   a data receiver configured to wirelessly receive location information from the remotely located vehicle; and
   a display configured to simultaneously present a planned route configured for the remotely located vehicle before travel and a driven route of the vehicle determined from the location information from the vehicle.

2. The management system for monitoring the remotely located vehicle as recited in claim 1, further comprising an application configured to determine hours of service for a driver of the vehicle.

3. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is further configured to display hours of service for a driver of the vehicle based upon the location information.

4. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is further configured to display a speed of the vehicle determined from the location information.

5. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is further configured to display an accident trigger.

6. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is further configured to display weather for the location of the remotely located vehicle.

7. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is further configured to display audio and/or video captured at the vehicle.

8. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is configured to replay a sequence of images corresponding to conditions for different times at the remotely located vehicle.

9. The management system for monitoring the remotely located vehicle as recited in claim 1, wherein the display is configured to automatically display at least two of: location

Exhibit 6
Page 129

US 7,725,216 B2

9

progression, speed as a function of time, weather as a function of time, hours of service as a function of time, video, daylight status, or vehicle telemetry.

**10.** The management system for monitoring the remotely located vehicle as recited in claim **1**, wherein the data receiver receives the location information using a satellite link.

**11.** The management system for monitoring the remotely located vehicle as recited in claim **1**, wherein the data receiver receives the location information using a wireless terrestrial data network.

**12.** A method for monitoring a remotely located movable body remotely, the method comprising steps of:
wirelessly receiving location information from the remotely located movable body;
presenting simultaneously a planned route configured for the remotely located movable body before travel and a traveled route of the remotely located movable body determined from the location information.

**13.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, further comprising a step of determining hours of service for a driver of the remotely located movable body.

**14.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, further comprising a step of displaying a speed of the remotely located movable body over time.

**15.** The method for monitoring the remotely located movable body as recited in claim **12**, further comprising a step of displaying an accident trigger relative to time.

**16.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, further comprising a step of displaying weather for the location of the remotely located movable body over time.

**17.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, further comprising a step of displaying audio and/or video captured at the remotely located movable body.

**18.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, wherein the remotely located movable body is a vehicle.

**19.** The method for monitoring the remotely located movable body remotely as recited in claim **12**, further comprising a step of displaying at least two of: location progression, speed as a function of time, weather as a function of time, hours of service as a function of time, video, daylight status, or movable body telemetry.

**20.** A management apparatus for monitoring a remotely located vehicle or movable body, the management apparatus comprising:
a data receiver configured to receive location information from the remotely located vehicle or movable body; and
a display configured to simultaneously present hours of service for a user associated with the remotely located vehicle or movable body, a planned route configured for the remotely located vehicle or movable body before travel, and a traveled route of the remotely located vehicle or movable body, determined from the location information from the remotely located vehicle or movable body.

**21.** The management apparatus for monitoring the remotely located vehicle or movable body as recited in claim **20**, wherein the display is farther configured to display a speed of the remotely located vehicle or movable body over time.

**22.** The management apparatus for monitoring the remotely located vehicle or movable body as recited in claim

10

**20**, wherein the display is farther configured to display an accident trigger relative to time.

**23.** The management apparatus for monitoring the remotely located vehicle or movable body as recited in claim **20**, wherein the display is farther configured to display weather for the location of the remotely located vehicle or movable body over time.

**24.** The management apparatus for monitoring the remotely located vehicle or movable body as recited in claim **20**, wherein the display is farther configured to display audio and/or video captured at the remotely located vehicle or movable body.

**25.** The management apparatus for monitoring the remotely located vehicle or movable body as recited in claim **20**, wherein the display is farther configured to display at least two of: location progression, speed as a function of time, weather as a function of time, hours of service as a function of time, video, daylight status, or vehicle or movable body telemetry.

**26.** A vehicle management apparatus for monitoring a vehicle remotely, the vehicle management apparatus comprising:
means for receiving location information from the vehicle; and
means for simultaneously presenting a planned route determined for the vehicle before travel of a driven route and the driven route determined from the location information from the vehicle.

**27.** The vehicle management apparatus for monitoring the vehicle remotely as recited in claim **26**, wherein the means for simultaneously presenting is further configured to display a speed of the vehicle over time.

**28.** The vehicle management apparatus for monitoring the vehicle remotely as recited in claim **26**, wherein the means for simultaneously presenting is further configured to display an accident trigger relative to time.

**29.** The vehicle management apparatus for monitoring the vehicle remotely as recited in claim **26**, wherein the means for simultaneously presenting is further configured to display weather for the location of the vehicle over time.

**30.** The vehicle management apparatus for monitoring the vehicle remotely as recited in claim **26**, wherein the means for simultaneously presenting is further configured to display audio and/or video captured at the vehicle.

**31.** The vehicle management apparatus for monitoring the vehicle remotely as recited in claim **26**, wherein the means for simultaneously presenting is further configured to display at least two of: location progression, speed as a function of time, weather as a function of time, hours of service as a function of time, video, daylight status, or vehicle telemetry.

**32.** A machine-readable medium having machine-executable instructions configured to monitor a vehicle remotely, the machine-readable medium comprising machine executable instructions for:
wirelessly receiving location information from the vehicle; and
simultaneously presenting a driven route of the vehicle determined from the location information from the vehicle and a planned.

**33.** The machine-readable medium having machine-executable instructions configured to monitor the vehicle remotely as recited in claim **32**, further comprising machine-executable instructions for determining hours of service for a driver of the vehicle.

**34.** The machine-readable medium having machine-executable instructions configured to monitor the vehicle

Exhibit 6
Page 130

US 7,725,216 B2

11

remotely as recited in claim **32**, further comprising machine-executable instructions for displaying a speed of the vehicle over time.

**35**. The machine-readable medium having machine-executable instructions configured to monitor the vehicle remotely as recited in claim **32**, further comprising machine-executable instructions for displaying an accident trigger relative to time.

**36**. The machine-readable medium having machine-executable instructions configured to monitor the vehicle

12

remotely as recited in claim **32**, further comprising machine-executable instructions for displaying weather for the location of the vehicle over time.

**37**. The machine-readable medium having machine-executable instructions configured to monitor the vehicle remotely as recited in claim **32**, further comprising machine-executable instructions for displaying audio and/or video captured at the vehicle.

\* \* \* \* \*

**Exhibit 6**
**Page 131**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,725,216 B2                                    Page 1 of 1
APPLICATION NO.     : 11/521841
DATED               : May 25, 2010
INVENTOR(S)         : Kim

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 09, line 52, claim 20: "simultaneouslv" to read as --simultaneously--

Column 09, line 62, claim 21: "farther" to read as --further--

Column 10, line 01, claim 22: "farther" to read as --further--

Column 10, line 05, claim 23: "farther" to read as --further--

Column 10, line 10, claim 24: "farther" to read as --further--

Column 10, line 15, claim 25: "farther" to read as --further--

Column 10, line 60, claim 32: "a planned." to read as --a planned route.--

Signed and Sealed this
First Day of May, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

**Exhibit 6**
**Page 132**

Exhibit 7



US009147335B2

(12) **United States Patent**
    Raghunathan et al.

(10) **Patent No.:**     **US 9,147,335 B2**
(45) **Date of Patent:**     **Sep. 29, 2015**

(54) **SYSTEM AND METHOD FOR GENERATING REAL-TIME ALERT NOTIFICATIONS IN AN ASSET TRACKING SYSTEM**

(71) Applicant: **Omnitracs, LLC**, San Diego, CA (US)

(72) Inventors: **Sudarshan Raghunathan**, San Diego, CA (US); **Chung Hung Lee**, San Diego, CA (US); **James A. Sassen**, San Diego, CA (US)

(73) Assignee: **OMNITRACS, LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 24 days.

(21) Appl. No.: **13/718,798**

(22) Filed: **Dec. 18, 2012**

(65) **Prior Publication Data**

US 2013/0162425 A1     Jun. 27, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/579,228, filed on Dec. 22, 2011.

(51) **Int. Cl.**
    *G08B 23/00*     (2006.01)
    *G08G 1/00*     (2006.01)
    *G08G 1/01*     (2006.01)
    *G08G 1/0967*     (2006.01)

(52) **U.S. Cl.**
    CPC .............. *G08B 23/00* (2013.01); *G08G 1/0129* (2013.01); *G08G 1/207* (2013.01); *G08G 1/0112* (2013.01); *G08G 1/0133* (2013.01); *G08G 1/096716* (2013.01); *G08G 1/096741* (2013.01); *G08G 1/096775* (2013.01)

(58) **Field of Classification Search**
    CPC .................. G08G 1/096716; G08G 1/096741; G08G 1/096775
    USPC ...................... 340/425.5, 517, 539.1, 539.11
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,400,246 A * | 3/1995 | Wilson et al. ................... 700/17 |
| 6,064,970 A | 5/2000 | McMillan et al. |
| 7,783,507 B2 | 8/2010 | Schick et al. |
| 7,880,609 B2 | 2/2011 | Viegers et al. |
| 2002/0184178 A1 | 12/2002 | Tasooji et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9505649 A1 | 2/1995 |
| WO | 2004104968 A1 | 12/2004 |

OTHER PUBLICATIONS

International Search Report and Written Opinion—PCT/US2012/071003—ISA/EPO—May 24, 2013.

(Continued)

*Primary Examiner* — Daryl Pope
(74) *Attorney, Agent, or Firm* — Arent Fox LLP

(57)     **ABSTRACT**

A system and method for generating real-time alert notifications includes a database for receiving in real-time at least one event, a processing engine for analyzing the at least one event with respect to a plurality of stored events, the processing engine also for determining whether the at least one event meets a defined condition, if the at least one event meets the defined condition, determining a prescriptive action and forwarding the prescriptive action to a user.

**22 Claims, 5 Drawing Sheets**



**Exhibit 7**
**Page 133**

**US 9,147,335 B2**

Page 2

(56)       **References Cited**

U.S. PATENT DOCUMENTS

2003/0114967 A1 * 6/2003 Good ............................. 701/29
2004/0236596 A1 * 11/2004 Chowdhary et al. .............. 705/1
2007/0214258 A1    9/2007 Karrapanan et al.
2007/0260363 A1 * 11/2007 Miller ............................ 701/2

OTHER PUBLICATIONS

PeopleNet's New Real-Time Paperless Driver/Vehicle Management Workflows Automate Performance Monitoring, Violation Management, Vehicle Inspection Reporting and CSA Compliance, Mar. 14, 2011.

* cited by examiner

**Exhibit 7**

**Page 134**

U.S. Patent

Sep. 29, 2015

Sheet 1 of 5

US 9,147,335 B2

Exhibit 7
Page 135



**FIG. 1**



FIG. 2

Exhibit 7
Page 136

Exhibit 7
Page 137



M/P=Messaging/Position Data
DS=Duty Status Event Data
CE=Critical Event Data
LDE=Location Delivery Efficiency Event Data

**FIG. 3**

Exhibit 7
Page 138



**FIG. 4**



**FIG. 5**

Exhibit 7
Page 139

US 9,147,335 B2

**1**

**SYSTEM AND METHOD FOR GENERATING REAL-TIME ALERT NOTIFICATIONS IN AN ASSET TRACKING SYSTEM**

CLAIM OF PRIORITY UNDER 35 U.S.C. §119

The present Application for Patent claims priority to Provisional Application No. 61/579,228 entitled "systems and methods for "SYSTEM AND METHOD FOR GENERATING REAL-TIME ALERT NOTIFICATIONS IN AN ASSET TRACKING SYSTEM", filed Dec. 22, 2011, and assigned to the assignee hereof and hereby expressly incorporated by reference herein.

DESCRIPTION OF THE RELATED ART

Systems for tracking, managing and maintaining a fleet of portable assets generally includes one or more systems for monitoring the location of the portable asset and one or more systems for monitoring various performance parameters of the portable asset and the individuals responsible for the portable asset. A system for monitoring the location of the portable asset may include a radio transceiver, a global positioning system (GPS) device, a terrestrial-based communication system such as a cellular network, or another type of communication device capable of periodically or continuously reporting its geographic location and other metrics relating to the portable asset to a receiving device. A system for monitoring the performance of the portable asset may include a number of sensors that collect and report vehicle performance data and a user interface for monitoring operator interaction with the portable asset.

In asset tracking systems, large volumes of real-time data pertinent to vehicle/asset location, vehicle/driver performance, and other data are continuously generated by devices located on the portable asset and uploaded to a back-end host system for processing and interpretation. The events and observations associated with this data can be related to several areas such as safety, compliance, fuel consumption, location efficiency/workflow, etc.

While this information can be correlated for viewing and consumption, a key challenge is to ensure that a user of the asset tracking system is presented with information that is most relevant to them at any particular instant. Relevant information can be considered that information which allows the user to take some action in response to the information. There is currently no effective way to provide timely, relevant notifications/action recommendations based on detected conditions (e.g., based on real-time events/observations) that require immediate attention by fleet owners. At present, a user of such a system often has to manually interpret these conditions and take the appropriate corrective action. Given the volume of incoming data and potential correlation between different kinds of events, this is an extremely difficult task. In an asset tracking application, it is desirable to be able to automatically review and analyze events and provide recommendations in real-time based on the analysis.

In the past, tracking and location systems have addressed a small portion of these issues, primarily related to predictive performance/user recommendations in a non real-time basis. Typically, existing systems interpret and pass events in real-time to dispatch systems. However, these systems do not interpret these events, nor do they add context based on cross-fleet information that is collected centrally.

SUMMARY

In an embodiment, a system for generating real-time alert notifications includes a database for receiving in real-time at least one event, a processing engine for analyzing the at least one event with respect to a plurality of stored events, the processing engine also for determining whether the at least one event meets a defined condition. If the at least one event meets the defined condition, the system determines a prescriptive action and forwards the prescriptive action to a user. Other systems and methods are also provided.

BRIEF DESCRIPTION OF THE DRAWINGS

In the figures, like reference numerals refer to like parts throughout the various views unless otherwise indicated. For reference numerals with letter character designations such as "**102***a*" or "**102***b*", the letter character designations may differentiate two like parts or elements present in the same figure. Letter character designations for reference numerals may be omitted when it is intended that a reference numeral encompass all parts having the same reference numeral in all figures.

FIG. **1** is a functional block diagram illustrating exemplary elements of a system for generating real-time alert notifications.

FIG. **2** is a schematic diagram illustrating in additional detail of the system for generating real-time alert notifications of FIG. **1**.

FIG. **3** is a graphical example showing an example of the organization of the data provided to the data warehouse of FIG. **2**.

FIG. **4** is a block diagram illustrating an embodiment of the system and method for generating real-time alert notifications.

FIG. **5** is a flowchart illustrating an example of a method for generating real-time alert notifications.

DETAILED DESCRIPTION

The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." Any aspect described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects.

In this description, the term "application" may also include files having executable content, such as: object code, scripts, byte code, markup language files, and patches. In addition, an "application" referred to herein, may also include files that are not executable in nature, such as documents that may need to be opened or other data files that need to be accessed.

The term "content" may also include files having executable content, such as: object code, scripts, byte code, markup language files, and patches. In addition, "content" referred to herein, may also include files that are not executable in nature, such as documents that may need to be opened or other data files that need to be accessed.

As used in this description, the terms "component," "database," "module," "system," and the like are intended to refer to a computer-related entity, either hardware, firmware, a combination of hardware and software, software, or software in execution. For example, a component may be, but is not limited to being, a process running on a processor, a processor, an object, an executable, a thread of execution, a program, and/or a computer. By way of illustration, both an application running on a computing device and the computing device may be a component. One or more components may reside within a process and/or thread of execution, and a component may be localized on one computer and/or distributed between two or more computers. In addition, these components may execute from various computer readable media having various data structures stored thereon. The components may com-

**Exhibit 7**
**Page 140**

US 9,147,335 B2

3

municate by way of local and/or remote processes such as in accordance with a signal having one or more data packets (e.g., data from one component interacting with another component in a local system, distributed system, and/or across a network such as the Internet with other systems by way of the signal).

FIG. 1 is a functional block diagram illustrating exemplary elements of a system for generating real-time alert notifications in an asset tracking system. In an embodiment, the system **100** includes fleets of vehicles, each fleet having at least one vehicle. However, typically, a fleet could include many tens, hundreds or thousands of vehicles. An example fleet is illustrated as having vehicles **102***a* and **102***b*. Additional fleets (not shown) are contemplated, but not shown. Each vehicle **102** is capable of bi-directional communication using, for example, a bi-directional communications module **103**. The bi-directional communications module **103** may include, for example, the capability for satellite communication, terrestrial communication, radio frequency (RF) communication and other communication methodologies. As an example only, each vehicle **102** is in bi-directional communication with a network management center (NMC) **108** over at least one communication channel. In the example shown in FIG. 1, each vehicle **102** is in bi-directional communication with the NMC **108** over a satellite-based communication system **104** and a terrestrial-based communication system **106**. A satellite communication system **104** and a terrestrial-based communication system **106** are known to those skilled in the art. Depending on many factors, data may be exchanged with the vehicles **102** using any combination of the satellite-based communication system **104** and the terrestrial-based communication system **106**. In an embodiment, many different types of data are collected and transferred from the vehicles **102** to the NMC **108** and from the NMC **108** to the vehicles **102**. Examples of such data include, but are not limited to, driver performance data, driver duty status, truck performance data, driver performance data, critical events, messaging and position data, location delivery data, and many other types of data. All of the information that is communicated to and from the vehicles **102** is processed via the NMC **108**. The NMC **108** can be thought of as a data clearinghouse that receives all data that is transmitted to and received from the vehicles **102**.

The system **100** also includes a data center **112**. The data center **112** illustrates one possible implementation of a central repository for all of the data received from each of the vehicles **102** across all of the fleets. As an example, as mentioned above, many different types of data are transmitted from the vehicles **102** to the NMC **108** and from the NMC **108** to the vehicles **102**. All of this data is transmitted via connection **111** to and from the data center **112**. The connection **111** may comprise any wired or wireless dedicated connection, a broadband connection, or any other communication channel configured to transport the data.

In an illustrative embodiment, the data center **112** comprises a number of application servers and data stores. Details of the operation of the application servers and data stores are omitted as they are known to those skilled in the art. Although not specifically mentioned, each application server and data store includes a processor, memory including volatile and non-volatile memory, operational software, a communication bus, an input/output mechanism, and other operational systems as known in the art.

For example only, a first application server is referred to as a services portal (SP) server **114**. The services portal server **114** receives, for example, messaging and positioning (M/P) data and/or location delivery efficiency (LDE) data and com-

4

municates this data over connection **116** to a data store **118**. The data store **118** stores the M/P data and the LDE data.

Another application server is referred to as the quick deployment center (QDC) server **122**. The quick deployment center server **122** receives, for example, critical event (CE) data from each of the vehicles **102**. This data is transmitted over connection **124** and stored in a data store **126**.

Another application server is referred to as the hours of service (HOS) server **128**. The HOS server **128** receives data related to, for example, duty status (DS) data such as the number of hours that a driver operates a vehicle **102**. This data is transferred over connection **132** and stored in the data store **134**. Importantly, each of the data stores **118**, **126** and **134** receive real-time disparate data from the NMC **108**. The term "disparate" refers to the nature of the different types of data. This real-time disparate data is communicated to a data warehouse **152**. The data store **118** communicates with the data warehouse over connection **142**, the data store **126** communicates with the data warehouse **152** over connection **144** and the data store **134** communicates with the data warehouse **152** over connection **146**. Importantly, each of the data transmitted over respective connections **142**, **144** and **146** represent disparate data that is communicated to the data warehouse **152**. It should be mentioned that although all servers are shown as residing in the data center **112**, each of the servers **114**, **122** and **128** may reside in other locations and be operatively coupled to the data store **152** in a distributed manner. Further, more or fewer servers may be associated with the data center **112**.

In an embodiment, the data warehouse **152** is organized in a multiple-database structure. In the example shown herein, the data warehouse **152** is organized into three different databases. A first database is referred to as the "stage" **154**, a second database **156** is referred to as the "operational data store (ODS)", and a third database **158** is referred to as a "data mart." Additional details of the organization of the data warehouse **152** will be described below. Further, other data structure organization models, such as, for example, a data grid, or another data storage model can be used. Importantly, it is the availability of the large amount of data collected over a large number of vehicles and a large number of fleets, over a long period of time that forms a historical database that is germane to the system for generating real-time alert notifications. The period of time may vary in duration, but is assumed to be sufficiently long so as to enable the collection of a history of data.

The data warehouse **152** communicates with an application referred to herein as an "analytics manager" **170**. In an embodiment, the analytics manager **170** communicates with the data mart **158** over connections **162** and **164** and implements a set of routines that process the historical data in the data **158** mart to provide real-time event notifications. The real-time event notifications can be considered to be "proactive" in that the data in the data mart **158** can be analyzed to determine a set of conditions, which, if met, can be used to formulate a proactive alert notification that can be forwarded to a driver, a dispatcher, a third party, or another entity via the NMC **108**. As an example, data relating to a subject driver's performance (e.g., number of hours on duty, lane departure events, etc.) and a history of all driver events in the vicinity of the subject driver can be analyzed and a proactive notification sent to the subject driver warning the subject driver to raise their awareness in that vicinity. The collected data can be evaluated and used to develop an evaluation of the risk to the subject driver and generate an appropriate alert notification. Among other factors, weather patterns, a history of incidents at particular locations, incidents related to a particular vehicle

Exhibit 7
Page 141

US 9,147,335 B2

**5**

design, and other data can be correlated with the subject driver data and used to develop the alert notification. In addition to the subject driver, historical data across an entire industry can be used to develop trends that can be used to perform the above-described evaluation and analysis.

The analytics manager **170** captures and provides this data in a usable format over connection **172** for display on a terminal device **174**. In an embodiment, the analytics manager **170** is an analysis engine and is associated with an execution system **180** over a system bus **182**. In an embodiment, the execution system **180** includes a processor **184**, a memory **186** and an event processing/notification software **188**. The memory **186** can store the routines that are associated with the event processing/notification software **188**, which are executed by the processor **184**. In an embodiment, the event processing/notification software **188** is implemented using computer code that is written in a software programming language and that forms a complex event processing engine. In an embodiment, the processor **184** can execute the stored routines to implement the functionality of the analytics manager **170** and the event processing/notification software **188** that are described herein. Although shown as residing within the data center **112**, the execution system **180** may reside elsewhere, and indeed may be implemented as a distributed system in which the memory **186**, the processor **184** and the event processing/notification software **188** are located in different places. The terminal device **174** can be a user interface portal, a web-based interface, a personal computer (PC), a laptop, a personal data assistant (PDA), a dedicated terminal, a dumb terminal, or any other device over which a user **176** can interact with and view the display provided by the terminal device **174**.

FIG. **2** is a schematic diagram illustrating in additional detail the organization of the data warehouse **152** of FIG. **1**. As mentioned above, disparate data from the services portal server **114**, quick deployment center server **122** and the hours of service server **128** are provided over respective connections **142**, **144** and **146** to the stage **154**. In addition, other real-time data are provided to the stage **154** over connection **202**. The examples of data provided herein are exemplary only. It should be mentioned that any data relating to fleet performance, vehicle performance, driver performance, location delivery performance, fuel efficiency, weather, location-specific incidents, and a number of other fleet vehicle performance parameters are all communicated to the stage **154** in real-time. All of the data received is replicated and updated in real-time in the stage **154**.

The data in the stage **154** is then operated on and organized into the operational data store **156** according to one or more scripts. As used herein, the term "script" refers to an instruction that provides information on how to organize and format data. As an example, a script provided by the operational data store **156** to the stage **154** is used to organize the data in the stage **154** into a format that is used in the operational data store **156**. The disparate data in the stage **154** is organized into a particular organized data structure in the ODS **156**. As an example, the organized data structure in the ODS **156** may be one that associates the disparate data with a predefined parameter, such as a particular driver, vehicle, event, etc.

An example of a script that loads critical event (CE) data from the stage **154** to the ODS **156** follows. As an example, six (6) critical event data entries (e.g., hard braking, stability, lane departure, manual, lane departure disable, following time violation) are identified in the stage **154**. A vehicle is then identified in the ODS **156** using, for example, a unique identifier such as a unified address (UA) that is associated with each bi-directional communications module **103** (FIG.

**6**

1). Then, the driver corresponding to the identified CE data entries is located by examining, for example, the HOS data events ((driver ID, on-duty driving, off-duty driving)/SP driver login event). Data relating to the vehicle speed can also be located in the stage **154** and placed in the ODS **156** and associated with that driver/event.

Once data is organized in the ODS **156**, the data mart **158** can provide a script that exposes relevant data in the ODS **156** and provides the data as a subset of the data in the ODS **156** in a further organized format in the data mart **158**. An example of a script that loads critical event (CE) data from the ODS **156** to the data mart **158** follows. As an example, a subset of four (4) critical event data entries (hard braking, stability, lane departure, manual) are identified in the ODS **156** and placed into a fact table in the DM **158**. Then, unique customer/vehicle/driver identification is used to identify the vehicles and drivers corresponding to the collected CE event data. The relevant CE event data are then loaded into the DM **158**. Group and fleet metrics are computed by aggregating information from the fact table in the data mart **158**. Industry level metrics are computed by aggregating information from event tables in the ODS **156**.

Once relevant data is available in the data mart **158**, and in accordance with an embodiment of the system and method for generating real-time alert notifications, the analytics manager **170** and the event processing/notification software **188** analyze the relevant data and provide one or more proactive alert notifications to an appropriate user role.

FIG. **3** is a graphical example **300** showing an example of the organization of the data provided to the data warehouse **152** of FIG. **2**. As mentioned above, disparate data is provided from the SP server **114**, the QDC server **122** and the HOS server **128** to the stage **154**. For example purposes only, the stage **154** is illustrated in FIG. **3** as comprising four tables of driver data. The four driver tables **302**, **304**, **306** and **308** are illustrated for example purposes only, whereas the stage **154** may include many other tables having all of the disparate data. In addition to data relating to a particular vehicle **102** (FIG. **1**) and a particular fleet, the data stored in the stage **154** represents all of the data available for a particular industry gathered over a period of time.

Each driver table **302**, **304**, **306** and **308** includes respective data entries **312**, **314**, **316** and **318**. In the example shown, each data element in the data entries relates to one of the four types of data used in the example of FIG. **3**. For example, in driver table 1, the entry "CE 4" refers to critical event data, and specifically refers to the fourth element of critical event data received by the stage **154**. Each data element is numbered consecutively for ease of explanation. As an example, driver table 1 **302** also includes a critical event (CE) data element "CE 1" as does each of the other driver tables **304**, **306** and **308**. The illustration of each data entry is meant to show the random and real-time nature of the way data is loaded into the stage **154**.

An example script organizes the data in the stage **154** into the operational data store **156**. The operational data store **156** is illustrated as including a driver table **322**. However, the driver table **322** in this example refers to a particular driver, referred to as driver "x". All of the data contained in driver table **322** relates to a particular driver. Driver table **322** includes data entries **324**. The data entries **324** are selected from the driver tables **302**, **304**, **306** and **308** according to an example script. In this instance, the script implemented by the ODS **156** pulls data events from those data entries **312**, **314**, **316** and **318** that relate to a particular driver, in this case driver "x", and places those data entries in the table **322**. In this manner, the raw data in the stage **154** is now organized in the

Exhibit 7
Page 142

US 9,147,335 B2

7

ODS **156** in a manner in which any data that pertains to, in this case, a particular subject driver is now shown and available to the data mart **158** in the table **322**. In this example, this organizational structure allows data relating to the subject driver "x" in table **322** to be compared against and correlated with other drivers and other parameters so as to be able to compare a particular entity (in this case, subject driver "x") against the entire industry, fleet, or other entity. Historical data relating to any number of parameters can also be analyzed to determine whether the subject driver, driver "x" in this example, should be sent a proactive alert notification based on the analyzed data.

The data mart **158** includes a fact table **332** having data entries **334**. The data entries **334**, in particular, the selected data entries "DS1," "DS2," and "LDE1" are a subset of the data entries **324** in the table **322** in the ODS **156**. The script implemented by the data mart **158** that loads data from the ODS **156** to the data mart **158** allows data optimization and a way of exposing relevant ODS data in the data mart **158** in an efficient way for querying and reporting. In this example, the entries **334** "DS1," "DS2," and "LDE1" are the relevant entries.

In an embodiment, the analytics manager **170** develops and sends its query over connection **162** to the data mart **158**, so as to obtain the data entries **334**, which are then provided over connection **164** to the analytics manager **170** to be displayed by the terminal device **174**.

FIG. **4** is a block diagram illustrating an embodiment of the system and method for generating real-time alert notifications. The system **400** generates real-time proactive alert notifications and recommendations to different user roles based on evaluation of trigger events, observations and historical data. The system **400** can be described using a state diagram **410** illustrating the various states of the analysis and processing performed by the analytics manager **170** and the event processing/notification software **188** (FIG. **1**). The system **400** tailors information based on user role/event context and provides proactive and real-time notifications/recommendations to all roles (including, for example, the dispatch role, the driver role, or a third party role). The system **400** is configured to trigger proactive, real-time notifications and/or recommendations to fleet owners, drivers, and other users of the system **400**. This is done dynamically by automatically evaluating trigger events and observations based on user role/context. In addition, these events, observations and summarized analysis can also be relayed to third parties, such as insurance firms, navigation providers, etc. The system **400** provides interested third parties a consistent, dynamic and ongoing collection and correlation of data related to specific geographic locations during identified time periods. Data will typically be used by third parties for purposes of understanding issues, event likelihood or other matters related to locations or movement of vehicles between locations. In addition, the system **400** provides a single source having a consistent methodology for data collection and correlation. The system **400** eliminates the need for collecting and interpreting data across numerous sources with differing methods and algorithms.

The system **400** tracks, correlates and analyzes trigger event data with other contextual or role based data to identify critical, near-critical, or other conditions for alerting a user, driver, or other role. In addition, the system **400** maintains a directory of prescriptive actions based on event type (that can be configured by a user, such as a customer) which the system can refine over time. On detection of these conditions, the system **400** can then alert the appropriate audience (driver, driver manager, etc.) and also suggest prescriptive actions based on the analyzed conditions and a directory of prescrip-

8

tive actions. The system **400** is based on the real-time aspect of event processing and alerting, and incorporates a historical collection of events to detect behavioral patterns and provide real-time prescriptive actions, also referred to as proactive notifications and alerts.

In an embodiment, in state **402**, the system **400** receives events and observations **416** relating to a vehicle, a driver, or a combination of vehicle and driver. In state **402**, the system uses the analytics manager **170** and the event processing/notification software **188** to analyze and evaluate the events/observations **416** as they flow through the system **400** by correlating the events/observations **416** with data relevant to the analysis to determine whether the analyzed events/observations **416** meet a defined condition. A defined condition may be one in which the events/observations **416** are considered to be such that an event notification is warranted. In each example, the relevant data is the data that pertains to the current analysis. In the example of safety data relating to a particular location, the relevant data can be data relating to the subject driver and parameters that currently or will soon likely affect the subject driver at the subject location. In the example of a driver approaching a historically dangerous intersection or area, the relevant data could be the history of accidents in that area, vehicle speed of vehicles involved in accidents in that area, driver time on duty, driver performance leading up to the moment in time that the driver is approaching the dangerous area, etc. Other analysis will use other data, depending on the desired analysis. For example, if it is desired to analyze load delivery performance, data relating to time of delivery, duration of delivery, driver efficiency for delivery, and other data relevant to load delivery can be analyzed. The relevant data is analyzed across all fleet data available in the data warehouse **152**. The data warehouse **152** (FIG. **2**) makes all of this data available for analysis by the analytics manager **170** and the execution system **180**.

In state **404**, and based on event type, different event conditions can be evaluated to determine whether to provide an alert or notification. The rules for evaluation can be predetermined or can be user-configurable. The rules for each analysis are provided by the event processing/notification SW **188** (FIG. **1**) via the analytics manager **170** (FIG. **1**). In an embodiment, the event processing/notification software **188** forms a complex event processing engine and includes logic for applying business rules to the data to obtain the desired analysis in real-time. In alternative embodiments, a user interface, which can be part of the analytics manager **170**, can be used to apply business rules to the data on a real-time, on-going basis and can be used to have a user-configurable system for analyzing the data and providing the appropriate alert notification. On the basis of the evaluation performed in state **404**, the system **400** can determine if there is an urgent/timely alert or notification, which would be sent at state **408**. The alert/notification could be sent to the vehicle or driver **412** as an event notification **418**; to the dispatch or user role **414** as an event notification **422**, or to a third party **424** as an alert notification **426**. Details on what the alert should entail, the audience for the alert, and the medium for the alert will be user configurable. The system **400** can determine the most relevant audience for the alerts and send the alert using a back-end dispatch system or directly over-the-air to the driver/vehicle **412** or other entity.

In state **406**, the system **400** maintains and accesses a directory **442** of prescriptive actions associated with different event types and trigger conditions. The directory **442** is accessible to the analytics manager **170** and, in an embodiment, can be maintained in or as part of the memory **186** located in the execution system **180**. At state **406**, the system **400** deter-

Exhibit 7
Page 143

US 9,147,335 B2

9

mines if there are recommended actions that can be taken based on the alert condition, and if so, at state **408** forwards these recommended actions to the correct entity.

A prescriptive action can be directed to a particular user of the system, such as a driver, a dispatcher and a third party. The prescriptive action can be based on a geographic location, on an analysis of the stored events, on a subject vehicle, on a subject driver, or on other events. Although not shown in FIG. **1**, in addition to being in bi-directional communication with the vehicle or driver **412**, the NMC **108** is also in bi-directional communication with a dispatch/user **414** and a third party **424**.

The recommended actions taken from the directory **442** of prescriptive actions could be maintained by the fleet owner and can be associated with specific event types. The system **400** can then lookup the recommended actions from the directory **442** based on events/observations **416** and, if applicable, user-defined thresholds, to determine the correct or appropriate prescriptive action. Further, the system **400** can track the impact of these recommended actions over time and provide feedback to fleet owners allowing them to adjust the prescriptive action directory as needed.

In addition to relaying these events and conditions to the various fleet roles (e.g., dispatch, driver, etc.), this information can also be provided anonymously and selectively sent to third parties through an integration service (not shown).

The data warehouse **152** maintains all safety related events across fleets (such as hard braking, roll stability, etc.). Based on this accumulated information, the system **400** can determine "dangerous" intersections, accident prone zones, etc. The system **400** can then define these zones as transient landmarks. When a vehicle enters these zones (e.g., as detected by a geoservices arrival event **428** from a geoservices system **432**), the system **400** can automatically trigger a notification **418** to the driver **412** of the vehicle and provide safe driving recommendations; correlating safety events with driver fatigue conditions, or detecting patterns of safety events for a group or fleet and notify drivers entering a safety zones accordingly. The system **400** can interpret the event and then add context.

For example, if a specific zone has a severe weather alert, the system **400** can proactively notify drivers who are close to the zone and provide a recommendation on how to modify driver behavior (e.g., slow down when going down a grade or stop and check brakes).

Since the data warehouse **152** maintains a record of individual driver performance and correlates safety events to driver duty cycles (current version correlates safety events to time of day), it could determine periods where the driver is most prone to commit a safety violation and potentially trigger a prescriptive notification to suggest rest, etc.

FIG. **5** is a flowchart **500** illustrating an example of a method for generating real-time alert notifications. The blocks in the flowchart can be performed in or out of the order shown, and in certain embodiments, can be performed in parallel. In block **502** data is received in real-time in the data warehouse **152**. The data pertains to driver performance data, driver duty status, truck performance data, driver performance data, critical events, messaging and position data, location delivery data, and many other types of data. The data can be collected and stored over a period of time to generate a database having historical trends.

In block **504**, the data is stored in the data warehouse **152**.

In block **506**, the analytics manager **170** and the event processing/notification software **188** analyze and evaluate the events/observations **416** as they flow through the system **400** by correlating the events/observations **416** with data relevant

10

to the analysis. The data is analyzed across all fleet data available in the data warehouse **152**.

In block **508**, and based on event type, different event conditions are evaluated to determine whether to provide an alert or notification.

In block **512**, the directory **442** of prescriptive actions associated with different event types and trigger conditions is queried to determine an appropriate event/notification based on the analysis performed in blocks **506** and **508**.

In block **514**, on the basis of the analysis, correlation and evaluation performed in blocks **506** and **508**, an urgent/timely alert or notification is sent.

In one or more exemplary aspects, the functions described may be implemented in hardware, software, firmware, or any combination thereof. If implemented in software, the functions may be stored on or transmitted as one or more instructions or code on a computer-readable medium. Computer-readable media include both computer storage media and communication media including any medium that facilitates transfer of a computer program from one place to another. A storage media may be any available media that may be accessed by a computer. By way of example, and not limitation, such computer-readable media may comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that may be used to carry or store desired program code in the form of instructions or data structures and that may be accessed by a computer.

Also, any connection is properly termed a computer-readable medium. For example, if the software is transmitted from a website, server, or other remote source using a coaxial cable, fiber optic cable, twisted pair, digital subscriber line ("DSL"), or wireless technologies such as infrared, radio, and microwave, then the coaxial cable, fiber optic cable, twisted pair, DSL, or wireless technologies such as infrared, radio, and microwave are included in the definition of medium.

Disk and disc, as used herein, includes compact disc ("CD"), laser disc, optical disc, digital versatile disc ("DVD"), floppy disk and blu-ray disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers. Combinations of the above should also be included within the scope of computer-readable media.

Although selected aspects have been illustrated and described in detail, it will be understood that various substitutions and alterations may be made therein without departing from the spirit and scope of the present invention, as defined by the following claims.

What is claimed is:

**1**. A system for generating real-time alert notifications, comprising:

a database for receiving in real-time at least one event; and

a processing engine for analyzing the at least one event with respect to a plurality of stored events, the processing engine being further for:

determining whether the at least one event meets a defined condition;

if the at least one event meets the defined condition, selecting a prescriptive action from a directory of prescriptive actions, and generating in real-time a proactive alert notification with the prescriptive action for a user, wherein the prescriptive action is tailored based on a user role and contextual data related to the at least one event; and

forwarding the prescriptive action to the user.

**2**. The system of claim **1**, wherein the at least one event relates to vehicle performance or driver performance in an asset tracking system.

Exhibit 7

Page 144

US 9,147,335 B2

11

**3**. The system of claim **1**, wherein the user is selected from a driver, a dispatcher and a third party.

**4**. The system of claim **1**, wherein the prescriptive action is based on a geographic location.

**5**. The system of claim **1**, wherein the plurality of stored events are collected over a period of time.

**6**. The system of claim **5**, wherein the prescriptive action is based on an analysis of the plurality of stored events and a subject vehicle.

**7**. The system of claim **5**, wherein the prescriptive action is based on an analysis of the plurality of stored events and a subject driver.

**8**. A method for providing real-time alert notifications, comprising:

receiving in real-time at least one event;

analyzing the at least one event with respect to a plurality of stored events;

determining whether the at least one event meets a defined condition;

if the at least one event meets the defined condition, selecting a prescriptive action from a directory of prescriptive actions, and generating in real-time a proactive alert notification with the prescriptive action for a user, wherein the prescriptive action is tailored based on a user role and contextual data related to the at least one event; and

forwarding the prescriptive action to the user.

**9**. The method of claim **8**, wherein the at least one event relates to vehicle performance or driver performance in an asset tracking system.

**10**. The method of claim **8**, wherein the user is selected from a driver, a dispatcher and a third party.

**11**. The method of claim **8**, wherein the prescriptive action is based on a geographic location.

**12**. The method of claim **8**, wherein the plurality of stored events are collected over a period of time.

**13**. The method of claim **12**, wherein the prescriptive action is based on an analysis of the plurality of stored events and a subject vehicle.

12

**14**. The method of claim **12**, wherein the prescriptive action is based on an analysis of the plurality of stored events and a subject driver.

**15**. The method of claim **8**, wherein the prescriptive action is selected based on the at least one event.

**16**. The method of claim **8**, wherein the user is a driver of a vehicle, and wherein the proactive alert notification is sent to the driver while operating the vehicle.

**17**. A system for generating real-time alert notifications in an asset tracking application, comprising:

a database for receiving in real-time at least one event related to an asset tracking application; and

a processing engine for analyzing the at least one event with respect to a plurality of stored events, the plurality of stored events relating to asset tracking, the processing engine being further for:

determining whether the at least one event meets a defined condition;

if the at least one event meets the defined condition, selecting a prescriptive action from a directory of prescriptive actions, and generating in real-time a proactive alert notification with the prescriptive action for a user, wherein the prescriptive action is tailored based on a user role and contextual data related to the at least one event; and

forwarding the prescriptive action to the user.

**18**. The system of claim **17**, wherein the at least one event relates to vehicle performance or driver performance.

**19**. The system of claim **17**, wherein the user is selected from a driver, a dispatcher and a third party.

**20**. The system of claim **17**, wherein the prescriptive action is based on a geographic location.

**21**. The system of claim **17**, wherein the plurality of stored events are collected over a period of time.

**22**. The system of claim **21**, wherein the prescriptive action is based on an analysis of the plurality of stored events and a subject vehicle.

\* \* \* \* \*

**Exhibit 7**
**Page 145**

# Exhibit 8

# CUSTOMER SUCCESS STORY

 + 

Velocity Truck Rental & Leasing is built on eliminating customers' inherent business risks associated with managing and operating a fleet while providing highly responsive, personalized service. They offer customized, flexible solutions utilizing the latest technology to partner with customers and promote their success in today's rapidly evolving business environment.

Platform Science was implemented at VTRL to satisfy the need for an upgraded telematics system, architected to support future IoT technology needs.



## THE CHALLENGES

VTRL was in need of enhanced tracking and reporting of their assets, as well as the desire for custom reports for their unique business in the rental and leasing segment. Translated vehicle fault functionality was also requested to help make better decisions regarding solutions for vehicle breakdowns and to arrive at best practices to serve their customers.

## THE BENEFITS

By partnering with Platform Science, VTRL has benefitted in many ways:

- Enhanced equipment location and tracking
- Simplified access to data such as fuel usage, mileage, and engine hours
- Eliminated manual processes
- Saved time in the billing process
- Gained independence in administering their program

## THE ROAD AHEAD

Ultimately, Platform Science will support both telematics in their J1939 heavy duty systems as well as their light and medium duty systems, blending them both under one platform that will allow flexibility and simplicity. And with the implementation of Platform Science, VTRL will also be positioned to add tablets and mobile applications to their in-cab experience to enhance any driver experience.

*"Partnering and working with the Platform Science Team has been a terrific experience. Everyone has been very helpful in learning to understand our needs for an enhanced telematics system that meets our challenges as well as provide good collaborative solutions to those needs."*

**- Ray Eastwood, VTRL Service Operations Manager**



LEARN MORE
info@platformscience.com
1.844.4.PLT.SCI (1.844.475.8724)
www.platformscience.com

**Exhibit 8**
**Page 146**

Exhibit 9

Contact Velocity Truck Rental & Truck Leasing in California and Arizona. City of Industry | San Diego | Fontana | Rancho Dominguez | Toll...

## Locations

Click on a location on the map to see the local store phone # and directions.



(https://maps.google.com/maps?ll=32.874907,-117.350673&z=9&t=m&hl=en-US&gl=US&mapclient=apiv3)

**Exhibit 9**
**Page 147**

Contact Velocity Truck Rental & Truck Leasing in California and Arizona. City of Industry | San Diego | Fontana | Rancho Dominguez | Toll…

Copyright © Velocity Truck Rental & Leasing. All rights reserved.



(/ourlocations) (/contactus) (/career) (/fleet-services) (/truck-leasing) (/truck-rental) (/privacypolicy) (/truck-type/box-truck-26-foot-non-cdl) (/truck-type/22-and-24-foot-refrigerated-truck-non-cdl) (/truck-type/stake-bed-trucks) (/truck-type/box-truck-16-foot-non-cdl) (/truck-type/16-foot-refrigerated-truck-non-cdl) (/truck-type/tandem-axle-sleeper-tractor) (/truck-type/tandem-axle-day-cab-tractor) (/truck-type/single-axle-day-cab-tractor) (/truck-rental-in-california) (/truck-rental-in-arizona)

**Exhibit 9**
**Page 148**

Exhibit 10



# CONNECTED VEHICLE PLATFORM

## CONTROL YOUR TECHNOLOGY, FUTURE-PROOF YOUR FLEET

VIEW DEMO

## CONTROL YOUR FLEET MANAGEMENT TECHNOLOGY TO MEET YOUR EVOLVING BUSINESS NEEDS

Control your fleet management technology with Platform Science solutions that fit your business needs. You can get started with an express solution, or configure a customized solution to meet your enterprise-specific needs. Platform Science offers a path for your business to evolve, today and in the future.



### PLATFORM SCIENCE EXPRESS

Out-of-the-box solution that offers core telematics functionality; includes applications for Compliance, Safety and Productivity

### PLATFORM SCIENCE ENTERPRISE

Configurable solution that supports dynamic hardware configurations, partner integrations and extends to ecosystem innovations

## INTEGRATED HARDWARE-SOFTWARE

Platform Science integrated hardware-software solutions enable real-time data computing at the edge (i.e. on the vehicle).



### CONNECTED VEHICLE DEVICE

Turn your vehicle into an IoT hub with the connected vehicle device. All devices on the vehicle can be unified on a single data plan and can communicate with each other via the device Wi-Fi/BT/IO connectivity. Also provides optional camera support.

- Provides 4G connectivity to the vehicle and mobile devices
- Supports dual mode Wi-Fi to receive, store, process or transmit large data volumes
- Connects to vehicle bus and supports edge computing to allow real-time monitoring of critical events and key performance metrics

### IN-VEHICLE DISPLAY/TABLET

Designed for the mobile worker, the tablet gives drivers an easy-to-use, consumer-style interface to complete their daily workflow and compliance needs.

- Support for a range of approved devices
- Standardized integrations and single sign on
- Auto pairing in or outside vehicles



### CLOUD SERVICES

Empower your fleet managers with efficient workflows, robust reporting and a level of ground truth visibility with a few clicks of the mouse. All powered by best in class cloud infrastructure, security, scale, and redundancy.

- Intuitive enterprise compliance management
- Open API access to your fleets' data
- Customizable real-time and historical reporting

## ENTERPRISE IoT CONNECTIVITY

### ENABLING THE FUTURE OF YOUR FLEET



Exhibit 10
Page 149

PLATFORM SCIENCE

HOME     PLATFORM     FLEET MANAGEMENT APPS     PARTNER INTEGRATIONS     CONTACT US

## CONNECTED VEHICLE PLATFORM

The core of the Platform Science solution is the connected vehicle platform - an open, extensible platform architected to support the scale and functionality that your specific business needs. The platform architecture described below, gives your business the control and flexibility to manage hardware devices, fleet management apps and app-to-app integrations, while delivering superior in-cab driver experience.



### MOBILE DEVICE MANAGEMENT

Platform Science MDM allows you to manage, track, and configure all the smart devices in your vehicle, from tablets to telematics units to camera systems.

- Segmented management of driver experience
- Remote monitoring of device version/health
- Safety & security management

### MOBILE APP MANAGEMENT

The Mobile App Management service gives enterprises complete control over deploying new apps and managing updates.

- Core telematics, third-party & customer apps
- Fleet segmentation - right apps to the right drivers
- Real-time, over-the-air upgrades





### PLATFORM SERVICE SDK

The platform service SDK enables data sharing between apps on the tablet, extending capabilities of your fleet apps and those of third parties in real time.

- ELD, telematics & driver performance data
- Real-time engine bus data
- Edge computing for your apps

### DRIVER EXPERIENCE AND SECURITY

The ultimate in-vehicle experience for drivers provides your most valuable assets with powerful tools to do their job faster, more efficiently and enjoyably with the layers of security that the world of IoT demands.

- Eliminate duplicate data entry
- Consumer-style look and feel
- Personalized driver home screen



**PLANNING FUTURE TECHNOLOGY FOR YOUR FLEET?**

Contact us today to configure your suite of platform, 3rd party and internal applications today.

CONTACT US

CAREERS     CUSTOMER SPOTLIGHT     DEVELOPER PORTAL     RECENT NEWS     EVENTS     CUSTOMER SUPPORT

ACHIEVEMENTS     MEET THE TEAM

PLATFORM SCIENCE, 4225 EXECUTIVE SQUARE, SUITE 1400, LA JOLLA, CALIFORNIA 92037, UNITED STATES

©2020 Platform Science All Rights Reserved.

Exhibit 10
Page 150

# Exhibit 11



# PLATFORM
# SCIENCE

Enterprise ELD Manual - 2018

Electronic Logging Device compliance suite
for your connected vehicle management
platform



Version 2.0

**Exhibit 11**
**Page 151**



# Table of Contents

## Getting Started

**Quick Install Guide**
Overview
**ELD Components**
Connected Vehicle Device
Tablet
Cables
Antennas

## ELD Software

**Preparing to Drive**
Secure Login
Join Team / Add Co-Driver
**Using HOS**
Changing Duty Status
Edit Duty Status
Add Activities
Certifying Logs
Accepting Back Office Edits
Viewing Timers
DOT Inspection
Email / Wireless Web Services
Data Diagnostics and
Compliance Malfunctions
**More Features**
Notifications
Unassigned Driving
Violations

## Support

Technical
Driver

**Exhibit 11**
**Page 152**



Getting Started

**Exhibit 11**
**Page 153**

ELD
# QUICK INSTALL GUIDE

## Overview

Before hitting the road with the PS ELD application, confirm these quick reference steps to ensure your hardware is setup and ready to go.



 Connected Vehicle Device (CVD) installed behind the center-left overhead compartment with approved antenna options.

 Vehicle BUS cable and adaptor run from the diagnostic port up the A-pillar and directly into the CVD.



 Tablet in docking cradle connected to CVD via WiFi. Power tablet directly from an approved embedded power source.

 Installation best practices vary from vehicle to vehicle. For detailed instructions specific to your make/model, contact your dedicated support representative.

*Enterprise fleet installation shown. Multiple configurations available.*

**Exhibit 11**
**Page 154**



ELD

# ELD COMPONENTS



**01** PS Connected Vehicle
Device (CVD)

PS 5000C



**02** PS 8.0" Android Tablet

PS 800W or Samsung Tab A



**03** PS Vehicle Bus Adapter

PS 134165



**04** PS Vehicle Bus Cable

PS V07



**05** PS All-in-one Antenna

PS 220.A.01



**06** PS Dedicated Tablet Charger

PS V016

**Exhibit 11**
**Page 155**



# ELD Software Guide

**Exhibit 11**
**Page 156**

ELD
# PREPARING TO DRIVE

 ## Secure Login

All users will be provided a unique username and
password.

To login to your account:
1.    Enter your username and password
2.    Tap LOGIN

 ## Join Team / Add Co-Driver

PS ELD provides the ability to join a team or add a
co-driver.

To join a team:
1.    Tap JOIN TEAM
2.    Enter the username and password of the
       co-driver
3.    Tap LOGIN

*To join a team or add a co-driver, one of the team
members must already be logged in.*





Exhibit 11
Page 157

ELD
# USING HOS

 Changing Duty Status

Once you have logged into the Tablet, you will be able to change your duty status.

To change your duty status:

1. Tap the duty status icon in the top right corner
2. Choose a duty status from the list
3. Confirm status change

*The system will go into Drive automatically when driving is detected. The status will change from Driving to On Duty automatically when the vehicle is no longer in motion.*



**Exhibit 11**
**Page 158**

ELD
# USING HOS

  Editing a Duty Status

PS ELD makes it easy to edit or change any duty status.

To edit a status:

1.     Tap the OVERVIEW tab
2.     Tap the status that you would like to edit
3.     Make the appropriate changes and tap SAVE STATUS

*Any edits to a driver's records require driver certification and written explanation. The system does not allow anyone to alter or erase information originally collected for driver ELD records.*



## Add Activities

Drivers have the ability to add activities to individual statuses.

To add an Activity:

1.     Tap ADD ACTIVITIES in the duty status that you would like to edit
2.     Select any activities that you would like to add
3.     Use the slider bar to add time when appropriate
4.     Tap SAVE ACTIVITIES



**Exhibit 11**
**Page 159**

ELD

# USING HOS

### 1  Certifying Logs

The FMCSA requires drivers to verify that their HOS logs are accurate and correct. Certification of driver records is required at the end of each 24-hour period .

To certify driver logs:

1. Within the HOS app, select the REVIEW tab
2. Tap CERTIFY HOS LOGS
3. Tap CERTIFY to certify your logs

### 2  Accepting Back Office Edits

Any changes made to a driver's logs by a back office require the driver to review the suggested edits, and choose to either accept or reject those edits.

To view and accept or reject edits:

1. Tap VIEW SUGGESTED EDITS
2. Review the edits
3. Tap ACCEPT to verify or REJECT to dismiss





**Exhibit 11**
**Page 160**

ELD
# USING HOS

## Viewing Timers

To view the timer details simply tap the DOT HOS timer in the top right corner of the Tablet.

**1  DOT**
All DOT timers are conveniently tracked for the driver, including: 30 minute, 11 hour, 14 hour, and 60/70 hour timers.

**2  Hours Gained Back**
Drivers have the ability to view the amount of time they will be gaining back over the next 2 days.

**3  HOS Recap Period**
Drivers can easily view hours driven and time spent on-duty over the last 8 days.

**4  Breaks**
When available, the system includes timers for breaks.



*Timers can vary based on the driver's work schedule.*

**Exhibit 11**
**Page 161**

ELD
# USING HOS

## 1  DOT Inspection

PS ELD makes roadside inspection easy for the driver and
for the DOT officer. Drivers have the ability to display
inspection logs on the Tablet for viewing.

To Begin a DOT Inspection:
1.   Navigate to the HOS tab
2.   Tap BEGIN DOT INSPECTION



## 2  Email / Wireless Web Services

If requested, the driver can easily email or use wireless web services to
send HOS logs.

To wirelessly transfer logs:
1.   Within the HOS tab, tap SEND HOS LOGS
2.   Choose to either email or use the wireless web service feature
3.   Add any comments and allow the DOT officer to add necessary
     comments
4.   Tap SEND LOGS



**Exhibit 11**
**Page 162**

ELD
# USING HOS



## Data Diagnostics and Compliance Malfunctions

The PS ELD utilizes state-of-the-art Data Diagnostics to detect malfunctions and then alert the driver.

Malfunctions occur when data from the engine is not being received by the tablet or the connected vehicle device.

In the event of a malfunction:

1. A warning will appear notifying the driver of the malfunction and any actions the driver should take.
2. Follow the directions on the Tablet to continue.

*Malfunctions may be very brief. Do not tamper with the Tablet as the device is setup to automatically resolve most issues.*



**Exhibit 11**
**Page 163**

ELD
# MORE FEATURES

## Additional HOS features

The Platform Science HOS app comes with a wide range of features that make
driving safer, informed, and more convenient for all users.

 **Notifications**
Notifications in the status bar display incoming
messages, warnings, violations and more.

 **Unassigned Driving**
PS ELD detects when a truck is moving without a driver
logged in (when applicable). The back office has the
ability to view unassigned driving events and then
easily assign those events to drivers.

**3** **Violations**
PS ELD communicates with each other to notify the
driver whenever there is a driving violation, which
include anything from expired timers to excessive
speed.



**Exhibit 11**
**Page 164**



Support

**Exhibit 11**
**Page 165**



ELD
## SUPPORT

### Technical
**+1 (844) 326-3353**

Platform Science offers enterprise support and technical services. We work directly with clients and resellers to make sure all aspects of the platform are operational and perform to the highest standards.

### Driver
**+1 (844) 326-3353**

Based on fleet size and configuration we offer multiple support tiers to drivers. Our 24-hour support provides general assistance, help desk and technical support.

PLATFORM
S C I E N C E

www.platformscience.com

16  |  2018 Platform Science

**Exhibit 11**
**Page 166**



# PLATFORM
# SCIENCE

MAKING TRANSPORTATION SMARTER

Enabling the digital supply chain by creating a
transformative IoT ecosystem for the transportation industry.



**Exhibit 11**
**Page 167**

Exhibit 12

Platform Science :: Fleet Management Apps - ELD and So Much More — Platform Science



## CONFIGURE YOUR DRIVER'S OVERALL APP EXPERIENCE

Configure your driver's app experience with apps from the platform, 3rd party or your own. Stay compliant, improve performance and enhance driver satisfaction with modern suite of Compliance, Productivity and Safety applications. Developed in collaboration with drivers, fleet managers, back-office staff, and designed for a rich, user-friendly experience, these applications enhance usability for drivers and other supporting teams.

https://www.platformscience.com/application-suite

**Exhibit 12**

**Page 168**

Platform Science :: Fleet Management Apps - ELD and So Much More — Platform Science







### COMMUNICATION & TELEMATICS

Monitor assets and drivers with real-time communication, two-way messaging, and location tracking.

- Driver messaging/chat
- Asset tracking
- Vehicle disable

### CERTIFIED ELD

Comply with regulatory mandates for electronic logs, driver hours, state time tracking, and fuel tax.

- Activity & State time tracking
- IFTA state tax reporting
- Contextual UDT management

### DRIVER SAFETY & PERFORMANCE

Proactively manage driver safety and performance with real-time driver behavior monitoring.

- Critical event reporting
- Driver performance monitoring
- Collision mitigation







### DRIVER WORKFLOW

Modify your field/layout any time while optimizing your driver's day by delivering the context relevant workflow experience they deserve.

- Proof of delivery
- Dynamic form management

### DVIR

Maintain accurate vehicle inspection reports custom tailored to your fleet's operation.

- Defect only or full check flow
- Remotely configurable
- Optional photo support

### INSTALLATION & ROLLOUT

Installer mobile software with intuitive, step-by-step wizard, increased quality and back office visibility

- Digitally verified installs
- Real-time rollout dashboard
- Installer tracking/scoring

https://www.platformscience.com/application-suite

**Exhibit 12**
**Page 169**

Platform Science :: Fleet Management Apps - ELD and So Much More — Platform Science

- Future stop visibility







**TRAINING**

Give drivers the flexibility to complete important training on the go.

- Step-by-step training modules
- Visual, interactive training
- Insights and progress reports

**DRIVER COMMAND CENTER**

Easily navigate to apps, view widgets or get alerts from the tablet home screen.

- Quick links to apps
- Third-party widget support
- Customizable by line of business

**ROUTING & NAVIGATION**

Get the ease of use that smartphone users expect with the power of commercial-specific routing for vehicles of all classes.

- Offline support
- Fuel routing
- Third-party integrations

---

## FEATURED PARTNER APPLICATIONS





https://www.platformscience.com/application-suite

**Exhibit 12**
**Page 170**

Platform Science :: Fleet Management Apps - ELD and So Much More — Platform Science

 

---

### EXPAND YOUR SOLUTION WITH NEW CAPABILITIES.

Build on the core set of telematics applications with a rich portfolio of features in the app marketplace.

Easily download to add or replace any app, at any time you choose. Bring your own company-specific and driver-friendly apps to enhance overall driver experience and retention.



---

**PLANNING FUTURE TECHNOLOGY FOR YOUR FLEET?**

Contact us today to configure your suite of platform, 3rd party and internal applications today.

https://www.platformscience.com/application-suite

**Exhibit 12**

**Page 171**

Platform Science :: Fleet Management Apps - ELD and So Much More — Platform Science

CONTACT US

CAREERS     CUSTOMER SPOTLIGHT     DEVELOPER PORTAL     RECENT NEWS     EVENTS

CUSTOMER SUPPORT     ACHIEVEMENTS

PLATFORM SCIENCE, 4225 EXECUTIVE SQUARE, SUITE 1400, LA JOLLA, CALIFORNIA 92037, UNITED STATES

©2020 Platform Science All Rights Reserved.

**Exhibit 12**

**Page 172**

# Exhibit 13



CONTACT US

VIEW DEMO

## Contact Us

We're committed to customer success that extends to all aspects of the customer journey with Platform Science. And, we are passionate about the transportation industry, to work with customers and partners in bringing innovations to the industry. **Connect with us here and let us know how we can work together.**

Name *

First Name

Last Name

Company Name *

Email *

Fleet Size *

1-10

Message *

SUBMIT

**OUR OFFICE**

4225 Executive Square, Suite 1400,
La Jolla, CA 92037

**1.844.4.PLT.SCI**

(1.844.475.8724 🕿)



CAREERS      CUSTOMER SPOTLIGHT      DEVELOPER PORTAL      RECENT NEWS      EVENTS      CUSTOMER SUPPORT

ACHIEVEMENTS      MEET THE TEAM

PLATFORM SCIENCE, 4225 EXECUTIVE SQUARE, SUITE 1400, LA JOLLA, CALIFORNIA 92037, UNITED STATES

©2020 Platform Science All Rights Reserved.

Exhibit 13
Page 173

Exhibit 14



# ULTRAMAX™ GLASS
## High Performance Windshield Mount Antenna



ULTRAMAX GLASS is a windshield mount antenna equipped with four ports, designed specifically to provide high performance connectivity for Fleet and Public Safety vehicles and assets connecting to almost any vehicular router or modem. This antenna is offers up to two high gain cellular/LTE/MIMO antennas, which include support for LTE Band 14 for FirstNet, a high gain Wi-Fi and a GPS antenna inside a single robust and compact housing.

- 2 x Wideband Cellular/LTE Elements (MIMO)
- 1 x 2.4 & 4.9-6GHz Wi-Fi Elements (MIMO)
- 1 x GPS & GLONASS Element
- Four embedded antenna technologies that operate over multiple bands in one housing
- Leading LTE performance while in coexistence with multiple other embedded antenna technologies
- Lower profile and smaller footprint than competing solutions
- High gain provides bigger cellular footprint
- Available in black



Optimal MIMO
Performance for LTE



Compact and Robust
UV Resistant Housing



GPS



Customizable Cables
and Connectors to
Connect to Any Modem



Fast custom
turnaround time



Low loss cable
accessories

## Descriptions/Applications

The ULTRAMAX GLASS antenna builds on the best in class RF performance, leading design features, and extended operational life of our highly successful Fleet and Public Safety Antenna products. This antenna can be mounted on either the windshield or on the dashboard of any fleet or public safety vehicle.

## Standard Configuration

| AP-GL-CCWG-BL-10 | MIMO Cell/LTE x 2, Wi-Fi, & GPS, Adhesive Mount, SMA on Cell/LTE & GNSS, RP-SMA on Wi-Fi, Black, 10ft/3m coax |
| --- | --- |



ULTRAMAX™ GLASS

## Electrical Data

| | | | |
|---|---|---|---|
| Frequency Range | Elements 1 & 2 | 698-960/1700-2700 MHz | |
| | Element 3 | 2.4/4.9-6.0 GHz | |
| | Element 4 | 1575.42/1620 MHz | |
| Operational Bands | Elements 1 & 2 | LTE/Cellular | |
| | Element 3 | Wi-Fi | |
| | Element 4 | GPS L1/GLONASS G1 | |
| Peak Gain: Isotropic | Elements 1 & 2 | 698-960 MHz | 3.5 dBi |
| | | 1710-2700 MHz | 4.5 dBi |
| | Element 3 | 2.4 GHz, 5.5 GHz | 7 dBi, 5 dBi |
| | Element 4 | 30.5 dBi | |
| Isolation | Elements 1 & 2 | > 10 dB | |
| | Element 3 | > 30 dB | |
| Correlation Co-efficient | Elements 1 & 2 | < 0.1 | |

## Environmental Data

| | |
|---|---|
| Hazardous Substances | RoHS Compliant |
| Temperature | -40°C to 65°C (-40°F to + 149°F) Operating and Storage conformance to IEC 60068 |
| Humidity (Non-Condensing) | 5% to 96% Operating and Storage conformance to IEC 60068 |
| Military Spec | MIL-STD 810 conformance to vibration |

## Mounting Data

| | | |
|---|---|---|
| Dimensions | Height | 0.67" (17.02mm) |
| | Width | 2.26" (57.40mm) |
| | Length | 6.79" (172.47mm) |
| Color | | Black (BL) or White (WH) |

## Cable Data- Cell/LTE

| | |
|---|---|
| Type | CFD195 Low Loss |
| Diameter | 0.195" (4.953 mm) |
| Length | 1 feet (0.3 m) |
| Termination | SMA Male |

## Cable Data- Wi-Fi

| | |
|---|---|
| Type | CFD195 Low Loss |
| Diameter | 0.195" (4.953 mm) |
| Length | 1 feet (0.3 m) |
| Termination | RP-SMA Male |

## Cable Data- GNSS

| | |
|---|---|
| Type | RG-174U |
| Diameter | 0.100" (2.54 mm) |
| Length | 1 feet (0.3 m) |
| Termination | SMA Male |

## GPS Data - Ceramic Patch Antenna Specification

| | |
|---|---|
| Bandwidth | 1575.42 – 1602 MHz |
| Gain@Zenith | 2.5 dBi |
| Polarization | R.H.C.P. |
| Axial Ratio | 3.0 dB Typ. |

## GPS Data - LNA Specification

| | |
|---|---|
| Noise Figure | 1.2 dB |
| Gain | 28 dBi |
| Voltage | 3.3V~5.6V |
| Current | 9.6±1mA@3.3V |