UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OMNITRACS, LLC AND XRS
CORPORATION,

Plaintiffs,

v.

PLATFORM SCIENCE, INC.,

Defendant.

Case No.: 20-CV-958 JLS (MDD)

**ORDER VACATING HEARING**

(ECF No. 39)

Presently before the Court is Defendant's Motion to Stay Case Pending *Inter Partes* Review (ECF No. 39). On its own motion, the Court **VACATES** the hearing currently set for February 11, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 8, 2021

Hon. Janis L. Sammartino
United States District Judge

1

20-CV-958 JLS (MDD)