UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC and XRS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PLATFORM SCIENCE, INC.<br><br>Defendant. | Case No.: 20-cv-0958-JLS-MDD<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF MATTHEW E. CAREY AS COUNSEL**<br><br>(ECF No. 75) |

Presently before the Court is a Defendant Platform Science, Inc.'s Motion for Withdrawal of Matthew E. Carey as Counsel (ECF No. 75). The law firms of Fish & Richardson P.C. and King & Spalding LLP will continue to represent Defendant Platform Science, Inc. in this matter. Pursuant to Local Rule 83.3(f)(3) and good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court will update the docket to reflect the withdrawal of Mr. Carey and remove his name from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: April 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge