UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>PLATFORM SCIENCE, INC.,<br><br>                              Defendant. | Case No.: 20cv0958-JO-MDD<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE DEADLINE TO FILE JOINT MOTION FOR DETERMINATION OF A DISCOVERY DISPUTE**<br><br>[ECF No. 110] |

The parties jointly wrote the Court on March 30, 2022 to clarify the deadline to file a joint motion for determination of a discovery dispute. (ECF No. 110). The Court construes the parties' letter as a joint motion to continue the discovery dispute deadline set at ECF No. 74.

On March 24, 2021, the Court granted the parties' previous joint motion to extend the deadline for "[a]ny joint motion for determination of a discovery dispute regarding either party's responses to the First Set of Requests for Production or First Set of Interrogatories" requiring that any such motion "must be filed within 30 days of an order lifting the present stay." (ECF No.

74). Judge Ohta issued an order lifting the stay in this case on March 16, 2022. (*See* ECF No. 108).

The parties request that the 30-day deadline be counted from the date the Final Written Decision in IPR2021-00187 is received. (ECF No. 110). The parties explain that this timeline is consistent with their Joint Discovery Plan, which proposes the "Stay of Discovery is Lifted Upon receipt of the Final Written Decision in IPR2021-00187." (ECF No. 107).

The referenced Joint Discovery Plan has not been adopted by the Court. The stay was lifted on March 16, 2022. (ECF No. 108). Upon due consideration, the Court finds the parties have not shown good cause to extend the deadline to raise this discovery dispute. Accordingly, the parties' joint motion to extend the deadline is **DENIED**. Any joint motion for determination of a discovery dispute regarding either party's responses to the First Set of Requests for Production or First Set of Interrogatories must be filed **within 30 days of March 16, 2022**.

Defendant's Renewed Motion to Dismiss is currently pending before Judge Ohta. (ECF No. 109). Once the pleadings have been settled, an Early Neutral Evaluation Conference will be scheduled before Judge Dembin. Prior to the conference, the Court will require an updated Joint Discovery Plan. A Case Management Order Regulating Discovery and Other Pretrial Proceedings will be issued following the conference in the event a settlement is not reached.

**IT IS SO ORDERED.**

Dated: March 30, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge