Michael W. De Vries (S.B.N. 211001)
michael.devries@kirkland.com
Justin Singh (S.B.N. 266279)
justin.singh@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Adam R. Alper (S.B.N. 196834)
adam.alper@kirkland.com
Akshay S. Deoras (S.B.N. 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gianni Cutri (admitted *pro hac vice*)
gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for Plaintiffs Omnitracs, LLC and XRS Corporation*

[Additional counsel listed on signature page]

Christopher S. Marchese (S.B.N. 170239)
marchese@fr.com
Jason W. Wolff (S.B.N. 215819)
wolff@fr.com
Seth M. Sproul (S.B.N. 217711)
sproul@fr.com
Tim Rawson (S.B.N. 304755)
rawson@fr.com
Cheryl Wang (S.B.N. 323305)
cwang@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070

Brent P. Ray (admitted *pro hac vice*)
bray@kslaw.com
KING & SPALDING LLP
353 N. Clark Street
Chicago, IL 60623
Telephone: (312) 764-6925

*Attorneys for Defendant Platform Science, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC AND XRS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PLATFORM SCIENCE, INC.,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-0958-CAB-MDD<br><br>**JOINT MOTION FOR ORDER ENTERING AGREED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIAL**<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>Magistrate Judge: Hon. Mitchell D. Dembin |

1   Plaintiffs Omnitracs, LLC and XRS Corporation, and Defendant Platform
2   Science, Inc. respectfully jointly move the Court to enter the parties' Agreed
3   Protective Order. The parties' Agreed Protective Order is submitted concurrently
4   herewith Exhibit A.

6   DATED: June 23, 2022                    Respectfully submitted,

7                                            KIRKLAND & ELLIS LLP

8                                            */s/ Akshay S. Deoras*
9                                            Michael W. De Vries (S.B.N. 211001)
                                             michael.devries@kirkland.com
10                                           Justin Singh (S.B.N 266279)
                                             justin.singh@kirkland.com
11                                           KIRKLAND & ELLIS LLP
                                             555 South Flower Street, Suite 3700
12                                           Los Angeles, CA 90071
                                             Telephone: (213) 680-8400
13
14                                           Adam R. Alper (S.B.N. 196834)
                                             adam.alper@kirkland.com
15                                           Akshay S. Deoras (S.B.N. 301962)
                                             akshay.deoras@kirkland.com
16                                           KIRKLAND & ELLIS LLP
                                             555 California Street
17                                           San Francisco, CA 94104
                                             Telephone: (415) 439-1400
18
19                                           Gianni Cutri (admitted *pro hac vice*)
                                             gianni.cutri@kirkland.com
20                                           KIRKLAND & ELLIS LLP
                                             300 North LaSalle Drive
21                                           Chicago, IL 60654
                                             Telephone: (312) 862-2000
22
23                                           Leslie M. Schmidt (admitted *pro hac vice*)
                                             leslie.schmidt@kirkland.com
24                                           KIRKLAND & ELLIS LLP
                                             601 Lexington Avenue
25                                           New York, NY 10022
                                             Telephone: (212) 446-4800
26
27                                           *Attorneys for Plaintiffs Omnitracs, LLC and
                                             XRS Corporation*
28

|   |   |
|---|---|
| 1 | |
| 2 | FISH & RICHARDSON P.C. |
| 3 | /s/ Jason W. Wolff |
| | Christopher S. Marchese (S.B.N. 170239) |
| 4 | marchese@fr.com |
| | Jason W. Wolff (S.B.N. 215819) |
| 5 | wolff@fr.com |
| | Seth M. Sproul (S.B.N. 217711) |
| 6 | sproul@fr.com |
| | Tim Rawson (S.B.N. 304755) |
| 7 | rawson@fr.com |
| | Cheryl Wang (S.B.N. 323305) |
| 8 | cwang@fr.com |
| | FISH & RICHARDSON P.C. |
| 9 | 12860 El Camino Real, Suite 400 |
| | San Diego, CA 92130 |
| 10 | Telephone: (858) 678-5070 |
| 11 | KING & SPALDING LLP |
| 12 | /s/ Brent P. Ray |
| 13 | Brent P. Ray (admitted *pro hac vice*) |
| | bray@kslaw.com |
| 14 | KING & SPALDING LLP |
| | 353 N. Clark Street |
| 15 | Chicago, IL 60623 |
| | Telephone: (312) 764-6925 |
| 16 | |
| 17 | Angela Tarasi (admitted *pro hac vice*) |
| | atarasi@kslaw.com |
| 18 | Matthew Carey (admitted *pro hac vice*) |
| | mcarey@kslaw.com |
| 19 | King & Spalding LLP |
| | 1400 16th Street |
| 20 | 16 Market Square, Suite 400 |
| | Denver, CO 80202 |
| 21 | Telephone: (720) 626-2300 |
| 22 | *Attorneys for Defendant Platform Science, Inc.* |

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Executed on June 23, 2022.

                                              */s/ Akshay S. Deoras*
                                              Akshay S. Deoras

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on June 23, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED: June 23, 2022

KIRKLAND & ELLIS LLP

/s/ *Akshay S. Deoras*

*Attorneys for Plaintiffs Omnitracs, LLC and XRS Corporation*