Michael W. De Vries (S.B.N. 211001)
michael.devries@kirkland.com
Justin Singh (S.B.N. 266279)
justin.singh@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Adam R. Alper (S.B.N. 196834)
adam.alper@kirkland.com
Akshay S. Deoras (S.B.N. 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gianni Cutri (admitted *pro hac vice*)
gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for Plaintiffs Omnitracs, LLC and XRS Corporation*

*[Additional counsel listed on signature page]*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
Jason W. Wolff (SBN 215819)
wolff@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
Tim Rawson (SBN 304755)
rawson@fr.com
Cheryl Wang (SBN 323305)
cwang@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Brent P. Ray (Admitted Pro Hac Vice)
bray@kslaw.com
KING & SPALDING LLP
110 N Upper Wacker Dr, Suite 3800,
Chicago, IL 60606
Tel: 312-764-6925

*Attorneys for Defendant Platform Science, Inc.*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OMNITRACS, LLC AND XRS CORPORATION,<br>　　　　Plaintiffs,<br>v.<br>PLATFORM SCIENCE, INC.,<br>　　　　Defendant. | Case No. 3:20-cv-0958-CAB-MDD<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTES**<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Mitchell D. Dembin |

Plaintiffs Omnitracs, LLC and XRS Corporation (collectively, "Omnitracs") and Defendant Platform Science, Inc. ("Platform Science") hereby jointly move pursuant to Chambers Rule V.C.2. and Dkt. No. 126 for an Order to extend the 30-day deadline to seek resolution of discovery disputes related to Omnitracs' First Set of Requests for Production (Nos. 1–63) and First Set of Interrogatories (Nos. 1–20), and Platform Science's First Set of Requests for Production (Nos. 1–56) and First Set of Interrogatories (Nos. 1–6).

In support of this Motion, the parties present to the Court, the following.

1.   On June 16, 2022, the Court granted the parties' joint motion to continue the deadlines to raise discovery disputes regarding either party's responses to the First Set of Requests for Production or First Set of Interrogatories. Doc. No. 130. The Court ruled that "on or before July 15, 2022, Platform Science may raise a discovery dispute with respect Platform Science's First Set of Requests for Production (Nos. 1-56) and First Set of Interrogatories (Nos. 1-6), and Omnitracs may raise a discovery dispute with respect to Omnitracs' First Set of Requests for Production (Nos. 1-63) and First Set of Interrogatories (Nos. 1-20)." *Id*.

2.   On April 7, 2022, Omnitracs served its Disclosure of Asserted Claims, Infringement Contentions and Document Production Accompanying Disclosure, pursuant to Patent L.R. 3.1 & 3.2. In these disclosures, Plaintiffs contend that certain products they offer embody the asserted patent claims under Patent L.R. 3.1.g. On June 6, 2022, Platform Science made its Patent L.R. 3.4(a) document production. On June 13, 2022, Platform Science served its Preliminary Invalidity Contentions and accompanying document production pursuant to L.R. 3.4(b). The parties exchanged proposed terms for construction on June 27, 2022, and proposed claim constructions and extrinsic evidence under Patent L.R. 4.1 on July 8, 2022. These Patent L.R. disclosures and exchanges impact the scope and timing of discovery per Patent L.R. 2.5.

3. The parties made additional document productions and served supplemental interrogatory responses over the past month consistent with paragraphs 5 and 6 of the June 15, 2022 Joint Motion to Extend Deadline to Raise Discovery Disputes.  Dkt. No. 129.

4. The parties have continued to engage and discuss and clarify the scope of the requests and respective responses up to the filing of this motion.  On July 5, 2022, for example, the parties met and conferred in good faith regarding Platform Science's production of communications between its counsel and third-parties that it has subpoenaed in connection with this case, which Omnitracs contends are responsive to its RFP 52.  The party's discussions relating to this RFP are ongoing.

5. The parties are also continuing to review recently produced documents, collect documents responsive to the other party's document requests, and to determine whether additional responsive documents exist.  The parties also need additional time to supplement their responses to discovery requests.  Given their ongoing efforts and willingness to resolve discovery disputes without Court intervention, the parties respectfully submit that good cause exists to extend each party's deadline to raise discovery disputes for 30 days.

6. This Motion is made in good faith and not for the purpose of delay.  The requested extension of these deadlines will not affect any other case deadlines.

WHEREFORE, the parties jointly move the Court to continue Chambers Rule V.C.2 for 30 days so that Platform Science has until August 15, 2022, to raise a discovery dispute with respect to Platform Science's First Set of Requests for Production (Nos. 1–56) and First Set of Interrogatories (Nos. 1–6); and Omnitracs has until August 15, 2022, to raise a discovery dispute with respect to Omnitracs' First Set of Requests for Production (Nos. 1–63) and First Set of Interrogatories (Nos. 1–20).

| | | |
|---|---|---|
| 1 | DATED: July 15, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | /s/ Angels Tarasi | /s/ Aaron D. Resetarits |
| | Christopher S. Marchese (SBN 170239) | Michael W. De Vries (S.B.N. 211001) |
| 4 | marchese@fr.com | Justin Singh (S.B.N 266279) |
| 5 | Jason W. Wolff (SBN 215819) | KIRKLAND & ELLIS LLP |
| | wolff@fr.com | 555 South Flower Street, Suite 3700 |
| 6 | Seth M. Sproul (SBN 217711) | Los Angeles, CA 90071 |
| 7 | sproul@fr.com | Telephone: (213) 680-8400 |
| | Tim Rawson (SBN 304755) | michael.devries@kirkland.com |
| 8 | rawson@fr.com | justin.singh@kirkland.com |
| 9 | Cheryl Wang (SBN 323305) | |
| | cwang@fr.com | Adam R. Alper (S.B.N. 196834) |
| 10 | FISH & RICHARDSON P.C. | Akshay S. Deoras (S.B.N. 301962) |
| 11 | 12390 El Camino Real, Suite 100 | KIRKLAND & ELLIS LLP |
| | San Diego, CA 92130 | 555 California Street |
| 12 | Tel: (858) 678-5070 / Fax: (858) 678-5099 | San Francisco, CA 94104 |
| 13 | | Telephone: (415) 439-1400 |
| | | adam.alper@kirkland.com |
| 14 | Brent P. Ray (Admitted Pro Hac Vice) | akshay.deoras@kirkland.com |
| 15 | bray@kslaw.com | |
| | KING & SPALDING LLP | Gianni Cutri (admitted *pro hac vice*) |
| 16 | 110 N Upper Wacker Dr Suite 3800, | KIRKLAND & ELLIS LLP |
| 17 | Chicago, IL 60606 | 300 North LaSalle |
| | Tel: 312-764-6925 | Chicago, IL 60654 |
| 18 | | Telephone: (312) 862-2000 |
| 19 | Angels Tarasi *(Admitted Pro Hac Vice)* | gianni.cutri@kirkland.com |
| | atarasi@kslaw.com | |
| 20 | KING & SPALDING LLP | Leslie M. Schmidt (admitted *pro hac vice*) |
| 21 | 1401 Lawrence Street, Suite 1900 | Aaron D. Resetarits (admitted *pro hac vice*) |
| | Denver, Co 80202 | KIRKLAND & ELLIS LLP |
| 22 | Tel: 720-535-2300 / Fax: 720-535-2400 | 601 Lexington Avenue |
| 23 | | New York, NY 10022 |
| | | Telephone: (212) 446-4800 |
| 24 | *Counsel for Defendant Platform Science, Inc.* | aaron.resetarits@kirkland.com |
| 25 | | leslie.schmidt@kirkland.com |
| 26 | | |
| | | *Counsel for Plaintiffs Omnitracs, LLC and XRS Corporation* |
| 27 | | |
| 28 | | |

JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTES        3        CASE NO. 3:20-CV-0958-CAB-MDD

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Executed on July 15, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Aaron D. Resetarits*
　　　　　　　　　　　　　　　　　　Aaron D. Resetarits

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 15, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                              */s/ Aaron D. Resetarits*
                                              Aaron D. Resetarits