# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNITRACS, LLC AND XRS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> PLATFORM SCIENCE, INC., <br><br> Defendant. | Case No.: 20-CV-958-CAB-DDL <br><br> **DISMISSAL OF CLAIMS RELATING TO U.S. PATENT NOS. 7,725,216 AND 9,147,335 WITH PREJUDICE** <br><br> [Doc. No. 262] |

Upon consideration of the parties' joint motion to dismiss with prejudice the claims relating to U.S. Patent Nos. 7,725,216 and 9,147,335, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**

Accordingly, the Court **DISMISSES with prejudice** Plaintiffs' Sixth and Seventh Causes of Action from the Complaint. Defendant's Ninth, Tenth, Eleventh and Twelfth counterclaims, Defendant's Sixth, Seventh, Thirteenth, and Fourteenth Affirmative defenses, and any other defenses with respect to the above-named patents are **DISMISSED as moot**, without prejudice.

It is **SO ORDERED**.

Dated: February 10, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge